

PTO-103X
(Rev. 8-95)

FILING RECEIPT

OIPE
OCT 1 4 1997

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|
| 08/835,997   04/11/97 | 2317 | $600.00 | 647 | 6 | 25 | 7 |

*POSTED*

MARC A. SOCKOL
CARR DEFILIPPO & FERRELL SUITE
2225 EAST BAYSHORE ROAD, ~~SUTE~~ 200
PALO ALTO CA 94303

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)
DANIEL J. MENDEZ, MOUNTAIN VIEW, CA; MARK D. RIGGINS,
SAN JOSE, CA; PRASAD WAGLE, SANTA CLARA, CA; CHRISTINE C.
YING, FOSTER CITY, CA.

FOREIGN FILING LICENSE GRANTED 09/29/97          * SMALL ENTITY *
TITLE                        SECURELY
SYSTEM AND METHOD FOR ~~SECURITY~~ SYNCHRONIZING MULTIPLE COPIES OF A
WORKSPACE ELEMENT IN A ~~NET-WORK~~ NETWORK

PRELIMINARY CLASS: 395

(see reverse)

VO 000419

MRD 4-11-97   010-531   A/D

| FORM PTO-1595 | 05-20-1997 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE |
|---|---|---|

OCT 1 4 1997

100419941

ET

Case Docket No. 647

TO THE HONORABLE COMMISSIONER:
PLEASE RECORD THE ATTACHED ORIGINAL DOCUMENTS OR COPY THEREOF

| 1. Name of conveying partyies: | 2. Name and address of receiving party(ies): |
|---|---|
| Name: Daniel J. Mendez | Name: RoamPage, Inc. |
| Mark D. Riggins | |
| Prasad Wagle | Internal Address: |
| Cristhine C. Ying | |
| Additional name(s) of conveying party(ies) attached? [ ] Yes [X] No | |
| | Street Address: 156 East Dana Street |
| 3. Nature of Conveyance: | |
| | City: Mountain View    State: CA    ZIP: 94041 |
| [x] Assignment          [ ] Merger | |
| [ ] Security Agreement   [ ] Change of Name | |
| [ ] Other _____ | Additional name(s) & address(es) attached?   [ ] Yes   [ X ] No |
| Execution Date:   4/11/97 | |

4. Application number(s) or patent number(s):
If this document is being filed together with a new application, the execution date of the application is:

4/11/97
Date

| A. Patent Application No(s).: | B. Patent No(s).: |
|---|---|
| 08835997 | |
| Additional numbers attached? [ ] Yes [X] No | Additional numbers attached? [ ] Yes [X] No |

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Number of applications and patents involved: [ 1 ] |
|---|---|
| Name: Marc A. Sockol, Reg. No. P-40,823 | 7. Total fee (37 CFR 3.41): $ 40.00 |
| Carr, DeFilippo & Ferrell LLP | [X] Enclosed |
| Street Address: 2225 East Bayshore Road, Suite 200 | [ ] Authorized to be charged to deposit account |
| | 8. Deposit account number: __06-0600__ |
| City: Palo Alto   State: CA   ZIP: 94303 | (Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature:
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

| Marc A. Sockol, Reg. No. P-40,823 | | 4/11/97 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments and document: [2]

Do not detach this portion
Mail documents to be recorded with required cover sheet information to:
Box Assignment 260 MJ 05/15/97 08835997
Commissioner of Patents and Trademarks 600.00 CK 647
Washington, D.C. 20231

VO 000420

BOX PATENT APPLICATION
ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Case Docket No.: _____ 647

Sir:

Transmitted herewith for filing is the patent application of
Applicants:    Daniel Mendez et al.
Title:             System and Method for Securely Synchronizing Multiple Copies of a Workspace Element in a Network

Enclosed are:

[x]     _32_ pages of specification, claims and abstract.
[x]     _6_ sheets of [x] informal [ ] formal drawing(s).
[x]     A declaration and power of attorney.
[x]     An assignment transmittal.
[x]     An assignment of the invention to: RoamPage, Inc.
          Please record the assignment and return to the undersigned.
[ ]     A certified copy of a _____ application.
[ ]     An associate power of attorney.
[x]     A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27.
[ ]     PTO Form-1449 and copies of cited art.

The filing fee has been calculated as shown below:

| For | (Col. 1) No. Filed | (Col. 2) No. Extra | Small Entity | | or | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|
| | | | Rate | Fee | | Rate | Fee |
| Basic Fee | | | | $385.00 | | | $770.00 |
| Total Claims | 25- 20 =* | 5 | x $11 = | $55.00 | | x $22 = | $ |
| Indep. Claims | 7- 3 =* | 4 | x $40 = | $160.00 | | x $80 = | $ |
| Multiple Dependent Claims Present [ ] | | | + $130 = | $0.00 | or | + $260 = | $ |
| *If the difference in column 1 is less than zero, enter 0 in column 2 | | | Total | $600.00 | or | Total | $ |

[ ]     Please charge my Deposit Account No. 06-0600 the amount of $____.  A duplicate copy of this sheet is enclosed.

[x]     A check in the amount of $640.00 to cover the filing fee [x] and recording of assignment is enclosed.

[x]     The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application or credit any overpayment to Deposit Account No. 06-0600.  A duplicate copy of this sheet is enclosed.
          [x]     Any additional filing fees required under 37 CFR § 1.16.
          [x]     Any patent application processing fees under 37 CFR § 1.17.
          [ ]     The issue fee set in 37 CFR § 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR § 1.311(b).

Respectfully submitted,

Dated: ___4/11/97___

Marc A. Sockol, Registration No. P-40,823
Carr, DeFilippo & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, California  94303
(415) 812-3407

VO 000421

OCT 1 4 1997

Case Docket No.: _____ 647

BOX PATENT APPLICATION
ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of
Applicants:    Daniel Mendez et al.
Title:            System and Method for Securely Synchronizing Multiple Copies of a Workspace Element in a Network

Enclosed are:
[x]    _32_ pages of specification, claims and abstract.
[x]    _6_ sheets of [x] informal [ ] formal drawing(s).
[x]    A declaration and power of attorney.
[x]    An assignment transmittal.
[x]    An assignment of the invention to: RoamPage, Inc.
       Please record the assignment and return to the undersigned.
[ ]    A certified copy of a _____ application.
[ ]    An associate power of attorney.
[x]    A verified statement to establish small entity status under 37 CFR §§ 1.9 and 1.27.
[ ]    PTO Form-1449 and copies of cited art.

The filing fee has been calculated as shown below:

| For | (Col. 1) No. Filed | (Col. 2) No. Extra | Small Entity | | or | Other Than a Small Entity | |
|---|---|---|---|---|---|---|---|
| | | | Rate | Fee | | Rate | Fee |
| Basic Fee | | | | $385.00 | | | $770.00 |
| Total Claims | 25- 20 =* | 5 | x $11 = | $55.00 | | x $22 = | $ |
| Indep. Claims | 7- 3 = * | 4 | x $40 = | $160.00 | or | x $80 = | $ |
| Multiple Dependent Claims Present [ ] | | | + $130 = | $0.00 | | + $260 = | $ |
| *If the difference in column 1 is less than zero, enter 0 in column 2 | | | Total | $600.00 | or | Total | $ |

[ ]    Please charge my Deposit Account No. 06-0600 the amount of $____. A duplicate copy of this sheet is enclosed.

[x]    A check in the amount of $640.00 to cover the filing fee [x] and recording of assignment is enclosed.

[x]    The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this
application or credit any overpayment to Deposit Account No. 06-0600. A duplicate copy of this sheet is enclosed.
       [x]    Any additional filing fees required under 37 CFR § 1.16.
       [x]    Any patent application processing fees under 37 CFR § 1.17.
       [ ]    The issue fee set in 37 CFR § 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR §
1.311(b).

Dated:    4/11/97

Respectfully submitted,

Marc A. Sockol, Registration No. P-40,823
Carr, DeFilippo & Ferrell LLP
2225 East Bayshore Road, Suite 200
Palo Alto, California 94303
(415) 812-3407

VO 000421

PATENT
Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on

Date: 2-25-98          By: _Melinda Lumphin_

| | | |
|---|---|---|
| In Re Application Of: | | |
| Mendez, et al. | Art Unit: | 2317 |
| Serial No: 08/835,997 | Examiner: | Unassigned |
| Filed: April 11, 1997 | | |
| For: System And Method For Securely Synchronizing Multiple Copies Of A Workspace Element In A Network | | |

Assistant Commissioner for Patents
Washington, D.C. 20231

## POWER OF ATTORNEY BY ASSIGNEE
## AND REVOCATION OF PREVIOUS POWERS

Sir:

As assignee of record of the entire interest of the above identified application, recorded at reel 8506, frame 0439 all powers of attorney previously given are hereby revoked and the following attorney(s) are hereby appointed to prosecute and transact all business in the Patent and Trademark Office connected therewith:

David L. Fehrman, Reg. No. 28,600;David L. Henty, Reg. No. 31,323;William J. Robinson, Reg. No. 29,430;Stuart L. Merkadeau, Reg. No. 33,262;David S. Abel Reg. No. 32,394;Hisako Muramatsu, Reg. No. 34,955;Brian M. Berliner, Reg. No. 34,549;David J. Meyer, Reg. No. 33,425;Lawrence W. Granatelli, Reg. No. 32,228;Vincent J. Belusko, Reg. No. 30,820; Minda Schechter, Reg. No. 38,296;Laura A. Majerus, Reg. No. 33,417;Joseph K. Hollinger Reg. No. 40,649;Jonathan T. Kaplan Reg. No. 38,935;Marc A. Sockol Reg. No. 40,823; Ian Cartier Reg. No. 38,406 of Graham & James LLP.

131/130593.01.00
010798/1527/40827.00005

1

VO 000423

PATENT
Docket No. 40827.00005

Please direct all telephone calls and correspondence to:

Marc A. Sockol, Esq.
Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
(650) 856-6500

Respectfully submitted,

Assignee of Entire Interest
Roampage, Inc.
1937 Landings Drive
Mountain View, CA 94043

Date: 2/18/98

By: _____
Hong Q. Bui
Title: Vice President

VO 000424

## Adjust Transactions

Search by

○ Accounting Date: [_____]  Operator ID: [_____]
    (MMDDYY)

● Name/Number: [08835997]        Accounting Date
                                  Start    End
○ Attrny Docket No: [_____]                      [Search]

○ Deposit Account No: [_____]                    [Prev]

| Accounting Date | Operator ID | Seq. No. | Txn Src | Fee Code | St | Amount | Name/Number | Attrny Dckt |
|---|---|---|---|---|---|---|---|---|
| 09/23/1997 | CSTREATE | 173 | SALE | 203 | A | 55.00 | 08835997 | 647 |
| 09/23/1997 | CSTREATE | 172 | SALE | 202 | A | 160.00 | 08835997 | 647 |
| 09/23/1997 | CSTREATE | 171 | SALE | 201 | A | 385.00 | 08835997 | 647 |
| 05/15/1997 | 260NJ | 15101 | CRDA | 201 | A | 600.00 | 08835997 | 647 |
| 05/15/1997 | 260NJ | 15001 | CRDA | 581 | A | 40.00 | 08835997 | |

*Ok refund $600.00 200.*

[ OK ]    [ Cancel ]         [ Authorization Detail ]    [ Print Screen ]    [ Next ]

Adjustment Date: 02/04/1998 FCOHNELL Nm/Nb: 08835997
05/15/1997 260NJ    0000015101 FC:201      -600.00 Q

Regln. Ref: 02/04/1998 FCOHNELL 0016191000
DNR:060600    Name/Number:08835997
FC: 704              $600.00 CR

VO 000425

1 /29/98

2701

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

Deposit Acct. No.:   060600

SERIAL NO:        08/835,997

ATTY. DKT. NO.:   647

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on the date printed below.

Dated: Nov. 10, 1997   By: _____ Ferrell
                                  (Attorney Name)

THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
BOX 17
WASHINGTON, D.C.  20231

REQUEST FOR REFUND OF DUPLICATE PAYMENT

SIR:

1.  REQUEST FOR REFUND OF DUPLICATE PAYMENT

The September 30, 1997 Monthly Statement of Deposit Account No. 060600
showed the following charges (a copy of the statement is attached):

| Date Posted | Control No. | Serial No. | Docket No. | Fee Code | Charge |
|-------------|-------------|------------|------------|----------|--------|
| 9-23-97 | 171 | 08835997 | 647 | 201 | $385.00 |
| 9-23-97 | 172 | 08835997 | 647 | 202 | $160.00 |
| 9-23-97 | 173 | 08835997 | 647 | 203 | $ 55.00 |

These charges have been paid by our Check No. 9220.  A copy of the front and back
of cancelled check No. 9220 is enclosed as proof of duplicate payment.  Please credit
our Deposit Account No. 060600 with the sum of $600.

Respectfully submitted,

Dated: Nov. 10, 1997        By: _____

John S. Ferrell, Reg. No. 34,593
Carr, DeFilippo & Ferrell LLP
2225 East Bayshore Road, Suite #200
Palo Alto, CA

VO 000426





26611-29OCT97/P,/CWB111/19-MAY-97/640.00/USD/0035347698//9220/N
01-NOV-97/ 0283065324/ /WEBS

Enclosed is the photocopied item you requested.  Unfortunately this copy
represents the best quality we can provide.  We apologize for any
inconvenience this may cause.. For further assistance please call
the National Business Banking Center at 1-800-225-5935.

              CARR & FERRELL LLP
              ATTORNEYS AT LAW
              2225 EAST BAYSHORE ROAD
              SUITE 200
              PALO ALTO          CA 94303-3220

VO 000427



UNITED STATES   PARTMENT OF COMMERCE
Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## MONTHLY STATEMENT
## OF DEPOSIT ACCOUNT

To replenish your Deposit Account, detach and
return top portion with your check.  Make check
payable to Commissioner of Patents & Trademarks.

| Account No. |
|---|
| 060600 |
| Date |
| 9-30-97 |
| Page |
| 1 |

JOHN S FERRELL CARR DEFILIPPO WHITE          FINA

& FERRELL 2225 E BAYSHORE ROAD
SUITE 200
PALO ALTO CA   94303

PLEASE SEND REMITTANCES TO:
Patent and Trademark Office
P.O. Box 70541
Chicago, Ill. 60673

| DATE POSTED | | | CONTROL NO. | DESCRIPTION (Serial, Patent, TM, Order) | DOCKET NO. | FEE CODE | CHARGES/ CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | | | | | | |
| 9 | 23 | 97 | 171 | 08835997 | 647 | 201 | 385.00 | 3569.00 |
| 9 | 23 | 97 | 172 | 08835997 | 647 | 202 | 160.00 | 3409.00 |
| 9 | 23 | 97 | 173 | 08835997 | 647 | 203 | 55.00 | 3354.00 |
| 9 | 25 | 97 | 53 | 08458723 | P1252C/PA342 | 126 | 230.00 | 3124.00 |
| 9 | 26 | 97 | 77 | 08537635 | DKT # 318 | 102 | 160.00 | 2964.00 |

VO 000428

4

VO 000429



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/835997 | 04/11/97 | MENDEZ | 647 |

| EXAMINER |
|---|
| Chowles, J. |

| CHARLES. | J. | ART UNIT | PAPER NUMBER |
|---|---|---|---|
| | | 2771 | |

```
MARC A. SOCKOL
CARR DEFILIPPO & FERRELL
2225 EAST BAYSHORE ROAD, SUITE 200
PALO ALTO CA 94303
```

DATE MAILED:

03/17/98

This is in response to the Power of Attorney filed _____.

☐ 1. The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

☒ 2. The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record. (37 CFR 1.33).

☐ 3. The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

*L. Will*

This is a communication from the
Patent and Trademark Office

☒ 4. The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the below-noted address as provided by 37 CFR 1.33.

☐ 5. The Power of Attorney in this application is not accepted for the reason(s) checked below:

    ☐ a. The Power of Attorney is from an assignee and the Certificate required by 37 CFR.3.73 (b) has not been received.

    ☐ b. The person signing for the assignee has omitted their empowerment to sign on behalf of the assignee.

    ☐ c. The inventor(s) is without authority to appoint attorneys since the assignee has intervened as provided by 37 CFR 3.71.

    ☐ d. The signature of _____, a co-inventor in this application, has been omitted. The Power of Attorney will be entered upon receipt of confirmation signed by said co-inventor.

    ☐ e. The person(s) appointed in the Power of Attorney is not registered to practice before the U.S. Patent & Trademark Office.

    ☐ f. The revocation is not signed by the applicant, the assignee of the entire interest, or <u>one</u> particular principal attorney having the authority to revoke.

```
MARC A. SOCKOL, ESQ.
GRAHAM & JAMES, LLP
600 HANSEN WAY
PALO ALTO CA 94304-1043
```

*L. Will*

This is a communication from the
Patent and Trademark Office



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| First Named Applicant | | | | | |

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | UTILITY | | | |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

If the SMALL ENTITY is shown as NO:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

A. Pay FEE DUE shown above, or

B. If the status is the same, pay the FEE DUE shown above.

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99 (0651-0033)    PATENT AND TRADEMARK OFFICE COPY

VO 000432

| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 08/835,997 | Mendez et al. |
| | Examiner | Group Art Unit |
| | Shahid Alam | 2776 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *April 11, 1997* _____ .

☒ The allowed claim(s) is/are *1-25* _____ .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action.  Failure to timely comply will result in ABANDONMENT of this application.  Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☒ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings.  The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER).  If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☒ Notice of References Cited, PTO-892 .

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

VO 000433

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                        Notice of Allowability              Part of Paper No. ____5__

Serial Number: 08/835,997

Art Unit: 2776                                                                                          Page 2

*Allowable Subject Matter*

1.      The application having been allowed, formal drawings are required in response to this Office action.

2.      The following is an examiner's statement of reasons for allowance:

The prior art of record does not teach or fairly suggest a method and system directed to a computer-based method, wherein the steps of initiating synchronization from within the firewall when predetermined criteria have been satisfied; generating a preferred version from the first workplace element and from the copy based on the first and second examination results; and storing the preferred version at the first store and at the second store as recited in claim 1.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

3.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to Shahid Alam whose telephone number is (703) 305-2358.

Shahid Alam

July 16, 1998

WAYNE AMSBURY
PRIMARY PATENT EXAMINER

VO 000434

| *Notice of References Cited* | | Application No. 08/835,997 | | Applicant(s) Mendez et al. | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Examiner Shahid Alam | | Group Art Unit 2776 | | Page 1 of 2 | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- |
| x | A | 4,831,582 | 5/1989 | Miller et al. | 707 | 104 |
| x | B | 5,263,157 | 11/1993 | Janis | 707 | 9 |
| x | C | 5,581,749 | 12/1996 | Hossain et al. | 707 | 1 |
| x | D | 5,613,012 | 3/1997 | Hoffman et al. | 382 | 115 |
| x | E | 5,627,658 | 5/1997 | Connors et al. | 358 | 407 |
| x | F | 5,706,502 | 1/1998 | Foley et al. | 707 | 10 |
| x | G | 5,715,403 | 2/1998 | Stefik | 705 | 44 |
| x | H | 5,757,916 | 5/1998 | MacDoran et al. | 380 | 25 |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
| --- | --- | --- | --- |
| | U | Network Firewalls, Bellovin et al., IEEE Communications Magazine,  Page 50-57, 9/1994 | 9/1994 |
| | V | IpAccess - An Internet Service Access System for Firewall Installations, Steffen Stempel, 1995 IEEE, Page 31-41 | 2/1995 |
| | W | Web traffic characterization: an assessment of the impact of caching documents from NCSA's web server, Braun et al., Computer Networks and ISDN Systems, V. 28, pages 37-51, 1995 | 7/1995 |
| | X | Security for Infinite Networks, Nelson et al., 1995 IEEE, Pages 11-19 | 8/1995 |

*A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

VO 000435

FORM PTO 948 (REV. 01-97)          U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office          Application No. 835749

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) 4/11/97 are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink.  Color.
   _____ Color drawing are not acceptable until petition is granted.
   Fig.(s) _____
   _____ Pencil and non black ink is not permitted. Fig(s) _____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s) _____
   _____ Photographs not properly mounted (must bristol board or
   photographic double-weight paper). Fig(s) _____
   _____ Poor quality (half-tone). Fig(s) _____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable.
   Fig.(s) _____
   _____ Erasures, alterations, overwritings, interlineations,
   folds, copy machine marks not acceptable. (too thin?)
   Fig(s) _____
   _____ Mylar, vellum paper is not acceptable (too thin).
   Fig(s) _____

4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   Sheet(s) _____

5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   _____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   _____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable. Fig(s) _____
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   Fig.(s) _____
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig.(s) _____
   _____ Views not labeled separately or properly.
   Fig.(s) _____
   _____ Enlarged view not labeled separately or properly.
   Fig.(s) _____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig.(s) _____
   _____ Sectional designation should be noted with Arabic or
   Roman numbers. Fig.(s) _____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when
   page is either upright or turned, so that the top becomes the right
   side, except for graphs. Fig.(s) _____
   _____ Views not on the same plane on drawing sheet. Fig.(s) _____

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism with crowding
   when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s) _____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    _____ Lines, numbers & letters not uniformly thick and well defined,
    clean, durable and black (poor line quality).
    Fig.(s) 1-6

11. SHADING. 37 CFR 1.84(m)
    _____ Solid black areas pale. Fig.(s) _____
    _____ Solid black shading not permitted. Fig.(s) _____
    _____ Shade lines, pale, rough and blurred. Fig.(s) _____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.48(p)
    _____ Numbers and reference characters not plain and legible.
    Fig.(s) 1-6
    _____ Figure legends are poor. Fig.(s) _____
    _____ Numbers and reference characters not oriented in the same
    direction as the view. 37 CFR 1.84(p)(3) Fig.(s)._____
    _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s) _____
    _____ Numbers, letters and reference characters must be at least
    .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s) 1-6

13. LEAD LINES. 37 CFR 1.84(q)
    _____ Lead lines cross each other. Fig.(s) _____
    _____ Lead lines missing. Fig.(s) _____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
    _____ Sheets not numbered consecutively, and in Arabic numerals
    beginning with number 1. Fig.(s) _____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    _____ Views not numbered consecutively, and in Arabic numerals,
    beginning with number 1. Fig.(s) _____

16. CORRECTIONS. 37 CFR 1.84(w)
    _____ Corrections not made from PTO-948 dated _____

17. DESIGN DRAWINGS. 37 CFR 1.152
    _____ Surface shading shown not appropriate. Fig.(s) _____
    _____ Solid black shading not used for color contrast.
    Fig.(s) _____

COMMENTS

REVIEWER _____ Tam G _____ DATE 10/1/97 TELEPHONE NO. 703 305 8402

ATTACHMENT TO PAPER NO. _____

COPY

VO 000437

6

VO 000438

122-130

Express Mail Label No. EM273b31067US

PATENT
Docket No. 40827.00005

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

DANIEL J. MENDEZ ET AL.

Serial No. 08/835,997

Filed: April 11, 1997

For: SYSTEM AND METHOD FOR
SECURELY SYNCHRONIZING
MULTIPLE COPIES OF A WORKPLACE
ELEMENT IN A NETWORK

Examiner: Alam, S.

Art Unit: 2776

Batch No. G70

#6
Sh


RECEIVED
Publishing Division
OCT 9 1998
16

Assistant Commissioner for Patents
Washington, D.C. 20231

PETITION FOR CONSIDERATION OF
INFORMATION DISCLOSURE STATEMENT AFTER NOTICE OF
ALLOWANCE AND BEFORE PAYMENT OF ISSUE FEE, AND
INFORMATION DISCLOSURE STATEMENT

Sir:

In order to comply with the duty to disclose under C.F.R. §1.56, Applicants

hereby petition the Commissioner pursuant to 37 C.F.R. §1.97(d) to have the

enclosed documents considered by the Examiner in charge of the above-

identified application. Enclosed herewith is a check in the amount of $130.00 to

cover the cost for this petition as specified in 37 C.F.R. §1.17(i). The

Commissioner is hereby authorized to charge any shortage in the fees due in

connection with the filing of this paper, including Information Disclosure fees and

petition fees to Deposit Account 05-0150.

The information listed below may be material to the examination of the

above-identified application. Copies of cited reference(s) and a completed PTO-

1449 form are submitted herewith. The Examiner is requested to make this

information of official record in the application.

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney

hereby certifies that:

10/15/1998 CASHBY   00000196 08835997
01 FC:122                      130.00 OP

131/161899.01.00
100998/1510/40827.00005

VO 000439

Express Mail Label No. EM273531067US

PATENT
Docket No. 40827.00005

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

Applicants would appreciate the Examiner's initialing and returning the Form PTO-1449, indicating that the reference(s) have been considered and made of record herein.

The Information Disclosure Statement under 37 CFR §1.97 is not to be construed as a representation that: (i) a search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

If for any reason an insufficient fee has been paid, the Commissioner is hereby authorized to charge any deficiency in payment of required fees associated with this communication to Deposit Account 05-0150.

Date: October 9, 1998

Respectfully submitted,

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Tel: (650) 856-6500
Fax: (650) 856-3619

By: Marc A. Sockol
Registration No. 40,823
Attorney for Applicants

131/161899.01.00
100998/1449/40827.00005

VO 000440

7

VO 000441



UNITED STATES DE̲ ̲̲TMENT OF COMMERCE
Patent and Trademark Office
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
|  |  |  |  |

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2772 |  |

DATE MAILED:   11/09/92

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

1- File Copy

VO 000442

| *Supplemental* Notice of Allowability | Application No. 08/835,997 | Applicant(s) Mendez et al. | |
|---|---|---|---|
| | Examiner Shahid Alam | Group Art Unit 2776 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *the Petition for IDS received on Oct 9, 1998*

☒ The allowed claim(s) is/are *1-25*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____ *5*

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                    Notice of Allowability                  Part of Paper No. _7_

Application/Control Number: 08/835,997                                    Page 2

Art Unit: 2776

*Information Disclosure Statement*

1.      The information disclosure statement submitted on October 9, 1998 was filed after the

mailing date of the allowance on July 20, 1998.  The submission is in compliance with the

provisions of 37 CFR 1.97.  Accordingly, the petition is granted and the information disclosure

statement is being partially considered by the examiner.

2.      Other documents submitted by the applicant (PTO 1449) were not considered because

these documents already cited by the examiner (PTO 892).

3.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Shahid Alam whose telephone number is (703) 305-2358.

WAYNE AMSBURY
PRIMARY PATENT EXAMINER

Shahid Alam

November 3, 1998

VO 000444

Express Mail Label No. EM273531087US

| INFORMATION DISCLOSURE CITATION IN AN APPLICATION PTO 1449 | | DOCKET NUMBER 40827.00005 | | | APPLICATION NUMBER 08/835,997 | | |
|---|---|---|---|---|---|---|---|
| | | APPLICANT Mendez et al. | | | | | |
| *(Use several sheets if necessary)* | | FILING DATE April 11, 1997 | | | GROUP ART UNIT 2776 | | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| 3A | A | 5,666,553 | 9/9/97 | Keith Crozier | 395 | 803 | |
| 3A | B | 5,701,423 | 12/23/97 | Keith Crozier | 395 | 335 | |
| 3A | C | 5,682,524 | 10/28/97 | Freund et al. | 395 | 605 | |
| 5A | D | 5,778,346 | 7/7/98 | Frid-Nielsen et al. | 395 | 208 | |
| 5A | E | 5,684,990 | 11/4/97 | David Boothby | 707 | 203 | |
| | F | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | J | Article by Bellovin et al., entitled: "Network Firewalls" Published by IEEE Communications Magazine September 1994, pages 50-57. |
| | K | Article by Steffen Stempel, entitled: "IPAccess-An Internet Service Access System for Firewall Installations" Published by IEEE Communications Magazine February 16, 1995, pages 31-41. |
| | L | Article by Braun et al., entitled: "Web Traffic Characterization: an assessment of the impact of caching documents from NCSA's web server" Published by Elsevier Science B.V. 1995 pages 37-51. |
| | M | Article by Nelson et al., entitled: "Security for Infinite Networks" Published by IEEE Communications Magazine on August 22, 1995, pages 11-19. |
| | N | Article by Greenwald et al., entitled: "Designing an Academic Firewall: Policy, Practice, and Experience with SURF" Published by IEEE Communications Magazine on February 22, 1996, pages 79-92. |
| | O | Article by Kiuchi et al., entitled: "C-HTTP—The Development of a Secure, Closed HTTP-based Network on the Internet" Published by IEEE Proceedings of SNDSS on February 22, 1996, pages 64-75. |
| | P | Article by S. Cobb, entitled: "Establishing Firewall Policy" Published by National Computer Security Assn. on June 25-27, 1996, pages 198-205. |
| | Q | |

| EXAMINER | Shahid Alam | DATE CONSIDERED | 11/3/98 |
|---|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered. Include copy of this with next communication to applicant.

131/161749.01.00
100998/1451/40827.00005

VO 000445

Application/Control Number: 08/835,997                                    Page 2

Art Unit: 2776

## *Information Disclosure Statement*

1.      The information disclosure statement submitted on October 9, 1998 was filed after the
mailing date of the allowance on July 20, 1998. The submission is in compliance with the
provisions of 37 CFR 1.97. Accordingly, the petition is granted and the information disclosure
statement is being partially considered by the examiner.

2.      Other documents submitted by the applicant (PTO 1449) were not considered because
these documents already cited by the examiner (PTO 892).

3.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Shahid Alam whose telephone number is (703) 305-2358.

WAYNE AMSBURY
PRIMARY PATENT EXAMINER

Shahid Alam

November 3, 1998

VO 000444

Express Mail Label No. EM273531067US

| INFORMATION DISCLOSURE CITATION IN AN APPLICATION PTO 1449 *(Use several sheets if necessary)* | | DOCKET NUMBER 40827.00005 | | | APPLICATION NUMBER 08/835,997 | |
|---|---|---|---|---|---|---|
| | | APPLICANT Mendez et al. | | | | |
| | | FILING DATE April 11, 1997 | | | GROUP ART UNIT 2776 | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ʒA | A | 5,866,553 | 9/9/97 | Keith Crozier | 395 | 803 | |
| ʒA | B | 5,701,423 | 12/23/97 | Keith Crozier | 395 | 335 | |
| ʒA | C | 5,682,524 | 10/28/97 | Freund et al. | 395 | 605 | |
| ʒA | D | 5,778,346 | 7/7/98 | Frid-Nielsen et al. | 395 | 208 | |
| ʒA | E | 5,684,990 | 11/4/97 | David Boothby | 707 | 203 | |
| | F | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | J | Article by Bellovin et al., entitled: "Network Firewalls" Published by IEEE Communications Magazine September 1994, pages 50-57. |
|---|---|---|
| | K | Article by Steffen Stempel, entitled: "IPAccess-An Internet Service Access System for Firewall Installations" Published by IEEE Communications Magazine February 16, 1995, pages 31-41. |
| | L | Article by Braun et al., entitled: "Web Traffic Characterization: an assessment of the impact of caching documents from NCSA's web server" Published by Elsevier Science B.V. 1995 pages 37-51. |
| | M | Article by Nelson et al., entitled: "Security for Infinite Networks" Published by IEEE Communications Magazine on August 22, 1995, pages 11-19. |
| | N | Article by Greenwald et al., entitled: "Designing an Academic Firewall: Policy, Practice, and Experience with SURF" Published by IEEE Communications Magazine on February 22, 1996, pages 79-92. |
| | O | Article by Kiuchi et al., entitled: "C-HTTP—The Development of a Secure, Closed HTTP-based Network on the Internet" Published by IEEE Proceedings of SNDSS on February 22, 1996, pages 64-75. |
| | P | Article by S. Cobb, entitled: "Establishing Firewall Policy" Published by National Computer Security Assn. on June 25-27, 1996, pages 198-205. |
| | Q | |

| EXAMINER Shahid A Camm | DATE CONSIDERED 11/3/98 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered. Include copy of this with next communication to applicant.

131/161749.01.00
100998/1461/40827.00005

8

VO 000446

2704/4100

11-10-98

#8

PATENT
DOCKET NO. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an enveloped addressed to Box Issue Fee, Assistant Commissioner For Patents, Washington, D.C. 20231, on

Date: _____ 10-14-98 _____          By: _ Hanio— Diu _____
                                                      Marion Dick

(Signature of Person Mailing Paper or Fee)

| | |
|---|---|
| In Re Application of: | Examiner: Alam, S. |
| DANIEL J. MENDEZ ET AL. | Art Unit: 2776 |
| Serial No. 08/835,997 | Batch No. G70 |
| Filed: April 11, 1997 | Attn: Official Draftsman |
| For: SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKPLACE ELEMENT IN A NETWORK | |

RECEIVED
Publishing Division
OCT 1 9 1998
14

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

TRANSMITTAL OF FORMAL DRAWINGS

Sir:

In response to the Notice of Allowability mailed on July 20, 1998 attached please find the formal drawing(s) for this application.

Number of Sheets ___6___

131/158595.01.00
091198/1136/40827.00005

1

VO 000447

PATENT
DOCKET NO. 40827.00005

Each sheet of drawing includes the identifying indicia suggested in §1.84(l) on the reverse side of the drawing.

If for any reason an insufficient fee has been paid, the Commissioner is hereby authorized to charge any deficiency in payment of required fees associated with this communication to Deposit Account 05-0150.

Date: _October 14 1998_                             Respectfully submitted,


Graham & James LLP
600 Hansen Way                    By:      Marc A. Sockol
Palo Alto, CA  94304-1043                  Attorney for Applicant(s)
Tel: (650) 856-6500                        Registration No. 40,823
Fax: (650) 856-3619


131/158595.01.00                          2
091198/1136/40827.00005

VO 000448

6085192

08/835,997



FIG. 1

VO 000449



FIG. 2

VO 000450

FIG. 3

VO 000451



08/835,997



FIG. 4

VO 000452



08\835,997

126

Synchronization
Agent



Communications
Module                    505

General
Synchronization          510
Module

FIG. 5

VO 000453



FIG. 6

PART B—ISSUE FEE TRANSMITTAL

242-660
S61 - 30

Complete and mail this form, together with applicable fees, to:   **Box ISSUE FEE**
Assistant Commissioner for Patents.
Washington, D.C. 20231

*MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.*

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly markup with any corrections or use Block 1)

RECEIVED
Publishing Division
OCT 19 1998
14

MARC A. SOCKOL, ESQ.
GRAHAM & JAMES, LLP
600 HANSEN WAY
PALO ALTO CA 94301-1043

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Marion Dick                    (Depositor's name)

Mario Dick                    (Signature)

10-14-98                    (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/835,997 | 04/11/97 | 025 | ALM, G | 07/10/98 |

First Named Applicant   MENDEZ,   DANIEL J.

TITLE OF INVENTION   SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK

PAPER TO BE ENTERED

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | 707-010.000 | 678 | UTILITY | YES | 660.00 | 10/10/98 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1. Graham & James LLP

2. _____

3. _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE
    RoamPage, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)
    Mountain View, California

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual   ☒ incorporation or other private group entity   ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies ___10___

**4b.** The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER ___05-0150___
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)   Reg. No 40,823        (Date)
Marc A. Sockol                              10-14-98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231*

10/22/1998 CASHBY   00000090 08835997
01 FC:142          660.00 OP
02 FC:561           30.00 OP

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

VO 000455

TOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033

9

VO 000456



PATENT
Docket No. 40827.00005

#9
8℃

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an enveloped addressed to the Assistant Commissioner For Patents, Washington, D.C. 20231, on

Date 10-22-98       By: _____
                     Marcie Henry

---

In Re Application of:

DANIEL J. MENDEZ ET AL.

Serial No. 08/835,997

Filed: April 11, 1997

For: SYSTEM AND METHOD FOR
SECURELY SYNCHRONIZING
MULTIPLE COPIES OF A WORKPLACE
ELEMENT IN A NETWORK

Examiner: Alam, S.

Art Unit: 2776

Batch No. G70

RECEIVED

NOV 0 6 1998

Group 2700

Assistant Commissioner for Patents
Washington, D.C. 20231

### INFORMATION DISCLOSURE STATEMENT
### AND CERTIFICATION AFTER PAYMENT OF ISSUE FEE

Sir:

The information listed below may be material to the examination of the above-identified application. Copies of cited reference(s) and a completed PTO-1449 form are submitted herewith. The Examiner is requested to make this information of official record in the application.

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney hereby certifies that:

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after

131/163657.01.00
102296/1505/40827.00005

VO 000457

01/12/1999 JFORTE   00000002 050150   08835997
01 FC:122   130.00 CH

PATENT
Docket No. 40827.00005

making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

Applicants would appreciate the Examiner's initialing and returning the Form PTO-1449, indicating that the reference(s) have been considered and made of record herein.

The Information Disclosure Statement under 37 CFR §1.97 is not to be construed as a representation that: (i) a search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

If for any reason an insufficient fee has been paid, the Commissioner is hereby authorized to charge any deficiency in payment of required fees associated with this communication to Deposit Account 05-0150.

Date: _10-22-98_

Graham & James LLP
600 Hansen Way
Palo Alto, CA  94304-1043
Tel:  (650) 856-6500
Fax: (650) 856-3619

Respectfully submitted,

By:   Marc A. Sockol
      Registration No.  40,823
      Attorney for Applicant

131/163657.01.00
102299/1505/40827.00005

VO 000458

Express Mail Label No. EM273531067US

| INFORMATION DISCLOSURE CITATION IN AN APPLICATION PTO 1449 *(Use several sheets if necessary)* | | | DOCKET NUMBER 40827.00005 | | APPLICATION NUMBER 08/835,997 | | |
|---|---|---|---|---|---|---|---|
| | | | APPLICANT Mendez et al. | | | | |
| | | | FILING DATE April 11, 1997 | | GROUP ART UNIT 2776 | | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| SA | A | 5,790,790 | 8/4/98 | Smith et al. | 395 | 200.36 | 10/24/96 |
| SA | B | 5,799,318 | 8/25/98 | Cardinal et al. | 707 | 104 | 8/8/96 |
| SA | C | 5,721,908 | 2/24/98 | Lagarde et al. | 395 | 610 | 6/7/95 |
| SA | D | 5,710,918 | 1/20/98 | Lagarde et al. | 395 | 610 | 6/7/95 |
| SA | E | 4,875,159 | 10/17/89 | Cary et al. | 364 | 200 | 12/22/87 |
| SA | F | 5,790,425 | 8/4/98 | Wagle | 364 | 551.01 | 2/19/97 |
| SA | G | 5,600,834 | 2/4/97 | Howard | 395 | 617 | 4/5/95 |
| | | | | | | | H |

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | H | | | | | | |
| | I | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | REF | | | | | | |
|---|---|---|---|---|---|---|---|
| | J | | | | | | |
| | K | | | | | | |
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

| EXAMINER | DATE CONSIDERED 1/25/99 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered.  Include copy of this with next communication to applicant.

131/163655.01.00
102198/1411/40827.00005

VO 000459

*10*

VO 000460



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/835,997 | 04/11/97 | MENDEZ | D | 647 |

LM61/0127

| EXAMINER |
|---|
| ALAM, S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2776 | |

MARC A. SOCKOL, ESQ.
GRAHAM & JAMES, LLP
600 HANSEN WAY
PALO ALTO CA 94304-1043

DATE MAILED:   01/27/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

VO 000461

PTO-90C (Rev. 2/95)
*U.S. GPO: 1996-404-496/40510

1- File Copy

Pages from paper number 10 are missing from the original file, and were not overlooked.

# metroPatent™

VO 000462

VO 000463

Pages from paper number 11 are missing from the original file, and were not overlooked.

# metroPatent™

VO 000464

| INFORMATION DISCLOSURE (TA)<br>IN AN APPLICATION<br>PTO 1449<br><br>*(Use several sheets if necessary)* | | DOCKET NUMBER<br>40827.00005 | | APPLICATION NUMBER<br>08/835,997 | | |
|---|---|---|---|---|---|---|
| | | APPLICANT<br>Daniel J. Mendez et al. | | | | |
| | | FILING DATE<br>April 11, 1997 | | GROUP ART UNIT<br>2776 | | |

| *EXAMINER<br>INITIAL | REF | DOCUMENT<br>NUMBER | DATE | U.S. PATENT DOCUMENTS<br>NAME | CLASS | SUBCLASS | FILING DATE IF<br>APPROPRIATE |
|---|---|---|---|---|---|---|---|
| SA | A | 5,745,360 | 04/28/98 | Leone et al. | 364 | 140 | 08/14/95 |
| SA | B | 5,721,914 | 02/24/98 | DeVries | 395 | 615 | 09/14/95 |
| SA | C | 5,388,564 | 01/31/95 | Shearer et al. | 395 | 650 | 02/24/93 |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |

| | | FOREIGN PATENT DOCUMENTS | | | | | |
|---|---|---|---|---|---|---|---|
| | I | | | | | | |
| | J | | | | | | |

OTHER  DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| SA | K | Web site entitled "Bookmark Translator 2.0:  This Utility transform Microsoft Internet Explore's bookmarks in the format valid for Netscape Navigator and viceversa," Enzo Marinacci, Rome- July 1997, URL=http://www.bns.it/emware/BookmarkTranslator-uk.htm, pp. 1-4. |
|---|---|---|
| | L | |
| | M | |
| | N | |
| | O | |
| | P | |

| EXAMINER  *Shahid H Anur* | DATE CONSIDERED  4-6-99 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered.   Include copy of this with next communication to applicant.

Sheet 1  of      1

131/169460.01.00
122298/1419/40827.00005

*Doe exst*  A

VO 000465

12

VO 000466



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/835,997 | 04/11/97 | MENDEZ | D 647 |

LM41/0225

MARC A. SOCKOL, ESQ.
GRAHAM & JAMES, LLP
600 HANSEN WAY
PALO ALTO CA 94304-1043

| EXAMINER |
|---|
| ALAN, S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2776 | |

DATE MAILED:        02/25/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

VO 000467

PTO-90C (Rev. 2/95)
*U.S. GPO 1998-437-533/90022

1- File Copy

Application/Control Number: 08/835,997

Art Unit: 2776

Page 2

## *Information Disclosure Statement*

Applicant's information disclosure statement of December 28, 1998 was filed after the issue fee was paid. Information disclosure statements filed after payment of the issue fee will not be considered, but will be placed in the file. However, the application may be withdrawn from issue in order to file a continuing application under 37 CFR 1.53(b) or 1.53(d) upon the grant of a petition filed under the provisions of 37 CFR 1.313(b)(5). Alternatively, the other provisions of 37 CFR 1.313 may apply, e.g., a petition to withdraw the application from issue under the provisions of 37 CFR 1.313(b)(3) may be filed together with an unequivocal statement by the applicant that one or more claims are unpatentable over the information contained in the statement. The information disclosure statement would then be considered upon withdrawal of the application from issue under 37 CFR 1.313(b)(3).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Shahid Alam whose telephone number is (703) 305-2358.

Shahid Alam

February 24, 1999

WAYNE AMSBURY
PRIMARY PATENT EXAMINER

VO 000469

13



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | 02/24/97 | MENDEZ | D 647 |

LM41/0415

MARC A. SOCKOL, ESQ.
GRAHAM & JAMES, LLP
600 HANSEN WAY
PALO ALTO CA 94304-1043

| EXAMINER |
|---|
| ALAM, S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2776 | 13 |

DATE MAILED: 04/15/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

VO 000470

PTO-90C (Rev. 2/95)                                                    1- File Copy

Pages from paper number 13 are missing from the original file, and were not overlooked.

**metroPatent**™

VO 000471

14

VO 000472

PATENT
Our Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

<u>CERTIFICATE OF MAILING</u>

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is
being deposited with the United States Postal Service on the date shown below with sufficient
postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner
for Patents, Washington, D.C. on

Date: _10-14-1998_    By: _Marion Dick_____
                                Marion Dick

(Signature of Person Mailing Paper or Fee)

| In Re Application of: | |
|---|---|
| DANIEL J. MENDEZ ET AL. | Examiner:   Alam, S. |
| Serial No.: 08/835,998 | Art Unit:   2776 |
| Filed: April 11, 1997 | Batch No.:   G70 |
| For:   SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK | RECEIVED Publishing Division OCT 19 1998 |

Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C.  20231

<u>Amendment Under 37 C.F.R. §1.312(a)</u>

Sir:

Pursuant to 37 C.F.R. §1.312(a), applicants respectfully request that the
changes to the specification be entered as follows:

<u>In Cross-Reference to related Applications</u>:

On Page 1, line 13, please change the first "_____" to --08/841,950--.
On Page 1, line 13, please change the second "_____" to --April 8, 1997--.

131/162792.01.00
101498/1709/40827.00005

VO 000473

PATENT
Our Docket No. 40827.00005

## REMARKS

Applicants are amending the Specification to properly identify the related application. No new matter is being added.

If for any reason an insufficient fee has been paid, the Commissioner is hereby authorized to charge the insufficiency to Deposit Account No. 05-0150.

Dated: *10-14-98*

Respectfully submitted,

Graham & James LLP
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone: 650-856-6500
Facsimile:  650-856-3619

Marc A. Sockol
Attorney for Applicants
Reg. No. 40,823

131/162792.01.00
101498/1702/40827.00005

VO 000474

Date Mailed: *10-9-98*   By: MAS          EM273531067US

| Serial No. 08/835,997 | Docket No.: 40827.00005 |
|---|---|

Applicant(s): Daniel J. Mendez et al.

Title: System And Method For Securely Synchronizing Multiple Copies of a Workplace Element in a Network

The following has been received in the U.S. Patent Office on the date stamped hereon:

☐ Patent Application ____ Pages ____ Claims

☐ Drawings Formal/Informal ____ Sheets

☐ General Authorization/Request To Petition For Extensions Of Time

☐ Oath/Declaration/Power of Attorney

☐ Assignment & Recordation Cover Sheet

☐ Verified Statement Claiming Small Entity Status

☐ Continuation Patent Application (CPA)

☐ Provisional Application

☐ Design Application     Pages     Drawings

☐ PCT Application/Ch. 11

☐ Check No. for $

☐ POA by Assignee & Revocation of Previous Powers

☒ Certificate of Mailing/Express Mail Label

☒ Petition for Consideration of IDS

☐ Amendment/Response

☐ Petition for Extension of Time

☐ Transmittal Letter

☐ Notice of Appeal

☐ Appeal Brief (Triplicate)

☐ Issue Fee Transmittal/PTO-85b Drawings

☐ Copy of PTO-1533, Notice to File Missing Parts

☒ Info. Disclosure Statement & PTO-1449/Refs

☐ Request to Correct Filing Receipt

☐ Petition Under 37 C.F.R. §1.312(b)

☐ Power of Attorney

☐ Check No. for

☐ Microfiche Appendix A, B & C

☒ Check No. 22817 for $130.00

RECEIVED
Publishing Division
OCT 1 9 1998
14

VO 000475



VO 000476