U.S. DEPARTMENT OF COMMERCE
PATENT/TRADEMARK OFFICE
WASHINGTON, D.C. 20231



Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043

VO 000477

Express Mail Label No. EM2735    7US

PATENT
Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

DANIEL J. MENDEZ ET AL.

Serial No.  08/835,997

Filed: April 11, 1997

For:  SYSTEM AND METHOD FOR
SECURELY SYNCHRONIZING
MULTIPLE COPIES OF A WORKPLACE
ELEMENT IN A NETWORK

Examiner: Alam, S.

Art Unit:  2776

Batch No. G70

Assistant Commissioner for Patents
Washington, D.C.  20231

PETITION FOR CONSIDERATION OF
INFORMATION DISCLOSURE STATEMENT AFTER NOTICE OF
ALLOWANCE AND BEFORE PAYMENT OF ISSUE FEE, AND
INFORMATION DISCLOSURE STATEMENT

Sir:

In order to comply with the duty to disclose under C.F.R. §1.56, Applicants hereby petition the Commissioner pursuant to 37 C.F.R. §1.97(d) to have the enclosed documents considered by the Examiner in charge of the above-identified application.  Enclosed herewith is a check in the amount of $130.00 to cover the cost for this petition as specified in 37 C.F.R. §1.17(i).  The Commissioner is hereby authorized to charge any shortage in the fees due in connection with the filing of this paper, including Information Disclosure fees and petition fees to Deposit Account 05-0150.

The information listed below may be material to the examination of the above-identified application.  Copies of cited reference(s) and a completed PTO-1449 form are submitted herewith.  The Examiner is requested to make this information of official record in the application.

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney hereby certifies that:

131/161899.01.00
100998/1510/40827.00005

VO 000478

Express Mail Label No. EM2735    7US

PATENT
Docket No. 40827.00005

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

Applicants would appreciate the Examiner's initialing and returning the Form PTO-1449, indicating that the reference(s) have been considered and made of record herein.

The Information Disclosure Statement under 37 CFR §1.97 is not to be construed as a representation that: (i) a search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

If for any reason an insufficient fee has been paid, the Commissioner is hereby authorized to charge any deficiency in payment of required fees associated with this communication to Deposit Account 05-0150.

Date: October 9, 1998

Respectfully submitted,

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Tel: (650) 856-6500
Fax: (650) 856-3619

By: _____
Marc A. Sockol
Registration No. 40,823
Attorney for Applicants

131/161899.01.00
100998/1449/40827.00005

VO 000479

*Express Mail Label No. EM273531067US

| INFORMATION DISCLOSURE CITATION IN AN APPLICATION PTO 1449 *(Use several sheets if necessary)* | | | DOCKET NUMBER 40827.00005 | | | APPLICATION NUMBER 08/835,997 | | |
|---|---|---|---|---|---|---|---|---|
| | | | APPLICANT Mendez et al. | | | | | |
| | | | FILING DATE April 11, 1997 | | | GROUP ART UNIT 2776 | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| SA | A | 5,866,553 | 9/9/97 | Keith Crozier | 395 | 803 | |
| SA | B | 5,701,423 | 12/23/97 | Keith Crozier | 395 | 335 | |
| SA | C | 5,682,524 | 10/28/97 | Freund et al. | 395 | 605 | |
| AA | D | 5,778,346 | 7/7/98 | Frid-Nielsen et al. | 395 | 208 | |
| SM | E | 5,684,990 | 11/4/97 | David Boothby | 707 | 203 | |
| | F | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | J | Article by Bellovin et al., entitled: "Network Firewalls" Published by IEEE Communications Magazine September 1994, pages 50-57. |
| | K | Article by Steffen Stempel, entitled: "IPAccess-An Internet Service Access System for Firewall Installations" Published by IEEE Communications Magazine February 16, 1995, pages 31-41. |
| | L | Article by Braun et al., entitled: "Web Traffic Characterization: an assessment of the impact of caching documents from NCSA's web server" Published by Elsevier Science B.V. 1995 pages 37-51. |
| | M | Article by Nelson et al., entitled: "Security for Infinite Networks" Published by IEEE Communications Magazine on August 22, 1995, pages 11-19. |
| | N | Article by Greenwald et al., entitled: "Designing an Academic Firewall: Policy, Practice, and Experience with SURF" Published by IEEE Communications Magazine on February 22, 1996, pages 79-92. |
| | O | Article by Kiuchi et al., entitled: "C-HTTP—The Development of a Secure, Closed HTTP-based Network on the Internet" Published by IEEE Proceedings of SNDSS on February 22, 1996, pages 64-75. |
| | P | Article by S. Cobb, entitled: "Establishing Firewall Policy" Published by National Computer Security Assn. on June 25-27, 1996, pages 198-205. |
| | Q | |

| EXAMINER Shahid Alam | DATE CONSIDERED 11/3/98 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered.  Include copy of this with next communication to applicant.

131/181749.01.00
100998/1451/40827.00005

𝒜

VO 000480

Patent
Docket No. 40827.00005

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231, on

Date: _10-14-98_          By _Marion Dick_

Marion Dick

(Signature of Person Mailing Paper or Fee)

| | |
|---|---|
| In Re Application of | |
| DANIEL J. MENDEZ ET AL. | |
| Serial No. 08/835,997 | Examiner: Alam, S. |
| Filing Date: April 11, 1997 | Group Art Unit: 2776 |
| For: System & Method For Securely Synchronizing Multiple Copies Of A Workspace Element In A Network | Batch No: G70 |

RECEIVED
OCT 19 1998
09

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

## TRANSMITTAL LETTER

Sir:

Please find enclosed herewith the following items for the above-referenced application:

1) Issue Fee Payment
2) Transmittal letter for Formal Drawings, including 6 Sheets of formal drawings
3) Check Nos. 22687 for $660.00 and 22688 for $30.00
4) Amendment under 37 C.F.R. §1.312(a)
5) Copy of previously submitted IDS AFTER NOTICE OF ALLOWANCE without references dated 10-9-98

If for any reason an insufficient fee has been paid, the Commissioner is hereby authorized to charge any deficiency in payment of required fees associated with this communication to Deposit Account 05-0150.

Date: _10-14-98_

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Tel: (650) 856-6500
Fax: (650) 856-3619

Respectfully submitted,

By: _[signature]_

Marc A. Sockol
Registration No. 40,823
Attorney for Applicant

131/162750.01.00
101498/1712/40827.00005

VO 000481

15

VO 000482

Paper number 15 is missing from the original file, and was not overlooked.

# metroPatent™

VO 000483

VO 000484

16

Paper number 16 is missing from the original file, and was not overlooked.

# metroPatent™

VO 000485

17

VO 000486

Patent
Docket No. 40827.00005

#14
14D-5
7.28.9;

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

<u>CERTIFICATE OF MAILING</u>
I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is
being deposited with the United States Postal Service on the date shown below with sufficient
postage as first class mail in an envelope addressed to the Assistant Commissioner For Patents,
Washington, D.C. 20231.
Date: 2|19|99                        By: Cynthia Dawn
                                          Cynthia Dawn

(Type or print name of person mailing paper or fee)

In re Application of:

Daniel J. Mendez et al.

Serial No.: 08/835,997

Filed: April 11, 1997

Title: SYSTEM AND METHOD FOR
SECURELY SYNCHRONIZING
MULTIPLE COPIES OF A WORKSPACE
ELEMENT IN A NETWORK

Examiner: S. Alam

Art Unit: 2776

Batch No. G70

OIPE
FEB 2 2 1999
PATENT & TRADEMARK OFFICE

RECEIVED
Publishing
FEB 2 7 1999

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

<u>SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT</u>

<u>AFTER PAYMENT IS ISSUE FEE</u>

Sir:

Applicants respectfully request that the attached documents be placed in
the above-referenced file. These documents were cited is an International
Search Report in a related foreign application after payment of the issue fee for
the subject application.

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney
hereby certifies that:

131/177089.01.00
021999/1124/40827.00005

VO 000487

Patent
Docket No. 40827.00005

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

In the event that an additional fee is required, please charge our Deposit Account No. 05-0150.

Date: 2/19/99

Respectfully Submitted

Marc A. Sockol, Esq.
Attorney for Applicant(s)
Registration No. 40,823

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500

131/177089.01.00
021999/1124/40827.00005

VO 000488

| INFORMATION DISCLOSURE CITE IN<br>IN AN APPLICATION<br>PTO 1449 | | DOCKET NUMBER<br>40827.00005 | | | | APPLICATION NUMBER<br>08/835,997 | | |
|---|---|---|---|---|---|---|---|---|
| | | APPLICANT<br>Daniel J. Mendez et al. | | | | | | |
| (Use several sheets if necessary) | | FILING DATE<br>April 11, 1997 | | | | GROUP ART UNIT<br>2776 | | |
| | | U.S. PATENT DOCUMENTS | | | | | | |
| *EXAMINER<br>INITIAL | REF | DOCUMENT<br>NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF<br>APPROPRIATE | |
| | A | 4,897,781 | 01/30/90 | Albert Chang | 364 | 200 | | |
| | B | 5,623,601 | 04/22/97 | Hung T. Vu | 395 | 187.01 | | |
| | C | 5,572,643 | 11/05/96 | David H. Judson | 395 | 793 | | |
| | D | | | | | | | |
| | E | | | | | | | |
| | F | | | | | | | |
| | G | | | | | | | |
| | H | | | | | | | |
| | I | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT<br>NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| M | | |
| N | | |
| O | | |
| P | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered.   Include copy of this with next communication to applicant.

Sheet 1 of   1

131/177095.01.00
021999/1125/40827.00005

VO 000489

18

VO 000490

Patent
Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner For Patents, Washington, D.C. 20231,

Date: 5-10-99   By: Cynthia K. Dawn

(Type or print name of person mailing paper or fee)

| | |
|---|---|
| In re Application of: | |
| Daniel J. Mendez et al. | |
| Serial No.: 08/835,997 | Examiner: S. Alam |
| Filed: April 11, 1997 | Art Unit: 2776 |
| Title: SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK | Batch No. G70 |

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

AFTER PAYMENT OF ISSUE FEE

Sir:

Applicants respectfully request that the attached documents be placed in the above-referenced file. These documents were cited is an International Search Report in a related foreign application after payment of the issue fee for the subject application.

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney hereby certifies that:

131/184165.01.00
051099/1141/40827.00005

VO 000491

Patent
Docket No.  40827.00005

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

In the event that an additional fee is required, please charge our Deposit Account No: 05-0150.

Date: 5-10-99

Respectfully Submitted

Marc A. Sockol, Esq.
Attorney for Applicant(s)
Registration No.  40,823

Graham & James LLP
600 Hansen Way
Palo Alto, CA  94304-1043
650-856-6500

131/184165,01.00
051099/1141/40827.00005

VO 000492

| INFORMATION DISCLOSURE CITA   N | | | | DOCKET NUMBER | | | APPLICATION NUMBER | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| IN AN APPLICATION | | | | 40827.00005 | | | 08/835,997 | | |
| PTO 1449 | | | | APPLICANT | | | | | |
| (Use several sheets if necessary) | | | | Daniel J. Mendez et al. | | | | | |
| | | | | FILING DATE | | | GROUP ART UNIT | | |
| | | | | April 11, 1997 | | | 2776 | | |

| | | | | U.S. PATENT DOCUMENTS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | | SUBCLASS | FILING DATE IF APPROPRIATE |
| | A | 5,652,884 | 07/29/97 | Jack H. Palevich | 395 | | 651 | |
| | B | 5,713,019 | 01/27/98 | Timothy M. Keaten | 395 | | 610 | |
| | C | 5,717,925 | 02/10/98 | Lloyd Harper et al. | 395 | | 613 | |
| | D | 5,832,483 | 11/03/98 | Kent D. Barker | 707 | | 8 | |
| | E | 5,870,759 | 02/09/99 | Jonathan A Bauer et al. | 707 | | 201 | |
| | F | | | | | | | |
| | G | | | | | | | |
| | H | | | | | | | |
| | I | | | | | | | |

JC33
OIPE
MAY 1 3 1999
TRADEMARK OFFICE

| | | FOREIGN PATENT DOCUMENTS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
| | | | | | | YES | NO |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |

OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
| --- | --- |
| M | |
| N | |
| O | |
| P | |

| EXAMINER | DATE CONSIDERED |
| --- | --- |
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered.  Include copy of this with next communication to applicant.

Sheet 1  of   1

19

VO 000494



Patent
Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner For Patents, Washington, D.C. 20231,

Date:  5-14-99                          By: Cynthia. K. Dawn

(Type or print name of person mailing paper or fee)

| In re Application of: | |
|---|---|
| Daniel J. Mendez et al. | |
| Serial No.: 08/835,997 | Examiner: S. Alam |
| Filed: April 11, 1997 | Art Unit: 2776 |
| Title: SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK | Batch No. G70 |

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

AFTER PAYMENT OF ISSUE FEE

Sir:

Applicants respectfully request that the attached documents be placed in the above-referenced file. These documents were cited in a International Search Report in a related EPO application after payment of the issue fee for the subject application.

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney hereby certifies that:

131/185131.01.00
051399/1621/40827.00005

VO 000495

Patent
Docket No. 40827.00005

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

In the event that an additional fee is required, please charge our Deposit Account No. 05-0150.

Date: 5/14/99

Respectfully Submitted

Marc A. Sockol, Esq.
Attorney for Applicant(s)
Registration No. 40,823

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500

131/165131.01.00
051399/1447/40827.00005

VO 000496

| INFORMATION DISCLOSURE CITATION IN AN APPLICATION PTO 1449 *(Use several sheets if necessary)* | | DOCKET NUMBER 40827.00005 | | | | APPLICATION NUMBER 08/835,997 | |
|---|---|---|---|---|---|---|---|
| | | APPLICANT Daniel J. Mendez et al. | | | | | |
| | | FILING DATE April 11, 1997 | | | | GROUP ART UNIT 2776 2777 | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5,765,171 | 06/09/98 | Narain H. Gehani et al. | 707 | 203 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| M | Margaret J. Brown, "The Visto Briefcase Pro Puts Your PIM On The Internet", URL:http://www.zdnet.com/zdnn/stories/zdnn_display/0,3440,341892,00.html, August 13, 1998, 1 page. |
| N | |
| O | |
| P | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this with next communication to applicant.

Sheet 1 of 1

131/185133.01.00
051399/1622/40827.00005

VO 000497



Patent
Docket No. 40827.00005

$B$

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner For Patents, Washington, D.C. 20231.

Date: 5-18-99                          By: Cynthia K. Dawn

#9/
/Supple
I. B

(Type or print name of person mailing paper or fee)

| |
|---|
| In re Application of: |
| Daniel J. Mendez et al. |
| Serial No.: 08/835,997 |
| Filed: April 11, 1997 |
| Title: SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK |

Examiner: S. Alam

Art Unit: 2776

Batch No. G70

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

### AFTER PAYMENT OF ISSUE FEE

Sir:

Applicants respectfully request that the attached document be placed in the above-referenced file. This document was cited in a in a related U.S. patent application after payment of the issue fee for the subject application.

MAY 2 0 1999

131/185527.01.00
051899/1625/40827.00005

VO 000498

Patent
Docket No. 40827.00005

Accordingly, as specified in §1.97(e)(1), Applicants' undersigned attorney hereby certifies that:

no item of information in the Information Disclosure Statement filed herewith was cited in a communication from a foreign patent office in a counterpart foreign application or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more that 3 months prior to the filing of this Information Disclosure Statement.

In the event that an additional fee is required, please charge our Deposit Account No. 05-0150.

Date: 5/18/99

Respectfully Submitted

Marc A. Sockol, Esq.
Attorney for Applicant(s)
Registration No. 40,823

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500

131/185527.01.00
051799/1023/40827.00005

VO 000499

| INFORMATION DISCLOSURE CIT. .ON IN AN APPLICATION PTO 1449 | DOCKET NUMBER 40827.00005 | | | | | APPLICATION NUMBER 08/835,997 | |
|---|---|---|---|---|---|---|---|
| | APPLICANT Daniel J. Mendez et al. | | | | | | |
| *(Use several sheets if necessary)* | FILING DATE April 11, 1997 | | | | | GROUP ART UNIT 2776 | |

U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5,634,053 | 05/27/97 | William B. Noble et al. | 395 | 604 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |

OTHER DOCUMENTS (*Including Author, Title, Date, Pertinent Pages, Etc.*)

| | | |
|---|---|---|
| | M | |
| | N | |
| | O | |
| | P | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered. Include copy of this with next communication to applicant.

Sheet 1 of 1

O.I.P.E.
MAY 2 4 1999
PATENT & TRADEMARK OFFICE

131/165530.01.00
051499/1710/40827.00005

VO 000500

VO 000501

20



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/835,997 | 04/11/97 | MENDEZ | D | 847 |

| | | |
|---|---|---|
| MARC A. SOCKOL, ESQ.<br>GRAHAM & JAMES, LLP<br>600 HANSEN WAY<br>PALO ALTO CA 94304-1043 | LM41/0730 | **EXAMINER**<br>ALAM, S |
| | | **ART UNIT**    **PAPER NUMBER**<br>2776 |

DATE MAILED:   07/30/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

VO 000502

1- File Copy

| *POST – Allowance* ~~Notice of Allowability~~ *Communication* | Application No. 08/835,997 | Applicant(s) Mendez et al. |
|---|---|---|
| | Examiner Shahid Alam | Group Art Unit 2777 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *the IDS filed on Jan 11, Feb 16, Feb 22, May 13 and May 17, 1999*.

☒ The allowed claim(s) is/are *1-25*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *16-19*

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

VO 000503

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)　　　　　　　　　　　Notice of Allowability　　　　　　　　Part of Paper No. 20

Serial Number: 08/835,997

Art Unit: 2777

Page 2

## DETAILED ACTION

### *Information Disclosure Statement*

1.  Applicant's information disclosure statement of paper number 16-19 was filed after the issue fee was paid. Information disclosure statements filed after payment of the issue fee will not be considered, but will be placed in the file. However, the application may be withdrawn from issue in order to file a continuing application under 37 CFR 1.53(b) or 1.53(d) upon the grant of a petition filed under the provisions of 37 CFR 1.313(b)(5). Alternatively, the other provisions of 37 CFR 1.313 may apply, e.g., a petition to withdraw the application from issue under the provisions of 37 CFR 1.313(b)(3) may be filed together with an unequivocal statement by the applicant that one or more claims are unpatentable over the information contained in the statement. The information disclosure statement would then be considered upon withdrawal of the application from issue under 37 CFR 1.313(b)(3).

The petitions (IDS) are denied because they were filed after payment of the issue fee. See 37 CFR 1.97 (d) (2).

2.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to Shahid Alam whose telephone number is (703) 305-2358.

Shahid Alam

July 29, 1999

WAYNE AMSBURY
PRIMARY PATENT EXAMINER

VO 000504

VO 000505

21

PATENT
Attorney Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner for Patent, Washington, D.C. 20231, on

Date: 5-10-99          By: Cynthia K. Dawin

(Signature of Person Mailing Paper or Fee)

| In re Application of: | |
|---|---|
| Daniel J. Mendez et al. | Examiner: Alam, S.<br>Art Unit: 2776 |
| Serial No. 08/835,997 | |
| Filed: April 11, 1997 | |
| Title: SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK | |

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C. 20231

2nd REQUEST TO CORRECT FILING RECEIPT

Dear Sir:

1.  Attached is a copy of the official filing receipt received from the PTO in the above application for which issuance of a corrected filing receipt is respectfully requested.

2.  There is an error in that the following data is:
    ☒      incorrectly entered
           and/or
    ☐   omitted
        ☒   Applicant's name
        ☐   Applicant's address
        ☒   Title
        ☐   Filing Date
        ☐   Serial Number
        ☐   Foreign/PCT Application Reference

131/184590.01.00
051099/1133/40827.00005

VO 000506

PATENT
Attorney Docket No.  40827.00005

☐ Other - Foreign Filing License Granted (DATE)
☒ Attorney Docket No.

in that the filing receipt should read as follows:

Applicant's Name:    Daniel J. Mendez

Title:    "SYSTEM AND METHOD FOR <u>SECURELY</u> SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A <u>NETWORK</u>"

3.        *(complete the following applicant Item A or B)*

A.    ☒        The correction is not due to any error by applicant and no fee is due
                            OR
B.    ☐        The correction is due to applicant's error and the fee therefor under 37 CFR 1.19(h) of $25.00 is paid as follows:
                ☐        enclosed is check for $25.00
                ☐        charge Account _____ $25.00

If for any reason an insufficient fee has been paid, please charge the insufficiency to Deposit Account No. <u>05-0150</u>.

Date: 5/10/99

Graham & James LLP
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone (650) 856-6500
Facsimile (650) 856-3619

Respectfully submitted,

By:    Marc A. Sockol, Esq.
         Registration No. 40,823

RECEIVED
99 MAY 20 AM 9:18
GROUP 2700

131/184890.01.00
051099/1500/40827.00005

VO 000507



FILING RECEIPT

UNITED STATE? ?ARTMENT OF COMMERCE
Patent and Tra?. ?rk Office
ASSISTANT SECRE?ARY AND COMMISS'ONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/839,997 | 04/11/97 | 2317 | $600.00 | 647 | 6 | 25 | 7 |

POSTED

MARC A. SOCKOL
CARR DEFILIPPL & FERRELL *SUITE*
2225 EAST BAYSHORE ROAD, ~~SUITE~~ 200
PALO ALTO CA 94303

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the
results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF
INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy
of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's
Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)

DANIEL *J.* MENDEZ, MOUNTAIN VIEW, CA; MARK D. RIGGINS,
SAN JOSE, CA; PRASAD WAGLE, SANTA CLARA, CA; CHRISTINE C.
YING, FOSTER CITY, CA.

FOREIGN FILING LICENSE GRANTED 09/29/97          * SMALL ENTITY *
TITLE                              *SECURELY*
SYSTEM AND METHOD FOR ~~SECURITY~~ SYNCHRONIZING MULTIPLE COPIES OF A
WORKSPACE ELEMENT IN A ~~NET WORK~~ *NETWORK*

PRELIMINARY CLASS: 395

RECEIVED
99 MAY 20 AM 9: 19
GROUP 2700

22

VO 000509

Paper number 22 is missing from the original file, and was not overlooked.

# metroPatent™

VO 000510

23

VO 000511

Paper number 23 is missing from the original file, and was not overlooked.

# metroPatent™

VO 000512

24

VO 000513



PATENT
Docket No. 40827.00005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as first class mail in an envelope addressed to Box Issue Fee, Assistant Commissioner For Patents, Washington, D.C. 20231.

Date:   February 2, 2000                                By: _____
                                                                Cheri Elven

(Type or print name of person mailing paper or fee)

RECEIVED

FEB 1 7 2000

Group 2700

| | |
|---|---|
| In re Application of: | |
| Daniel J. Mendez et al. | |
| Serial No.: 08/835,997 | Examiner:  S. Alam |
| Filed: April 11, 1997 | Art Unit:   2776 |
| Title: SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK | |

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C.  20231

SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

AFTER PAYMENT OF ISSUE FEE

Sir:

Applicants respectfully request that the attached documents be placed in the above-referenced file. This document was cited in a related U.S. patent application after payment of the issue fee for the subject application.

Accordingly, as specified in §1.97(e)(2), Applicants' undersigned attorney hereby certifies that:

131/198819.01.00
020200/0882/40827.00005

Match & Return

VO 000514

PATENT
Docket No. 40827.00005

no item of information in the Information Disclosure Statement filed

RECEIVED

herewith was cited in a communication from a foreign patent office

in a counterpart foreign application or, to my knowledge after

FEB 1 7 2000

making reasonable inquiry, was known to any individual designated

Group 2700

in 37 CFR 1.56(c) more that 3 months prior to the filing of the

Information Disclosure Statement.

The Information Disclosure Statement under 37 CFR §1.97 is not to be

construed as a representation that: (i) a search has been made; (ii) additional

information material to the examination of this application does not exist; (iii) the

information, protocols, results and the like reported by third parties are accurate

or enabling; or (iv) the above information constitutes prior art to the subject

invention.

In the event that an additional fee is required, please charge our Deposit

Account No. 05-0150.

Date: February 2, 2000

Respectfully Submitted,

Marc A. Sockol
Registration No. 40,823
Attorney for Applicant

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500

| INFORMATION DISCLOSURE C___TION IN AN APPLICATION PTO 1449 *(Use several sheets if necessary)* | | DOCKET NUMBER 40827.00005 | | APPLICATION NUMBER 08/835,997 | | |
|---|---|---|---|---|---|---|
| | | APPLICANT Daniel J. Mendez et al. | | RECEIVED FEB 1 7 2000 | | |
| | | FILING DATE 04/11/97 | | GROUP ART UNIT 2776   Group 2700 | | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS S | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 5,966,714 | 10/12/1999 | Chu-Yi Huang et al. | 707 | 201 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS S | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | H | | | | | | | |
| | I | | | | | | | |
| | K | | | | | | | |

**OTHER  DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | REF | |
|---|---|---|
| | K | |
| | L | |
| | M | |
| | N | |
| | O | |
| | P | |
| | Q | |
| | R | |

| EXAMINER | | DATE CONSIDERED |
|---|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not information and not considered.  Include copy of this with next communication to applicant.

Sheet 1  of    1

131/198826.01.00
020100/1544/40827.00005

25

VO 000517



UNITED STATES ᴾARTMENT OF COMMERCE
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/835,997 | 04/11/97 | MENDEZ | D | 40827.00005 |

LM02/0328

|  | EXAMINER |
|---|---|
|  | ALAM, S |
| ART UNIT | PAPER NUMBER |
| 2771 |  |

MARC A. SOCKOL, ESQ.
GRAHAM & JAMES, LLP
600 HANSEN WAY
PALO ALTO CA 94304-1043

DATE MAILED:
03/28/00

Please find below and/or attached an Office communication concerning this application or
proceeding.

Commissioner of Patents and Trademarks

VO 000518

| *Post-Allowance Communication* *Notice of Allowability* | Application No. 08/835,997 | Applicant(s) Mendez et al. | |
|---|---|---|---|
| | Examiner Shahid Alam | Group Art Unit 2771 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *the IDS filed on February 7, 2000*

☒ The allowed claim(s) is/are *1-25*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some*  ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _24_

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

VO 000519

Serial Number: 08/835,997                                                Page 2

Art Unit: 2771

## DETAILED ACTION

### Information Disclosure Statement

1.      Applicant's information disclosure statement of paper number 24 was filed after the issue

fee was paid.  Information disclosure statements filed after payment of the issue fee will not be

considered, but will be placed in the file.  However, the application may be withdrawn from issue

in order to file a continuing application under 37 CFR 1.53(b) or 1.53(d) upon the grant of a

petition filed under the provisions of 37 CFR 1.313(b)(5).  Alternatively, the other provisions

of 37 CFR 1.313 may apply, e.g., a petition to withdraw the application from issue under the

provisions of 37 CFR 1.313(b)(3) may be filed together with an unequivocal statement by the

applicant that one or more claims are unpatentable over the information contained in the

statement.  The information disclosure statement would then be considered upon withdrawal of

the application from issue under 37 CFR 1.313(b)(3).

         The petitions (IDS) are denied because they were filed after payment of issue fee.

See 37 CFR 1.97 (d)(2).2.

2.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Shahid Alam whose telephone number is (703) 305-2358.

Shahid Alam

Patent Examiner, AU 2771

March 14, 2000

KIM YEN VU
PRIMARY EXAMINER

VO 000520

VO 000521

26

Paper number 26 is missing from the original file, and was not overlooked.

metroPatent™

VO 000522