**Exhibit D
to the
Declaration of Sabin Head In Support of Visto's
Motion for Preliminary Injunction**

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: ASSISTANT COMMISSIONER FOR PATENTS

Washington, D.C. 20231

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 90/007,093 | 06/18/2004 | 6085192 | | 035754-007 |

| | EXAMINER |
|---|---|

Jinntung Su
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road
Building 2
Palo Alto, CA 94304

| ART UNIT | PAPER |
|---|---|

DATE MAILED: 08/30/2005

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

cc:   Richard E. Krebs
P.O. Box 640640
San Jose, CA 95164

PTO-90C (Rev.3-98)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

AUG 3 0 2005

| | |
|---|---|
| Jinntung Su ) | |
| Manatt, Phelps & Phillips, LLP ) | **FOR PATENT OWNER** |
| 1001 Page Mill Road ) | |
| Building 2 ) | |
| Palo Alto, California 94304 ) | |

| | |
|---|---|
| Robert E. Krebs ) | **FOR THIRD PARTY** |
| P.O. Box 640640 ) | **REQUESTER** |
| San Jose, California 95164 ) | |
| ) | |

| | |
|---|---|
| In re Reexamination of: ) | |
|    U.S. Patent No. 6,085,192 ) | |
| Reexamination Control No. ) | |
|    90/007,093 ) | **RETURN/NON-ENTRY OF** |
| For: SYSTEM AND METHOD FOR ) | **NON-COMPLIANT PAPERS** |
|    SECURELY SYNCHRONIZING ) | |
|    MULTIPLE COPIES OF A ) | |
|    WORKSPACE ELEMENT IN A ) | |
|    NETWORK ) | |

This is a communication in regard to the paper denominated "Request for Reexamination", filed July 11, 2005 by the Third party requestor.  This submission relates to various papers which are part of ongoing litigation related to the aforementioned patent.

Pursuant to 37 CFR §1.565:

> (a) In an *ex parte* reexamination proceeding before the Office, the patent owner must inform the Office of any prior or concurrent proceedings in which the patent is or was involved such as interferences, reissues, *ex parte* reexaminations, *inter partes* reexaminations, or litigation and the results of such proceedings.  See § 1.985 for notification of prior or concurrent proceedings in an *inter partes* reexamination proceeding.

Ordinarily, the Office will, at any time, accept for placement in the reexamination file copies from any parties of notices of suits and other proceedings involving the patent and copies of decisions or other papers filed in the court from litigations or other proceedings involving the patent. However, persons

making such submissions *must limit the submissions to the notification and must not include further arguments or information* (emphasis added). Where a submission is not limited to bare notice of the prior or current proceedings, the submission will not be made of record nor entered in the file. (MPEP § 2282.) Although MPEP 2282 states that "the submission will be returned", for files maintained in the Image File Wrapper (IFW) system the original papers are not available. Therefore, the physical papers are not returned.

A review of the submission filed July 11, 2005 reveals that the third party requestor has not limited the filing to bare notice of the litigation activity. The submission selects portions of depositions, expert testimony and the supporting art and proceeds to characterize the content of the expert testimony and supporting exhibits which were filed with the court. For this reason, the Communication is not being entered in the file.

Pinchus M. Laufer
Special Programs Examiner
Technology Center 2100
Computer Architecture, Software, and Information Security
(571) 272-3599

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,093 | 06/18/2004 | 6085192 | · 035754-007 | 9956 |

7590      08/16/2005

Jinntung Su
Manatt, Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA  94304

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 08/16/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

DO NOT USE IN PALM PRINTER

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Robert E. Krebs
P.O. Box 640640
San Jose, CA 95164

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. <u>90/007,093</u>.

PATENT NO. <u>6085192</u>.

ART UNIT <u>2163</u>.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Notice of Intent to Issue Ex Parte Reexamination Certificate* | Control No. 90/007,093 | Patent Under Reexamination 6085192 |
|---|---|---|
| | Examiner Alford W. Kindred | Art Unit 2163 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

1. ☐ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☒ Patent owner's communication(s) filed: _07 July 2005_.
   (b) ☐ Patent owner's late response filed: _____.
   (c) ☐ Patent owner's failure to file an appropriate response to the Office action mailed: _____.
   (d) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (e) ☐ Other: _____.

   Status of *Ex Parte* Reexamination:
   (f) Change in the Specification: ☒ Yes ☐ No
   (g) Change in the Drawing(s): ☐ Yes ☒ No
   (h) Status of the Claim(s):
       (1) Patent claim(s) confirmed: _1-18 and 20-25_.
       (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
       (3) Patent claim(s) cancelled: _19_.
       (4) Newly presented claim(s) patentable: _____.
       (5) Newly presented cancelled claims: _____.

2. ☐ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

4. ☐ Note attached LIST OF REFERENCES CITED (PTO-1449 or PTO/SB/08).

5. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

6. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All b)☐ Some* c)☐ None    of the certified copies have
       ☐ been received.
       ☐ not been received.
       ☐ been filed in Application No. _____.
       ☐ been filed in reexamination Control No. _____.
       ☐ been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.

7. ☐ Note attached Examiner's Amendment.

8. ☐ Note attached Interview Summary (PTO-474).

9. ☒ Other: _Supplemental mailing to indicate that an amendment to the specification was filed 4/11/05 and entered. Further clarification that the reference to a 5/13 IDs in the 6/28/05 mailing should have been a reference to 5/31 IDS._

PINCHUS M. LAUFER, PH.D, J.D
SPECIAL PROGRAM EXAMINER
TECHNOLOGY CENTER 2100

cc: Requester (if third party requester)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,093 | 06/18/2004 | 6085192 | 035754-007 | 9956 |

7590      08/09/2005

Jinntung Su
Manatt, Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA  94304

| EXAMINER |
|---|
| Kindred, Alford |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2163 | |

DATE MAILED: 08/09/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Robert E. Krebs
P.O. Box 640640
San Jose, CA 95164

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. 90/007,093.

PATENT NO. 6085192.

ART UNIT 2163.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| Notice of Intent to Issue<br>*Ex Parte Reexamination Certificate* | Control No.<br>90/007,093 | Patent Under Reexamination<br>6085192 |
| | Examiner<br>Alford W. Kindred | Art Unit<br>2163 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☒ Patent owner's communication(s) filed: 07 July 2005.
   (b) ☐ Patent owner's late response filed: _____.
   (c) ☐ Patent owner's failure to file an appropriate response to the Office action mailed: _____.
   (d) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (e) ☐ Other: _____.
   Status of *Ex Parte* Reexamination:
   (f)  Change in the Specification: ☐ Yes ☒ No
   (g) Change in the Drawing(s): ☐ Yes ☒ No
   (h) Status of the Claim(s):
       (1) Patent claim(s) confirmed: _____.
       (2) Patent claim(s) amended (including dependent on amended claim(s)): *1-18 and 20-25*
       (3) Patent claim(s) cancelled: *19*.
       (4) Newly presented claim(s) patentable: _____.
       (5) Newly presented cancelled claims: _____.

2. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

4. ☐ Note attached LIST OF REFERENCES CITED (PTO-1449 or PTO/SB/08).

5. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

6. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
      a)☐ All  b)☐ Some*  c)☐ None   of the certified copies have
                    ☐ been received.
                    ☐ not been received.
                    ☐ been filed in Application No. _____.
                    ☐ been filed in reexamination Control No. _____.
                    ☐ been received by the International Bureau in PCT Application No. _____.
      * Certified copies not received: _____.

7. ☒ Note attached Examiner's Amendment.

8. ☐ Note attached Interview Summary (PTO-474).

9. ☐ Other: _____.

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-469 (Rev.9-04)        Notice of Intent to Issue Ex Parte Reexamination Certificate        Part of Paper No 20050720

Application/Control Number: 90/007,093                                   Page 2
Art Unit: 2163

## DETAILED ACTION

1.      Claims 1-18 and 20-25 are patentable as amended.


## EXAMINER'S AMENDMENT

2.      An examiner's amendment to the record appears below.

        Authorization for this examiner's amendment was given in a telephone interview

with Pam S. Merkadeau on 7/20/05.

The application has been amended as follows:

        --1. (Currently Amended)  A computer-based method comprising the steps of:

(a) establishing a communications channel through a firewall using an HTTP port or an
        SSL port;

[(a)] (b) generating first examination results from first version information which
        indicates whether a first workspace element stored at a first store within [a] the
        firewall has been modified;

[(b)] (c) generating second examination results from second version information which
        indicates whether an independently-modifiable copy of the first workspace
        element has been modified, the copy being stored at a second store on a smart
        phone outside the firewall;

[(c)] (d) initiating steps [(a)] (b) and [(b)] (c) from within the firewall through the
        communications channel when predetermined criteria have been satisfied;

[(d)] (e) generating a preferred version from the first workspace element and from the
        copy based on the first and second examination results, wherein if only one of
        the first workspace element and the copy has been modified, then the step of
        generating includes selecting the one as the preferred version; and

[(e)] (f) storing the preferred version at the first store and at the second store.

-- 23. (Currently Amended) A computer-based method comprising the steps of:

(a) establishing a secure communications channel through a firewall using an HTTP
    port or an SSL port;

[(a)] (b) generating first examination results from first version information which
indicates whether a first workspace element stored at a first store within [a] the firewall
has been modified;

(c)  before generating the first examination results, the step of updating the first version
    information whenever the first workspace element is modified;

[(b)] (d) generating second examination results from second version information which
    indicates whether an independently-modifiable copy of the first workspace
    element has been modified, the copy being stored at a second store outside the
    firewall;

[(c)] (e) initiating steps [(a)] (b) and [(b)] (d) from within the firewall when predetermined
    criteria have been satisfied;

[(d)] (f) determining based on the first and second examination results that both the first
    workspace element and the copy have been modified; and

[(e)] (g) storing both the first workspace element and the copy at the first store and at
the second store, wherein the second store comprises a smart phone.--


--This supplemental examiner's amendment, which is necessitated by the
examiner's amendment mailed on 7/29/05, corrects a typographical error.


## STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

3.     The following is an examiner's statement of reasons for patentability and/or
confirmation of the claims found patentable in this reexamination proceeding: Claims 1-
18 and 20-25 are patentable as amended.

Application/Control Number: 90/007,093                    Page 4
Art Unit: 2163

## Statement Reasons for Patentability and/or Confirmation.

4.     The Wright reference (5,857,201, 01/05/1999) and the Hawkins reference

(6,006,274, 12/21/1999) are closer to the subject matter of the instant applicant

(Mendez Patent) than any prior art cited during the prosecution of the patent application.

--The Wright reference is a server/client relationship that incorporates a list of all

of the client's applications receiving from a client an application profile which includes

document version numbers.  Further, Wright teaches the checking of application profiles

against another profile to determine version information.

--The Hawkins reference teaches the synchronization of files in a network system

including the suggestive use of a firewall.

--Claims 1, 10 and 21-24, of the Mendez Patent, as amended recites the second

store comprises a "smart phone", as well as "wherein if only one of the first workspace

element and the copy has been modified . . . selecting the one as the preferred version"

which is not taught by the Wright or Hawkins references.

--Therefore claims 1, 10, and 21-24 are distinguished over Wright and Hawkins

combined, because both references does not teach or suggest the element of "wherein

if only one of the first workspace element and the copy has been modified . . . selecting

the one as the preferred version".  Further, applicant amended teachings of "a second

store on a smart phone" as recited in the above amended claims is not taught by the

prior art of record and therefore the claims are confirmed.

--Claims 2, 6-8, and 25, of the Mendez reference, as amended teaches the

generation of a first and second examination results which indicates whether an

Application/Control Number: 90/007,093                          Page 5
Art Unit: 2163

independently-modifiable copy being stored at a second store outside the firewall

including version information combined with a global server having a relationship with

the second store is patentable over the Wright and Hawkins references combined.

–Therefore claims 2, 6-8, and 25, are distinguished over the Wright and

Hawkins references combined, because neither reference include the use a second

store outside the firewall including version information combine with an global element

having a relationship with the second store.

Application/Control Number: 90/007,093                                    Page 6
Art Unit: 2163

### *Conclusion*

5.      Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays.  Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for

Patentability and/or Confirmation" and will be placed in the reexamination file.

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Alford W. Kindred whose telephone number is 571-272-

4037.  The examiner can normally be reached on Mon-Thurs 9-5pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Safet Metjahic can be reached on 571-272-4023.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Alford W. Kindred
Patent Examiner
Tech Ctr. 2100

JEFFREY GAFFIN
SUPERVISORY PATENT EXAMINER
TECH CENTER 2100

HOSAIN ALAM
SUPERVISORY PATENT EXAMINER

PATENT
Serial No. 90/007,093

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re reexamination of: 6,085,192

First Named Inventor:  Daniel J. Mendez

Control No.: 90/007,093

Filed:  06/18/2004

For: SYSTEM AND METHOD FOR
SECURELY SYNCHRONIZING
MULTIPLE COPIES OF A
WORKSPACE ELEMENT IN A
NETWORK

Confirmation No.: 9956

Examiner:  Alford W. Kindred

Group Art Unit: 2163

Attorney Docket No.: 25587-033-005 RE

## AMENDMENT UNDER 37 CFR 1.116

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The following amendments and remarks are filed under the provisions of 37 CFR 1.116 in response to the Final Office Action mailed June 13, 2005, and the Examiner Interview of July 6, 2005.

Amendments to the Claims are reflected in the listing of claims which begins on page 2 of this paper.

Remarks/Arguments begin on page 10 of this paper.

OK to
enter
7/29/05
VM

1

**Issue Classification**

| | | |
|---|---|---|
| Application/Control No. 90/007,093 | Applicant(s)/Patent under Reexamination 6085192 | |
| Examiner Alford W. Kindred | Art Unit 2163 | |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 707 | 10 | 707 | 1 | 9 | 10 | 104 | 203 | |

| INTERNATIONAL CLASSIFICATION | | | |
|---|---|---|---|
| G | 0 | 6 F | 17/30 |
| | | | |
| | | | |
| | | | |

| (Assistant Examiner) (Date) | | Total Claims Allowed: 24 | |
|---|---|---|---|
| | Alford W. Kindred (Primary Examiner) (Date) | | |
| (Legal Instruments Examiner) (Date) | | O.G. Print Claim(s) | O.G. Print Fig. |

| ☐ Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| 2 | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| 3 | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 4 | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 5 | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 6 | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 7 | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 8 | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 9 | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 10 | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| 11 | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| 12 | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| 13 | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| 14 | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| 15 | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| 16 | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| 17 | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| 18 | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| 19 | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| 20 | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 21 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| 22 | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| 23 | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| 24 | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 25 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office

Part of Paper No. 20050720

| Reexamination Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|
| 90/007,093 | 6085192 |
| Certificate Date | Certificate Number |

| Requester | Correspondence Address: | ☐ Patent Owner | ☒ Third Party |
|---|---|---|---|

Robert E. Krebs
P.O. Box 640640
San Jose, California 95164

| LITIGATION REVIEW ☒ | (examiner initials) AWK | 7/20/05 (date) |
|---|---|---|
| Case Name | | Director Initials |
| Visto Corp. v. Seven Networks, Inc., No. 2-03CV-333 (E. D. tex. filed September 23, 2003). Pending. | | PML |
| Sproqit Technologies, Inc. v. Visto Corp., No. 04-891 (D. Minn. filed Feb. 10, 2004). Pending. | | PML |
| Visto Corp. Sproqit Technologies, Inc., No. C-04-00651 (N. D. Cal. filed Feb. 17, 2004). Pending. | | PML |
| Infowave Software, Inc. v. Visto Corp., No. 3:04-CV-01165-L (N. D. Tex. filed May 28, 2004). Dismissed with predjudice | | PML |
| Visto Corp. v. Smartner Info Systems, LTD, No. 2-05-CV-91 (E. D. Tex. filed February 25, 2005). Pending | | PML |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office                                        DOC. CODE  RXFIL.JKT

| Reexamination | Application/Control No. 90/007,093 | Application/Patent Under Reexamination 6085192 |
|---|---|---|
| | Certificate Date | Certificate Number |

**Requester    Correspondence Address:**    ☐ Patent Owner    ☒ Third Party

Robert E. Krebs
P.O. Box 640640
San Jose, California 95164

| LITIGATION REVIEW ☒ | | |
|---|---|---|
| (examiner initials) **AWK** | | **7/20/05** (date) |
| Case Name | | Director Initials |
| Sproqit Technologies, Inc v. Visto, Corp., No. 3:04cv5270 | | *PM* |
| | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office

DOC. CODE  RXFILJKT



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,093 | 06/18/2004 | 6085192 | 035754-007 | 9956 |

7590        07/29/2005

Jinntung Su
Manatt, Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA  94304

| EXAMINER |
|---|
| Kindred, Alford |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2163 | |

DATE MAILED: 07/29/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Robert E. Krebs
P.O. Box 640640
San Jose, CA 95164

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,093*.

PATENT NO. *6085192*.

ART UNIT *2163*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Notice of Intent to Issue Ex Parte Reexamination Certificate** | 90/007,093 | 6085192 |
| | Examiner | Art Unit |
| | Alford W. Kindred | 2163 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of

    (a) ☒ Patent owner's communication(s) filed: <u>07 July 2005</u>.
    (b) ☐ Patent owner's late response filed: _____.
    (c) ☐ Patent owner's failure to file an appropriate response to the Office action mailed: _____.
    (d) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
    (e) ☐ Other: _____.

Status of *Ex Parte* Reexamination:
    (f) Change in the Specification: ☐ Yes ☒ No
    (g) Change in the Drawing(s): ☐ Yes ☒ No
    (h) Status of the Claim(s):

        (1) Patent claim(s) confirmed: _____.
        (2) Patent claim(s) amended (including dependent on amended claim(s)): <u>1-18 and 20-25</u>
        (3) Patent claim(s) cancelled: <u>19</u>.
        (4) Newly presented claim(s) patentable: _____.
        (5) Newly presented cancelled claims: _____.

2. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).

4. ☐ Note attached LIST OF REFERENCES CITED (PTO-1449 or PTO/SB/08).

5. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

6. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some*  c)☐ None  of the certified copies have
        ☐ been received.
        ☐ not been received.
        ☐ been filed in Application No. _____.
        ☐ been filed in reexamination Control No. _____.
        ☐ been received by the International Bureau in PCT Application No. _____.

    * Certified copies not received: _____.

7. ☒ Note attached Examiner's Amendment.

8. ☐ Note attached Interview Summary (PTO-474).

9. ☐ Other: _____.

cc: Requester (if third party requester)

U.S. Patent and Trademark Office
PTOL-469 (Rev.9-04)        Notice of Intent to Issue Ex Parte Reexamination Certificate    Part of Paper No 20050720

Application/Control Number: 90/007,093
Art Unit: 2163

Page 2

## DETAILED ACTION

1.    Claims 1-18 and 20-25 are patentable as amended.

## EXAMINER'S AMENDMENT

2.    An examiner's amendment to the record appears below.

Authorization for this examiner's amendment was given in a telephone interview

with Pam S. Merkadeau on 7/20/05.

The application has been amended as follows:

-- 1. (Currently Amended)  A computer-based method comprising the steps of:

(a) establishing a communications channel through a firewall using an HTTP port or an
    SSL port;

[(a)] (b) generating first examination results from first version information which

indicates whether a first workspace element stored at a first store within [a] the

firewall has been modified;

[(b)] (c) generating second examination results from second version information which

indicates whether an independently-modifiable copy of the first workspace

element has been modified, the copy being stored at a second store on a smart

phone outside the firewall;

[(c)] (d) initiating steps (a) [(b)] and (b) [(c)] from within the firewall through the

communications channel when predetermined criteria have been satisfied;

[(d)] (e) generating a preferred version from the first workspace element and from the

copy based on the first and second examination results, wherein if only one of

the first workspace element and the copy has been modified, then the step of

generating includes selecting the one as the preferred version; and

[(e)] (f) storing the preferred version at the first store and at the second store.

Application/Control Number: 90/007,093                                    **Page 3**
Art Unit: 2163

-- 23. (Currently Amended) A computer-based method comprising the steps of:

(a) establishing a secure communications channel through a firewall using an HTTP
    port or an SSL port;

[(a)] (b) generating first examination results from first version information which
indicates whether a first workspace element stored at a first store within [a] the firewall
has been modified;

(c)  before generating the first examination results, the step of updating the first version
     information whenever the first workspace element is modified;

[(b)] (d) generating second examination results from second version information which
    indicates whether an independently-modifiable copy of the first workspace
    element has been modified, the copy being stored at a second store outside the
    firewall;

[(c)] (e) initiating steps [(a)] (b) and [(b)] (d) from within the firewall when predetermined
    criteria have been satisfied;

[(d)] (f) determining based on the first and second examination results that both the first
    workspace element and the copy have been modified; and

[(e)] (g) storing both the first workspace element and the copy at the first store and at
the second store; wherein the second store comprises a smart phone.


# STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

3.      The following is an examiner's statement of reasons for patentability and/or

confirmation of the claims found patentable in this reexamination proceeding: Claims 1-

18 and 20-25 are patentable as amended.

Application/Control Number: 90/007,093

Art Unit: 2163

Page 4

## Statement Reasons for Patentability and/or Confirmation.

4.    The Wright reference (5,857,201, 01/05/1999) and the Hawkins reference (6,006,274, 12/21/1999) are closer to the subject matter of the instant applicant (Mendez Patent) than any prior art cited during the prosecution of the patent application.

--The Wright reference is a server/client relationship that incorporates a list of all of the client's applications receiving from a client an application profile which includes document version numbers. Further, Wright teaches the checking of application profiles against another profile to determine version information.

--The Hawkins reference teaches the synchronization of files in a network system including the suggestive use of a firewall.

--Claims 1, 10 and 21-24, of the Mendez Patent, as amended recites the second store comprises a "smart phone", as well as "wherein if only one of the first workspace element and the copy has been modified . . . selecting the one as the preferred version" which is not taught by the Wright or Hawkins references.

--Therefore claims 1, 10, and 21-24 are distinguished over Wright and Hawkins combined, because both references does not teach or suggest the element of "wherein if only one of the first workspace element and the copy has been modified . . . selecting the one as the preferred version". Further, applicant amended teachings of "a second store on a smart phone" as recited in the above amended claims is not taught by the prior art of record and therefore the claims are confirmed.

--Claims 2, 6-8, and 25, of the Mendez reference, as amended teaches the generation of a first and second examination results which indicates whether an

Application/Control Number: 90/007,093
Art Unit: 2163

Page 5

independently-modifiable copy being stored at a second store outside the firewall
including version information combined with a global server having a relationship with
the second store is patentable over the Wright and Hawkins references combined.

--Therefore claims 2, 6-8, and 25, are distinguished over the Wright and
Hawkins references combined, because neither reference include the use a second
store outside the firewall including version information combine with an global element
having a relationship with the second store.

Application/Control Number: 90/007,093

Art Unit: 2163

Page 6

## *Conclusion*

5.     Any comments considered necessary by PATENT OWNER regarding the above

statement must be submitted promptly to avoid processing delays.  Such submission by

the patent owner should be labeled: "Comments on Statement of Reasons for

Patentability and/or Confirmation" and will be placed in the reexamination file.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Alford W. Kindred whose telephone number is 571-272-

4037. The examiner can normally be reached on Mon-Thurs 9-5pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Safet Metjahic can be reached on 571-272-4023.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Alford W. Kindred
Patent Examiner
Tech Ctr. 2100

HOSAIN ALAM
SUPERVISORY PATENT EXAMINER

CHARLES RONES
Supervisory PRIMARY EXAMINER

Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449A/PTO **ORIGINAL** INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | Complete if Known | |
|---|---|---|---|---|---|
| | | | | Application Number | 90/007,093 |
| | | | | Filing Date | 06/18/2004 |
| | | | | First Named Inventor | Daniel J. Mendez |
| | | | | Art Unit | 2163 |
| | | | | Examiner Name | Alford W. Kindred |
| Sheet | 1 | of | 1 | Attorney Docket Number | 25587-033-005 RE |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city | T[2] |
|---|---|---|---|
| *[initials]* | A | IntelliLink Corporation, ItelliLink for Windows Release 3.0, "User's Guide" 1994, Nashua, NH | |
| | B | Lotus Development Corporation, Lotus Notes Release 4, "Application Developer's Guide" 1995, Cambridge, MA | |
| | C | Lotus Development Corporation, Lotus Notes Release 3.3 North American Server Edition, "Lotus Notes, the Groupware Standard" 1994, Cambridge, MA | |
| | D | Sams Publishing, Dahl, Andrew, "Lotus Notes 4 Administrator's Survival Guide," 1996, Indianapolis, IN | |
| | E | Sams Publishing, Tamura, et al., "Lotus Notes 4 Unleashed," 1996, Indianapolis, IN | |
| | F | Advisor Publications -- Lotus Notes Advisor, Pyle, Hugh, "The Notes Architecture," 1995 | |
| | G | Advisor Publications -- Lotus Notes Advisor, Augun, Audry, "Integrating Lotus Notes with Enterprise Data," 1996 | |
| | H | Advisor Publications -- Lotus Notes Advisor, Opyt, Barbara and Dale, Robert, "Use the Internet as Your Lotus Notes WAN," 1996 | |
| | I | Lotus Development Corporation, Lotus Notes Knowledge Base, "What is the Notes Replicator?" 1995, Cambridge, MA | |
| | J | Lotus Development Corporation, Lotus Notes Knowledge Base, "Firewall Security Overview and How Firewalls Relate to Lotus Notes" 1996, Cambridge, MA | |
| | K | Network Computing, Frenkel, Garry, "Pumping for Info: Notes and Database Integration," 1996 | |
| *[initials]* | L | IBM Corporation, Hawker et al., "Secrets to Running Lotus Notes: The Decisions No One Tells You How to Make," 1996, Research Triangle Park, NC | |

| Examiner Signature *[signature]* | Date Considered | 7/27/05 |
|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



### Search Notes

| Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|
| 90/007,093 | 6085192 | |
| **Examiner** | **Art Unit** | |
| Alford W. Kindred | 2163 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 707 | 1, 9-10 | 7/25/2005 | AWK |
| | 203 | 7/25/2005 | AWK |
| 715 | 511 | 7/25/2005 | AWK |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| West US, JPO, Derwent, IBM . . . Search | 7/25/2005 | AWK |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 707 | 1, 9-10 | 7/25/2005 | AWK |
| | 203 | 7/25/2005 | AWK |
| 715 | 511 | 7/25/2005 | AWK |
| | | | |



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

·JUL 2 6 2005

| | | |
|---|---|---|
| Jinntung Su | ) | |
| Manatt, Phelps & Phillips, LLP | ) | |
| 1001 Page Mill Road | ) | **FOR PATENT OWNER** |
| Building 2 | ) | |
| Palo Alto, California 94304 | ) | |

| | | |
|---|---|---|
| Robert E. Krebs | ) | **FOR THIRD PARTY** |
| P.O. Box 640640 | ) | **REQUESTER** |
| San Jose, California 95164 | ) | |
| | ) | |

| | | |
|---|---|---|
| In re Reexamination of: | ) | |
|    U.S. Patent No. 6,085,192 | ) | |
| Reexamination Control No. | ) | |
|    90/007,093 | ) | **RETURN/NON-ENTRY OF** |
| For:  SYSTEM AND METHOD FOR | ) | **NON-COMPLIANT PAPERS** |
|    SECURELY SYNCHRONIZING | ) | |
|    MULTIPLE COPIES OF A | ) | |
|    WORKSPACE ELEMENT IN A | ) | |
|    NETWORK | ) | |

This is a communication in regard to the paper denominated "Communication in Re Reexamination of Patent No. 6, 085,192", filed July 12, 2005 by the Third party requestor. This submission relates to various papers which are part of ongoing litigation related to the aforementioned patent.

Pursuant to 37 CFR `§1.565:

> (a) In an *ex parte* reexamination proceeding before the Office, the patent owner must inform
> the Office of any prior or concurrent proceedings in which the patent is or was involved such
> as interferences, reissues, *ex parte* reexaminations, *inter partes* examinations, or litigation
> and the results of such proceedings. See § 1.985 for notification of prior or concurrent
> proceedings in an *inter partes* reexamination proceeding.

Ordinarily, the Office will, at any time, accept for placement in the reexamination file copies from any parties of notices of suits and other proceedings involving the patent and copies of decisions or other papers filed in the court from litigations or other proceedings involving the patent. However, persons

making such submissions *must limit the submissions to the notification and must not include further arguments or information* (emphasis added).  Where a submission is not limited to bare notice of the prior or current proceedings, the submission will not be made of record nor entered in the file. (MPEP § 2282.) Although MPEP 2282 states that "the submission will be returned", for files maintained in the Image File Wrapper (IFW) system the original papers are not available.  Therefore, the physical papers are not returned.

A review of the submission filed July 12, 2005 reveals that the third party requestor has not limited the filing to bare notice of the litigation activity.  The submission selects portions of depositions, expert testimony and the supporting art and proceeds to characterize the content of the expert testimony and supporting exhibits which were filed with the court.  For this reason, the Communication is not being entered in the file.


Pinchus M. Laufer
Special Programs Examiner
Technology Center 2100
Computer Architecture, Software, and Information Security
(571) 272-3599

Access DB# _160282_

# SEARCH REQUEST FORM

## Scientific and Technical Information Center

Requester's Full Name: _Pinchus Laufer_

Art Unit: _2100_  Phone Number _272-3599_

Mail Box Location: _1C81_

Examiner # : **73139**  Date: 7.25/05

Serial Number: _90/007,093_

Results Format Preferred (circle):  PAPER   DISK   E-MAIL

**If more than one search is submitted, please prioritize searches in order of need.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please provide a detailed statement of the search topic, and describe as specifically as possible the subject matter to be searched. Include the elected species or structures, keywords, synonyms, acronyms, and registry numbers, and combine with the concept or utility of the invention. Define any terms that may have a special meaning. Give examples or relevant citations, authors, etc, if known. Please attach a copy of the cover sheet, pertinent claims, and abstract.

Title of Invention: _____

Inventors (please provide full names): _____

_____

Earliest Priority Filing Date: _____

*\*For Sequence Searches Only\* Please include all pertinent information (parent, child, divisional, or issued patent numbers) along with the appropriate serial number.*

Litigation
6,085,192

Inventor : Daniel J. Mendez et al.    O.G. Date:    August 10, 2004

Litigation Styled:   Visto Corporation v. Seven Networks, Inc.; Eastern District of Texas Marshall Division, Case No. 2-03CV-333 (TJW)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| STAFF USE ONLY | Type of Search | Vendors and cost where applicable |
|---|---|---|
| Searcher: _Shirelle Green_ | Sequence (#)_____ | STN |
| Searcher Phone #: _571-272-3487_ | AA Sequence (#)_____ | Dialog _____ |
| Searcher Location: _4B28_ | Structure (#)_____ | Questel/Orbit _40.25_ |
| Date Search Picked Up: RECEIVED | Bibliographic _____ | Dr.Link _____ |
| Date Completed: JUL 25 2005 | Litigation ✓ | Lexis/Nexis _____ |
| Searcher Prep & Review Time: | Fulltext _____ | Sequence Systems _____ |
| Clerical Prep Time: BY: | Patent Family _____ | WWW/Internet _____ |
| Online Time: _30_ | Other _____ | Other (specify) _Courtlink 31.00_ |

1 of 1 DOCUMENT

UNITED STATES PATENT AND TRADEMARK OFFICE GRANTED PATENT

6085192

Link to Claims Section

July 4, 2000

System and method for securely synchronizing multiple copies of a workspace element in
a network

**REEXAM-LITIGATE:** May 18, 2004 - Reexamination requested by Seven Networks, Inc., c/o Robert E. Krebs, Reexamination No. 90/007,040 (O.G. June 22, 2004) Ex. Gp: 2171

June 18, 2004 - Reexamination requested by Robert E. Krebs, Reexamination No. 90/007,093 (O.G. August 10, 2004) Ex. Gp: 2171

NOTICE OF LITIGATION

Vistro Corporation v. Seven Networks, Inc., Filed September 23, 2003, D.C. E.D. Texas, Doc. No. 2-03CV-333-TJW

NOTICE OF LITIGATION

Visto Corporation v. Sproqit Technologies Inc, Filed February 17, 2004, D.C. N.D. California, Doc. No. CV 04-00651 EMC

**INVENTOR:** Mendez, Daniel J. - Mountain View, California, United States (US); Riggins, Mark D. - San Jose, California, United States (US); Wagle, Prasad - Santa Clara, California, United States (US); Ying, Christine C. - Foster City, California, United States (US)

**APPL-NO:** 835997 (08)

**FILED-DATE:** April 11, 1997

**GRANTED-DATE:** July 4, 2000

**ASSIGNEE-AT-ISSUE:** RoamPage, Inc., Mountain View, California, United States (US), 02

**ASSIGNEE-AFTER-ISSUE:** April 11, 1997 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., ROAMPAGE, INC. 156 EAST DANA STREET MOUNTAIN VIEW CALIFORNIA 94041, Reel and Frame Number: 08506/0439
April 6, 1998 - SECURITY AGREEMENT, SILICON VALLEY BANK 1731 EMBARCADERO ROAD, SUITE 220 PALO ALTO CALIFORNIA 94303, Reel and Frame Number: 09094/0488
March 20, 2000 - CHANGE OF NAME (SEE DOCUMENT FOR DETAILS)., VISTO CORPORATION 1937 LANDINGS DRIVE MOUNTAIN VIEW CALIFORNIA 94043, Reel and Frame Number: 10685/0695

**LEXIS-NEXIS**
**Library: PATENTS**
**File:      ALL**

835997 (08) 6085192 July 4, 2000

August 9, 2000 - SECURITY INTEREST (SEE DOCUMENT FOR DETAILS)., SAND HILL CAPITAL II, LP
BUILDING 2, SUITE 110 3000 SAND HILL ROAD MENLO PARK CALIFORNIA 94025, Reel and Frame Number:
11052/0664
April 30, 2001 - ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS)., FB
COMMERCIAL FINANCE, INC. 135 NORTH MERAMEC AVENUE ST. LOUIS MISSOURI 63105, Reel and
Frame Number: 11742/0974
February 13, 2003 - RELEASE, VISTO CORPORATION 275 SHORELINE DR STE 300 REDWOOD SHORES
CALIFORNIA 94065, Reel and Frame Number: 13776/0491
August 7, 2003 - CHANGE OF ADDRESS, VISTO CORPORATION 275 SHORELINE DRIVE, SUITE 300
REDWOOD SHORES CALIFORNIA 94065, Reel and Frame Number: 14351/0887

**ENGLISH-ABST:**

A system includes a general synchronization module at the client site for operating within a first firewall and for
examining first version information to determine whether a first workspace element has been modified. The system
further includes a synchronization agent at a global server for operating outside the first firewall and for forwarding to
the general synchronization module second version information which indicates whether an independently-modifiable
copy of the first workspace element has been modified. A synchronization-start module is maintained at the client site
for operating within the first firewall and for securely initiating the general synchronization module and the
synchronization agent when predetermined criteria have been satisfied. The system further includes means for
generating a preferred version from the first workspace element and from the copy by comparing the first version
information and the second version information, and means for storing the preferred version at the first store and at the
second store.

## No Documents Found!

No documents were found for your search terms
**"6085192 or 6,085,192"**

---

Click "Edit Search" to return to the search form and modify your search.

Suggestions:

- Check for spelling errors.
- Remove some search terms.
- Use more common search terms, such as those listed in "Suggested Words and Concepts".
- Use a less restrictive date range.

---



About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LEXIS-NEXIS**
**Library: PATENTS**
**File:      CASES**

## No Documents Found!

No documents were found for your search terms

**"6085192 or 6,085,192"**

---

Click "Edit Search" to return to the search form and modify your search.

Suggestions:

- Check for spelling errors.
- Remove some search terms.
- Use more common search terms, such as those listed in "Suggested Words and Concepts"
- Use a less restrictive date range.

---

Edit Search

About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**LEXIS-NEXIS**
**Library: PATENTS**
**File: JNLS**

1 of 81 DOCUMENTS

Copyright 2005 Asia Pulse Pte Limited
Asia Pulse

June 30, 2005 Thursday

**SECTION:** Northern Territory Regional

**LENGTH:** 1039 words

**HEADLINE:** VISTO EXPANDS PRESENCE IN ASIA PACIFIC

**DATELINE:** REDWOOD CITY, Calif., June 29

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

**LEXIS-NEXIS**
**Library: PATENTS**
**File:      CURNEWS**

4 of 81 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

June 28, 2005 Tuesday  3:00 PM GMT

**LENGTH:** 970 words

**HEADLINE:** Visto Corporation Selected by AlwaysOn as Top 100 Private Company Award Winner;
Leading Push Email Provider Recognized for Excellence in Technology, Innovation, Growth and Value Creation

**DATELINE:** REDWOOD CITY, Calif. June 28

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

Copyright 2005 M2 Communications Ltd
All rights reserved
M2 Presswire

May 24, 2005

**LENGTH:** 1041 words

**HEADLINE:** Visto Corporation: Nextel launches first ever push email service for Java-based wireless phones; mobile email enhanced using Visto mobile technology provides mobile professionals with a productivity edge; Seamless email delivery directly to mobile phones helps individuals stay connected

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

7 of 81 DOCUMENTS

Copyright  2005 M2 Communications Ltd
All rights reserved
M2 Presswire

May 23, 2005

**LENGTH:** 1295 words

**HEADLINE:** Visto Corporation: Visto announces push email contract with SFR; SFR launches "Business Mail for Smartphones" powered by Visto Mobile with ConstantSync technology

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

9 of 81 DOCUMENTS

Copyright  2005 M2 Communications Ltd
All rights reserved
M2 Presswire

April 28, 2005

**LENGTH:** 1384 words

**HEADLINE:** Visto Corporation: Rogers Wireless and Visto launch MyMail push e-mail solution in Canada; MyMail solution uses Visto Mobile with ConstantSync Technology to push e-mail to device of your choice

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

12 of 81 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

April 21, 2005 Thursday 11:58 AM GMT

**LENGTH:** 1253 words

**HEADLINE:** Vodafone Selects Visto for Global Push Email Contract;
Vodafone Launches Its Push Email Offering to Its Mobile Community Using Visto Mobile(TM) With
ConstantSync(TM) Technology

**DATELINE:** REDWOOD SHORES, Calif. April 21

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

14 of 81 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

March 3, 2005 Thursday

**LENGTH:** 677 words

**HEADLINE:** United States Patent Office Upholds Visto's Patent Claims Against Seven Networks

**DATELINE:** REDWOOD SHORES, Calif. March 3

**BODY:**

...United States Patent & Trademark Office has upheld a majority of the claims contained within Visto's U.S. Patent No. 6,085,192 in the re-examination of that patent requested by Seven Networks, Inc.

After considering Seven's request and assessing the merits of the ...

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

15 of 81 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

March 2, 2005 Wednesday

**LENGTH:** 309 words

**HEADLINE:** SEVEN Reports: U.S. Patent and Trademark Office Rejects Visto Patent Claims;
In the Re-examination of US Patent No. 6,085,192, PTO Finds Visto Corporation Claims Unpatentable

**DATELINE:** REDWOOD CITY, Calif. March 2

**BODY:**

   ...SEVEN announced that the United States Patent and Trademark Office ("PTO") rejected the base claims of Visto Corporation's US Patent 6,085,192. After conducting its review, the PTO found that all of the independent claims of the '192 Patent were unpatentable in view of prior art ...

16 of 81 DOCUMENTS

Copyright 2005 M2 Communications Ltd
All rights reserved
M2 Presswire

February 28, 2005

**LENGTH:** 745 words

**HEADLINE:** Visto Corporation: Visto files patent infringement lawsuit against Smartner

**BODY:**

...intellectual property."

Visto asserts that Smartner Information Systems Ltd. is infringing on five of its patents: US patent nos. 6,085,192 and 6,023,708, which describe systems and methods for securely synchronizing multiple copies of a workspace element in a network, and the ...

...only to refer to the goods or services identified by those third-party marks. Visto`s technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454 and 12 foreign patents. Other patents pending. ...

18 of 81 DOCUMENTS

Copyright 2005 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

February 1, 2005 Tuesday

**LENGTH:** 755 words

**HEADLINE:** Texas Court Denies Preliminary Injunction but Accelerates Jury Selection Date in Patent Infringement Suit Against Seven Networks;
Jury Selection Set for June 29, 2005 in Marshall, Texas

**DATELINE:** REDWOOD SHORES, Calif. Feb. 1

**BODY:**

...Networks, Inc. is infringing on six of its patents. These six patents included in the legal action are: US patent nos. 6,085,192 and 6,023,708, which describe systems and methods for securely synchronizing multiple copies of a workspace element in a network, and the ...

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454. Other patents pending.

CONTACT: Aswani of Neale- ...

Copyright 2004 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

October 25, 2004 Monday

**LENGTH:** 989 words

**HEADLINE:** Visto Corporation Announces Support for Treo 650 Smartphone; Visto Extends Push Email Solution With New Treo 650 Support

**DATELINE:** REDWOOD SHORES, Calif. Oct. 25

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454. Other patents pending. ...

Copyright 2004 M2 Communications Ltd
All rights reserved
M2 Presswire

October 5, 2004

**LENGTH:** 1103 words

**HEADLINE:** Visto Corporation: Visto announces Visto Mobile 5.0 on Symbian OS; New Sony Ericsson P910 smartphone powered by Symbian OS among first devices with support for Visto's breakthrough solution for over-the-air email, calendar, and contacts push

**BODY:**

...only to refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patents 6,085,192; 5,968,131; 6,023,708; 5,961,590; 6,131,116; 6,151,606; 6,233,341; 6,131,096, 6,708,221 and 6,766,454. Other patents pending.

CONTACT: Alex Sowden/ ...

Copyright 2004 Asia Pulse Pte Limited
Asia Pulse

April 29, 2004 Thursday

**SECTION:** Northern Territory Regional

**LENGTH:** 610 words

**HEADLINE:** VISTO RECEIVES PATENT FOR SECURE REMOTE ACCESS TO CORP. DATA

**DATELINE:** REDWOOD SHORES, Calif., April 28

**BODY:**

...refer to the goods or services identified by those third-party marks. Visto's technology is protected by U.S. Patent Nos. 6,085,192, 5,968,131, 6,023,708, 5,961,590, 6,131,116, 6,151,606, 6,233,341, 6,131,096 and 6,708,221. Other patents pending.

SOURCE: Visto Corporation

CONTACT: ...

Copyright 2004 Canada NewsWire Ltd.
Canada NewsWire

April 28, 2004, Wednesday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** Attention Business And Technology Editors

**LENGTH:** 655 words

**HEADLINE:** Visto Corporation Receives Patent for Secure Remote Access To Corporate Data

**DATELINE:** REDWOOD SHORES, Calif., April 28

**BODY:**

...refer to the goods or
services identified by those third-party marks. Visto's technology is
protected by U.S. Patent Nos. 6,085,192, 5,968,131, 6,023,708, 5,961,590,
6,131,116, 6,151,606, 6,233,341, 6,131,096 and 6,708,221. Other patents
pending.

VIEW ADDITIONAL COMPANY-SPECIFIC ...

37 of 81 DOCUMENTS

Copyright 2004 PR Newswire Europe Limited
PR Newswire Europe

April 28, 2004 Wednesday

**LENGTH:** 717 words

**HEADLINE:** Visto Corporation Files to Expand Patent Lawsuit against Seven Networks

**BODY:**

...refer to the goods or services identified by those third-party marks. Visto's technology is protected by US Patent Nos. 6,085,192, 5,968,131, 6,023,708, 5,961,590, 6,131,116, 6,151,606, 6,233,341, 6,131,096 and 6,708,221. Other patents pending.

Web site: http://www. ...

Copyright 2004 Canada NewsWire Ltd.
Canada NewsWire

April 26, 2004, Monday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** Attention Business And Technology Editors

**LENGTH:** 633 words

**HEADLINE:** Visto Corporation Receives Prestigious Investors' Choice Award at Wireless Ventures Leading Investors Praise Mobile Messaging Leader's Success and Momentum

**DATELINE:** REDWOOD SHORES, Calif., April 26

**BODY:**

...only to refer to the
goods or services identified by those third-party marks. Visto's technology is
protected by U.S. Patents 6,085,192, 5,968,131, 6,023,708, 5,961,590,
6,131,116, 6,151,606, 6,233,341, and 6,131,096. Other patents pending.

43 of 81 DOCUMENTS

Copyright 2004 M2 Communications Ltd.
M2 PRESSWIRE

March 22, 2004

**LENGTH:** 1436 words

**HEADLINE:** PalmSource
PalmSource and Visto announce availability of MobileMail 5.0 for Palm OS Garnet and Palm OS Cobalt

**BODY:**

...registered trademarks, trade names or service marks are the property of their respective owners.

Visto stechnology is protected by U.S.Patents 6,085,192, 5,968,131, 6,023,708, 5,961,590, 6,131,116, 6,151,606, 6,233,341, and 6,131,096. Other patents pending.

Forward Looking Statement This press release ...

Copyright 2004 Asia Pulse Pte Limited
Asia Pulse

February 26, 2004 Thursday

**SECTION:** Northern Territory Regional

**LENGTH:** 908 words

**HEADLINE:** VISTO SIGNS AGREEMENT WITH MICROSOFT

**DATELINE:** CANNES, 3GSM World Congress, Feb. 25

**BODY:**

...registered trademarks, trade names or service marks are the property of their respective owners. Visto's technology is protected by U.S. Patents 6,085,192, 5,968,131, 6,023,708, 5,961,590, 6,131,116, 6,151,606, 6,233,341, and 6,131,096. Other patents pending.

SOURCE: Visto Corporation

CONTACT: Tuesday ...

59 of 81 DOCUMENTS

Copyright 2003 Canada NewsWire Ltd.
Canada NewsWire

December 9, 2003, Tuesday

**SECTION:** DOMESTIC NEWS

**DISTRIBUTION:** Attention News Editors

**LENGTH:** 997 words

**HEADLINE:** Rogers AT&T Wireless and Visto provide superior mobile access to e-mail, calendar and contacts;
- From Desktop to Device, Enhanced Wireless Desktop is the answer to office connectivity -

**DATELINE:** TORONTO, ON and REDWOOD CITY, CA, Dec. 9

**BODY:**

...registered trademarks, trade names or service
marks are the property of their respective owners. Visto's technology is
protected by U.S. Patents 6,085,192, 5,968,131, 6,023,708, 5,961,590,
6,131,116, 6,151,606, 6,233,341, and 6,131,096. Other patents pending.

VIEW ADDITIONAL COMPANY-SPECIFIC INFORMATION: ...

60 of 81 DOCUMENTS

Copyright 2003 Omega Communications, Inc.
Intellectual Property Today

December, 2003

**SECTION:** RFC EXPRESS TM; Recently Filed Patent Cases; Pg. 28

**LENGTH:** 966 words

**BODY:**

...INFOWAVE SOFTWARE INC.
5,961,590

03-333 -- Filed:030923
VISTO CORPORATION
vs.
SEVEN NETWORKS INC.
6,023,708; 6,085,192

03-60176 -- Filed:030822
WARRIOR LACROSSE INC.
vs.
J. DEBEER & SON INC.
6,561,932

03-3576 -- ...

63 of 81 DOCUMENTS

Copyright 2003 PR Newswire Europe Limited
PR Newswire Europe

November 25, 2003 Tuesday

**LENGTH:** 774 words

**HEADLINE:** Visto Provides Corporate Messaging for AT&T Wireless Subscribers

**BODY:**

...registered trademarks, trade names or service marks are the property of their respective owners. Visto's technology is protected by U.S. Patents 6,085,192, 5,968,131, 6,023,708, 5,961,590, 6,131,116, 6,151,606, 6,233,341, and 6,131,096. Other patents pending.

Web site: http://www.visto. ...

Copyright 2003 PR Newswire Association, Inc.
PR Newswire

September 23, 2003 Tuesday

**SECTION:** FINANCIAL NEWS

**LENGTH:** 595 words

**HEADLINE:** Visto Files Patent Infringement Lawsuits Against Infowave and Seven; Complaints Seek Injunctions, Damages

**DATELINE:** REDWOOD CITY, Calif. Sept. 23

**BODY:**

...relates to the system and method for synchronizing email. Visto's claims against Seven reference two Visto patents, nos. 6,085,192 and 6,023,708, which describe systems and methods for securely synchronizing multiple copies of a workspace element in a network, and the ...

...registered trademarks, trade names or service marks are the property of their respective owners. Visto's technology is protected by U.S. Patents 6,085,192, 5,968,131, 6,023,708, 5,961,590, 6,131,116, 6,151,606, 6,233,341, and 6,131,096. Other patents pending.

SOURCE Visto Corporation

# US District Court Civil Docket

## U.S. District - Texas Eastern
## (Marshall)

## 2:03cv333

## Visto Corporation v. Seven Networks Inc

This case was retrieved from the court on Tuesday, June 07, 2005

| | |
|---|---|
| Date Filed: 09/23/2003 | Class Code: JURY, PATENT |
| Assigned To: Judge T John Ward | Closed: no |
| Referred To: | Statute: 35:271 |
| Nature of suit: Patent (830) | Jury Demand: Both |
| Cause: Patent Infringement | Demand Amount: $0 |
| Lead Docket: None | NOS Description: Patent |
| Other Docket: None | |
| Jurisdiction: Federal Question | |

| Litigants | Attorneys |
|---|---|
| Visto Corporation<br>Plaintiff | Samuel Franklin Baxter<br>[COR LD NTC]<br>Attorney at Law P O Box O<br>Marshall , TX  75671<br>USA<br>903/ 927-2111<br>Fax: 19039272622<br>Email: Sbaxter@mckoolsmith.com<br><br>Greg Travis Warder<br>[COR LD NTC]<br>Manatt Phelps & Phillips LLP<br>1001 Page Mill Rd<br>Bldg 2<br>Palo Alto , CA  04304<br>USA<br>650/ 812-1300<br>Fax: 16502130260<br>Email: Gwarder@manatt.com<br><br>James Bruce McCubbrey<br>[COR LD NTC]<br>Manatt Phelps & Phillips LLP<br>1001 Page Mill Rd<br>Bldg 2<br>Palo Alto , CA  04304<br>USA<br>650-812-1300<br>Fax: 16502130260<br>Email: Bmccubbrey@manatt.com<br><br>Michelle Gillette<br>[COR LD NTC]<br>Manatt Phelps & Phillips LLP<br>1001 Page Mill Rd<br>Bldg 2<br>Palo Alto , CA  04304<br>USA<br>650/ 812-1300<br>Fax: 16502130260<br>Email: Mgillette@manatt.com |

Robert D Becker
[COR LD NTC]
Manatt Phelps & Phillips LLP
1001 Page Mill Rd
Bldg 2
Palo Alto , CA  94304
USA
650-812-1300
Fax: 16502130260
Email: Rbecker@manatt.com

Ronald S Katz
[COR LD NTC]
Manatt Phelps & Phillips LLP
1001 Page Mill Rd
Bldg 2
Palo Alto , CA  04304
USA
650-812-1300
Fax: 16502130260
Email: Rkatz@manatt.com

Kristi Jean Thomas
[COR LD NTC]
McKool Smith
300 Crescent Court
Suite 1500
Dallas , TX  75201
USA
214/ 978-4000
Fax: 12149784044
Email: Kthomas@mckoolsmith.com

**Seven Networks Inc**
**Defendant**

Sidney Calvin Capshaw, III
[COR LD NTC]
Brown McCarroll -Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview , TX  75606-3999
USA
903/ 236-9800
Fax: 19032368787
Email: Ccapshaw@mailbmc.com

Ahmed Kasem
[COR LD NTC]
Thelen Reid & Priest -San Jose
225 W Santa Clara St
Ste 1200
San Jose , CA  95113
USA
408/ 292-5800
Fax: 408/ 287-8040

Andrew Y Piatnicia
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650/ 463-8122
Fax: 16504638400
Email: Piatniciaa@howrey.com

Chris Kao
[COR LD NTC]
Thelen Reid & Priest -San Jose
225 W Santa Clara St
Ste 1200
San Jose , CA  95113
USA

408/ 292-5800
Fax: 408/ 287-8040

Christopher L Kelley
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650/ 463-8100
Fax: 16504638400
Email: Kelleyc@howrey.com

Daniel T Shvodian
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650/ 463-8100
Fax: 16504638400
Email: Shvodiand@howrey.com

David L Bilsker
[COR LD NTC]
Howrey Simon Arnold & White -San Francisco
525 Market Street
Suite 3600
San Francisco , CA  94105-2708
USA
415/ 848-4900
Fax: 14158484999
Email: Bilskerd@howrey.com

Dean A Morehous, Jr
[COR LD NTC]
Thelen Reid & Priest LLP
101 Second St
Ste 1800
San Francisco , CA  94105
USA
415/ 369-7377
Fax: 14153698696
Email: Dam@thelenreid.com

Henry Charles Bunsow
[COR LD NTC]
Howrey Simon Arnold & White
525 Market Street
Suite 3600
San Francisco , CA  94105-2708
USA
415/ 848-4946
Fax: 14158484999
Email: Bunsowh@howrey.com

James Charles Pistorino
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650/ 463-8185
Email: Pistorinoj@howrey.com

James F Valentine
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650/ 463-8100

Fax: 16504638400
Email: Valentinej@howrey.com

Korula T Cherian
[COR LD NTC]
Howrey Simon Arnold & White
525 Market Street
Suite 3600
San Francisco , CA  94105-2708
USA
415/ 848-4946
Fax: 14158484999
Email: Cheriank@howrey.com

Matthew E Hocker
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650-463-8100
Fax: 16504638400
Email: Hockerm@howrey.com

Robert E Camors, Jr
[COR LD NTC]
Thelen Reid & Priest LLP
225 W Santa Clara St
Ste 1200
San Jose , CA  95113
USA
408/ 282-1826
Fax: 14082878040
Email: Bobcamors@thelenreid.com

Robert E Krebs
[COR LD NTC]
Thelen Reid & Priest LLP
225 W Santa Clara St
Ste 1200
San Jose , CA  95113
USA
408/ 292-5800
Fax: 14012878040
Email: Rkrebs@thelenreid.com

Thomas C Mavrakakis
[COR LD NTC]
Howrey Simon Arnold & White
301 Ravenswood Avenue
Menlo Park , CA  94025
USA
650/ 463-8100
Fax: 16504638400
Email: Mavrakakist@howrey.com

Seven Networks Inc Counter
Claimant

Sidney Calvin Capshaw, III
[COR LD NTC]
Brown McCarroll -Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview , TX  75606-3999
USA
903/ 236-9800
Fax: 19032368787
Email: Ccapshaw@mailbmc.com

Visto Corporation Counter
Defendant

Samuel Franklin Baxter
[COR LD NTC]
Attorney at Law P O Box O

Marshall , TX  75671
USA
903/ 927-2111
Fax: 19039272622
Email: Sbaxter@mckoolsmith.com

James Bruce McCubbrey
[COR LD NTC]
Manatt Phelps & Phillips LLP
1001 Page Mill Rd
Bldg 2
Palo Alto , CA  04304
USA
650-812-1300
Fax: 16502130260
Email: Bmccubbrey@manatt.com

Robert D Becker
[COR LD NTC]
Manatt Phelps & Phillips LLP
1001 Page Mill Rd
Bldg 2
Palo Alto , CA  94304
USA
650-812-1300
Fax: 16502130260
Email: Rbecker@manatt.com

Ronald S Katz
[COR LD NTC]
Manatt Phelps & Phillips LLP
1001 Page Mill Rd
Bldg 2
Palo Alto , CA  04304
USA
650-812-1300
Fax: 16502130260
Email: Rkatz@manatt.com

| | |
|---|---|
| Seven Networks Inc Counter Claimant | Sidney Calvin Capshaw, III<br>[COR LD NTC]<br>Brown McCarroll -Longview<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview , TX  75606-3999<br>USA<br>903/ 236-9800<br>Fax: 19032368787<br>Email: Ccapshaw@mailbmc.com |
| Visto Corporation Counter Defendant | |
| Seven Networks Inc Counter Claimant | Sidney Calvin Capshaw, III<br>[COR LD NTC]<br>Brown McCarroll -Longview<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview , TX  75606-3999<br>USA<br>903/ 236-9800<br>Fax: 19032368787<br>Email: Ccapshaw@mailbmc.com |
| Visto Corporation Counter Defendant | |
| Seven Networks Inc Counter Claimant | Sidney Calvin Capshaw, III<br>[COR LD NTC]<br>Brown McCarroll -Longview |

1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999
USA
903/ 236-9800
Fax: 19032368787
Email: Ccapshaw@mailbmc.com

Visto Corporation Counter
Defendant

Seven Networks Inc Counter
Claimant

Visto Corporation Counter
Defendant

| Date | # | Proceeding Text |
|------|---|-----------------|
| 09/23/2003 | 1 | Original Complaint and Jury Demand filed. Cause: 35:271 Patent Infringement (ktd) (Entered: 09/26/2003) |
| 09/23/2003 | -- | Demand for jury trial by Visto Corporation (ktd) (Entered: 09/26/2003) |
| 09/23/2003 | -- | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # 101624 (ktd) (Entered: 09/26/2003) |
| 09/23/2003 | -- | Summons(es) issued for Seven Networks Inc & given to pla's runner (ktd) (Entered: 09/26/2003) |
| 09/23/2003 | 3 | Form mailed to Commissioner of Patents and Trademarks. (ktd) (Entered: 09/26/2003) |
| 09/25/2003 | 2 | MOTION by Visto Corporation to exceed page limitation for its motion for prelim inj (note: motion tendered) (ktd) Modified on 09/26/2003 (Entered: 09/26/2003) |
| 09/25/2003 | 4 | Corporate Disclosure Statement filed by Visto Corporation (ktd) (Entered: 09/26/2003) |
| 09/25/2003 | 5 | Application by Visto Corporation for Ronald S Katz to appear PHV (poa) (Entered: 09/29/2003) |
| 09/25/2003 | 6 | Application by Visto Corporation for Robert Becker to appear PHV (poa) (Entered: 09/29/2003) |
| 09/26/2003 | -- | Copy file prepared for Judge Ward (ktd) (Entered: 09/26/2003) |
| 09/29/2003 | 7 | Application by Visto Corporation for James Bruce McCubbrey to appear phv (ktd) (Entered: 09/30/2003) |
| 09/29/2003 | -- | PHV Filing Fee paid by atty McCubbrey; PHV FILING FEE $ 25.00 RECEIPT # 101636 (ktd) (Entered: 09/30/2003) |
| 10/07/2003 | 8 | Return of personal service executed as to Seven Networks Inc 9/24/03 Answer due on 10/14/03 for Seven Networks Inc (ktd) (Entered: 10/07/2003) |
| 10/14/2003 | 9 | Answer to complaint by Seven Networks Inc; and Counterclaims (ktd) (Entered: 10/15/2003) |
| 10/14/2003 | 9 | Counterclaim by Seven Networks Inc against Visto Corporation (ktd) (Entered: 10/15/2003) |
| 10/14/2003 | -- | Magistrate consent forms mailed to Seven Networks Inc (ktd) (Entered: 10/15/2003) |
| 10/14/2003 | 10 | Corporate Disclosure Statement filed by Seven Networks Inc (ktd) (Entered: 10/15/2003) |
| 10/24/2003 | 11 | Application by Seven Networks Inc for Dean A Morehous Jr; Robert E Krebs; and Robert E Camors Jr to appear phv (ktd) (Entered: 10/29/2003) |
| 10/27/2003 | -- | PHV Filing Fee paid by atty Krebs etal; PHV FILING FEE $ 75.00 RECEIPT # 101726 (ktd) (Entered: 10/29/2003) |
| 11/06/2003 | 12 | MOTION by Visto Corporation to dismiss with prej the affirmative defenses and counterclaim contained in dft's answer , and alternative to strike the lst, 2nd and 3rd affirmative defenses of the [9-1] counter claim (ktd) (Entered: 11/07/2003) |
| 11/24/2003 | 13 | WITHDRAWN PER 15 ORDER FILED 12/9/03 Agreed Motion by Visto Corporation, Seven Networks Inc concerning Visto's pending motion to dismiss and alternative motion to strike (ktd) Modified on 12/09/2003 (Entered: 11/25/2003) |
| 12/01/2003 | 14 | Motion by Visto Corporation for preliminary injunction scheduling order (ktd) (Entered: 12/02/2003) |
| 12/09/2003 | 15 | ORDER granting [13-1] motion concerning Visto's pending motion to dismiss and alternative motion to strike. It is ordered that pla Visto's motion is withdrawn and dft Seven is granted leave to file an amended ans repleading its first affirmative defense ( signed by Judge T. J. Ward 12/6/03 cc: attys & tjw 12/9/03) (ktd) (Entered: 12/09/2003) |
| 12/15/2003 | 16 | First Amended Answer to complaint and counterclaims by Seven Networks Inc : amends [9-1] |

| | | |
|---|---|---|
| | | answer (ktd) (Entered: 12/16/2003) |
| 12/15/2003 | 16 | First Amended counterclaim by Seven Networks Inc : amending [9-1] counter claim (ktd) (Entered: 12/16/2003) |
| 12/19/2003 | 17 | MEMORANDUM OF POINTS and AUTHORITIES by Seven Networks Inc.in opposition toto [14-1] motion for preliminary injunction scheduling order (poa) (Entered: 12/23/2003) |
| 12/30/2003 | 18 | Reply by Visto Corporation to response to [14-1] motion for preliminary injunction scheduling order (ktd) (Entered: 01/06/2004) |
| 12/30/2003 | 19 | Notice of disclosure by Visto Corporation (ktd) (Entered: 01/06/2004) |
| 01/07/2004 | 20 | MOTION by Visto Corporation to dismiss with prej the affirmative defenses and counterclaim contained in dft's first amended answer to complaint and counterclaims , and alternatively, to strike the lst, 2nd and 3rd affirmative defenses of [16-1] amended claim, [16-1] answer pursuant to FRCP 12(f) (ktd) (Entered: 01/08/2004) |
| 01/12/2004 | 21 | SurReply by Seven Networks Inc to response to [14-1] motion for preliminary injunction scheduling order (ktd) (Entered: 01/13/2004) |
| 01/26/2004 | 22 | Memorandum in Opposition (Response) by Seven Networks Inc to [20-1] motion to dismiss with prej the affirmative defenses and counterclaim contained in dft's first amended answer to complaint and counterclaims, [20-2] motion to strike the lst, 2nd and 3rd affirmative defenses of [16-1] amended claim, [16-1] answer pursuant to FRCP 12(f) (note: exhibits not scanned) (ktd) (Entered: 01/27/2004) |
| 02/03/2004 | 23 | Reply by Visto Corporation to response to [20-1] motion to dismiss with prej the affirmative defenses and counterclaim contained in dft's first amended answer to complaint and counterclaims, [20-2] motion to strike the lst, 2nd and 3rd affirmative defenses of [16-1] amended claim, [16-1] answer pursuant to FRCP 12(f) (ktd) (Entered: 02/04/2004) |
| 02/10/2004 | -- | ORDER granting 14 Motion . Signed by Judge T. John Ward on 2/10/04. (fnt, ) (Entered: 02/18/2004) |
| 02/10/2004 | 26 | ORDER re 14 Motion for Miscellaneous Relief filed by Visto Corporation Discovery due by 2/10/2004 for Seven and ends 4/9/04. Opposition Brief is due by 4/23/2004. Visto's Reply Brief is due 4/30/04. Signed by Judge T. John Ward on 2/10/04. (fnt, ) (Entered: 02/18/2004) |
| 02/13/2004 | 25 | SUR-REPLY by Seven Networks Inc to Visto's Reply on its Motion re 12 Motion to Dismiss, Motion to Strike, 20 Motion to Dismiss, Motion to Strike(kjr, ) (Entered: 02/18/2004) |
| 02/17/2004 | 24 | ORDER granting in part and denying in part 20 Motion to Dismiss, granting in part and denying in part 20 Motion to Strike pursuant to the terms of this order; the dft is granted leave to re-plead and such pleading shall be filed within 10 days after the date of the entry of this order . Signed by Judge T. John Ward on 2/17/04. (ktd, ) (Entered: 02/17/2004) |
| 02/20/2004 | 28 | ACKNOWLEDGEMENT OF RECEIPT by Visto Corporation as to 26 Order, (fnt, ) (Entered: 03/02/2004) |
| 02/27/2004 | 27 | SECOND AMENDED ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Visto Corporation by Seven Networks Inc.(kjr, ) (Entered: 03/02/2004) |
| 02/27/2004 | 30 | ***FILED IN ERROR. SEE CORRECTED DOCUMENT #***FILED IN ERROR. SEE CORRECTED DOCUMENT #*** ACKNOWLEDGEMENT OF RECEIPT by Seven Networks Inc as to ***FILED IN ERROR. SEE CORRECTED DOCUMENT #***FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Order(fnt, ) Modified on 3/2/2004 (fnt, ). (Entered: 03/02/2004) |
| 02/27/2004 | 31 | ***REPLACED DOCUMENT #***REPLACED DOCUMENT # WHICH WAS FILED IN ERROR*** ACKNOWLEDGEMENT OF RECEIPT by Seven Networks Inc as to ***REPLACED DOCUMENT #***REPLACED DOCUMENT # WHICH WAS FILED IN ERROR*** Order(fnt, ) Modified on 3/2/2004 (fnt, ). (Entered: 03/02/2004) |
| 03/03/2004 | 32 | ACKNOWLEDGEMENT OF RECEIPT by Robert D Becker of 26 Order (ktd, ) (Entered: 03/03/2004) |
| 03/11/2004 | 34 | APPLICATION to Appear Pro Hac Vice by Attorney Chris Kao for Seven Networks Inc, Ahmed Kasem for Seven Networks Inc. (ktd, ) (Entered: 03/12/2004) |
| 03/12/2004 | 33 | NOTICE of Hearing: Scheduling Conference set for 5/18/2004 at 1:00 PM before Judge T. John Ward in Marshall, TX.(shd, ) (Entered: 03/12/2004) |
| 03/12/2004 | -- | Pro Hac Vice Filing fee paid by Kasem & Kao; Fee: $50; receipt number: 102153 (ktd, ) (Entered: 03/12/2004) |
| 03/15/2004 | 35 | NOTICE OF SCHEDULING CONFERENCE, PROPOSED DEADLINES FOR DOCKET CONTROL ORDER AND DISCOVERY ORDER The Court, sua sponte, issues this Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order. Pursuant to FRCP 16 and Local Rule CV-16, the Scheduling Conference in this case is set for 5/18/04 at 1:00 p.m. in Marshall, TX. The parties are directed to meet and confer in accordance with FRCP 16(f) prior to the conference. Signed by Judge T John Ward 3/15/04 (mpv, ) (Entered: 03/15/2004) |

| 03/15/2004 | -- | Set Deadlines/Hearings: Scheduling Conference set for 3/18/2004 01:00 PM in Ctrm 106 (Marshall) before Judge T. John Ward. (mpv, ) (Entered: 03/15/2004) |
| 03/16/2004 | 36 | Agreed MOTION by Seven Networks Inc, Visto Corporation for Entry of A Stipulated Protective Order (rvw, ) (Entered: 03/19/2004) |
| 03/18/2004 | -- | Set Deadlines/Hearings: Scheduling Conference set for 5/18/2004 01:00 PM in Ctrm 106 (Marshall) before Judge T. John Ward. THIS IS TO CORRECT AN ERROR IN THE DATE OF CONFERENCE MADE IN THE ENTRY ON 3/15/04 (ktd, ) (Entered: 03/18/2004) |
| 03/22/2004 | 37 | REPY to Counterclaims 12, 16, 9, and 27 by Visto Corporation. (ktd, ) (Entered: 03/24/2004) |
| 04/02/2004 | 38 | STIPULATED PROTECTIVE ORDER. Signed by Judge T. John Ward on 3/31/04. cc: attys(poa, ) (Entered: 04/02/2004) |
| 04/15/2004 | 39 | ***FILED IN ERROR. PLEASE IGNORE.*** Minute Entry for proceedings held before Judge T. John Ward : Motion Hearing held on 4/15/2004 in Marshall, TX. (Court Reporter Susan Simmons.) (shd, ) Modified on 4/21/2004 (shd, ). (Entered: 04/21/2004) |
| 04/23/2004 | 40 | MOTION by Seven Networks Inc to Strike and Objections to Evidence submitted in support of pla's motion for preliminary injunction (exhibits not scanned) (ktd, ) (Entered: 04/28/2004) |
| 04/23/2004 | 42 | MOTION for Leave to File opposition that exceeds the page limit to pla's motion for preliminary injunction by Seven Networks Inc. (ktd, ) Modified on 4/29/2004 (ktd, ). (Entered: 04/29/2004) |
| 04/27/2004 | 41 | MOTION with memorandum of points & authorities for leave to Amend 1 Complaint - file First Amended Complaint (exhibits not scanned) by Visto Corporation. (ktd, ) (Entered: 04/29/2004) |
| 04/27/2004 | 43 | MOTION to Strike dft's Preliminary Claim Construction Brief by Visto Corporation. (part 2 of 2-part document) (ktd, ) (Entered: 04/29/2004) |
| 04/27/2004 | 44 | RESPONSE to Motion re 42 MOTION for Leave to File filed by Visto Corporation.(part 1 of 2-part document) (ktd, ) (Entered: 04/29/2004) |
| 04/29/2004 | 45 | ORDER granting 42 Motion for Leave to File . Signed by Judge T. John Ward on 4/28/04. (ktd, ) (Entered: 04/29/2004) |
| 04/29/2004 | 46 | FILED UNDER SEAL MEMORANDUM OF POINTS & AUTHORITIES BRIEF by Seven Networks Inc in Opposition to Visto's "Tendered" Motion for Preliminary Injunction. (ktd, ) (Entered: 04/29/2004) |
| 04/30/2004 | 47 | RESPONSE in Opposition re 40 MOTION to Strike filed by Visto Corporation. (ktd, ) (Entered: 05/04/2004) |
| 04/30/2004 | 48 | Unopposed MOTION by Visto for Leave to File Excess Pages for its Reply to Seven's opposition to Visto's motion for preliminary injunction. (ktd, ) (Entered: 05/04/2004) |
| 05/04/2004 | 49 | AMENDED RESPONSE in Opposition re 40 MOTION to Strike filed by Visto Corporation. (ktd, ) (Entered: 05/05/2004) |
| 05/10/2004 | 50 | REPLY MEMORANDUM in support of 40 MOTION to Strike & objections to evidence submitted in support of pla's motion for preliminary injunction filed by Seven Networks Inc. (ktd, ) (Entered: 05/12/2004) |
| 05/10/2004 | 51 | Unopposed MOTION by Seven Networks for Leave to exceed page limits for its Sur-Reply memorandum in opposition to pla's motion for preliminary injunction . (ktd, ) (Entered: 05/12/2004) |
| 05/17/2004 | 52 | ORDER granting 51 Motion for Leave to File Excess Pages for dft's Surreply in opposition . Signed by Judge T. John Ward on 5/17/04. (ktd, ) (Entered: 05/17/2004) |
| 05/17/2004 | 53 | ORDER granting 48 Motion for Leave to File Excess Pages for Visto's Reply to dft's opposition . Signed by Judge T. John Ward on 5/17/04. (ktd, ) (Entered: 05/17/2004) |
| 05/17/2004 | 56 | RESPONSE to Motion re 43 MOTION to Strike filed by Seven Networks Inc. (ktd, ) (Entered: 05/19/2004) |
| 05/17/2004 | 57 | FILED UNDER DEAL REPLY BRIEF to Response to Motion re 14 Motion for prel injunction filed by Visto Corporation. (ktd, ) (Entered: 05/21/2004) |
| 05/17/2004 | 58 | FILED UNDER SEAL SUR-REPLY in opposition to Response to Motion re 14 Motion for Prelim Inj filed by Seven Networks Inc. (ktd, ) (Entered: 05/21/2004) |
| 05/19/2004 | 54 | AMENDED DISCOVERY ORDER . Signed by Judge T. John Ward on 5/18/04. (ktd, ) (Entered: 05/19/2004) |
| 05/19/2004 | 55 | DOCKET CONTROL ORDER : In accordance with the scheduling conf held 5/18/04 Final Pretrial Conference set for 6/30/2005 09:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. Amended Pleadings due by 12/9/2004. Discovery due by 5/27/2005. Joinder of Parties due by 6/17/2004. Jury instructions due by 6/20/2005 Jury Selection set for 7/5/2005 09:00 AM in Ctrm 106 (Marshall) before Judge T. John Ward. Mediation Completion due by 4/15/2005. Dispositive/Daubert Motions due by 6/6/2005. Proposed Pretrial Order due by 6/20/2005.. |

| | | Signed by Judge T. John Ward on 5/18/04. (ktd, ) (Entered: 05/19/2004) |
|---|---|---|
| 06/02/2004 | 59 | TRANSCRIPT of Scheduling Conference Proceedings held on 5/18/04 at 1:00 p.m. in Marshall, Tx before Hon. Judge T. John Ward. Court Reporter: Susan Simmons. (ch, ) (Entered: 06/02/2004) |
| 06/03/2004 | 60 | ORDER granting 2 Motion for Leave to File Excess Pages, granting 41 Motion to Amend/Correct . Signed by Judge T. John Ward on 6/2/04. (ktd, ) (Entered: 06/04/2004) |
| 06/03/2004 | 61 | FIRST AMENDED COMPLAINT for patent infringement, injunctive relief, damages, and demand for jury trial against Seven Networks Inc (exhibits not scanned), filed by Visto Corporation. (ktd, ) (Entered: 06/04/2004) |
| 06/03/2004 | 68 | MOTION for Preliminary Injunction by Visto Corporation. (Attachments: # 1 Exhibit)(ktd, ) (Entered: 07/01/2004) |
| 06/10/2004 | 62 | ANSWER to FIRST Amended Complaint, COUNTERCLAIM against Visto Corporation by Seven Networks Inc.(ktd, ) (Entered: 06/15/2004) |
| 06/15/2004 | 63 | REPLY to 62 Counterclaim by Visto Corporation.(ktd, ) (Entered: 06/17/2004) |
| 06/18/2004 | 64 | NOTICE of Initial Disclosure by Seven Networks Inc (mpv, ) (Entered: 06/22/2004) |
| 06/23/2004 | 65 | NOTICE of Disclosure by Visto Corporation (ktd, ) (Entered: 06/25/2004) |
| 06/23/2004 | 66 | MOTION for Leave to File Excess Pages for SUPPLEMENT to motion for prelim injunction by Visto Corporation. (ktd, ) (Entered: 06/25/2004) |
| 06/30/2004 | 67 | ORDER granting 66 Motion for Leave to File Excess Pages . Signed by Judge T. John Ward on 6/29/04. (ktd, ) (Entered: 06/30/2004) |
| 06/30/2004 | 69 | FILED UNDER SEAL SUPPLEMENT to 68 motion for preliminary injunction filed by Visto Corporation. (ktd, ) (Entered: 07/01/2004) |
| 07/08/2004 | 70 | JOINT AGREED MOTION for Leave to File Supplement to the motion for preliminary injunction, amendment to discovery order, and continuance of preliminary injunction hearing by Seven Networks Inc, Visto Corporation. (mpv, ) (Entered: 07/08/2004) |
| 07/13/2004 | 71 | NOTICE of Hearing:Preliminary Injunction Hearing RESET for 10/22/2004 at 9:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 07/13/2004) |
| 07/19/2004 | 72 | AGREED ORDER granting 70 Motion for Leave to File a supplement to the motion for preliminary injunction, amendment of discovery order, and continuance of preliminary injunction hearing. IT IS THERERFORE, ORDERED: A. Pla's supplement to its motion for preliminary injunction shall be filed with the papers in this case; B. Dft's response to Pla;s supplement to its motion for preliminary injunction shall be filed on or before 9/17/04; C. Pla's reply to Dft's response shall be filed on or before 10/1/04; D. Dft's surreply, if any, shall be filed on or before 10/8/04; and the motion for preliminary injunction and supplement to its motion for preliminary injunction shall be heard on 10/22/04 at 9:30 a.m. IT IS FURTHER ORDERED that the Dft, Seven Networks, Inc may have the following additional discovery on Pla's supplement to its motion for preliminary injunction which shall not count against the discovery limits previously set by this Court. A. Up to 15 additional interrogatories; B. Up to 20 additional requests for admissions; and C. Up to 20 additional hours of depositions. Pla, Visto Corp may take discovery concerning matters raised in Dft's response which is to be filed on or before 9/17/04. IT IS FURTHER ORDERED that Visto Corp is hereby GRANTED the right to take discovery concerning matters raised in Dft's response which is to be filed on or before 9/17/04. Signed by Judge T. John Ward on 7/19/04. (mpv, ) (Entered: 07/20/2004) |
| 07/19/2004 | -- | Set/Reset Deadlines as to 68 MOTION for Preliminary Injunction. Responses due by 9/17/2004 Replies due by 10/1/2004. Motion Hearing set for 10/22/2004 09:30 AM before Judge T. John Ward. Per order #72 (mpv, ) (Entered: 07/20/2004) |
| 07/27/2004 | 73 | NOTICE of Hearing:Preliminary Injunction Hearing RESET for 10/27/2004 at 10:00 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 07/27/2004) |
| 09/03/2004 | 74 | MOTION to Stay The Preliminary Injunction Hearing, Opposed Motion to Compel Visto to Provide Disclosure Under Patent Rules 3-1 and 3-2, Opposed Motion to Compel Visto to Answer Interrogatories, Opposed Motion to Compel Answers to Deposition Questions and Brief in Support by Seven Networks Inc. (Attachments: # 1 Appendix # 2 Exhibit Declaration of Robert E. Camors, Jr.# 3 Exhibit A part 1# 4 Exhibit A Part 2 of 2# 5 Exhibit C# 6 Exhibit E# 7 Exhibit F# 8 Exhibit J# 9 Appendix 2# 10 Exhibit Declaration of Dean A. Morehous# 11 Exhibit A# 12 Exhibit B# 13 Exhibit C)(Capshaw, Sidney) (Entered: 09/03/2004) |
| 09/03/2004 | 75 | FILED UNDER SEAL DECLARATION (AFFIDAVIT) of Robert E Camors Jr in support of re 74 MOTION to Stay The Preliminary Injunction Hearing, Opposed Motion to Compel Visto to Provide Disclosure Under Patent Rules 3-1 and 3-2, Opposed Motion to Compel Visto to Answer Interrogatories, Opposed Motion to Compel Answers to Deposition Questio by Seven Networks Inc. (ktd, ) (Entered: 09/08/2004) |
| 09/14/2004 | 76 | AMENDED ANSWER to Fist Amended Complaint for Patent Infringement and, Amended COUNTERCLAIM against Visto Corporation by Seven Networks Inc, Visto Corporation. (Capshaw, Sidney) (Entered: 09/14/2004) |

| Date | # | Description |
|---|---|---|
| 09/17/2004 | 77 | MOTION Concerning Defendant Seven Networks' Opposition to Visto's Supplement to its Preliminary Injunction Motion, Agreed by Seven Networks Inc, Visto Corporation.. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 09/17/2004) |
| 09/17/2004 | 78 | FILED UNDER SEAL SUPPLEMENTAL MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION (RESPONSE) to Motion re 68 MOTION for Preliminary Injunction filed by Seven Networks Inc. (ktd, ) (Entered: 09/17/2004) |
| 09/20/2004 | 79 | MOTION for Extension of Time to File Response/Reply to Seven's Motion to Compel by Visto Corporation. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 09/20/2004) |
| 09/20/2004 | 80 | RESPONSE in Opposition re 74 MOTION to Stay The Preliminary Injunction Hearing, Opposed Motion to Compel Visto to Provide Disclosure Under Patent Rules 3-1 and 3-2, Opposed Motion to Compel Visto to Answer Interrogatories, Opposed Motion to Compel Answers to Deposition Questio filed by Visto Corporation. (Attachments: # 1 Declaration of Eugene Hahm# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Baxter, Samuel) (Entered: 09/20/2004) |
| 09/20/2004 | 81 | FILED UNDER SEAL EXHIBIT B to the Declaration of Eugene L Hahm in support of Visto's 80 Memorandum in Opposition to Seven's motion to stay the preliminary injunction hearing by Visto Corporation.(ktd, ) (Entered: 09/21/2004) |
| 09/20/2004 | 82 | FILED UNDER SEAL EXHIBIT C to the Declaration of Eugene L Hahm in support of Visto's 80 Memorandum in Opposition to Seven's Motion to Stay the Preliminary Injunction hearing by Visto Corporation. (ktd, ) (Entered: 09/21/2004) |
| 09/27/2004 | 83 | Supplemental RESPONSE in Opposition re 74 MOTION to Stay The Preliminary Injunction Hearing, Opposed Motion to Compel Visto to Provide Disclosure Under Patent Rules 3-1 and 3-2, Opposed Motion to Compel Visto to Answer Interrogatories, Opposed Motion to Compel Answers to Deposition Questio Supplement Correcting Dates on Page 7 of Visto's Memorandum in Opposition to Seven's Motion to Stay Preliminary Injunction Hearing filed by Visto Corporation. (Attachments: # 1 Exhibit A Amended Declaration of Eugene L. Hahm)(Baxter, Samuel) Modified on 9/29/2004 (fal, ). (Entered: 09/27/2004) |
| 09/29/2004 | 84 | ORDER denying as "moot" 12 Motion to Dismiss; denying as "moot" 12 Motion to Strike . Signed by Judge Donald E. Walter on 9/29/04. (ktd, ) (Entered: 09/29/2004) |
| 09/29/2004 | -- | Attorneys Chris Kao; Ahmed Kasem; and Dean A Morehous have been provided with a copy of Gen Order 04-12, together with Attorney Registration Forms (ktd, ) (Entered: 09/29/2004) |
| 09/29/2004 | 85 | ***REPLACES DOCKET ENTRY #***REPLACES DOCKET ENTRY #. INCORRECT SIGNING JUDGE. ALL OTHER INFORMATION REMAINS THE SAME.*** ORDER denying as moot ***REPLACES DOCKET ENTRY #***REPLACES DOCKET ENTRY #. INCORRECT SIGNING JUDGE. ALL OTHER INFORMATION REMAINS THE SAME.*** motion to dismiss and to strike . Signed by Judge T. John Ward on 9/29/04. (ktd, ) (Entered: 09/29/2004) |
| 09/30/2004 | 86 | FILED UNDER SEAL RESPONSE to Motion re 74 MOTION to Stay The Preliminary Injunction Hearing, Opposed Motion to Compel Visto to Provide Disclosure Under Patent Rules 3-1 and 3-2, Opposed Motion to Compel Visto to Answer Interrogatories, Opposed Motion to Compel Answers to Deposition Questio filed by Visto Corporation. (ktd, ) (Entered: 10/01/2004) |
| 10/01/2004 | 87 | MOTION for Leave to File Excess Pages (Seven Networks, Inc.'s Reply to Visto's Opposition to Seven's Motion to Stay Preliminary Injunction Hearing) by Seven Networks Inc. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 10/01/2004) |
| 10/01/2004 | 88 | FILED UNDER SEAL SUPPLEMENTAL REPLY BRIEF in Response to Motion re 68 MOTION for Preliminary Injunction & supplement thereto filed by Visto Corporation. (ktd, ) (Entered: 10/04/2004) |
| 10/08/2004 | 89 | MOTION for Leave to File Excess Pages Unopposed Motion for Leave to Exceed Page Limits to File Defendant Seven Networks, Inc.'s Sur-reply to Plaintiff Visto Corporation's Supplemental Reply Brief in Support of Motion for Preliminary Injunction by Seven Networks Inc. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Capshaw, Sidney) (Entered: 10/08/2004) |
| 10/08/2004 | 95 | FILED UNDER SEAL UNOPPOSED MOTION for Leave to File Excess Pages for its SUR-REPLY in opposition to Seven's 74 motion to stay preliminary injunction hearing by Visto Corporation. (ktd, ) (Entered: 10/20/2004) |
| 10/12/2004 | 90 | SUR-REPLY to Pltf's Visto Corp's Supplemental Reply Brief in Support of Motion re 14 Motion for Miscellaneous Relief filed by Seven Networks Inc. (ehs, ) (Entered: 10/12/2004) |
| 10/12/2004 | 91 | MOTION for Leave to File Excess Pages (Defendant's Unopposed Motion for Leave to Exceed Page Limits to File Defendant Seven Networks, Inc,'s Reply to Visto's Opposition to Seven Networks, Inc.'s Motion to Compel) by Seven Networks Inc. (Attachments: # 1 Exhibit A Part 1# 2 Exhibit Exhibit A - Part 2# 3 Text of Proposed Order)(Capshaw, Sidney) (Entered: 10/12/2004) |
| 10/13/2004 | 92 | ORDER granting 89 Motion for Leave to File Excess Pages . Signed by Judge T. John Ward on 10/13/04. (ktd, ) (Entered: 10/13/2004) |

| 10/14/2004 | 94 | FILED UNDER SEAL SUR-REPLY to Response to Motion re 68 MOTION for Preliminary Injunction filed by Seven Networks Inc. (ktd, ) (Entered: 10/20/2004) |
|---|---|---|
| 10/19/2004 | 93 | ORDER granting 91 Motion for Leave to File Excess Pages . Signed by Judge T. John Ward on 10/19/04. (ktd, ) (Entered: 10/19/2004) |
| 10/22/2004 | 96 | MOTION to Withdraw Opposed Motion to Stay the Preliminary Injunction Hearing, Opposed Motion to Compel Visto to Provide Disclosure Under Patent Rules 3-1 and 3-2, Opposed Motion to Compel Visto to Answer Interrogatories, Opposed Motion to Compel Answers to Deposition Questions and Brief in Support by Seven Networks Inc. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 10/22/2004) |
| 11/09/2004 | 97 | ORDER denying as "moot" 74 Motion to Stay/Motion to Compel . Signed by Judge T. John Ward on 11/8/04. (ktd, ) (Entered: 11/09/2004) |
| 11/10/2004 | 98 | MOTION for Extension of Time to File Agreed Motion for Extension of Time for Plaintiff, Visto Corporation, and Defendant Seven Networks, Inc. to Exchange Preliminary Claim Constructions Pursuant to P.R. 4-2 and to Submit Joint Claim Construction and Prehearing Statement Pursuant to P. R. 4-3 by Seven Networks Inc, Visto Corporation. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 11/10/2004) |
| 11/15/2004 | 99 | NOTICE of Attorney Appearance by Samuel Franklin Baxter on behalf of Visto Corporation (Baxter, Samuel) (Entered: 11/15/2004) |
| 11/24/2004 | 100 | Joint MOTION to Extend Time to Exchange PR 4-2 Preliminary Claim Constructions by Visto Corporation. (Thomas, Kristi) Additional attachment(s) added on 11/29/2004 (fal, ). (Entered: 11/24/2004) |
| 12/08/2004 | 101 | NOTICE of Hearing:Hearing on preliminary injunction set for 1/26/2005 at 9:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 12/08/2004) |
| 12/08/2004 | 102 | ORDER granting 98 Motion for Extension of Time to comply with P.R. 4-2 and 4-3; deadlines are set forth herein. Signed by Judge T. John Ward on 12/8/04. (ktd, ) (Entered: 12/08/2004) |
| 12/09/2004 | 103 | Defendant Seven Networks, Inc.'s Second Amended ANSWER to Amended Complaint, COUNTERCLAIM against Visto Corporation by Seven Networks Inc.(Capshaw, Sidney) (Entered: 12/09/2004) |
| 12/20/2004 | 104 | MOTION for Extension of Mediation Deadline, Agreed by Seven Networks Inc. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 12/20/2004) |
| 12/20/2004 | 105 | MOTION for Extension of Time for Plaintiff Visto Corporation, and Defendant, Seven Networks, Inc. to File Joint Claim Construction and Prehearing Statement Pursuant to P.R. 4-3, and to Extend the Claim Construction Discovery Deadline Pursuant to P.R. 4-4, Agreed by Seven Networks Inc. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 12/20/2004) |
| 12/22/2004 | 106 | ANSWER to Counterclaim by Visto Corporation.(Baxter, Samuel) (Entered: 12/22/2004) |
| 12/27/2004 | 107 | MOTION for Leave to File (Agreed Motion for Leave to File Plaintiff's, Visto Corporation and Defendant's, Seven Networks, Inc., Joint Claim Construction and Prehearing Statement) by Visto Corporation, Seven Networks Inc. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Capshaw, Sidney) (Entered: 12/27/2004) |
| 01/03/2005 | 108 | ORDER granting 104 Motion extend mediation deadline. Deadline to mediate is extended from 4/15/05 to 5/15/05 . Signed by Judge T. John Ward on 1/3/05. (ehs) (Entered: 01/03/2005) |
| 01/03/2005 | 109 | ORDER granting 105 Motion for extension of time for pltf to file their Joint Claim Construction and Prehearing Statement and to complete discovery. Time extended from 12/20/04 to 12/23/04 and for close of claim construction discovery to be extended from 1/12/05 to 2/13/05 . Signed by Judge T. John Ward on 1/3/05. (ehs) (Entered: 01/03/2005) |
| 01/03/2005 | 110 | ORDER granting 107 Motion for Leave to File joint claim construction and prehearing satement. Signed by Judge T. John Ward on 1/3/05. (ehs) (Entered: 01/03/2005) |
| 01/04/2005 | 111 | NOTICE of Hearing:Preliminary Injunction Hearing RESET for 1/25/2005 at 9:00 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 01/04/2005) |
| 01/24/2005 | 112 | ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** BRIEF filed Plaintiff Visto Corporation's Opening Claim Construction Brief by Visto Corporation. (Attachments: # ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** Exhibit A - Part 1# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** Exhibit A - Part 2# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** Exhibit A - Part 3# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** Exhibit A - Part 4# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** Exhibit B# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #**** Exhibit C# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit D)(Baxter, Samuel) Modified on 1/25/2005 (poa, ). (Entered: 01/24/2005) |

| | | |
|---|---|---|
| 01/24/2005 | 113 | ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** BRIEF filed Plaintiff Visto Corporation's Opening Claim Construction Brief by Visto Corporation. (Attachments: # ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** Exhibit A - Part 1# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** Exhibit A - Part 2# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** Exhibit A - Part 3# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** Exhibit A - Part 4# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** Exhibit B# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #WHICH WAS FILED IN ERROR. *** Exhibit C# ***REPLACES DOCUMENT #***REPLACES DOCUMENT. #WHICH WAS FILED IN ERROR. *** Exhibit D)(Baxter, Samuel) Modified on 1/25/2005 (poa, ). (Entered: 01/24/2005) |
| 01/25/2005 | 114 | SUPPLEMENTAL DECLARATION of Daniel Mendez in support of Motion re 68 MOTION for Preliminary Injunction filed by Visto Corporation. (ehs) (Entered: 01/25/2005) |
| 01/25/2005 | 117 | Minute Entry for proceedings held before Judge T. John Ward : Hearing on preliminary injunction held on 1/25/2005. (Court Reporter Glenda Fuller.) (shd, ) (Entered: 01/31/2005) |
| 01/27/2005 | 115 | ORDER cancelling Jury selection set for 7/5/2005 and Pretrial conf set for 6/30/05. RESET hearings as set forth herein. Motions in Limine due by 6/22/2005. Final Pretrial Conference set for 6/27/2005 04:00 PM before Judge T. John Ward. Jury Selection set for 6/29/2005 09:00AM before Judge T. John Ward. Signed by Judge T. John Ward on 1/27/05. (ehs) (Entered: 01/27/2005) |
| 01/31/2005 | 116 | ORDER denying 68 Visto's Motion for Preliminary Injunction . Signed by Judge T. John Ward on 1/31/05. (ehs) (Entered: 01/31/2005) |
| 02/07/2005 | 118 | BRIEF filed (Defendant Seven Networks' Responsive Claim Construction Brief) by Seven Networks Inc. (Attachments: # 1 Appendix 1# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Exhibit 19# 21 Exhibit 20# 22 Exhibit 21# 23 Exhibit 22# 24 Appendix 2)(Capshaw, Sidney) (Entered: 02/07/2005) |
| 02/14/2005 | 119 | BRIEF filed Reply Brief in Support of Claim Construction by Visto Corporation. (Baxter, Samuel) (Entered: 02/14/2005) |
| 02/17/2005 | 120 | TRANSCRIPT of Preliminary Injunction Proceedings held on January 25, 2005 before Judge T. John Ward. Court Reporter: Glenda Fuller. (ehs) (Entered: 02/17/2005) |
| 02/17/2005 | 121 | APPLICATION to Appear Pro Hac Vice by Attorney David L Bilsker for Seven Networks Inc. (poa, ) (Entered: 02/17/2005) |
| 02/17/2005 | -- | Pro Hac Vice Filing fee paid by David Bilsker; Fee: $25, receipt number: 2-1-23 (poa, ) (Entered: 02/17/2005) |
| 02/18/2005 | 122 | ***FILED IN ERROR. SEE CORRECTED DOCUMENT #***FILED IN ERROR. SEE CORRECTED DOCUMENT #*** APPLICATION to Appear Pro Hac Vice by Attorney David T Shvodian for Seven Networks Inc. (ch, ) Modified on 2/24/2005 (ehs). (Entered: 02/24/2005) |
| 02/18/2005 | 123 | APPLICATION to Appear Pro Hac Vice by Attorney James F Valentine for Seven Networks Inc. (ch, ) (Entered: 02/24/2005) |
| 02/18/2005 | 124 | APPLICATION to Appear Pro Hac Vice by Attorney Thomas C Mavrakakis for Seven Networks Inc. (ch, ) (Entered: 02/24/2005) |
| 02/18/2005 | -- | Pro Hac Vice Filing fee paid by Shvodian, Mavrakakis, Valentine; Fee: $75.00, receipt number: 2-1-27 (ch, ) (Entered: 02/24/2005) |
| 02/18/2005 | 125 | ***REPLACES DOCUMENT #***REPLACES DOCUMENT # WHICH WAS FILED IN ERROR*** APPLICATION to Appear Pro Hac Vice by Attorney Daniel T Shvodian for Seven Networks Inc. (ch, ) Modified on 2/24/2005 (ehs) (Entered: 02/24/2005) |
| 03/03/2005 | 126 | NOTICE of Attorney Appearance by Henry Charles Bunsow on behalf of Seven Networks Inc (Bunsow, Henry) (Entered: 03/03/2005) |
| 03/03/2005 | 127 | NOTICE of Attorney Appearance by Korula T Cherian on behalf of Seven Networks Inc (Cherian, Korula) (Entered: 03/03/2005) |
| 03/08/2005 | 128 | ORDER denying 40 Motion to Strike, finding as moot 43 Motion to Strike preliminary claim construction . Signed by Judge T. John Ward on 3/8/05. (ehs) (Entered: 03/08/2005) |
| 03/09/2005 | 129 | BRIEF filed (Joint Claim Construction and Prehearing Statement of Plaintiff Visto Corporation and Defendant Seven Networks, Inc.) by Visto Corporation, Seven Networks Inc. (Capshaw, Sidney) (Entered: 03/09/2005) |
| 03/14/2005 | 131 | Minute Entry for proceedings held before Judge T. John Ward : Markman Hearing held on 3/14/2005 in Marshall, TX. (Court Reporter Susan Simmons.) (shd, ) (Entered: 03/22/2005) |
| 03/15/2005 | 130 | Consent MOTION to Amend/Correct 55 Scheduling Order,, (Agreed Motion for Modification to Docket Control Order) by Seven Networks Inc. (Attachments: # 1 Text of Proposed Order) |

(Capshaw, Sidney) (Entered: 03/15/2005)

| | | |
|---|---|---|
| 03/22/2005 | 132 | TRANSCRIPT of Claim Construction Hearing Proceedings held on 3/14/05 at 9:00 a.m. in Marshall; before Honorable Judge T. John Ward. Court Reporter: Susan Simmons. (ch, ) (Entered: 03/22/2005) |
| 04/05/2005 | 133 | AMENDED DOCKET CONTROL ORDER, pretrial deadlines are set forth herein. Proposed Pretrial Order due by 6/27/2005. Jury Selection set for 7/12/2005 02:00PM before Judge T. John Ward. Pretrial Conference set for 7/11/2005 03:00 PM before Judge T. John Ward. Signed by Judge T. John Ward on 4/5/05. (ehs) (Entered: 04/05/2005) |
| 04/06/2005 | 134 | Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order by Visto Corporation. (Attachments: # 1 Affidavit # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/06/2005) |
| 04/08/2005 | 135 | RESPONSE in Opposition re 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order filed by Seven Networks Inc. (Valentine, James) (Entered: 04/08/2005) |
| 04/08/2005 | 136 | AFFIDAVIT in Opposition re 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order of James C. Pistorino filed by Seven Networks Inc. (Valentine, James) (Entered: 04/08/2005) |
| 04/08/2005 | 137 | AFFIDAVIT in Opposition re 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order of Robert E. Camors, Jr. filed by Seven Networks Inc. (Valentine, James) (Entered: 04/08/2005) |
| 04/08/2005 | 138 | AFFIDAVIT in Opposition re 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order of Steven Tsang filed by Seven Networks Inc. (Valentine, James) (Entered: 04/08/2005) |
| 04/08/2005 | 139 | AFFIDAVIT in Opposition re 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order of Brian Gustafson filed by Seven Networks Inc. (Valentine, James) (Entered: 04/08/2005) |
| 04/11/2005 | 140 | ORDER Setting Hearing on Motion 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order: Motion Hearing set for telephonic hearing on 4/13/2005 11:30 AM before Judge T. John Ward. Signed by Judge T. John Ward on 4/11/05. (ehs) (Entered: 04/11/2005) |
| 04/11/2005 | 141 | REPLY to Response to Motion re 134 Emergency MOTION for Protective Order Emergency Motion for Modification of the Protective Order filed by Visto Corporation. (Attachments: # 1 Affidavit Declaration of Greg Warder# 2 Declaration of Martin Haeberli# 3 Affidavit Declaration of Edward Quon)(Baxter, Samuel) (Entered: 04/11/2005) |
| 04/13/2005 | 142 | ORDER granting 134 Motion for Protective Order as set forth herein. Signed by Judge T. John Ward on 4/13/05. (ehs) (Entered: 04/13/2005) |
| 04/13/2005 | 143 | ORDER setting a Show Cause hearing - with Mr. Pistorino to be present at this hearing. Show Cause Hearing set for 4/25/2005 10:30 AM before Judge T. John Ward.. Signed by Judge T. John Ward on 4/13/05. (ehs) (Entered: 04/13/2005) |
| 04/13/2005 | 144 | Minute Entry for proceedings held before Judge T. John Ward : Telephone Conference on emergency motion for protective order held on 4/13/2005. (Court Reporter Susan Simmons.) (shd, ) (Entered: 04/18/2005) |
| 04/20/2005 | 145 | ORDER - The Court issues this opinion to construe the claims of the various patents in suit as set forth herein. Signed by Judge T. John Ward on 4/20/05. (ehs) (Entered: 04/20/2005) |
| 04/20/2005 | 146 | RESPONSE TO ORDER TO SHOW CAUSE by Seven Networks Inc. (Pistorino, James) (Entered: 04/20/2005) |
| 04/22/2005 | 147 | ORDER Cancelling and RESETTING time as to the Show Cause Hearing set for 4/25/2005 02:00 PM before Judge T. John Ward. Signed by Judge T. John Ward on 4/22/05. (ehs) (Entered: 04/22/2005) |
| 04/22/2005 | 148 | MOTION for Sanctions Pursuant to Fed. R. Civ. P. 37(c) by Visto Corporation. (Attachments: # 1 Affidavit # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N# 16 Exhibit O# 17 Exhibit P# 18 Exhibit Q# 19 Exhibit R# 20 Exhibit S# 21 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/22/2005) |
| 04/22/2005 | 149 | FILED UNDER SEAL - EXHIBIT R to Visto's motion Pursuant to Fed R Civ P 37(c) by Visto Corporation. (ehs) (Entered: 04/22/2005) |
| 04/25/2005 | 150 | Minute Entry for proceedings held before Judge T. John Ward : Show Cause Hearing held on 4/25/2005 in Marshall. (Court Reporter Susan Simmons.) (shd, ) (Entered: 04/26/2005) |
| 04/25/2005 | 151 | APPLICATION to Appear Pro Hac Vice by Attorney Michelle Gillette for Visto Corporation. (poa, ) (Entered: 04/27/2005) |
| 04/25/2005 | 152 | APPLICATION to Appear Pro Hac Vice by Attorney Greg Travis Warder for Visto Corporation. |

| | | |
|---|---|---|
| | | (poa, ) (Entered: 04/27/2005) |
| 04/25/2005 | -- | Pro Hac Vice Filing fee paid by Gillette & Warder; Fee: $50., receipt number: 2-1-189 (poa, ) (Entered: 04/27/2005) |
| 05/03/2005 | 154 | APPLICATION to Appear Pro Hac Vice by Attorney Christopher L Kelley for Seven Networks Inc. (ch, ) (Entered: 05/09/2005) |
| 05/03/2005 | 155 | APPLICATION to Appear Pro Hac Vice by Attorney Matthew E Hocker for Seven Networks Inc. (ch, ) (Entered: 05/09/2005) |
| .05/03/2005 | -- | Pro Hac Vice Filing fee paid by Kelley, Hocker; Fee: $50., receipt number: 2-1-213 (ch, ) (Entered: 05/09/2005) |
| 05/04/2005 | 153 | Consent MOTION for Leave to File Excess Pages (Defendant's Unopposed Motion for Leave to Exceed Page Limits to File Defendant Seven Networks, Inc.'s Opposition to Visto Corporation's Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c)) by Seven Networks Inc. (Attachments: # 1 Exhibit A Seven's Opposition to Visto's Motion for Sanctions# 2 Declaration of Camors to Seven's Opposition to Visto's Motion for Sanctions# 3 Exhibits to Camors' Declaration# 4 Declaration of Pistorino# 5 Pistorino Declaration Exhibits# 6 Valentine Declaration# 7 Valentine Declaration Exhibits# 8 Hocker Declaration# 9 Hocker Declaration Exhibits# 10 Text of Proposed Order Motion to Exceed the Page Limits)(Capshaw, Sidney) (Entered: 05/04/2005) |
| . 05/10/2005 | 156 | ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** MOTION for Sanctions Visto's Corrected Motion Pursuant to Fed. R. Civ. P. 37 (c) by Visto Corporation. (Attachments: # ***FILED IN ERROR. SEE CORRECTED DOCUMENT #****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit A# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit B# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit C# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit D# ***FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit.E# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit F# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit G# .***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit H# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit I# ***FILED IN.ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit J# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit K# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit L# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit M# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit N#.***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit O# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit P# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit Q# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit R# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Exhibit S# ***FILED IN ERROR. SEE CORRECTED DOCUMENT ****FILED IN ERROR. SEE CORRECTED DOCUMENT #*** Text of Proposed Order) (Baxter, Samuel) Modified on 5/11/2005 (ehs, ). (Entered: 05/10/2005) |
| 05/10/2005 | 157 | EXHIBIT R to Visto's #158 corrected motion pursuant to FED.R.CIV.P.37(c) by Visto Corporation. (ehs) Modified on 5/11/2005 (ehs). (Entered: 05/11/2005) |
| 05/11/2005 | 158 | ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** MOTION to Compel VISTO'S CORRECTED MOTION PURSUANT TO FED. R. CIV. P. 37(c) by Visto Corporation. (Attachments: # ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Affidavit Declaration of Michelle Gillette# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit A# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit B# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit C# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit D# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit E# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit F# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit G# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit H# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit I# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit J# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit K# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit L# ***REPLACES DOCUMENT #****REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit M# ***REPLACES DOCUMENT #****WHICH WAS FILED IN ERROR*** Exhibit N# ***REPLACES |

DOCUMENT #***REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR*** Exhibit O#
***REPLACES DOCUMENT #***REPLACES DOCUMENT #***WHICH WAS FILED IN ERROR***
Exhibit P# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #***WHICH WAS FILED IN
ERROR*** Exhibit Q# ***REPLACES DOCUMENT #***REPLACES DOCUMENT #***WHICH
WAS FILED IN ERROR*** Exhibit R# ***REPLACES DOCUMENT #***REPLACES DOCUMENT
#***WHICH WAS FILED IN ERROR*** Exhibit S# ***REPLACES DOCUMENT #***REPLACES
DOCUMENT #***WHICH WAS FILED IN ERROR*** Text of Proposed Order)(Baxter, Samuel)
Modified on 5/11/2005 (ehs, ). (Entered: 05/11/2005)

| 05/11/2005 | 159 | FILED UNDER SEAL - MOTION for Protective Order and Application for an order to show cause by Seven Networks Inc. (ehs) (Entered: 05/11/2005) |
| 05/11/2005 | 160 | MOTION to Amend/Correct (Seven Networks, Inc.'s Motion for Leave to Amend its Preliminary Invalidity Contentions) by Seven Networks Inc. (Attachments: # 1 Supplemental Declaration of James C. Pistorino# 2 Exhibit A# 3 Exhibit B Part 1 of 2# 4 Exhibit B Part 2 of 2# 5 Exhibit C# 6 Exhibit D Part 1# 7 Exhibit D Part 2# 8 Exhibit E# 9 Text of Proposed Order)(Capshaw, Sidney) (Entered: 05/11/2005) |
| 05/11/2005 | 161 | RESPONSE in Support re 148 MOTION for Sanctions Pursuant to Fed. R. Civ. P. 37(c) filed by Visto Corporation. (Attachments: #(1) Affidavit Declaration of Edward S. Quon #(2) Exhibit A #(3) Exhibit B #(4) Exhibit C #(5) Exhibit H #(6) Exhibit J #(7) Exhibit K #(8) Exhibit L #(9) Exhibit M #(10) Exhibit N #(11) Exhibit O)(Baxter, Samuel) Modified on 5/11/2005 (ehs, ). EXHIBITS D, E, F, G & I FILED UNDER SEAL (Entered: 05/11/2005) |
| 05/11/2005 | 162 | FILED UNDER SEAL - EXHIBITS D,E,F,G and I as to Visto's reply brief RE: Motion Pursuant to Rule 37(c). (ehs) (Entered: 05/12/2005) |
| 05/12/2005 | 163 | Consent MOTION to Withdraw (Agreed Motion to Withdraw Certain Discovery Motions) by Seven Networks Inc. (Attachments: # 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 05/12/2005) |
| 05/16/2005 | 164 | ORDER withdrawing 158 Motion to Compel, withdrawing 159 Motion for Protective Order, granting 160 Motion to Amend/Correct, granting 163 Motion to Withdraw . Signed by Judge T. John Ward on 5/16/05. (ehs) (Entered: 05/17/2005) |
| 05/25/2005 | 176 | APPLICATION to Appear Pro Hac Vice by Attorney Andrew Y Piatnicia for Seven Networks Inc. (ch, ) (Entered: 06/06/2005) |
| 05/26/2005 | -- | Pro Hac Vice Filing fee paid by Piatnicia; Fee: $25, receipt number: 2-1-287 (ch, ) (Entered: 06/06/2005) |
| 05/27/2005 | 165 | MOTION for Summary Judgment by Seven Networks Inc. (Attachments: # 1 MSJ brief - part 2# 2 MSJ brief - part 3# 3 MSJ brief - part 4# 4 MSJ brief - part 5# 5 MSJ brief - part 6) (Pistorino, James) Additional attachment(s) added on 6/1/2005 (fal, ). (Entered: 05/27/2005) |
| 05/27/2005 | 166 | Additional Attachments to Main Document: 165 MOTION for Summary Judgment.. (Attachments: # 1 Anderson Decl. - part 2# 2 Anderson Decl. - part 3# 3 Anderson Decl. - part 4# 4 Anderson Decl. - part 5)(Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 167 | Additional Attachments to Main Document: 165 MOTION for Summary Judgment.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 168 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 169 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 170 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 171 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 172 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Attachments: # 1 Exhibit E - part 4# 2 Exhibit E - part 5# 3 Exhibit F# 4 Exhibit G# 5 Exhibit H# 6 Exhibit I)(Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 173 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Pistorino, James) (Entered: 05/27/2005) |
| 05/27/2005 | 174 | Additional Attachments to Main Document: 167 Additional Attachments to Main Document.. (Attachments: # 1 Exhibit L# 2 Exhibit M# 3 Exhibit N)(Pistorino, James) (Entered: 05/27/2005) |
| 05/31/2005 | 175 | ***FILED IN ERROR. PLEASE IGNORE.*** Additional Attachments to Main Document: ***FILED IN ERROR. PLEASE IGNORE.*** MOTION for Summary Judgment.. (Pistorino, James) Modified on 6/1/2005 (fal, ). (Entered: 05/31/2005) |
| 06/01/2005 | -- | ***FILED IN ERROR. PLEASE IGNORE Doc #175. Blank orders are not filed as separate documents.*** (fal, ) (Entered: 06/01/2005) |

# US District Court Civil Docket

## U.S. District - California Northern
## (San Francisco)

## 3:04cv651

# Visto Corporation v. Sproqit Technologies, Inc

This case was retrieved from the court on Tuesday, May 31, 2005

| | |
|---|---|
| **Date Filed:** 02/17/2004 | **Class Code:** ADRMOP, AO279, E-Filing, PROTO, REFSET-JL |
| **Assigned To:** Honorable Edward M Chen | **Closed:** no |
| **Referred To:** | **Statute:** 35:271 |
| **Nature of suit:** Patent (830) | **Jury Demand:** Both |
| **Cause:** Patent Infringement | **Demand Amount:** $0 |
| **Lead Docket:** None | **NOS Description:** Patent |
| **Other Docket:** None | |
| **Jurisdiction:** Federal Question | |

| Litigants | Attorneys |
|---|---|
| Visto Corporation<br>Plaintiff | Ronald S Katz<br>[COR LD NTC]<br>Manatt, Phelps & Phillips LLP<br>1001 Page Mill Road<br>Building 2<br>Palo Alto , CA 94304-1006<br>USA<br>650-812-1300<br>Fax: 650-213-0260<br>Email: Rkatz@manatt.com<br><br>Robert D Becker<br>[COR LD NTC]<br>Manatt Phelps and Philips<br>1001 Page Mill Road Bldg 2<br>Palo Alto , CA 94304<br>USA<br>650/ 812-1370<br>Fax: 415-986-0320<br>Email: Rbecker@manatt.com<br><br>Shawn G Hansen<br>[COR LD NTC]<br>Manatt Phelps & Phillips, LLP<br>1001 Page Mill Road<br>Building 2<br>Palo Alto , CA 94304-1006<br>USA<br>650-812-1300<br>Fax: 650-213-0260<br>Email: Shansen@manatt.com<br><br>Eugene L Hahm<br>[COR LD NTC]<br>Manatt Phelps & Phillips<br>1001 Page Mill Road, Bldg 2<br>Palo Alto , CA 94304<br>USA<br>650 812-1300<br>Email: Ehahm@manatt.com |

Sprogit Technologies, Inc
Defendant

Theresa K Hankes
[COR LD NTC]
Dorsey & Whitney LLP
Four Embarcadero Center
Suite 3400
San Francisco , CA 94111-4187
USA
415/ 781-1989
Fax: 415-398-3249
Email: Hankes.theresa@dorsey.com

Devan Padmanabham
[COR LD NTC]
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis , MN 55402
USA
612-340-2600
Fax: 212-340-2868

George ECK
[COR LD NTC]
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis , MN 55402
USA
612-340-2600
Fax: 612-340-2868

Gerald H Sullivan
[COR LD NTC]
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis , MN 55402-1498
USA
612-340-2600
Fax: 612-340-8856

Paul Robbennolt
[COR LD NTC]
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis , MN 55402
USA
612-340-2864
Fax: 212-340-2868
Email: Robbennolt.paul@dorsey.com

Todd R Trumpold
[COR LD NTC]
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis , MN 55402
USA
612-340-2600
Fax: 212-340-2868
Email: Trumpold.todd@dorsey.com

Sprogit Technologies, Inc
Counter-Claimant
[Term: 03/17/2005]

Paul Robbennolt
[COR LD NTC]
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis , MN 55402
USA
612-340-2864
Fax: 212-340-2868

Email: Robbennolt.paul@dorsey.com

Visto Corporation
Counter-Defendant
[Term: 03/17/2005]

Visto Corporation
Counter-Claimant

Sproqit Technologies, Inc           Paul Robbennolt
Counter-Defendant                   [COR LD NTC]
                                    Dorsey & Whitney LLP
                                    50 South Sixth Street
                                    Suite 1500
                                    Minneapolis , MN  55402
                                    USA
                                    612-340-2864
                                    Fax: 212-340-2868
                                    Email: Robbennolt.paul@dorsey.com

| Date | # | Proceeding Text |
|------|---|-----------------|
| 02/17/2004 | 1 | COMPLAINT for Patent Infringement against Sproqit Technologies, Inc. (Filing fee $ 150; Receipt no. 3356852). Filed by Visto Corporation. (rcs, COURT STAFF) (Filed on 2/17/2004) Additional attachment(s) added on 3/9/2004 (tn, COURT STAFF). Additional attachment(s) added on 3/9/2004 (tn, COURT STAFF). Additional attachment(s) added on 3/9/2004 (tn, COURT STAFF). Additional attachment(s) added on 3/9/2004 (tn, COURT STAFF). (Entered: 02/19/2004) |
| 02/17/2004 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 7/7/2004. Case Management Conference set for 7/14/2004 01:30 PM. (Attachments: # 1 Standing Order)(rcs, COURT STAFF) (Filed on 2/17/2004) (Entered: 02/19/2004) |
| 02/17/2004 | 3 | Certificate of Interested Entities (rcs, COURT STAFF) (Filed on 2/17/2004) Additional attachment(s) added on 3/9/2004 (tn, COURT STAFF). (Entered: 02/19/2004) |
| 02/17/2004 | -- | Summons Issued as to Sproqit Technologies, Inc.. (rcs, COURT STAFF) (Filed on 2/17/2004) (Entered: 02/19/2004) |
| 02/17/2004 | -- | CASE DESIGNATED for Electronic Filing. (rcs, COURT STAFF) (Filed on 2/17/2004) (Entered: 02/19/2004) |
| 02/19/2004 | 4 | REPORT on the filing or determination of an action regarding Patent Infringement (cc: form mailed to register). (rcs, COURT STAFF) (Filed on 2/19/2004) (Entered: 02/19/2004) |
| 03/09/2004 | 5 | MOTION to Dismiss or, in the Alternative, Stay or Transfer; Memorandum of Points and Authorities in Support of Motion filed by Sproqit Technologies, Inc.. Motion Hearing set for 4/21/2004 03:00 PM. (Hankes, Theresa) (Filed on 3/9/2004) (Entered: 03/09/2004) |
| 03/09/2004 | 6 | Declaration of Peter Monsour in Support of Defendant's Motion to Dismiss, Stay or Transfer filed by Sproqit Technologies, Inc.. (Hankes, Theresa) (Filed on 3/9/2004) (Entered: 03/09/2004) |
| 03/09/2004 | 7 | NOTICE by Sproqit Technologies, Inc. of Pendency of Other Action (Hankes, Theresa) (Filed on 3/9/2004) (Entered: 03/09/2004) |
| 03/09/2004 | 8 | Proposed Order by Sproqit Technologies, Inc.. (Hankes, Theresa) (Filed on 3/9/2004) (Entered: 03/09/2004) |
| 03/09/2004 | 9 | SERVICE OF SUMMONS Returned Executed Upon Defendant Sproqit Technologies, Inc., Served Personally to Kaci Taylor, Agent for Corporation Service Co., on 2/18/2004 -- answer due 3/9/2004. (tn, COURT STAFF) (Filed on 3/9/2004) (Entered: 03/10/2004) |
| 03/10/2004 | 10 | CLERK'S NOTICE RE CONSENT OR DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE; COUNSEL TO RESPOND BY 3/20/04 (bpf, ) (Filed on 3/10/2004) (Entered: 03/10/2004) |
| 03/19/2004 | 11 | CONSENT to Proceed Before a US Magistrate Judge by Visto Corporation.. (Katz, Ronald) (Filed on 3/19/2004) (Entered: 03/19/2004) |
| 03/19/2004 | 12 | APPLICATION For Attorney George Eck for Leave To Appear in Pro Hac Vice [Filing Fee: $60.00, Receipt No. 3358015] Filed by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/22/2004) |
| 03/19/2004 | -- | RECEIVED ORDER: [Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice re [12] Submitted by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/22/2004) |
| 03/19/2004 | 13 | APPLICATION For Attorney Devan V. Padmanabham For Leave To Appear in Pro Hac Vice [Filing |

|  |  | Fee: $60.00, Receipt No. 3358015] Filed by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/22/2004) |
| --- | --- | --- |
| 03/19/2004 | -- | RECEIVED ORDER: [Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice re [13] Submitted by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/22/2004) |
| 03/19/2004 | 14 | APPLICATION For Attorney Paul Robbennolt For Leave to Appear in Pro Hac Vice [Filing Fee: $60.00, Receipt No. 3358015] Filed by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/22/2004) |
| 03/19/2004 | -- | RECEIVED ORDER: [Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice re [14] Submitted by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/19/2004) (Entered: 03/22/2004) |
| 03/23/2004 | 15 | CONSENT to Proceed Before a US Magistrate Judge by Sproqit Technologies, Inc... (Hankes, Theresa) (Filed on 3/23/2004) (Entered: 03/23/2004) |
| 03/24/2004 | 16 | CLERK'S NOTICE Continuing Defendant's Motion to Dismiss Hearing from 4/21/04 at 3:00 p.m. to 5/5/2004 03:00 PM. (bpf, COURT STAFF) (Filed on 3/24/2004) (Entered: 03/24/2004) |
| 03/25/2004 | 17 | ORDER re [12] MOTION for leave to appear in Pro Hac Vice filed by Sproqit Technologies, Inc. for George Eck. Signed by Judge Edward M. Chen on 3/25/04. (bpf, COURT STAFF) (Filed on 3/25/2004) (Entered: 03/25/2004) |
| 03/25/2004 | 18 | ORDER re [14] MOTION for leave to appear in Pro Hac Vice filed by Sproqit Technologies, Inc. for Paul Robbennolt. Signed by Judge Edward M. Chen on 3/25/04. (bpf, COURT STAFF) (Filed on 3/25/2004) (Entered: 03/25/2004) |
| 03/25/2004 | 19 | ORDER re [13] MOTION for leave to appear in Pro Hac Vice filed by Sproqit Technologies, Inc. (Devan Padmanabhan. Signed by Judge Edward M. Chen on 3/25/04. (bpf, COURT STAFF) (Filed on 3/25/2004) (Entered: 03/25/2004) |
| 03/26/2004 | 20 | Memorandum in Opposition re 5 MOTION to Dismiss or, in the Alternative, Stay or Transfer; Memorandum of Points and Authorities in Support of Motion in Opposition filed by Visto Corporation. (Becker, Robert) (Filed on 3/26/2004) (Entered: 03/26/2004) |
| 03/26/2004 | 21 | Declaration of Shawn Hansen in Support of 20 Memorandum in Opposition to Sproqit's Motion to Dismiss or, in the Alternative, Stay or Transfer filed by Visto Corporation. (Attachments: # 1 Exhibit Exhibit A to the Declaration of Shawn Hansen# 2 Exhibit Exhibit B to the Declaration of Shawn Hansen# 3 Exhibit Exhibit C to the Declaration of Shawn Hansen# 4 Exhibit Exhibit D to the Declaration of Shawn Hansen# 5 Exhibit Exhibit E to the Declaration of Shawn Hansen# 6 Exhibit Exhibit F to the Declaration of Shawn Hansen# 7 Exhibit Exhibit G to the Declaration of Shawn Hansen)(Related document(s)20) (Becker, Robert) (Filed on 3/26/2004) (Entered: 03/26/2004) |
| 03/29/2004 | 22 | APPLICATION For Attorney Todd R. Trumpold For Leave To Appear in Pro Hac Vice [Filing Fee: $60.00, Receipt No. 3358271]. Filed by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/29/2004) (Entered: 03/30/2004) |
| 03/29/2004 | -- | RECEIVED ORDER: [Proposed] Order Granting Application for Admission of Attorney Pro Hac Vice re [22] Submitted by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 3/29/2004) (Entered: 03/30/2004) |
| 04/01/2004 | 23 | ORDER GRANTING MOTION for leave to appear in Pro Hac Vice filed by Sproqit Technologies, Inc. (Todd R. Trumpold).. Signed by Judge Edward M. Chen on 4/1/04. (bpf, COURT STAFF) (Filed on 4/1/2004) (Entered: 04/01/2004) |
| 04/16/2004 | 24 | STIPULATION and Order by Sproqit Technologies, Inc.. (Hankes, Theresa) (Filed on 4/16/2004) (Entered: 04/16/2004) |
| 04/19/2004 | 25 | Reply Memorandum in Support of Its Motion to Dismiss or, in the Alternative, Stay or Transfer re 5 filed by Sproqit Technologies, Inc.. (Hankes, Theresa) (Filed on 4/19/2004) (Entered: 04/19/2004) |
| 04/19/2004 | 26 | Declaration of Todd Trumpold in Support of 25 Defendant's Motion to Dismiss or, in the Alterntive, Stay or Transfer filed by Sproqit Technologies, Inc.. (Related document(s)25) (Hankes, Theresa) (Filed on 4/19/2004) (Entered: 04/19/2004) |
| 04/19/2004 | 27 | Letter Brief re 25, 26 Motion to Dismiss or, in the Alternative, Stay or Transfer, to Judge Chen filed by Sproqit Technologies, Inc.. (Related document(s)25, 26) (Hankes, Theresa) (Filed on 4/19/2004) (Entered: 04/19/2004) |
| 04/20/2004 | 28 | STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY MEMO RE MOTION TO DISMISS BY 4/19/04. Signed by Judge Edward M. Chen on 4/20/04. (bpf, COURT STAFF) (Filed on 4/20/2004) (Entered: 04/20/2004) |
| 04/26/2004 | 29 | ORDER Re Sproqit's Letter of April 19, 2004, Requesting Suspension of Hearing on May 5, 2004 re 5 MOTION to Dismiss or, in the Alternative, Stay or Transfer; Memorandum of Points and Authorities in Support of Motion filed by Sproqit Technologies, Inc. The Court GRANTS Sproqit's April 19, 2004 request; motion hearing of May 5, 2004, is VACATED pending the decision of the Minnesota District Court. Signed by Magistrate Judge Edward M. Chen on April 26, 2004. |

|            |    | (emcsec, COURT STAFF) (Filed on 4/26/2004) (Entered: 04/26/2004) |
|------------|----|----|
| 04/26/2004 | 30 | Letter Brief filed by Visto Corporation. (Hansen, Shawn) (Filed on 4/26/2004) (Entered: 04/26/2004) |
| 07/01/2004 | 31 | STIPULATION and [Proposed] Order Continuing Date of Initial Case Management Conference by Visto Corporation. (Hahm, Eugene) (Filed on 7/1/2004) (Entered: 07/01/2004) |
| 07/02/2004 | 32 | STIPULATION AND ORDER CONTINUING DATE OF INTITIAL CASE MANAGEMENT CONFERENCE. Signed by Judge Edward M. Chen on 7/2/04. (bpf, COURT STAFF) (Filed on 7/2/2004) (Entered: 07/02/2004) |
| 08/11/2004 | 33 | STIPULATION and [Proposed] Order Continuing Date of Initial Case Management Conference by Visto Corporation. (Hahm, Eugene) (Filed on 8/11/2004) (Entered: 08/11/2004) |
| 08/11/2004 | 34 | STIPULATION AND ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE. Signed by Judge Edward M. Chen on August 11, 2004. (emclc1, COURT STAFF) (Filed on 8/11/2004) (Entered: 08/11/2004) |
| 09/30/2004 | 35 | STIPULATION and [Proposed] Order Continuing Date of Initial Case Management Conference by Visto Corporation. (Hahm, Eugene) (Filed on 9/30/2004) (Entered: 09/30/2004) |
| 10/04/2004 | 36 | STIPULATION AND ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE. Signed by Judge Edward M. Chen on 10/4/04. (bpf, COURT STAFF) (Filed on 10/4/2004) (Entered: 10/04/2004) |
| 10/04/2004 | -- | Set/Reset Hearings: Case Management Conference reset for 12/8/2004 01:30 PM. Joint Case Management Conference Statement due 12/1/04. (bpf, COURT STAFF) (Filed on 10/4/2004) (Entered: 10/04/2004) |
| 11/04/2004 | 37 | Letter Brief filed by Visto Corporation. (Attachments: # 1 Attachment 1 to Letter)(Hahm, Eugene) (Filed on 11/4/2004) (Entered: 11/04/2004) |
| 11/12/2004 | 38 | ORDER by Judge Edward M. Chen denying 5 Motion to Dismiss (emclc1, COURT STAFF) (Filed on 11/12/2004) (Entered: 11/12/2004) |
| 11/22/2004 | 39 | CLERK'S NOTICE Case Management Conference reset for 1/5/2005 01:30 PM. Case Management Statement due by 12/29/2004. (bpf, COURT STAFF) (Filed on 11/22/2004) Modified on 12/9/2004 (bpf, COURT STAFF). (Entered: 11/22/2004) |
| 12/09/2004 | 40 | STIPULATION to Extend by Sproqit Technologies, Inc.. (Robbennolt, Paul) (Filed on 12/9/2004) (Entered: 12/09/2004) |
| 12/10/2004 | 41 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Visto Corporation bySproqit Technologies, Inc.. (Robbennolt, Paul) (Filed on 12/10/2004) (Entered: 12/10/2004) |
| 12/13/2004 | 42 | APPLICATION of Attorney Gerald H. Sullivan For Leave To Appear in Pro Hac Vice [Filing Fee: $60.00, Receipt No. 3366985]. Filed by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/16/2004) |
| 12/13/2004 | -- | RECEIVED order: [Proposed] Order Granting Application For Admission of Attorney Pro Hac Vice re [42] Submitted by Defendant Sproqit Technologies, Inc.. (tn, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/16/2004) |
| 12/13/2004 | 43 | CERTIFICATE OF SERVICE by Sproqit Technologies, Inc. re [42] MOTION for leave to appear in Pro Hac Vice & [proposed] Order. (tn, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/16/2004) |
| 12/20/2004 | 44 | STIPULATION Extending Time to Respond to Counterclaims by Visto Corporation. (Hahm, Eugene) (Filed on 12/20/2004) (Entered: 12/20/2004) |
| 12/27/2004 | 45 | ORDER re [42] MOTION for leave to appear in Pro Hac Vice filed by Sproqit Technologies, Inc.,, Received Order filed by Sproqit Technologies, Inc.,. Signed by Judge Edward M. Chen on 12/27/04. (bpf, COURT STAFF) (Filed on 12/27/2004) (Entered: 12/27/2004) |
| 12/28/2004 | 46 | STIPULATION AND ORDER EXTENDING VISTO'S TIME TO RESPOND TO COUNTERCLAIMS. Signed by Judge Edward M. Chen on 12/28/04. (bpf, COURT STAFF) (Filed on 12/28/2004) (Entered: 12/28/2004) |
| 12/29/2004 | 47 | JOINT CASE MANAGEMENT STATEMENT and Proposed Order filed by Visto Corporation. (Hahm, Eugene) (Filed on 12/29/2004) (Entered: 12/29/2004) |
| 01/05/2005 | 48 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOR 1/5/05 AT 2:00 PM (bpf, COURT STAFF) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/05/2005 | 49 | Minute Entry: Initial Case Management Conference held on 1/5/2005 before Edward M. Chen. This case is referred to magistrate judge for settlement conference within 90 days. 20-day jury trial set for June 5, 2006 at 8:30 a.m. Court to issue other deadlines in the case management conference order. Case continued to: May 4, 2005 at 2:30 p.m. for Further Status Conference (Date Filed: 1/5/2005). (Tape #2:05-2:29p.) (bpf, COURT STAFF) (Date Filed: 1/5/2005) (Entered: 01/05/2005) |
| 01/11/2005 | -- | CASE REFERRED to Magistrate Judge James Larson for Settlement (wh, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/11/2005) |

| 01/13/2005 | 50 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 4/27/2005. Case Management Conference set for 5/4/2005 02:30 PM. Discovery due by 10/28/2005. Jury Trial set for 6/5/2006 08:30 AM in Courtroom C, 15th Floor, San Francisco. Motion Hearing set for 3/15/2006 10:30 AM. Motions due by 2/9/2006. Pretrial Conference set for 5/24/2006 03:00 PM.. Signed by Judge Edward M. Chen on 1/13/05. (bpf, COURT STAFF) (Filed on 1/13/2005) (Entered: 01/13/2005) |
|---|---|---|
| 01/18/2005 | 51 | MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation filed by Visto Corporation. Motion Hearing set for 2/23/2005 10:30 AM. (Attachments: # 1 Proposed Order)(Hahm, Eugene) (Filed on 1/18/2005) (Entered: 01/18/2005) |
| 01/18/2005 | 52 | Declaration of Eugene Hahm in Support of 51 MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation filed byVisto Corporation. (Attachments: # 1 Exhibit A to Hahm Declaration# 2 Exhibit B to Hahm Declaration)(Related document(s)51) (Hahm, Eugene) (Filed on 1/18/2005) (Entered: 01/18/2005) |
| 02/02/2005 | 53 | Memorandum in Opposition re 51 MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation filed bySproqit Technologies, Inc., Sproqit Technologies, Inc.. (Robbennolt, Paul) (Filed on 2/2/2005) (Entered: 02/02/2005) |
| 02/02/2005 | 54 | ***E-FILED IN ERROR AS MOTION, REFER TO DOCUMENT 55 ***** MOTION for Protective Order Stipulated Order for Confidential Treatment of Documents, Testimony and Information filed by Visto Corporation. (Hahm, Eugene) (Filed on 2/2/2005) Modified on 2/8/2005 (bf, COURT STAFF). (Entered: 02/02/2005) |
| 02/03/2005 | 55 | STIPULATION Stipulated Order for Confidential Treatment of Documents, Testimony and Information by Visto Corporation. (Hahm, Eugene) (Filed on 2/3/2005) (Entered: 02/03/2005) |
| 02/03/2005 | 56 | ORDER - Stipulated Order for Confidential Treatment of Documents, Testimony and Information signed by Magistrate Judge Edward M. Chen - re 54 Motion for Protective Order and 55 Stipulated Order. (emcsec, COURT STAFF) (Filed on 2/3/2005) (Entered: 02/03/2005) |
| 02/04/2005 | 57 | NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER. Signed by Judge James Larson on 2/4/05. (jlsec, COURT STAFF) (Filed on 2/4/2005) (Entered: 02/04/2005) |
| 02/09/2005 | 58 | Reply Memorandum re 51 MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation - Reply Memorandum of Points and Authorities in Support of its 12(b)(6) Motion to Dismiss Sproqit's Counterclaims for Defamation and Tortious Interference with Prospective Economic Advantage filed byVisto Corporation. (Hahm, Eugene) (Filed on 2/9/2005) (Entered: 02/09/2005) |
| 02/09/2005 | 59 | OBJECTIONS to re 53 Memorandum in Opposition, Objection to Declaration of Peter Mansour in Support of Sproqit's Opposition to Visto's Motion to Dismiss Tort Counterclaims for Defamation and Tortious Interference with Prospective Economic Advantage by Visto Corporation. (Hahm, Eugene) (Filed on 2/9/2005) (Entered: 02/09/2005) |
| 02/16/2005 | 60 | MOTION to Stay Litigation Pending Outcome of Reexamination Proceeding filed by Sproqit Technologies, Inc., Sproqit Technologies, Inc.. Motion Hearing set for 3/23/2005 10:30 AM. (Attachments: # 1 Proposed Order)(Robbennolt, Paul) (Filed on 2/16/2005) (Entered: 02/16/2005) |
| 02/16/2005 | 61 | Declaration of Paul J. Robbennolt in Support of 60 MOTION to Stay Litigation Pending Outcome of Reexamination Proceeding filed bySproqit Technologies, Inc., Sproqit Technologies, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Related document(s)60) (Robbennolt, Paul) (Filed on 2/16/2005) (Entered: 02/16/2005) |
| 02/23/2005 | 62 | Minute Entry: Motion Hearing held on 2/23/2005 before Edward M. Chen (Date Filed: 2/23/2005) re 51 MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation filed by Visto Corporation. Cross briefs shall be filed by 3/4/05. Court took matter under submission.,. (Court Reporter Peppina Thompson.) (bpf, COURT STAFF) (Date Filed: 2/23/2005) (Entered: 02/23/2005) |
| 03/02/2005 | 63 | COUNTERCLAIM For Patent Infringement of U.S. Patent 6,023,708; Request For Jury Demand against Sproqit Technologies, Inc.. Filed byVisto Corporation. (Attachments: # 1 Exhibit A to Counterclaim)(Hahm, Eugene) (Filed on 3/2/2005) (Entered: 03/02/2005) |
| 03/02/2005 | 64 | MOTION for Leave to File Notice of Motion and Motion for Leave to File First Amended Complaint Under Fed. R. Civ. Proc. 15(a); Memorandum of Points and Authorities in Support Thereof filed by Visto Corporation. Motion Hearing set for 4/6/2005 10:30 AM. (Attachments: # 1 Exhibit A to Motion - First Amended Complaint for Patent Infringement; Injunctive Relief; Damages; Demand for Jury Trial# 2 Attachment 1 to Exhibit A# 3 Attachment 2 to Exhibit A# 4 Attachment 3 to Exhibit A# 5 Attachment 4 to Exhibit A# 6 Proposed Order Granting Motion for Leave to File First Ameneded Complaint)(Hahm, Eugene) (Filed on 3/2/2005) (Entered: 03/02/2005) |

| 03/02/2005 | 65 | Memorandum in Opposition re 60 MOTION to Stay Litigation Pending Outcome of Reexamination Proceeding filed byVisto Corporation. (Hahm, Eugene) (Filed on 3/2/2005) (Entered: 03/02/2005) |
|---|---|---|
| 03/03/2005 | 66 | CLERK'S NOTICE Continuing Motion Hearing from 4/6/05 to 4/13/2005 10:30 AM. (bpf, COURT STAFF) (Filed on 3/3/2005) (Entered: 03/03/2005) |
| 03/03/2005 | 67 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for 4/13/2005 10:30 AM. Opposition to said Motion shall be filed on or before March 23, 2005. Reply shall be filed on or before March 30, 2005. (bpf, COURT STAFF) (Filed on 3/3/2005) (Entered: 03/03/2005) |
| 03/04/2005 | 68 | MEMORANDUM in Opposition re 51 MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation Supplemental Memorandum filed bySproqit Technologies, Inc., Sproqit Technologies, Inc., Sproqit Technologies, Inc.. (Related document(s)51) (Robbennolt, Paul) (Filed on 3/4/2005) (Entered: 03/04/2005) |
| 03/04/2005 | 69 | MEMORANDUM in Support re 51 MOTION to Dismiss Notice of Motion and Motion to Dismiss Sproqit's Counterclaims for Tortious Interference With Prospective Economic Advantage and Defamation filed byVisto Corporation. (Related document(s)51) (Hahm, Eugene) (Filed on 3/4/2005) (Entered: 03/04/2005) |
| 03/09/2005 | 70 | Reply Memorandum re 60 MOTION to Stay Litigation Pending Outcome of Reexamination Proceeding filed bySproqit Technologies, Inc., Sproqit Technologies, Inc., Sproqit Technologies, Inc.. (Robbennolt, Paul) (Filed on 3/9/2005) (Entered: 03/09/2005) |
| 03/09/2005 | 71 | Declaration of Paul J. Robbennolt in Support of 60 MOTION to Stay Litigation Pending Outcome of Reexamination Proceeding (Supplemental Declaration) filed bySproqit Technologies, Inc., Sproqit Technologies, Inc., Sproqit Technologies, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Related document(s)60) (Robbennolt, Paul) (Filed on 3/9/2005) (Entered: 03/09/2005) |
| 03/17/2005 | 72 | ORDER Granting 51 Plaintiff's Motion to Dismiss Defendant's Counterclaims by Magistrate Judge Edward M. Chen. (emcsec, COURT STAFF) (Filed on 3/17/2005) (Entered: 03/17/2005) |
| 03/21/2005 | 73 | STIPULATION and Proposed Order Continuing Date of Hearing on Defendant's Motion to Stay Litigation Pending Outcome of Reexamination Proceeding by Sproqit Technologies, Inc., Sproqit Technologies, Inc.. (Robbennolt, Paul) (Filed on 3/21/2005) (Entered: 03/21/2005) |
| 03/21/2005 | 74 | CONTINUANCE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER. Signed by Judge James Larson on 3/21/05. (jlsec, COURT STAFF) (Filed on 3/21/2005) (Entered: 03/21/2005) |
| 03/21/2005 | 75 | ORDER re 73 Stipulation, filed by Sproqit Technologies, Inc.,. Signed by Judge Edward M. Chen on 3/21/05. (bpf, COURT STAFF) (Filed on 3/21/2005) (Entered: 03/21/2005) |
| 03/23/2005 | 76 | CLERK'S NOTICE Continuing Motion Hearing on (1) DEFENDANT?S MOTION TO STAY LITIGATION PENDING OUTCOME OF REEXAMINATION PROCEEDING, and (2) PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT UNDER FRCP 15(a). Motion Hearing set for 4/13/2005 03:00 PM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/23/2005) |
| 03/31/2005 | 77 | STIPULATION Joint Stipulation and [Proposed] Order (1) Granting Visto Leave to File First Amended Complaint and (2) Withdrawing Visto's Motion for Leave to File First Amended Complaint and [Proposed] Scheduling Order by Visto Corporation. (Attachments: # 1 Exhibit A: Visto's First Amended Complaint for Patent Infringement; Injunctive Relief; Damages; Demand for Jury Trial# 2 Exhibit B)(Hahm, Eugene) (Filed on 3/31/2005) (Entered: 03/31/2005) |
| 04/04/2005 | -- | Set/Reset Hearings: Claims Construction Hearing set for 8/1/2005 10:30 AM. Motion for Summary Judgment Hearing set for 3/15/2006 10:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 4/4/2005) (Entered: 04/04/2005) |
| 04/11/2005 | 78 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing reset for 4/13/2005 10:30 AM in Courtroom C, 15th Floor, San Francisco. (bpf, COURT STAFF) (Filed on 4/11/2005) (Entered: 04/11/2005) |
| 04/13/2005 | 79 | Minute Entry: Motion Hearing held on 4/13/2005 before Edward M. Chen re 60 MOTION to Stay Litigation Pending Outcome of Reexamination Proceeding filed by Sproqit Technologies, Inc. Defendant's motion is granted. This case is stayed for 60 days. Telephonic Status conference reset from 5/4/05 to 6/15/05 at 2:30 p.m. Joint Status Conference Statement due 6/8/05. Court to issue order with other new deadlines. (Date Filed: 4/13/2005) (Court Reporter Kathy Wyatt.) (bpf, COURT STAFF) (Date Filed: 4/13/2005) (Entered: 04/13/2005) |
| 04/14/2005 | 80 | ORDER re 77 JOINT Stipulation (1)GRANTING VISTO LEAVE TO FILE FIRST AMENDED COMPLAINT. Signed by Judge Edward M. Chen on 4/14/05. (bpf, COURT STAFF) (Filed on 4/14/2005) (Entered: 04/14/2005) |
| 04/14/2005 | 81 | AMENDED COMPLAINT (First) for Patent Infringement; Injunctive Relief; Damages; Demand for Jury Trial against Sproqit Technologies, Inc.. Filed byVisto Corporation. (Hahm, Eugene) (Filed on 4/14/2005) (Entered: 04/14/2005) |

| 04/20/2005 | 82 | ORDER by Magistrate Judge Edward M. Chen GRANTING 60 Defendant's Motion to Stay Litigation Pending Outcome of Reexamination Proceeding. (emcsec, COURT STAFF) (Filed on 4/20/2005) (Entered: 04/20/2005) |
| 04/20/2005 | -- | Set/Reset Hearings: Further Case Management Conference reset for 6/15/2005 02:30 PM. Joint Case Management Conference Statement due 6/8/05. (bpf, COURT STAFF) (Filed on 4/20/2005) (Entered: 04/20/2005) |

Copyright © 2005 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

90/007093 Laufer

?us6085192/pn

** SS 1: Results 1

Search statement    2

?prt full nonstop legalall

    1/1 PLUSPAT - (C) QUESTEL-ORBIT- image
    PN   - US6085192 A 20000704 [US6085192]
    TI   - (A) System and method for securely synchronizing multiple copies of a
           workspace element in a network
    PA   - (A) ROAMPAGE INC  (US)
    PA0  - RoamPage, Inc., Mountain View CA [US]
    IN   - (A) MENDEZ DANIEL J  (US); RIGGINS MARK D  (US); WAGLE PRASAD  (US);
           YING CHRISTINE C  (US)
    AP   - US83599797  19970411  [1997US-0835997]
    PR   - US83599797  19970411  [1997US-0835997]
    IC   - (A) G06F-017/30
    EC   - G06Q-010/00F2
         - H04L-012/58
         - H04L-029/06
         - H04L-029/06C6A
         - H04L-029/06C6B
         - H04L-029/06C6C2
    PCL  - ORIGINAL (O) : 707010000; CROSS-REFERENCE (X) : 707001000  707009000
           707104100  707203000
    DT   - Corresponding document
    CT   - US4831582; US4875159; US5263157; US5386564; US5581749; US5600834;
           US5613012; US5627658; US5666553; US5682524; US5684990; US5701423;
           US5706502; US5710918; US5715403; US5721908; US5721914; US5745360;
           US5757916; US5778346; US5790425; US5790790; US5799318
         - Network Firewalls, Bellovin et al., IEEE Communications Magazine, pp.
           50-57, Sep. 1994.

           IpAccess--An Internet Service Access System for Firewall
           Installations, Steffen Stempel, 1995 IEEE, pp. 31-41, Feb. 1995.

           Web traffic characterization: an assessment of the impact of caching
           documents from NCSA's web server, Braun et al., Computer Networks and
           ISDN Systems, V. 28, pp. 37-51, Jul. 1995.

           Security for Infinite Networks, Nelson et al., Aug. 1995 IEEE, pp.
           11-19.

           DEsigning an Academic Firewall: Policy, Practice, and Experience with
           SURF, Greenwald et al., Proceedings of SNDSS '96, Feb. 1996 IEEE, pp.
           79-92.

           C-HTTP--The Development of a Secure, Closed HTTP-based Network on the
           Internet, Kiuchi et al., Proceedings of SNDSS '96, Feb. 1996 IEEE, pp.
           64-75.

           Establishing Firewall Policy, S. Cobb, Director of Special Projects
           National Computer Security Associations, Florida Office,
           ISBN-0-7803-3268-7, Jun. 1996, pp. 198-205.

           Web site entitled "Bookmark Translator 2.0: This Utility transform
           Microsoft Internet Explore's bookmarks in the format valid for
           Netscape Navigator and viceversa," Enzo Marinacci, Rome- Jul. 1997,
           URL=http://www.bns.it/emware/BookmarkTranslator-uk.htm, pp. 1-4.

90/007093 Laufer

Article by Bellovin et al., entitled: "Network Firewalls"Published by IEEE Communications Magizine Sep. 1994, pp.50-57.

Article by Steffen Stempel, entitled: "IPAccess-An Internet Service Access System for Firewall Installations"Published by IEEE Communications Magazine a Feb. 16, 1995, pp.31-41.

Article by Braun et al., entitled:"Web Traffic Characterization: an assessment of the impact of caching documents from NCSA's web server"Published by Elservier Science B.V. 1995 pp. 37-51.

Article by Nelson et al., entitled: "Security for Infinite Networks"Published by IEEE Communications Magazine on Aug. 22, 1995, pp.11-19.

Article by Greenwald et al., "Designing an Academic Firewall: Policy, Pratice, and Experience with SURF"Published by IEEE Communications Magazine on Feb. 22, 1996, pp. 79-92.

Article by Kiuchi et al., entitled: "C-HTTP-The Development of a Secure, Closed HTTP-based Network on the Internet"Published by IEEE Proceedings of SNDSS on Feb. 22, 1996, pp. 64-75.

Article by S. Cobb, entitled: "Establishing Firewall Policy"Published by National Computer Security Assn. on Jun. 25-27, 1996, pp. 198-205.

STG - (A) United States patent
AB  - A system includes a general synchronization module at the client site for operating within a first firewall and for examining first version information to determine whether a first workspace element has been modified. The system further includes a synchronization agent at a global server for operating outside the first firewall and for forwarding to the general synchronization module second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified. A synchronization-start module is maintained at the client site for operating within the first firewall and for securely initiating the general synchronization module and the synchronization agent when predetermined criteria have been satisfied. The system further includes means for generating a preferred version from the first workspace element and from the copy by comparing the first version information and the second version information, and means for storing the preferred version at the first store and at the second store.

UP  - 2000-26


1/1 LGST - (C) EPO
PN  - US6085192 A 20000704 [US6085192]
AP  - US83599797 19970411  [1997US-0835997]
ACT - 20000320  US/AS-A
        ASSIGNMENT
        OWNER: VISTO CORPORATION 1937 LANDINGS DRIVE MOUNTAIN VIE; EFFECTIVE DATE: 19970812
        CHANGE OF NAME;ASSIGNOR:ROAMPAGE, INC.;REEL/FRAME:010685/0695
    - 20000809  US/AS-A
        ASSIGNMENT
        OWNER: SAND HILL CAPITAL II, LP BUILDING 2, SUITE 110 300; EFFECTIVE DATE: 20000803
        SECURITY INTEREST;ASSIGNOR:VISTO CORPORATION;REEL/FRAME:011052/0664
    - 20010430  US/AS-A
        ASSIGNMENT
        OWNER: FB COMMERCIAL FINANCE, INC. 135 NORTH MERAMEC AVEN; EFFECTIVE DATE: 20001211

90/007093 Laufer

     ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNORS:SAND HILL CAPITAL II,
     L.P.;SAND HILL CAPITAL II Q, L.P.;SAND HILL CAPITAL,
     LLC;REEL/FRAME:011742/0974
  - 20030213  US/AS-A
     ASSIGNMENT
     OWNER: VISTO CORPORATION 275 SHORELINE DR STE 300REDWOOD; EFFECTIVE
     DATE: 20030213
     RELEASE;ASSIGNOR:SILICON VALLEY BANK;REEL/FRAME:013776/0491
  - 20030807  US/AS-A

     OWNER: VISTO CORPORATION 275 SHORELINE DRIVE, SUITE 300RE; EFFECTIVE
     DATE: 20030804
     CHANGE OF ADDRESS;ASSIGNOR:VISTO CORPORATION;REEL/FRAME:014351/0887
  - 20040622  US/RR-A  [+]
     REQUEST FOR REEXAMINATION FILED
     EFFECTIVE DATE: 20040518
  - 20040810  US/RR-A  [+]
     REQUEST FOR REEXAMINATION FILED
     EFFECTIVE DATE: 20040618
UP  - 2005-07


1/1 CRXX - (C) CLAIMS/RRX
PN  - 6,085,192 A  20000704   [US6085192]
PA  - RoamPage Inc
ACT - 20000809  REASSIGNED
     SECURITY INTEREST

     Assignor: VISTO CORPORATION, DATE SIGNED: 08/03/2000

     Assignee: SAND HILL CAPITAL II, LP, BUILDING 2, SUITE 110, 3000 SAND
     HILL ROAD, MENLO PARK,  CALIFORNIA, 94025

     Reel 011052/Frame 0664

     Contact: LEVY, SMALL & LALLAS, SEBASTIAN CAMUA, 815 MORAGA DRIVE, LOS
     ANGELES, CA 90049

  - 20010430  REASSIGNED
     ASSIGNMENT OF ASSIGNORS INTEREST

     Assignor: SAND HILL CAPITAL II, L.P., DATE SIGNED: 12/11/2000
     SAND HILL CAPITAL II Q, L.P., DATE SIGNED: 12/11/2000
     SAND HILL CAPITAL, LLC, DATE SIGNED: 12/11/2000

     Assignee: FB COMMERCIAL FINANCE, INC., 135 NORTH MERAMEC AVENUE, ST.
     LOUIS, MISSOURI, 63105

     Reel 011742/Frame 0974

     Contact: GRAY,  CARY, WARE & FREIDENRICH, ERIN O'BRIEN, 400 HAMILTON
     AVENUE, PALO ALTO, CA 94301

  - 20030213  REASSIGNED
     RELEASE

     Assignor: SILICON VALLEY BANK, DATE SIGNED: 02/13/2003

     Assignee: VISTO CORPORATION, 275 SHORELINE DR STE 300, REDWOOD SHORES,
     CALIFORNIA, 94065

     Reel 013776/Frame 0491

90/007093 Laufer

Contact: SILICON VALLEY BANK, BRYAN BRITTINGHAM, 3003 TASMAN DR., LOAN
DOCUMENTATION HA155, SANTA CLARA, CA 95054

- 20030807  REASSIGNED
CHANGE OF ADDRESS

Assignor: VISTO CORPORATION, DATE SIGNED: 08/04/2003

Assignee: VISTO CORPORATION, 275 SHORELINE DRIVE, SUITE 300, REDWOOD
SHORES, CALIFORNIA, 94065

Reel 014351/Frame 0887

Contact: SQUIRE, SANDERS & DEMPSEY, L.L.P., MARC A. SOCKOL, 600 HANSEN
WAY, PALO ALTO, CA 94304-1043

- 20040518  REEXAMINATION REQUESTED
ISSUE DATE OF O.G.: 20040622
REEXAMINATION REQUEST NUMBER: 90/007040
Seven Networks, Inc., Redwood City, CA; c/o Robert E. Krebs, San Jose,
CA

- 20040618  REEXAMINATION REQUESTED
ISSUE DATE OF O.G.: 20040810
REEXAMINATION REQUEST NUMBER: 90/007093
Robert E. Krebs, San Jose, CA


1/2 LITA - (C) Thomson Derwent
AN   - P2004-30-09
FS   - PATENT (P)
PN   - US6085192  20000704 (Utility)
PF   - Visto Corporation
DF   - Sproquit Technologies Inc.
CT   - CA, Northern Dist.
DN   - C 04 0651
FD   - 2004-02-17
ACT - A complaint was filed.

2/2 LITA - (C) Thomson Derwent
AN   - P2003-42-80
FS   - PATENT (P)
PN   - US6023708  20000208 (Utility)
PF   - Visto Corporation
DF   - Seven Networks Incorporated
CT   - TX, Eastern Dist.
DN   - 2-03CV-333
FD   - 2003-09-23
ACT - A complaint was filed.
OPN - US6085192

| Search Result List | | | | |
|---|---|---|---|---|
| Description | Court | Docket Number | Filed | Date Retrieved |
| Visto Corporation v. Smartner Information Systems, Ltd | US-DIS-TXED | 2:05cv91 | 2/25/2005 | 5/24/2005 |
| Sproqit Technologies, Inc v. Visto Corporation et al | US-DIS-CAND | 3:04cv5270 | 12/10/2004 | 3/14/2005 |
| Infowave Software Inc v. Visto Corporation | US-DIS-TXND | 3:04cv1165 | 5/28/2004 | 1/18/2005 |
| Visto Corporation v. Sproqit Technologies, Inc | US-DIS-CAND | 3:04cv651 | 2/17/2004 | 5/31/2005 |
| Sproqit Technologies v. Visto Corporation, et al | US-DIS-MND | 0:04cv891 | 2/10/2004 | 1/18/2005 |
| Visto Corporation v. Seven Networks Inc | US-DIS-TXED | 2:03cv333 | 9/23/2003 | 6/7/2005 |

Pricing     Privacy     Master Services Agreement

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

JUL 19 2005

| | |
|---|---|
| Application Number | 90/007,093 |
| Filing Date | 06/18/2004 |
| First Named Inventor | Daniel J. Mendez |
| Art Unit | 2163 |
| Examiner Name | Alford W. Kindred |
| Attorney Docket Number | 25587-033-005 RE |

## TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

Total Number of Pages in This Submission

### ENCLOSURES    (Check all that apply)

☐ Fee Transmittal Form
   ☐ Fee Attached
☐ Amendment/Reply
   ☐ After Final
   ☐ Affidavits/declaration(s)
☐ Extension of Time Request
☐ Express Abandonment Request
☒ Information Disclosure Statement
☐ Certified Copy of Priority Document(s)
☐ Response to Missing Parts/ Incomplete Application
   ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53

☐ Drawing(s)
☐ Licensing-related Papers
☐ Petition
☐ Petition to Convert to a Provisional Application
☐ Power of Attorney, Revocation Change of Correspondence Address
☐ Terminal Disclaimer
☐ Request for Refund
☐ CD, Number of CD(s) _____
   ☐ Landscape Table on CD

☐ After Allowance Communication to TC
☐ Appeal Communication to Board of Appeals and Interferences
☐ Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
☐ Proprietary Information
☐ Status Letter
☒ Other Enclosure(s) (please identify below):
   See Remarks Section

Remarks

Return Receipt Postcard; 2 Copies of Form PTO/SB/08b (1 pg each); One Copy each of the 12 Documents cited on Form PTOP/SB/08b, and Proof of Service

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | Manatt, Phelps & Phillips, LLP |
| Signature | |
| Printed name | Pamela S. Merkadeau |
| Date | 18 July '05 | Reg. No. 53,318 |

### CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| | |
|---|---|
| Signature | |
| Typed or printed name | Vivian Y. Buijten | Date | July 18, 2005 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

American LegalNet, Inc.
www.USCourtForms.com

PATENT REEXAM
Atty Docket No. 25587-033-005 RE



### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re reexamination of: 6,085,192 | : | Confirmation No.: 9956 |
| | : | |
| First Named Inventor: Daniel J. Mendez | : | Examiner: Alford W. Kindred |
| | : | |
| Application/Control No.: 90/007,093 | : | Group Art Unit: 2163 |
| | : | |
| Filed: 06/18/2004 | : | Atty Dkt No.: 25587-033-005 RE |
| | : | |
| For: SYSTEM AND METHOD FOR | : | |
| SECURELY SYNCHRONIZING | : | |
| MULTIPLE COPIES OF A | : | |
| WORKSPACE ELEMENT IN A | : | |
| NETWORK | : | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### 2ND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR § 1.555 and §1.98(d)

Sir:

In compliance with 37 C.F.R. §1.555, Applicant, on behalf of Visto Corporation, the owner of patent No. 6,085,192, submits herewith supplemental information known to be material to the patentability of the pending claims in connection with the above-identified reexamination proceeding.

Pursuant to 37 C.F.R. §1.98(d), one copy of each publication and other information listed on the attached Form PTO/SB/08b, the Information Disclosure Statement By Applicant, is enclosed. Applicant respectfully requests that the Examiner consider the enclosed documents, and make each document of record in the instant reexamination application. Applicant has provided two copies of Form PTO/SB/08b, and requests that the Examiner use one copy for indicating his consideration by initialing each cited document, and returning the initialed copy to Applicant.