# Exhibit E
## to the
## Declaration of Sabin Head In Support of Visto's Motion for Preliminary Injunction

### Sproqit Personal Edition

**Software**

- Sproqit Desktop Agent for Microsoft Windows. File Version-1.6.509.2711
- Sproqit Companion

**Hardware:**

- Computer (inside firewall)-Great Quality. Model MX-3203, Model # Green320, Serial #-96f35w00015q53400068, OS-Windows XP Home Edition (factory installed)
- Smart Phone-Sprint Palm Treo 650. Serial # ptpc09n5h0xu
- Smart Phone-Sprint PPC 6600KIT. Serial # 525d503925 1105-00 A
- Firewall-Netgear ProSafe VPN Firewall FVS318. Serial # 14A4587c01d5d

**Other:**

- Sprint PCS Vision (carrier)
- Network Packet Sniffer-Ethereal File Version 0.10.12.0
- SBC Yahoo! (DSL carrier)(program: browser.exe., file version 2.64.00)

### WorkGroup Edition

**Software:**

- Sproqit Desktop Agent for Microsoft Windows. File Version-1.6.509.1216.
- WorkGroup Admin. File Version 1.0.0.0

**Hardware:**

- Computer-Hewlett Packard HP Pavilion dv4000. Serial #-2CE52904G9. OS-Windows XP Professional (factory installed).
- Smart Phone-Sprint Treo 650. Serial # PTPC09K5H06R.
- Firewall (see above)

**Other:**

- Sprint PCS Vision (carrier)
- Network Packet Sniffer-Ethereal File Version 0.10.12.0
- SBC Yahoo! (DSL carrier)(program: browser.exe., file version 2.64.00)