**Exhibit F
to the
Declaration of Sabin Head In Support of Visto's
Motion for Preliminary Injunction**




Home   Products   Try or Buy   Support   Architecture   About Us   Partners

**Architecture**



  Sproqit Architecture

People want anywhere, anytime access to data and applications. They are looking for solutions that allow them to increase the utilization of IT investments, and leverage existing devices for multiple wireless solutions. Until today, most solutions were too costly and complex to install and manage.

**Sproqit has addressed these issues with solutions architected to deliver the following benefits:**

1. Low total cost of ownership: Sproqit Personal Edition and Workgroup Edition are designed to minimize support and administrative costs. Our solutions are simple to install, provision and manage.
2. Reduced Risk: Sproqit Personal Edition and Workgroup Edition are designed so that your data and information stay protected by your firewall and other security measures. This ensures your data privacy and integrity.

Now it is easy for you to increase your productivity and improve your responsiveness to clients, partners and suppliers.

Sproqit products are designed to be device, network and service provider independent. This design allows leverage your investment in any wireless access technology, and gives you the freedom to adopt new technologies that make your more productive and responsive.

**There are four components to the Sproqit solutions:**

1. Sproqit Companion – A thin client that resides on your wireless device. Using native controls, it gives you the feeling of using a locally embedded application.
2. Sproqit Agent – The agent resides on the desktop or server behind a firewall. The agent allows the user to access and control data and information on their desktop or server.
3. Sproqit Server – The Sproqit Server accommodates both static and dynamic IP environments, and authenticates transactions between the wireless device and the corporate network.
4. Sproqit Plug-ins – A thin layer between the native applications and the Sproqit products that allows the user to experience the application as though they were sitting at their desk.

**How Sproqit works:**



Home | Site Map | Privacy & Legal | Contact

© 2000-2005 Sproqit Technologies, Inc. All rights reserved.
"Sproqit," "Sproqit Technologies," "Sproqit Desktop Agent," "Sproqit Companion," "Sproqit Server," "Sproqit Workgroup Edition," "Sproqit Workgroup Agent," the "Turn Faster" tagline, "Sproqit Architecture," and Sproqit's associated marks are trademarks of Sproqit Technologies, Inc. in the United States and other countries. The Sproqit logo is a registered trademark of Sproqit Technologies, Inc. in the United States and a trademark of Sproqit Technologies, Inc. in other countries. All other trademarks are the property of their respective owners.



Home  Products  Try or Buy  Support  Architecture  About Us  Partners

## Products

**Sproqit
Personal Edition**

Sproqit
Workgroup Edition



## Sproqit™ Personal Edition

*Take control of your Desktop from your PDA/Smartphone*
### Expanding Today's Workspace – More than simple data retrieval or mobile email

Sproqit Personal Edition is the fastest and most versatile solution available to control your desktop while you are out of the office. Sproqit is fundamentally different from other products on the market. It is NOT a store and forward, sync or browser-based solution. Sproqit gives you direct, real time, end-to-end secure control of your desktop applications. Installation is a snap. Just install the Sproqit Personal Edition on your computer at home or work and the Sproqit Companion on your device and you are ready to hit the road.

## Sproqit Personal Edition delivers the following features:

 **Sproqit Email** enables remote users to do everything they're accustomed to doing in Outlook, such as creating, editing, replying to and forwarding messages. In addition, Sproqit allows users to open and send attachments, accept meeting requests and access all personal mail folders and public folders, and address messages using your contacts or the corporate (global) address list.

 **Sproqit Calendar** gives you complete calendar functionality. Users are able to create and schedule new appointments, send invitations, view appointments by day or week, display appointment times and descriptions, set reminders and recurring appointments, and much more. Your calendar is always up to date.

 **Sproqit Contacts**, like Sproqit Calendar works together with Sproqit Email, so you can address a message by viewing the Email Address Book and initiate an email message or a phone call to anyone in their contacts list whether or not Sproqit is connected. Add a contact to your Outlook, and it is immediately available on your phone.

 **Sproqit Tasks** and **Sproqit Notes** enhance user's productivity just like in Outlook.

 **Sproqit Desktop Explorer** provides users with remote access to any folder on their entire local area network, and can be used to attach any files for use with the other plugins. Desktop Explorer also allows users to view files (about 200 of the most popular file types). Desktop Explorer is integrated with all of the above plugins to facilitate tasks that require interoperability between them.

## Advantages for Sproqit Users

- **Easy Installation** - Simply insert the CD to install the Desktop Agent on your computer and the Sproqit Companion

- on your device. Your desktop is in the palm of your hand.
- **Secure** - Sproqit uses established encryption (end-to-end 128 bit SSL) and authentication standards to ensure that your data is invisible to anyone but you.
- **Real-time Connectivity** - Sproqit's live feed between the Desktop Agent and Sproqit Companion means there is no need to sync the device with your desktop. Changes made on your device are reflected immediately on your desktop and vice versa.
- **Online and Offline Use** - Your Sproqit Companion offers full functionality whether you're connected to the network or not. Offline you can read or edit mail, notes, tasks, contacts, or send new emails. All changes are automatically reflected to your desktop the next time you connect.

## Sproqit Personal Edition System Requirements

**Sproqit Desktop Agent**
Operating System

- Windows 98SE, Windows ME, Windows 2000, or Windows XP

**Resource Requirements**

- 128 MB RAM
- 40 MB disk space

**Mail and PIM Support**

- Microsoft Outook 2000, 2002/XP or 2003 connected to one of the following:
  - Microsoft Exchange Server 5.5, 2000 or 2003
  - POP3/SMTP mail server
- If you don't have Microsoft Outook, POP3/SMTP is supported directly
*Without Outlook, only the Mail, Contacts, and Desktop Explorer plugins will be available*

**Sproqit Companion**
Mobile Device and Platform Support

- PalmOne Treo 600 and 650
- Pocket PC 2002 and 2003



Try Sproqit™ Personal Edition Today!

$8.95 USD per month after free trial



Sign up for a FREE Trial

Home | Site Map | Privacy & Legal | Contact

© 2000-2005 Sproqit Technologies, Inc. All rights reserved.

"Sproqit," "Sproqit Technologies," "Sproqit Desktop Agent," "Sproqit Companion," "Sproqit Server," "Sproqit Workgroup Edition," "Sproqit Workgroup Agent," the "Turn Faster" tagline, "Sproqit Architecture," and Sproqit's associated marks are trademarks of Sproqit Technologies, Inc. in the United States and other countries. The Sproqit logo is a registered trademark of Sproqit Technologies, Inc. in the United States and a trademark of Sproqit Technologies, Inc. in other countries. All other trademarks are the property of their respective owners.

Sproqit™ Technologies



TURN FASTER™

sproqit
TECHNOLOGIES

Home  Products  Try or Buy  Support  Architecture  About Us  Partners

**Products**

Sproqit
Personal Edition

**Sproqit
Workgroup Edition**

## Sproqit Workgroup Edition

[Buy Sproqit™ Workgroup Edition — Buy Now]

If you are part of a workgroup where several people need access to business productivity applications and networked directories when away from the office, Sproqit Workgroup Edition is the ideal solution. Sproqit Technologies has redefined the way in which mobile devices connect to applications. Sproqit Workgroup Edition uses a thin-client architecture that maintains application logic and data on the server, with only the presentation client software, called the Sproqit Companion, running on the handheld device.

This approach avoids the latency and deployment issues associated with synchronization or store-and-forward products. Corporate resources remain protected behind the firewall, while mobile devices view information and access applications directly through an encrypted connection. The result is a solution that is secure, easy to deploy, simple to maintain, and light on network resources.

### Sproqit Connectivity

Sproqit™Technologies



The Sproqit direct-connect approach keeps corporate assets protected behind the firewall.



*Monitor and administer all of your remote users from a single, easy-to-use application*

## Sproqit advantages for IT administrators and end users

- **Secure** – Sproqit Workgroup Edition's direct connection between Companions and Workgroup Agent software means sensitive information is only stored on your computers. End-to-end encryption with SSL protects corporate information while co-existing with existing infrastructure. Secure certificate-based multi-stage authentication with X.509 certificates prevents unauthorized users from even attempting Workgroup Agent login and sidesteps man-in-the middle attacks.
- **Superior end-user experience** -- The Sproqit device-native UI accelerates end-user adoption and enables the user to get more done, with uniquely rich and powerful functionality and accessibility to data in applications. Quicker response times increase both productivity and usability. The Sproqit Companion allows full-functionality use online and offline, with automatic reconnection when wireless service is temporarily lost.
- **Remote provisioning** – Users can provision new or replacement devices in the field with minimal IT supervision.
- **Light on the network** – Sproqit is a true push solution, that doesn't require the device to continually check for new email on the server. Actions and results are transmitted between the server and device. This substantially reduces network bandwidth requirements.
- **Real-time Connectivity** -- Sproqit's live feed between the Workgroup Agent and Sproqit Companion means there is no need to synchronize the device. Changes made on your device are reflected immediately on your network application and vice versa.
- **Full Outlook Functionality** – Sproqit plugins deliver the ability to send and receive email, view all Outlook mail folders, create and accept new meeting invitations, access notes, tasks, and contacts. You can even dial the phone or send e-mails directly out of your contacts.
- **Network Browsing** – Sproqit gives you the ability to access your Outlook attachments and network files and view and send any file from your local area network just as if you were sitting at your desk.

## Sproqit Plugins included with Sproqit Workgroup Agent version 1.0

**Sproqit Email** gives you full Outlook functionality, such as creating, editing, replying to and forwarding messages. In addition, Sproqit allows you to open and send attachments, accept meeting requests, access all personal mail folders and public folders, and address messages using your contacts or the corporate (global) address list.

**Sproqit Calendar** gives you complete calendar functionality. Users are able to create and schedule new appointments, send meeting invitations, view appointments by day or week, display appointment times and descriptions, set reminders and recurring appointments, and much more. Your calendar is always up to date thanks to the Sproqit direct connect approach.

**Sproqit Contacts**, like Sproqit Calendar, works together with Sproqit Email so you can address a message by viewing the email address book and initiate an email message or a phone call to anyone in your contacts list whether or not Sproqit is connected. Add a contact to Outlook, and it is immediately available on your phone.

**Sproqit Tasks and Sproqit Notes** Keeps you organized and on track no matter where you are.

**Sproqit File Explorer** provides remote access to any folder on your entire local area network for which you have been granted access, and can be used to attach any files for use with the other plugins. File Explorer also allows users to quickly view files (about 200 most popular file types).

## Sproqit Workgroup Agent

**Supported Operating Systems**

- Microsoft Windows XP Professional
- Microsoft Windows 2000 Professional and Server
- Microsoft Windows Server 2003

**Resource Requirements**

- 512 MB RAM
- 100 MB disk space

**Supported Mail Servers**

- Microsoft Exchange 5.5, Exchange 2000, Exchange 2003
- Outlook 2000 or later if using Exchange or connecting to POP3 via Outlook
- Corporate POP3 Server
- Internet POP3 Server

**Users per Workgroup Agent**

- Up to 50 Sproqit Companion users per Workgroup Agent

**Supported Networks**

- Sproqit is network independent

**Security**

- SSL with 128-bit (RC4) encryption
- X.509 certificate with NTLM-type challenge/response authentication Sproqit Companion

## Sproqit Companion

**Supported Mobile Device Platforms**

- PalmOne Treo 600 and 650
- Microsoft Pocket PC 2002 and 2003

Home | Site Map | Privacy & Legal | Contact

© 2000-2005 Sproqit Technologies, Inc. All rights reserved.

"Sproqit," "Sproqit Technologies," "Sproqit Desktop Agent," "Sproqit Companion," "Sproqit Server," "Sproqit Workgroup Edition," "Sproqit Workgroup Agent," the "Turn Faster" tagline, "Sproqit Architecture," and Sproqit's associated marks are trademarks of Sproqit Technologies, Inc. in the United States and other countries. The Sproqit logo is a registered trademark of Sproqit Technologies, Inc. in the United States and a trademark of Sproqit Technologies, Inc. in other countries. All other trademarks are the property of their respective owners.

# Sproqit™ Technologies



Home | Technology | Products | Try or Buy | Future Applications | Service | Support | Developers | About Us | Partners

## Technology

**Overview**

Sproqit Architecture



## Introducing Sproqit™ Architecture

With Sproqit Architecture, remote users no longer have to choose between accessing their data and making full use of their applications. Users are able to remotely operate applications on their desktops and enjoy a uniquely responsive, interactive experience-regardless of their network connection or what embedded device they're using. Sproqit plugins work whether they're online or off, and best of all, no IT commitment is required to begin using them. Sproqit combines the rich user experience of thick client applications with the deployment advantages of Web-based solutions.

### Sproqit is Fundamentally Different

Sproqit offers remote users much more than mere data access. Sproqit Architecture means users get the full power and interactive user experience they have while sitting at their desktop computer on any device and on any network.

Only Sproqit delivers the total package-a consistent, device-appropriate user Interface (UI) with real-time data access and desktop usability.

### A Complete Solution

Fast Performance, instant application deployment, full security and up to the second data - Sproqit provides it all with one complete architecture. The Sproqit Companion - a thin client that uses the look and feel of whatever device on which it is running to remote control full-featured applications installed on your desktop or server.

### Key Advantages

- Works Online or Offline
- Uses Native UI Controls
- Requires No IT Sale

Sproqit™ Technologies

- Small Sproqit Companion
- Sproqit Companion Operations are Easy on Device Resources

## Who Benefits?

Sproqit Architecture represents tangible benefits for everyone:

End Users: Usability and desktop functionality with great performance. Encryption of all sent data ensures security. Ability to continue using applications offline and over slow or intermittent networks means no loss of productivity. Because applications remain on the desktop or server, they are not constrained by device resource limitations. Exceptional performance even on low-priced, low-resource devices means great value.

Service Providers: A better experience for users means greater customer "stickiness" and increased customer base and ARPU (average revenue per user). Low build-out costs reduce capital requirements. Since no IT involvement is necessary, carriers can bypass IT departments and appeal directly to end-users. New applications can be rolled out over the air, reducing development and support costs.

OEMs: Because applications are so easily readied for the Sproqit platform and the Sproqit Companion is so small and resource efficient, OEMs realize the potential to create smaller, less expensive, more powerful devices. OEMs can increase functionality and performance of existing devices.

Developers and ISVs: Dramatic reduction of development and support costs, since developers need only modify their UI layer once for the Sproqit platform-with existing, familiar tools-and their application will run on any Sproqit-enabled device.

To learn more about how you can benefit from Sproqit's technology, contact a Sproqit representative.

Home | Site Map | Privacy & Legal | Contact

Copyright (c) 2000-2004 Sproqit Technologies, Inc. All rights reserved. Sproqit, the Sproqit logo, the Turn Faster tagline and Sproqit Architecture are the trademarks of Sproqit Technologies, Inc. All rights reserved. Other products, services, and companies mentioned in this Site may be the trademarks of their respective owners.