# Exhibit G
## to the
# Declaration of Sabin Head In Support of Visto's Motion for Preliminary Injunction



**Sproqit Workgroup Agent**

*Version 1.0*

Administrator's Guide

# Contents

Contents ........................................................................................................................ iii

Legal Notice................................................................................................................. vi

Copyright ..................................................................................................................... vi

Disclaimer and limitation of liability.............................................................................. vi

Warranty and license agreement ................................................................................. vi

**Part I – Introduction** ................................................................................................... 1

Introduction to Sproqit® Technologies Workgroup Edition ........................................... 1

Real-time desktop functionality wherever users go ...................................................... 1

About this document ..................................................................................................... 1

**Part II – Workgroup Agent Architecture**.................................................................... 3

The Sproqit platform..................................................................................................... 3

Sproqit system architecture .......................................................................................... 3

    Sproqit Workgroup Agent Application........................................................................ 4

    Sproqit Companion .................................................................................................... 4

    Sproqit Server ........................................................................................................... 4

    Sproqit Workgroup Agent Administration Tool........................................................... 5

System requirements .................................................................................................... 5

Unique capabilities of Sproqit products......................................................................... 6

Understanding connection security............................................................................... 6

Assuring the security of data ........................................................................................ 7

    Steps to a Single-NATed Connection........................................................................ 8

    Steps to a Dual-NATed Connection .......................................................................... 9

    How Windows Network Access is Accomplished......................................................10

      How often will end users have to provide their Windows credentials? ...................10

**Part III – Configuring Your System**..........................................................................11

About firewalls and securing ports...............................................................................11

Checklist: Preparing to install Sproqit Workgroup Agent .............................................11

    To Install the Sproqit Workgroup Agent from a Compact Disc .................................11

    To Install the Sproqit Workgroup Agent from the Internet ........................................12

    Running the Sproqit Workgroup Agent Automatically Each Time the Workgroup Agent Computer is Restarted .................................................................................................................12

    To Open the Sproqit Workgroup Agent Administration Tool.....................................13

    To Close the Sproqit Workgroup Agent Administration Tool ....................................13

    To Configure the Workgroup Agent Software ..........................................................13

    To Enter the Sproqit Server Address........................................................................14

    To Configure a Proxy Server....................................................................................15

    To Test the Connection to a Sproqit Server.............................................................15

# Contents

To Configure Administrator Contact Information.................................................................................16

To Start the Sproqit Workgroup Agent Software..............................................................................17

To Stop the Sproqit Workgroup Agent Software..............................................................................17

To Configure Security Policy Settings.............................................................................................18

About different types of mail servers.................................................................................................18

Licenses..............................................................................................................................................19

How Licenses are Used.....................................................................................................................19

Strategic License Management.........................................................................................................19

To Set the License File......................................................................................................................19

To Monitor License Use....................................................................................................................20

To install the Sproqit Companion software.........................................................................................20

Sproqit Companion provisioning overview.........................................................................................20

About the Provisioning Process........................................................................................................20

To Provision the Sproqit Companion (Administrator)........................................................................21

To Provision the Sproqit Companion (User).....................................................................................21

**Part IV – User Account Management**............................................................................................**23**

About user accounts...........................................................................................................................23

Adding User Accounts.......................................................................................................................23

About notifying users when you create or reset user accounts.........................................................24

Modifying Notification Text...............................................................................................................24

Notifying Users.................................................................................................................................24

Removing User Accounts..................................................................................................................25

To View User Account Status...........................................................................................................25

Modifying User Accounts..................................................................................................................25

To edit a user account:...................................................................................................................26

About activation passwords...............................................................................................................26

Resetting User Accounts...................................................................................................................27

About application settings..................................................................................................................28

To Configure Mail Server Settings...................................................................................................29

Microsoft Exchange settings...........................................................................................................29

POP3/SMTP settings.......................................................................................................................30

To Configure Calendar Settings.......................................................................................................31

To Configure Contacts Settings.......................................................................................................32

To Configure File Explorer Settings.................................................................................................33

To configure Mail settings.................................................................................................................34

To configure Notes settings..............................................................................................................35

To configure Tasks settings..............................................................................................................35

**Part V – Monitoring and Troubleshooting**.....................................................................................**37**

Monitoring licenses............................................................................................................................37

# Contents

Monitoring License Usage ............................................................................................37

Monitoring user accounts ...........................................................................................37

Potential User Account Issues ..............................................................................37

Unsupported handheld device .........................................................................37

Forgotten Sproqit password ............................................................................38

Using multiple handheld devices ....................................................................38

Monitoring log files .....................................................................................................38

To View the Current Log File ...............................................................................38

To View the Log File Directory .............................................................................38

Understanding the Workgroup Admin Log File .....................................................38

Understanding the Workgroup Agent Log File .....................................................39

Error Message Reference ............................................................................................39

**Glossary** ......................................................................................................................**43**

**Index** ............................................................................................................................**47**

## Legal Notice

The information set forth in this document, including but not limited to information set forth on URLs and other Internet Web sites referenced herein, is subject to change without notice.

## Copyright

Copyright © 2000-2005 Sproqit Technologies, Inc. All rights reserved.

Sproqit, the Turn Faster tagline, and Sproqit Architecture are trademarks of Sproqit Technologies, Inc. The Sproqit logo is a registered trademark of Sproqit Technologies, Inc. All rights reserved. Microsoft, Exchange, Windows, and PocketPC are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. palmOne and Treo are among the trademarks or registered trademarks owned by or exclusively licensed to palmOne, Inc. PalmSource, Palm OS, Palm Powered, Graffiti, HotSync and certain other trademarks and logos appearing herein, are trademarks or registered trademarks of PalmSource, Inc. or its affiliate in the United States, France, Germany, Japan, the United Kingdom, and other countries. Other products, services, and companies mentioned in this document may be the trademarks of their respective owners. All rights reserved.

## Disclaimer and limitation of liability

SPROQIT TECHNOLOGIES, INC. ("SPROQIT") PROVIDES ALL INFORMATION SET FORTH IN THIS DOCUMENT, INCLUDING BUT NOT LIMITED TO INFORMATION SET FORTH ON URLS AND OTHER INTERNET WEBSITES REFERENCED HEREIN, "AS IS" AND WITHOUT WARRANTY OF ANY KIND. SPROQIT HEREBY DISCLAIMS ALL WARRANTIES AND CONDITIONS EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OR CONDITIONS OF ACCURACY, COMPLETENESS, MERCHANTABILITY, MERCHANTABLE QUALITY, FITNESS FOR A PARTICULAR PURPOSE, DURABILITY, TITLE, AND ANY OTHER IMPLIED WARRANTY OR CONDITION ARISING BY STATUE OR CUSTOM OR USAGE OF TRADE RELATED TO THE SERVICES AND THE SPROQIT SOLUTIONS OR ANY PORTION THEREIN. THE INFORMATION CONTAINED IN THIS DOCUMENT IS SUBJECT TO CHANGE. SPROQIT DISCLAIMS ANY DUTY TO UPDATE THIS INFORMATION. SPROQIT SHALL NOT BE LIABLE WHATSOEVER FOR ANY DAMAGES ARISING OUT OF THE USE OF THIS DOCUMENTATION, INCLUDING ANY DIRECT, INDIRECT, OR CONSEQUENTIAL DAMAGES. SPROQIT RESERVES THE RIGHT TO ALTER THIS DOCUMENTATION AT ANY TIME.

## Warranty and license agreement

All warranty information applicable to the Sproqit Software Package is contained in the End User License Agreement to which you must consent before using such product. A copy of such End User License Agreement is available at the Sproqit Technologies, Inc. Web site at http://www.sproqit.com. The information set forth in such End User License Agreement sets forth Sproqit Technologies, Inc.'s sole and complete warranty and software licensing obligations with respect to your Sproqit Software Package. Use of such product indicates your acceptance of the terms of such End User License Agreement.

July 29, 2005

This manual is part number S-SWEAG-1.0-001

## Part I: Introduction

## Introduction to Sproqit® Technologies Workgroup Edition

Sproqit® Technologies Workgroup Edition enables your end users to remotely use applications that reside and run on your corporate or small business network. All the end users need is a supported palmOne™ smartphone, a Palm Powered™ handheld, or a Microsoft® Windows Mobile-based PocketPC™ device with a wireless data connection, an Internet connection, and Sproqit software included in Sproqit Workgroup Edition.

On your network, you will install and configure the Workgroup Agent software using the Administration Tools application. The Workgroup Agent software keeps track of user accounts and provides access to Microsoft® Exchange servers, POP3/SMTP servers, and network file shares.

The architecture and basic operations of the Sproqit solution are covered in the next section.

## Real-time desktop functionality wherever users go

The Sproqit suite of business productivity plugins (PIM plugins) work with Sproqit Workgroup Edition to access data stored on your corporate network. Your end users can send and receive email, make calendar appointments, edit contact information, update tasks, add attachments, and browse all the local and networked folders that they normally have access to through their desktop computers—all in real time, no matter where they are or what kind of wireless connection they have.

For the end user, it's like taking their networked data along in their pocket. For the administrator, it's simple: install and configure the Workgroup Agent software, purchase and add user accounts. The Workgroup Agent application runs on your Workgroup Agent computer, providing secure access to your network for the end user accounts that you configure.

## About this document

Sproqit software is easy to install and so intuitive for administrators and end users that you may never need all the information in this Administrator's Guide. Nevertheless, the guide gives you detailed instructions for using every feature of the Workgroup Agent software.

Several diagrams showing the exact steps involved in a typical connection are included so that you will understand better how the system works. The guide also offers information on security and changing settings that are accessed using the portable wireless device.

Terms that are included in the glossary are *italicized* on first use in the text. An index is provided for easier navigation of the Guide.

**Introduction**

Sproqit Workgroup Edition Administrator's Guide

# Part I: Workgroup Agent Architecture

Sproqit™ Technologies software provides a completely secure means of remotely accessing and manipulating information stored on the *end users'* computers and corporate network. Sproqit uses established encryption and authentication standards to ensure that at every stage of connection and transmission your corporate data is invisible to everyone but your authorized end *users*. That means you can let workgroup users run Sproqit software on their mobile *devices* with complete confidence.

## The Sproqit platform

The Sproqit platform consists of the *Workgroup Agent*, which is installed and runs on a dedicated computer on your network, the *Sproqit Server* on the Internet, and the *Sproqit Companion*, which is installed on the end user's palmOne™ device using Hotsync®, PocketPC™ device using ActiveSync®, or other compatible *handheld device*. Once you have configured your Workgroup Agent, the Sproqit Server facilitates connections between the Workgroup Agent and Sproqit Companion, which exchange information back and forth over a wireless connection. Through these components, Sproqit software gives end users the freedom to use desktop applications even when they've left the office far behind.

## Sproqit system architecture

The Sproqit Workgroup Edition has several components:

- Sproqit *Workgroup Agent software*
- Sproqit *Workgroup Agent Administration Tool*
- *Sproqit Companion* software for Palm OS™ and Microsoft® Windows® Mobile-based PocketPC *handheld devices* and *smartphones*

In addition to these components, the software makes use of the Sproqit Server, a server hosted on the Internet.



Figure 1: Sproqit Architecture

# Workgroup Agent Architecture

## Sproqit Workgroup Agent Application

The Sproqit Workgroup Agent application does its work on the computer you designate as the Workgroup Agent. The Workgroup Agent is responsible for the following functions within the Sproqit Technologies platform:

- Interacting with the Workgroup Agent Administration Tool user interface
- Managing user licenses
- Connecting to the Sproqit Server to manage user accounts
- Performing all encryption, compression, and translation required by the Sproqit Companion software
- Impersonating users on the Microsoft® Windows®-based network so that they can access the files and shares for which they have permission
- Pushing data to the Sproqit Companion and querying the Sproqit Companion for the data the end user requests
- Caching information that the end user uses often, and
- Alerting end users to appointments and incoming messages.

The Workgroup Agent interacts directly with the end user's Microsoft® Exchange or POP3/SMTP server, sending requested information to the device, where the Sproqit Companion displays it. The Workgroup Agent also maintains end-user sessions even if they are disconnected from the Sproqit Server.

Different hand-held devices have different computing and display capabilities; the Workgroup Agent keeps track of these capabilities and modifies each application's user interface based on the information it has about the end user's device.

## Sproqit Companion

The *Sproqit Companion* software does its work on the wireless handheld device, connecting to the Sproqit Server to establish a secure connection to the Workgroup Agent, and then accessing email, files, and other information on the corporate network using several *PIM plugins*.

The use of *push data*, and that the Sproqit Companion takes advantage of the device's own user interface and utilities, allows the Sproqit Companion to use only about 500 KB of the device's memory allocation. At the same time, the Sproqit Companion contains enough application logic so that end user actions on their portable wireless devices are reflected on your network immediately (or, if they're working offline, as soon as a wireless connection is automatically re-established).

## Sproqit Server

The Sproqit Server plays a key role in the Sproqit solution for wireless-desktop connectivity. The first time a user connects with Sproqit Companion, the Sproqit Server verifies that they are a user of your Workgroup Agent and auto-provisions the client with security certificates and other required data.

The Sproqit Server facilitates connections between the Workgroup Agent and the Sproqit Companion. More details are provided in the "Understanding Connection Security" topic later in this section. The Sproqit Server creates a *secure bridge* between the Workgroup Agent and the Sproqit Companion if they are unable to connect directly.

The Sproqit Server maintains all license information in its database. This ensures that unlicensed users do not have access to the system.

## Workgroup Agent Architecture

### *Sproqit Workgroup Agent Administration Tool*

The Sproqit Workgroup Agent Administration Tool is your portal to the features of the Workgroup Agent software. In this application, you configure your connection to the Sproqit Server, add end user licenses, add, edit, and remove users, view *status* and logs, and start and stop the Workgroup Agent.

The Sproqit Workgroup Agent Administration Tool must run on the computer that is running the Workgroup Agent software, but you can access it from another computer by means of Microsoft® Windows® Remote Desktop, Microsoft® Windows® Terminal Server, or other remote access software. You must have *administrator* or power user credentials to access the Administration Tool.

## System requirements

The Sproqit Workgroup Agent should be installed on a computer dedicated to this purpose. The Workgroup Agent computer must be running one of the following operating systems:

- Microsoft® Windows® Server 2003
- Microsoft® Windows® 2000 Server
- Microsoft® Windows® 2000 Professional
- Microsoft® Windows® XP

The Sproqit Workgroup Agent computer needs to have:

- 100 MB free disk space
- 512 MB RAM

## Workgroup Agent Architecture

The Sproqit Workgroup Agent can interact with the following email systems and applications:

- Microsoft® Exchange 5.5
- Microsoft® Exchange 2003
- Microsoft® Exchange 2000
- Corporate and Internet POP3/SMTP servers

## Unique capabilities of Sproqit products

The Sproqit Workgroup Edition provides a superior end-user experience on a secure and cost-effective platform for delivering enterprise applications to mobile devices. Direct connection between mobile device and server, combined with end-to-end encryption and certificate-based authentication, provides the highest security of any wireless solution, protecting your corporate data and working within your existing firewall configuration.

The rich functionality of the supplied PIM plugins, predictive caching, and real-time connection to the corporate network's resources result in greater productivity, lower data charges, and reduced wait times. Remote provisioning (the ability to deploy the software from a network share with simple end-user configuration steps) saves IT departments costly service calls.

## Understanding connection security

As soon as the Workgroup Agent starts, it immediately connects all user accounts to the Sproqit Server, which verifies the Workgroup Agent license and the individual user accounts. User accounts are put into the "ready for user" state at the Sproqit Server, waiting for end users to connect using Sproqit Companion software.

If the user account's Workgroup Agent is unavailable when the Sproqit Companion initiates a connection, the Sproqit Server will put the user account into the "ready for user" state at the Sproqit Server until the Workgroup Agent is available.

Most wireless devices do not have an Internet-visible IP address; typically, the wireless provider assigns the device an internal IP address using *Network Address Translation* (NAT). Similarly, many Workgroup Agents will be configured on computers that are behind a corporate firewall, assigned an internal IP address using NAT.

Depending on the configuration of the connection partners and any firewalls and proxies that might affect their ability to connect, the Sproqit Server either connects first to each of them and then tells one connection partner how to securely connect to the other, or, if that is not possible, it connects them directly via a new encrypted connection tunneled through the Sproqit Server.

Connections are made using *SSL* and *NTLM* challenge-response-type authentication methods for maximum security. All data sent via the wireless network is encrypted and cannot be decrypted by the wireless carrier or Sproqit Server.

## Workgroup Agent Architecture



Figure 2: Sproqit network diagram

## Assuring the security of data

The security of your network is assured through implementation of industry standard protocols:

**Secure Socket Layers (SSL).** Sproqit software uses SSL to encrypt all data transmitted between your corporate network and a mobile device.

**Windows NT Challenge-Response Authentication Protocol (NTLM).** NTLM-type authentication provides an additional layer of security by asking Sproqit users to identify themselves with credentials including a self-chosen password.

Security in Sproqit software means total security end-to-end, all the time.



Figure 3: Sproqit access through a firewall

# Workgroup Agent Architecture

## Steps to a Single-NATed Connection

If the Sproqit Server determines that one of the communication partners can communicate directly with the other, it instructs the Sproqit Companion and the Workgroup Agent and then they make the connection. The numbers labeling parts of Figure 4 match the following numbered steps.

1. The Workgroup Agent connects a user account to Sproqit Server using SSL. The user account enters the "ready for user" state at the Sproqit Server.

   **Note:** Typically, the Workgroup Agent attempts to connect all of its user accounts to the Sproqit Server upon startup. For clarity, this description and the accompanying illustration will discuss only one user account.

2. The Sproqit Companion connects to the Sproqit Server using SSL.

3. The Sproqit Server attempts to negotiate a direct connection between the Sproqit Companion and the Workgroup Agent.

4. The NATed partner connects to the non-NATed partner using SSL.

   **Note:** The Workgroup Agent always acts as the "server" in security certificate transactions regardless of which partner actually connects to the other.

5. The end user uses Sproqit plugins to perform various tasks and then disconnects from the Workgroup Agent.

6. The Workgroup Agent connects the user account to the Sproqit Server and re-enters the "ready for user" state.



Figure 4: Single-NATed connection

**Workgroup Agent Architecture**

### Steps to a Dual-NATed Connection

If the Sproqit Server determines that the communication partners cannot communicate directly with each other, it connects them using a secure bridge. The numbers labeling parts of Figure 5 match the following numbered steps.

1. The Workgroup Agent connects a user account to Sproqit Server using SSL. The user account enters the "ready for user" state at the Sproqit Server.

   **Note:** Typically, the Workgroup Agent attempts to connect all of its user accounts to the Sproqit Server upon startup. For clarity, this description and the accompanying illustration will discuss only one user account.

2. The Sproqit Companion connects to the Sproqit Server using SSL.

3. The Sproqit Server attempts to negotiate a direct connection between the Sproqit Companion and the Workgroup Agent.

4. A direct connection is impossible, so the Sproqit Server reconnects the communication partners using a secure bridge.

   **Note:** The secure bridge uses end-to-end SSL. The Workgroup Agent encrypts the data and only the Sproqit Companion can decrypt it.

5. The user disconnects from the server after completing the desired tasks or after losing their wireless signal.

6. The Workgroup Agent reconnects the user account to the Sproqit Server and re-enters the "ready for user" state.



Figure 5: Dual NATed-connection network diagram

## Workgroup Agent Architecture

### *How Windows Network Access is Accomplished*

End users can access network file shares and shared folders on any computer within your network for which they have permissions. The Sproqit Workgroup Agent software accomplishes this by impersonating the user on the Microsoft Windows-based network. The numbers labeling parts of Figure 6 match the following numbered steps.

1. A secure connection is established between the Workgroup Agent and Sproqit Companion using the Sproqit Server.

2. The Sproqit Companion user is prompted for their Windows credentials (domain/username and Windows password).

3. The end user accesses network resources, including any shares on their desktop computer, according to permissions set by the Windows administrator.

4. The Workgroup Agent loads PIM plugins, impersonating the user account by using the provided credentials.



Figure 6: Windows network access steps

### How often will end users have to provide their Windows credentials?

Sproqit Workgroup Agent makes things easy for end users because their credentials do not have to be entered each time the user account is connected. Several events will cause the Workgroup Agent to prompt the end user for their Windows credentials when they connect.

- The first time a Sproqit Companion user connects to the Workgroup Agent

- If the administrator stops and restarts the Workgroup Agent

- If the end user uninstalls and reinstalls the Sproqit Companion software for any reason

## Part II - Configuring Your System

This section will walk you through the Sproqit Workgroup Agent installation and configuration process.

## About firewalls and securing ports

Before installing, it is important to review the configuration of your network firewall and ports. Your network firewall must be set to allow traffic on port 443 in order for the Workgroup Agent to communicate with the Sproqit Server and your users' handheld devices using SSL on the Internet. In a network configuration that permits access to the World Wide Web, these ports will normally be open, so you probably do not need to change your configuration.

## Checklist: Preparing to install Sproqit Workgroup Agent

- ❑ Computer prepared with a supported Microsoft Windows operating system and Microsoft Outlook (but NOT Microsoft Exchange) installed
- ❑ Network administrator credentials
- ❑ Firewall installed and configured to allow traffic on port 443
- ❑ Proxy server information
- ❑ Exchange Server information or POP3/SMTP server information
- ❑ One copy of Sproqit Workgroup Agent and a client license to support the appropriate number of end users
- ❑ End users with supported handheld devices

### To Install the Sproqit Workgroup Agent from a Compact Disc

Before you begin installing the Sproqit Workgroup Edition software, make sure that you have everything you need as noted in the Checklist above. This installation procedure should be performed on the Workgroup Agent computer.

1. Insert the Sproqit Workgroup Edition software CD in your computer's CD drive.

2. Verify that Microsoft Outlook has been installed on the Workgroup Agent computer.

   **Important:** Sproqit Workgroup Edition and Microsoft Exchange cannot be installed on the same computer. Make sure that Microsoft Exchange is not installed on the Workgroup Agent computer before proceeding.

3. Double-click on **SproqWGInst.exe** to install the Workgroup Agent, Sproqit Companion software, and Administration Tool.

4. Read the information on the Welcome screen, and then click **Next** to continue. Read the End-User License Agreement, select the **I accept the terms in the License Agreement** check box, and then click **Next** to continue.

   **Note:** If you do not accept the terms in the License Agreement, return the software to the place of purchase.

5. Select the components to install. The Workgroup Agent software must be installed. Clear the check box if you do not wish to have a desktop shortcut created for the Administration Tool application, and then click **Next**. If you would like to change the installation folder, click **Browse** and select a different folder, and then click **Install** to continue.

## Configuring Your System

6. When the software installation is complete, click **Show Details** to see the individual tasks completed by the installer, or click **Next** to continue.

   **Note:** If you cannot read all the text in an individual line of the Show Details window, you can hover over the text to see the entire line. Or, copy and paste all of the text in the Show Details window to another application so that you can view the details in their entirety.

7. When the installation is complete, you can view the Readme file for late-breaking information about the software in a new window, and/or you can choose to start the Administration Tool software. Click **Close** to exit the installer.

8. The Administration Tool will start automatically at the conclusion of the installation program. Proceed to the instructions on page 13 to continue.

### To Install the Sproqit Workgroup Agent from the Internet

Before you begin installing the Sproqit Workgroup Edition software, make sure that you have everything you need as noted in the checklist on page 11. This installation procedure should be performed on the Workgroup Agent computer.

1. Navigate to the Sproqit Website: http://www.sproqit.com and download the Sproqit Technologies Workgroup Edition software using the instructions on the Website.

2. Navigate to the directory where you instructed your computer to place the downloaded file. Double-click the Sproqit installer file to start the installation program (**SproqWGInst.exe**).

3. Read the information on the Welcome screen, and then click **Next** to continue. Read the End-User License Agreement, select the **I accept the terms in the License Agreement** check box, and then click **Next** to continue.

   **Note:** If you do not accept the terms in the License Agreement, return the software to the place of purchase.

4. Select the components to install. The Workgroup Agent software must be installed. Clear the check box if you do not wish to have a desktop shortcut created for the Administration Tool application, and then click **Next**. If you would like to change the installation folder, click **Browse** and select a different folder, and then click **Install** to continue.

5. When the software installation is complete, click **Show Details** to see the individual tasks completed by the installer, or click **Next** to continue.

   **Note:** If you cannot read all the text in an individual line of the Show Details window, you can hover over the text to see the entire line. Or, copy and paste all of the text in the Show Details window to another application so that you can view the details in their entirety.

6. When the installation is complete, you can view the Readme file for late-breaking information about the software in a new window, and/or you can choose to start the Administration Tool software. Click **Close** to exit the installer.

7. The Administration Tool will start automatically at the conclusion of the installation program. Proceed to the instructions on page 13 to continue.

### Running the Sproqit Workgroup Agent Automatically Each Time the Workgroup Agent Computer is Restarted

In order for your users to connect to the Workgroup Agent using their handheld devices, the Workgroup Agent must be running at all times on the Workgroup Agent computer. For this reason, you may wish to add a shortcut to the Workgroup Agent Administration Tool to the computer's Startup group. The installation process puts this shortcut on the computer's desktop by default; to place it in the Startup group, just drag and drop it into the Startup group (Start/Programs/Startup).

# Configuring Your System

**Important:** The Workgroup Agent must be started (using the Administration Tool) before adding users. Do not stop the Workgroup Agent when exiting the Administration Tool; if you do so, the Workgroup Agent will not be automatically restarted each time the Workgroup Agent computer is restarted even if you add the Administration Tool's shortcut to the startup group.

## To Open the Sproqit Workgroup Agent Administration Tool

After installation, the Sproqit Workgroup Agent Administration Tool will be available on the Start menu.

- Click **Start**, point to **Programs**, point to **Sproqit Technologies**, point to **Workgroup Edition**, and then select **Sproqit Workgroup Admin Tool**.



Figure 7: Main Sproqit™ Workgroup Agent Administration Tool screen

## To Close the Sproqit Workgroup Agent Administration Tool

When you are finished using the Administration Tool, close it by clicking the **Close** button.

## To Configure the Workgroup Agent Software

After you install the Workgroup Agent software, you need to configure the Workgroup Agent.

1. Configure the connection with the Sproqit Server. You need to configure any proxy server settings when configuring this connection. See *To enter the Sproqit Server address*.

2. Configure the administrator settings. These settings include an email address so the Workgroup Agent can tell you about problems, and how the end users should contact you. See *To configure Administrator information*.

---

# Configuring Your System

3. Configure the notification settings. The notification settings are used by the Workgroup Agent to generate a *notification message* for new user accounts. See *About notifying users when you create or reset user accounts*.

4. Configure security policy settings. Security policy settings specify how quickly an end user must activate a new account, how many *activation attempts* can be made within a certain time period, and how long the end user is locked out of activating the user account if too many attempts are made. See *To configure Security Policy settings*.

5. Configure user accounts. See *Part IV-User Account Management*.

6. Configure mail server and home directory settings. See *To configure mail server settings* and *To configure home directory settings*.



Figure 8: Configuring the Sproqit Server address and proxy settings

## To Enter the Sproqit Server Address

The Workgroup Agent needs an address for the Sproqit Server.

1. On the Connection tab, in the **Sproqit Server Address** box, type the address of the Sproqit Server. The format for the address should be a fully qualified domain name, or an IP address.

   **Note:** By default the address is **connect.sproqit.com**. Change this only if you have been given a different Sproqit Server address.

2. Click **Apply** to apply the Sproqit Server setting.

### To Configure a Proxy Server

If the Workgroup Agent server computer uses a proxy server to make an Internet connection, you must configure the Workgroup Agent with the proxy server settings.

1. On the Connection tab, select the **Connect using a proxy server** check box.
   The **Proxy Information** can now be configured.

2. Choose the option appropriate for your site:

   - If you want the Workgroup Agent to use the proxy settings configured for the computer's browser, click **Use browser proxy settings**.

   - If you are going to configure the proxy settings manually, click **Configure proxy settings manually**.

     a. Select a proxy type from the **Proxy Type** list.
        Options include **HTTP** (the default) and **SOCKS4**.

     b. In the Proxy Address box, type the address of the proxy server.

     c. In the Proxy Port box, type the port the proxy server uses.
        By default this port is **8080**.

     d. If the proxy server requires authentication:

        i. Select the **Proxy server requires authentication** check box.

        ii. Type the user name of an authorized proxy server user in the **Proxy User Name** box.

        iii. Type the proxy server user password in the **Proxy Password** box.

3. Click **Apply** to apply the proxy server settings.

### To Test the Connection to a Sproqit Server

Test the Workgroup Agent's connection to the Sproqit Server to confirm that you have entered the server address and proxy server settings correctly. Testing the connection does NOT apply your connection settings.

- On the Connection tab, click **Test connection**.
  If the test is successful, a message appears.
  If the test fails, a message appears with information about the failed attempt.

**Note:** You can also check the log file to see if the connection test is successful.

---

# Configuring Your System



Figure 9: Configure administrator contact information and notification settings

## To Configure Administrator Contact Information

The Workgroup Agent uses the administrator contact information in the notification message to new end users, and when it needs to contact the administrator.

Administrator contact information includes:

- The administrator name
- The administrator contact information
- The administrator's email address

To configure administrator Information:

1. On the **Notification** tab, under **Administrator Contact Information**, in the **Name** box, type the name you want to appear in the notification message to new users.

2. In the **Contact Information** box, type a method for users to contact you.
   This contact information is included in the notification message. To see how the information appears in the notification, click **Preview** under **Notification Settings**.

3. In the **Email** box, type a valid email address where the Workgroup Agent can send warning messages.

You can also configure the notification email message on the Notification tab. In this template, you can include information about your Exchange or POP3/SMTP server, proxy server, and anything else you want all your end users to know as they begin to use Sproqit. Information provided here is likely to reduce configuration support calls.

## Configuring Your System

### *To Start the Sproqit Workgroup Agent Software*

The Sproqit Workgroup Agent is installed as an application on the Microsoft® Windows®-based computer that you configure as the Workgroup Agent and starts when the computer is started. However, there are times when you may need to restart the Workgroup Agent, and the Administration Tool provides an easy way to do this.

**Important:** Each time you wish to start the Workgroup Agent software, you must log in to the Workgroup Agent computer as the administrator-credentialed user who installed the software. You must leave this user logged in while the Workgroup Agent is running in order for your corporate network resources to be available to your end users. It is recommended that this computer be locked using Ctrl-Alt-Del and that you consider taking physical security measures as well to prevent unauthorized access.

1. On the **Main** tab, click **Start Workgroup Agent**.

   **Note:** If the button says **Stop Workgroup Agent**, the Workgroup Agent is already running. See *To stop the Sproqit Workgroup Agent* for details on stopping the software.

2. The Workgroup Agent starts, and connections for all user accounts are automatically initiated between the Workgroup Agent and the Sproqit Server. Each user account must make a connection with the Sproqit Companion before a connection is fully established.

### *To Stop the Sproqit Workgroup Agent Software*

The Workgroup Agent is installed as a Windows application and should only be stopped in exceptional situations.

**Important:** Stopping the Workgroup Agent terminates all user account connections.

To stop the Workgroup Agent:

1. On the **Main** tab, click **Stop Workgroup Agent**.
   A warning appears to remind you that connected users will be disconnected if you proceed.

   **Note:** If the button is labeled **Start Workgroup Agent**, the Workgroup Agent is not running. Check the log file for more information.

2. Click **OK** to stop the Workgroup Agent, or **Cancel** to dismiss the dialog box without stopping the Workgroup Agent.



Figure 10: Security Policy settings

## Configuring Your System

### To Configure Security Policy Settings

The Security Policy settings protect new user accounts before they are activated. The settings include:

- How much time an end user has to activate their account
- The length (in characters) of the *activation password*
- The number of activation attempts a new end user can make before being temporarily locked out
- How long a locked out end user must wait before trying again to activate their account.

To configure Security Policy settings:

1. On the **Security** tab, under **Security Policy**, select a **Total Account Activation Window** value from the list. The default is 2 days.

   The total *account activation window* is the time limit a new user has to activate a new account. If the user does not activate the account within this time, the administrator must reset the account password and timeout period.

   **Note:** The activation window begins when the account is created, not when you notify an end user about the account. If you create accounts but do not notify users, the users may not have sufficient time to activate the accounts.

2. In the **Generated Password Length** list, select a length for the activation password. This is the length of the password that the Administration Tool generates for new users. The default is 14 characters.

## About different types of mail servers

Sproqit Workgroup Agent will work with Microsoft® Exchange and POP3/SMTP-based mail systems. Client configuration is a straightforward process. Documentation for end users includes detailed instructions for configuring their email client.

There are two key areas for troubleshooting. The first is that users who have multiple profiles configured in Microsoft® Outlook will have to specify the profile name that they wish to use as they configure the Sproqit Companion. If they miss this step, the default profile will be used. The second is that POP3/SMTP mail users will probably want to configure the Sproqit Companion to "leave messages on server" if they find that they are seeing mail on their handheld device but not on their desktop computer.

# Configuring Your System

## Licenses

The Workgroup Agent must be licensed before you can add user accounts. The minimum number of end-user seats available with any Workgroup Agent installation is five. The number of users your installation allows depends on the number of licensed seats you purchase.

Each user account added to the Workgroup Agent is allocated a license seat from the pool of available licenses. The license is considered used even if the account has not been activated. Removing a user account from the Workgroup Agent makes a license available.

A Workgroup Agent installation uses only one license file at a time. When you upgrade by purchasing additional Client Access Licenses (licensed seats), you must install the new license file before you can add the additional user accounts.

The Administration Tool displays the total number of license seats and the number of seats in use on the Main tab and on the User accounts tab.

### How Licenses are Used

Once purchased, Sproqit end-user licenses are provided to you as a *.lic file, which you load into your Workgroup Agent using the Administration Tool interface. After the license file is added, you can create new end user accounts in the Administration Tool. Licenses are verified when you create a new end user account and then periodically when the Workgroup Agent contacts the Sproqit Server.

Each Workgroup Agent will have one license file. If you would like to add to the number of license seats available to your Workgroup Agent, you need to purchase a new license and point your Workgroup Agent to the new license file. For instance, if you have a 5-user account license in your current configuration but need seats for fifteen end users, you need to purchase ten additional license seats. Because license files are Workgroup Agent-specific, a new fifteen-seat license file is created.

Each user account defined in the Administration Tool is allocated a license seat from the pool of available license seats even when they are not connected to the system using the Sproqit Companion.

### Strategic License Management

When you add a license file to the Workgroup Agent using the Administration Tool, you are specifying the number of user accounts that can connect to your network using Sproqit Companion on their portable devices. As you add new user accounts through the Administrator Tool, the number of available licenses is depleted. When you delete a user account in the Administrator Tool, the number of available licenses on the Workgroup Agent will be increased by one.

When you are within two licenses of the maximum permitted by the licenses file you have loaded into the Workgroup Agent, the Administration Tool notifies you so that you can buy more license seats, if needed.

### To Set the License File

You need to set (install) the license file in the Administration Tool before the Workgroup Agent is licensed. After you set the license file, you will be able to begin adding user accounts.

1.  On the **Main** pane, click **Set License File.**
    The **Select a License File** dialog box opens.

2.  Navigate to the location of your license file.

3.  Select the license file.

4.  Click **Open**.

## Configuring Your System

### To Monitor License Use

It is easy to monitor license usage. On the **Main** tab, look at the first line in the **Status** box. That line will have the number of licenses in use and the total number you have purchased for this Workgroup Agent.



Figure 11: Status box showing licenses in use and total licenses

## To install the Sproqit Companion software

To install the Sproqit Companion software, please use the user guide that is appropriate to your portable device:

- *Sproqit Workgroup Edition Handbook for Palm OS Users*
- *Sproqit Workgroup Edition Handbook for Pocket PC Users*

You will need the software which is by default installed in Program Files\<user>\Sproqit Technologies\Companions (where <user> is the logged-on administrator's username), the user guide, your handheld device, and the notification sent to you by your Sproqit Administrator.

## Sproqit Companion provisioning overview

After you have configured the Workgroup Agent on your corporate network and have created user accounts, your end users need to provision (configure) their handheld devices so that they can connect to the network and take advantage of Sproqit features. Provisioning is a Sproqit Companion-initiated process, with very little involvement from the administrator after user accounts are created and notification emails are sent (or other notification methods are used). End users will need to be able to access the Sproqit Companion software so that they can install it on their handheld device.

### About the Provisioning Process

The following steps are a brief outline of the provisioning process.

1. The Administrator configures the Workgroup Agent software and user account(s) using the Sproqit Administration Tool application.

2. The Workgroup Agent connects to the Sproqit Server and enters the "ready for user" state.

3. The end-user installs the Sproqit Companion software on their handheld device using the software-installation method appropriate to their device.

4. The end-user configures the Sproqit Companion software using information provided by their administrator in the Sproqit notification email.

5. The end-user connects to the Sproqit Server for the first time. The software verifies their credentials and then sends provisioning data to the handheld device. The device disconnects and then automatically reconnects.

6. The user account is active and all Sproqit functionality is available.

**Configuring Your System**

### To Provision the Sproqit Companion (Administrator)

1.  Install and configure the Workgroup Agent software. (See *To install the Sproqit Workgroup Agent* on page 11).

2.  Configure and test the connection to the Sproqit Server. (See *To enter the Sproqit Server Address* on page 14).

3.  On the **Security** tab, configure all security settings. (See *To configure Security Policy Settings* on page 18).

4.  On the **User accounts** tab, create one or more user accounts. (See *Adding User Accounts* on page 23).

5.  Send notification email or promptly communicate notification information to end-users in a different way. (See *Notifying Users* on page 24).

### To Provision the Sproqit Companion (User)

To provision the Sproqit Companion, please follow the procedures included in the Sproqit user handbook intended for your device.

**Configuring Your System**

## Part IV – User Account Management

# About user accounts

You need to create and configure a user account for each Sproqit Companion device user that will be connecting to the Sproqit Server and accessing your corporate data. You may also need to change, reset, or remove existing accounts, depending on your circumstances.

From the **User accounts** tab, you can add, configure, and edit user accounts.



Figure 12: User accounts tab

## *Adding User Accounts*

Add user accounts to give Sproqit Companion users the ability to access their email and networked files. The number of accounts you can add is limited by the license you purchased.

**Note:** The Sproqit Workgroup Agent must be running before you add a user account.

1. On the **User accounts** tab, click **Add**.
   The **Add Sproqit User Account** dialog box appears.

2. In the **User Name** box, type a *display name* for the new user account.

3. In the **Sproqit ID** box, type a valid email address for the user.

4. Choose a notification option from Notify User list.
   Options include **Send email using Sproqit ID**, **View in a text file**, and **Mark as notified**.

5. In the **Application Settings** box, you can configure various plugin settings. See *About application settings* on page 28.

## User Account Management

## About notifying users when you create or reset user accounts

When you add or reset a Sproqit user account, you need to tell the end user that the account is available and ready to be activated. You also need to let the user know their activation password, and how long the account is available to be activated. You may also want to tell them how to install a copy of the Sproqit Companion.

The Workgroup Agent Administration Tool makes user notification easy by allowing you to configure a notification message. The Administration Tool builds the notification message using the settings you have configured. If you choose, the Administrative Tool can send the notification message as email.

To prepare the notification message, configure notification settings. Notification settings include:

- Location of the Sproqit Companion software
- Email subject line to be used for the message
- Notification message text
- Domain

### Modifying Notification Text

You can change the notification text to include information specific to your installation, network, or corporate policies. If you ever need to update that information, it might be desirable to start with the default notification text.

1. On the **Notification** tab, in the Notification Settings area, browse to the location of the Sproqit Companion software. This location should be a folder accessible to all users who will receive the notification message.

   **Note:** You can type the full path to the location in the **Sproqit Companion Installers** box.

2. In the **Notification Subject** box, type the email subject line that will appear on the notification email message.

3. In the **Notification Text** box, edit the notification message text for your site. You can add, change, and delete any of the existing text. The default notification text includes variables that are replaced with values you configure in the Administration Tool.

4. To see how the notification message will look, click **Preview**.

5. Click **Reset Text** if you want to reset the notification text to the default.

### Notifying Users

After you create Workgroup Agent user accounts, you need to provide the end users with details about how to install the Sproqit Companion software and how to use it. The Administration Tool makes it easy for you to notify new users.

1. After you add new user accounts, on the **User accounts** tab, select one or more user accounts.

2. Click **Notify**. A **Notify Sproqit User** dialog box appears.

3. Click the option you want to use:

   - **Send email using Sproqit ID as email address** will send email notification to the selected users.

   - **Paste instructions into a text file and view the file using Notepad** will display the notification message in Notepad.

   - **Mark as notified** will mark the selected users as notified.

---

# User Account Management

## Removing User Accounts

1. On the **User accounts** tab, select the user account you want to delete, and click **Remove**. A warning dialog box appears.

2. Click **OK** to remove the user account, or **Cancel** to close the dialog box without removing the account.

After a user account is removed, the Sproqit Companion user cannot connect to the Sproqit Server and can no longer access any Sproqit applications.

One additional user license seat will become available after you remove a user account in the Administration Tool.

## To View User Account Status

To view a user account connection status and notification state:

1. On the **User accounts** tab, find the Display Name for the user account you want to check.

2. The connection status of the account is displayed under **Status**. Possible connection status options include:

   - **Unknown**—The status of the account's connection to the Sproqit Server is unknown. This is most likely if the Workgroup Agent is not running.

   - **Initializing**—The connection to the Sproqit Server is being initialized.

   - **Connecting**—The connection to the Sproqit Server is being made.

   - **Ready for user**—The connection is made to the Sproqit Server and is waiting for the account's Companion user to make a connection to the Sproqit Server.

   - **Connected**—The connection to the Sproqit Companion is active.

   - **Connection error**—There was an error in the connection to the Sproqit Server.

     **Note:** If you see a connection error status, check the log file for more information.

3. The notification status of the account appears under **Notified**. The notification status options are:

   - **No**—No notification has been sent to the user.

   - **Blank**—A notification message was sent to the user of the account, a notification message was viewed in the Administration Tool (opened in Notepad), or the administrator marked the account as notified.

     **Important:** A blank notification status does not guarantee that a user received notification. The Notified status is set to blank if you send email notification, view the notification message in Notepad, or choose to mark the account as notified.

## Modifying User Accounts

You can edit a user account to reset the one-time activation password, update their User Name or Sproqit ID if you need to change *application configurations*. The most common reason you will need to edit a user account is if the end user did not activate their account within the specified activation window.

You can edit settings in two ways. The first is to edit them on a per-user basis, by Sproqit ID. The other method is to edit them for one user but to apply them to all users.

## User Account Management

After you add Sproqit user accounts, and the users activate the accounts, you should not have to regularly manage the accounts. However, there are times when you might need to reset an account, or update account information. Finally, you may want to remove a user account if a user leaves your organization or discontinues use of a wireless handheld device.

**To edit a user account:**

1. On the **User accounts** tab, select the user account you want to edit and click **Edit**.
   The **Edit Sproqit User** dialog box is displayed.

   **Note:** If you select more than one user account, the **Edit** button is not available.

2. Make changes to the appropriate boxes:

   a. To update the user name, in the **User Name** box, type the correct name for the user account.

   b. To update the Sproqit ID, remove the user account and re-create it.

   c. To reset the activation password, click **Reset**.
      A new password is generated and is displayed in the **Activation Password** box.

   d. Choose a notification option from Notify User list.
      Options include Send email using Sproqit ID, View in a text file, and Mark as notified.

   e. To configure *application settings*, in the **Application Settings** box, click a plugin to edit. If there are any administrator-configurable settings for that plugin, a dialog box with appropriate options will be displayed.

3. Click **OK** when you are finished, or **Cancel** if you do not want to make any changes.

   **Note:** If you click **OK** without clicking **Notify**, you have not yet notified the end user of the changes. You can notify the user either from the **Edit Sproqit User** dialog box, or from the **User accounts** tab.

## About activation passwords

In order to activate a Workgroup Agent user account, a user must enter an Activation Password. An activation password is automatically generated when you add a user account.

The activation password is a single-use password required for a new user to activate their Sproqit account. This password is included in the new user notification message. When the user activates the account, they are prompted to create a new password.

You can also generate a new activation password for an existing user. You may need to do this in these situations:

- If an account was not activated by the user within the activation window.
  If an account is not activated within the time limit specified, the account is locked and the activation password must be reset.

- If an existing user with an active account forgets their password.
  If a user forgets their chosen password, you can generate a new activation password that allows the user to access their account and enter a password of their own choice.

**User Account Management**

## *Resetting User Accounts*

If an account is not activated within the time period specified by the Total Account Activation Window, the account is frozen, you must reset the activation password, and you must notify the user again.

You may also need to generate a new activation password if an active user forgets their real password.

To reset an activation password:

1. On the **User accounts** tab, select the user account you wish to edit and click **Edit**.
   The **Edit Sproqit User** dialog box appears.

   **Note:** If you select more than one user account, the Edit button is not available.

2. To the right of the **Sproqit Password** box, click **Reset** to reset the activation password.
   A new password is generated and displayed in the **Activation Password** box.

3. Choose a notification option from the Notify User list.
   Options include Send email using Sproqit ID, View in a text file, and Mark as notified.

4. Click **OK** when you are finished, or **Cancel** if you do not want to make any changes.

   **Note:** If you click **OK** without clicking **Notify**, you have not yet notified the user of the new activation password. You can notify the user either from the **Edit Sproqit User** dialog box, or from the User accounts tab.

# User Account Management

## About application settings

Most plugin application settings are configured by end users in the Sproqit Companion software, but they can also be configured in the Administration Tool software. It is highly recommended that you pre-configure these options for your users, especially File Explorer settings. Only the Notes plugin has no administrator- or end user-configurable settings.

All changes are made through the **User accounts** tab by selecting a user to edit.

**Important:** You may wish to restrict user privileges on the Workgroup Agent computer carefully so that they cannot use File Explorer to view the files on that computer. By virtue of Windows default settings, all users will have at least read access to those files, which may be undesirable.



Figure 13: Edit Sproqit User Account dialog box with plugin applications list shown

**User Account Management**

## To Configure Mail Server Settings

If you would like to hide your mail server configuration from your users, to avoid confusing them or to avoid errors in mail server configuration that will result in helpdesk calls, you should pre-configure the mail server for each user.



Figure 14: Mail Server Configuration dialog box

1.  On the **User accounts** tab, select a user and click **Edit**.
    The **Edit Sproqit User** dialog box appears.

2.  In the **Application Settings** box, select **Mail Server Configuration** and then click the **Mail Server Configuration** button.

3.  Click to select either **Microsoft Exchange** or **POP3/SMTP**. The appropriate settings button will be made available; click it to begin configuring the mail server.

### Microsoft Exchange settings



Figure 15: Microsoft Exchange settings

1.  Enter either the Exchange server logon information or the existing profile name.

2.  Click **OK** to close the settings dialog box, and then click **OK** again to close the Mail Server configuration dialog box.

# User Account Management

## POP3/SMTP settings

**POP3/SMTP Settings**                                                                  ✕

Show Name [                    ]          E-mail Address: [                    ]

┌─ Incoming Mail (POP3) ──────────┐   ┌─ Outgoing Mail (SMTP) ──────────┐

POP3 Server Name: [              ]       SMTP Server Name: [              ]

Server Port Number: [110        ]        Server Port Number: [25         ]

☐ POP3 Server requires SSL               ☐ SMTP Server requires SSL

                                         ☐ SMTP Server requires login credentials

POP3 Account Login: [             ]      SMTP Account Login: [             ]

POP3 Password: [                  ]      SMTP Password: [                  ]

[    OK    ]                                              [   Cancel   ]

Figure 16: POP3/SMTP configuration dialog box

1. This dialog box has three separate areas for maximum clarity. In the first section, enter the user's name as it should be displayed on any mail they send. Next, enter the email address of the user.

2. Enter all required information about the POP3 (incoming) mail server.

3. Finally, enter all required information about the SMTP (outgoing) mail server.

4. Click **OK** to continue.

## To Configure Calendar Settings

Calendar settings control notification of new appointments and handling of reminders, and off-line access to appointment data on the Sproqit Companion when the user is not connected.



Figure 17: Calendar options

1.  On the **User accounts** tab, select a user and click **Edit**.
    The **Edit Sproqit User** dialog box appears.

2.  In the **Application Settings** box, select **Calendar**, and click **Edit Calendar Settings**. The **Calendar Options** dialog box appears.

3.  Configure the desired options in the **Notification** and **Offline Access** areas, and then click **OK** to save the changes and close the dialog box.

## User Account Management

### *To Configure Contacts Settings*

Contact settings control what contact information a Sproqit Companion user can access without a connection to the Sproqit Server.



Figure 18: Contacts Options dialog box

1. On the **User accounts** tab, select a user and click **Edit**.
   The **Edit Sproqit User** dialog box appears.

2. In the **Application Settings** box, select **Contacts**, and click **Edit Contacts Settings**.
   The **Contacts Options** dialog box appears.

3. Select the contact information the end user has access to when their Companion device is not connected. Options include:

   - **All contact information**
     The user has full access to their contact information if their device is not connected.

     **Note:** If you select this option you cannot select any other options.

   - **Name and specified contact info (list view only)**
     The user will see only the contact name and the contact info fields that are specified.

   - **Phone Numbers**
     The user has access to the phone number of their contacts.

   - **Email Addresses**
     The user has access to the email addresses of their contacts.

4. Click **OK** to make the changes, or **Cancel** to dismiss the dialog without making any changes.

## To Configure File Explorer Settings

File Explorer settings allow you to designate folders and files so that the Sproqit Companion user can access more easily.

**Important:** File Explorer settings do not control the access privileges required to access the files within the Windows file system. Even if you add a folder to the File Explorer Options, a user will not be able to see the folder if they do not have appropriate privileges.



Figure 19: File Explorer Options dialog box

1. On the **User accounts** tab, select a user and click **Edit**.
   The **Edit Sproqit User** dialog box appears.

2. In the **Application Settings** box, select **File Explorer**, and click **Edit File Explorer Settings**.
   The **File Explorer Options** dialog box appears.

3. Type the user's computer name in the **User's Machine Name** box.

   **Note:** When using the Sproqit Companion, users will only be able to see the files and folders on their computer that they have shared using Microsoft Windows.

4. To add Favorites and specific folders, click **Add**. The **Browse for Folder** dialog box appears. Navigate to the folder you want to add, select the folder, and click **OK**.

   **Note:** The user must already have access privileges to the selected folder(s) on your Windows network.

5. To remove Favorites or a specific folder, select the folder from the list of accessible folders and click **Remove**.

   **Note:** You can only remove access to a folder if access was previously allowed.

6. When you are done with your edits, click **OK**. Click **Cancel** to dismiss the dialog box without making the edits.

## User Account Management

### To configure Mail settings

Mail settings make it easy to pre-configure an informative signature to be added to the bottom of messages, to control the level of offline access to mail, and to configure alerts and the use of the comma as an address separator when sending mail.



Figure 20: Mail Settings dialog box

1. On the **User accounts** tab, select a user and click **Edit**.
   The **Edit Sproqit User** dialog box appears.

2. In the **Application Settings** box, select **Mail**, and click **Edit Mail Settings**.
   The **Mail Options** dialog box appears.

3. Enter a signature to be added to the bottom of all messages composed by this user. Select or deselect the option that causes the signature to not be added to replies and forwarded messages.

4. Select the parts of a message you would like to have made available to the Companion user when offline via pre-caching.

5. Set the general settings, including an alarm when new mail arrives, notification of caching, and allowing the comma as an address separator.

6. Click **OK** to make the changes, or **Cancel** to dismiss the dialog box without making any changes.

**User Account Management**

### To configure Notes settings

There are no administrator- or end user-configurable settings for the Notes plugin.

### To configure Tasks settings

You can set an option so that the Sproqit Companion will give the end user an audible alarm when tasks are due.



Figure 21: Tasks Options dialog box

1. On the **User Accounts** tab, select a user and click **Edit**.
   The **Edit Sproqit User** dialog box appears.

2. In the **Application Settings** box, select **Tasks**, and click **Edit Tasks Settings**.
   The **Tasks Options** dialog box appears.

3. Check or clear the check box to sound an audible alarm for task reminders.

4. Click **OK**, or click **Cancel** to dismiss the dialog box without making the change.

**User Account Management**

## Part V Monitoring and Troubleshooting

## Monitoring licenses

You can add as many Sproqit user accounts as license seats that you have purchased. When you have only two more available license seats, the Administration Tool displays a message.

At this point you should evaluate your installation and determine if you need to purchase additional licenses.

**Note:** You may have old user accounts that are no longer in use that can be deleted. Removing a user account makes a license seat available.

Use the Administration Tool to see how many license seats you have purchased, and how many are available.

### Monitoring License Usage

You can see the number of license seats in use, and the total number of seats licensed, on the Main tab and on the User accounts tab.

To view the number of license seats on the **Main** tab:

- The **Main** tab displays the license seats in use (**Licenses in use**), and the total seats available (**total**), on the first line of the **Status** display.

To view the number of license seats on the **User accounts** tab:

- At the top of the **User accounts** tab, a message displays how many license seats (licenses) are being used, along with the total number of license seats available. The message also indicates how many additional user accounts can be added.

## Monitoring user accounts

User accounts can be monitored for current connection and, to some extent, for usage and activity. To monitor a user account's connection status, open the Administration Tool application, click the User accounts tab, and then view the summary for all of your user accounts.

To monitor usage and activity, you can view the summary on the User accounts tab, or you can review the logs from the last three days' activity. See *Understanding the Workgroup Agent log file* on page 39.

### Potential User Account Issues

There are three common user account issues. If you cannot resolve a user account issue, please contact technical support.

### Unsupported handheld device

Sometimes users will attempt to connect and will not be able to establish a connection. This can be due to several handheld-device hardware issues, including completely unsupported devices or old firmware on the handheld device.

To see a list of currently supported handheld devices go to the Sproqit website (http://www.sproqit.com/support.htm).

If a device does not have the latest firmware, there can sometimes be connection issues. Contact your wireless carrier or other data provider to verify the latest versions of each component of your handheld device, and to obtain download locations and instructions for any required updates.

If you have verified that your end user has a supported device and that they have all current hardware, firmware, and software required by their device, please contact technical support.

---

## Monitoring and Troubleshooting

### Forgotten Sproqit password

Sometimes end users will attempt to use a password from another system, software application, or their Windows network password as their *Sproqit password*. The Sproqit password should be unique to the software, as it is the one password used to secure communications between the Sproqit Workgroup Agent and the Sproqit Companion on their handheld device.

To reset the Sproqit password, see *About activation passwords* on page 26.

After you've reset the end user's Sproqit password, you can use the normal notification methods in the Administration Tool application to communicate the new password to them.

The end user should then start the Sproqit Companion on their handheld device, tap **Go**, and then tap **Settings**. On the **Connections** tab, enter the password received in the notification email and tap **OK**. The handheld device should then attempt to connect to the Workgroup Agent using the new password (as long as it has a working Internet connection). After successfully connecting, the end user should change their Sproqit password to one that they might more easily remember.

### Using multiple handheld devices

Each user account is provisioned on a specific handheld device and is associated with that device in the user account database. If a user tries to connect to the Workgroup Agent using another handheld device with Sproqit Companion software installed on it, the connection will fail.

If the end user upgrades or replaces their handheld device, you can reset their user account in the Administration Tool software, which will allow the end user to provision the new device just as they provisioned their original device. See *Resetting User Accounts* on page 27.

## Monitoring log files

Log files are maintained on the Workgroup Agent computer, primarily intended for troubleshooting use by Sproqit Technical Support. There are two different kinds of log files, described in the following sections.

Log files older than three days are automatically deleted. If you wish to keep more than three days' log files, you can copy the older files to another directory each day manually or using a script.

### To View the Current Log File

The Workgroup Agent writes warnings and errors to a log file. Check this file if you are experiencing any problems with Sproqit, or if Sproqit Technical Support instructs you to do so.

- On the **Main** tab, click **View Log**.
  The log file opens as a text file in Notepad.

### To View the Log File Directory

If Sproqit Technical Support asks for a Workgroup Agent log, you need to locate the log file directory. The Workgroup Agent log file is written to a hidden folder. You can easily navigate to this directory from within the Administration Tool.

To view the log directory and the list of logs it contains:

- On the **Main** tab, click **View Log directory**.
  Windows Explorer opens with a display of the log files in the Workgroup Agent log file directory. The log files are text files you can copy and open in Notepad.

### Understanding the Workgroup Admin Log File

The Workgroup Admin logs track the activity of the Workgroup Agent Administration Tool. These log files will be named WorkgroupAdmin_YYYY_MM_DD.log with the appropriate substitution for the date.

Using these log files, you can see the work of the administrator in the Administration Tool, when the Workgroup Agent was started and stopped, and when the Workgroup Agent connected to the Sproqit Server, as well as any errors generated in the Administration Tool.

# Monitoring and Troubleshooting

**Note:** You do not normally need to check this log unless you are experiencing problems with your Sproqit installation, or unless you've been requested to check it by Sproqit Technical Support.

## Understanding the Workgroup Agent Log File

The Workgroup Agent logs track the activity between the Workgroup Agent and the Sproqit Server. These log files will be named WorkgroupAgent_YYYY_MM_DD.log with the appropriate substitution for the date.

Using this log, you can see when the Workgroup Agent connected each account to the Sproqit Server, placing it in the "ready for user" state. You can also see when the user account connected to the Sproqit Server, command requests sent from the Sproqit Comp anion, and how long it took the Workgroup Agent to process those command requests.

**Note:** you do not need to check this log unless you are experiencing problems with your Sproqit installation, or unless you've been requested to check it by Sproqit Technical Support.

# Error Message Reference

The Sproqit Workgroup Agent software attempts to provide useful error messages when an error condition is unavoidable. This reference might help you diagnose any problems you encounter with your software.

The error messages are listed in alphabetical order according to the error message text.

**Note:** When trying to solve a problem, it is important to follow the "action to take" steps *in order,* checking after each step to see if the problem is resolved.

| Type | Message | Action to take |
|------|---------|----------------|
| Error | A message from the Workgroup Agent was not understood: {message} | 1. Check logs.<br>2. Contact technical support. |
| Error | Connection errors | 1. Check your connection to the Internet.<br>2. Stop and restart the Workgroup Agent.<br>3. Contact technical support. |
| Error | Couldn't create temporary file {file}: {error}. | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |
| Error | Couldn't create a temporary file with information about user {user}. Please see the log for details. | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |
| Error | Failed to initialize the registry (code {code}). | 1. Verify that you are logged in with administrator credentials.<br>2. On Windows 2000, check to see that you have permission to edit the registry.<br>3. Contact technical support. |
| Error | Failed to start the Workgroup Agent (code {code}). | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |
| Error | Failed to stop the Workgroup Agent (code {code}). | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |
| Error | Failed to test the Sproqit Server connection (code {code}). | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |

## Monitoring and Troubleshooting

| Type | Message | Action to take |
|------|---------|----------------|
| Error | Sproqit User Notification Problems | 1. Check email address.<br>2. Install Notepad if it is not installed.<br>3. Contact technical support. |
| Error | Sproqit Workgroup Agent Problem | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |
| Error | The following problems occurred while notifying user(s):\n\n{error} | 1. Check email address.<br>2. Install Notepad if it is not installed.<br>3. Contact technical support. |
| Error | The new connection settings failed for the following reason:\n\n {reason} | 1. Check settings on the Connection tab of the Administration Tool.<br>2. Verify that the Workgroup Agent computer can connect to the Internet.<br>3. Contact technical support. |
| Error | "The proxy server address could not be resolved.\n\n Please go back and enter either an address that can be resolved from this computer, or enter the desired IP address." | 1. Check the status of your proxy server.<br>2. Check the proxy settings on the Connection tab of the Administration Tool.<br>3. Contact technical support. |
| Message | "The proxy server is requesting a username and password.\n\n Please go back to the settings, and either correct your username and password or change your proxy settings." | Configure proxy settings on the Connection tab of the Administration Tool. |
| Error | "The proxy server is requesting a username and password.\n\n Please go back to the settings, and either correct your username and password or change your proxy settings." | 1. Check the status of your proxy server.<br>2. Check the proxy settings on the Connection tab of the Administration Tool.<br>3. Contact technical support. |
| Message | "The proxy server is requesting a username and password.\n\n Please go back to the settings, and either enter your username and password or change your proxy settings." | Configure proxy settings on the Connection tab of the Administration Tool. |
| Error | "The Sproqit Server address could not be resolved.\n\n Please go back and enter either an address that can be resolved from this computer, or enter the desired IP address." | 1. Check the Sproqit Server address on the Connection tab of the Administration Tool.<br>2. Contact technical support. |
| Error | The Sproqit Workgroup Agent could not be found. You will not be able to run it. | 1. Make sure that you are logged in with administrator credentials.<br>2. Reinstall Workgroup Agent software.<br>3. Contact technical support. |
| Error | The Sproqit Workgroup Agent version ({wa-version}) is too old.\n\n This administration tool requires at least version {admin-version}.\n\n The administration tool may not work properly. | Reinstall a later version of the Workgroup Agent software. |

# Monitoring and Troubleshooting

| Type | Message | Action to take |
|---|---|---|
| Error | There was an unknown problem connecting through the proxy server. | 1. Check the status of your proxy server.<br>2. Check the proxy settings on the Connection tab of the Administration Tool.<br>3. Contact technical support. |
| Error | Unable to communicate with module {module} ({failure}). | 1. Close and then reopen Administration Tool.<br>2. Stop and restart Workgroup Agent.<br>3. Reinstall the Workgroup Agent software. |
| Error | Unable to determine proxy settings automatically.\n\n Please go back to the settings and configure proxy settings manually. | Configure proxy settings on the Connection tab of the Administration Tool. |
| Error | Unable to establish a connection to the Workgroup Agent. | Start Workgroup Agent or wait for Workgroup Agent to connect user accounts to Sproqit Server. |
| Error | Unable to install the Workgroup Agent. | 1. Make sure that you are logged in with administrator credentials.<br>2. Contact technical support. |
| Error | Unable to load module {module} with path {path}. | 1. Close and then reopen Administration Tool.<br>2. Stop and restart Workgroup Agent.<br>3. Reinstall the Workgroup Agent software. |
| Error | Unable to open Notepad with information on user {user} ({error}). | 1. Make sure that you are logged in with administrator credentials.<br>2. Install Notepad if it is not installed.<br>3. Contact technical support. |
| Error | Unable to send email to {user} at {email}. | 1. Check email address.<br>2. Install Notepad if it is not installed.<br>3. Contact technical support. |
| Error | Unable to test the connection for unanticipated reason (code {code}). | 1. Close and then reopen Administration Tool.<br>2. Stop and restart Workgroup Agent.<br>3. Restart the Workgroup Agent computer.<br>4. Contact technical support. |

**Monitoring and Troubleshooting**

Sprogit Workgroup Edition Administrator's Guide

## Glossary

This glossary contains terminology specific to Sproqit™ Technologies Workgroup Agent software and related technologies.

**Account activation** – Account activation is the process of using the Sproqit Companion software to make the initial connection to the Sproqit Workgroup Agent. The process includes entering an administrator-supplied initial password, creating a user password, and configuring applications.

**Account activation window** – The account activation window is the length of time an end user has to successfully activate a new Sproqit account before the account is locked.

**Activation attempt** – An activation attempt is an attempt by a Sproqit Companion user to activate a new or reset Sproqit user account.

**Activation password** – The Sproqit Workgroup Agent Administration Tool automatically generates this password when you create a new user account or reset an existing user account. Each activation password is used only once by the end user, when activating their Sproqit user account on a handheld device.

**Administrator** – An administrator is the person who manages computer network resources. In the Sproqit context, an administrator uses the Administration Tool to manage user accounts and other settings, maintains the Workgroup Agent computer, and may assist end users with their handheld devices.

**Application configuration** – Application configuration includes all steps a Sproqit Workgroup Agent administrator takes to configure the PIM plugin application settings for use by end users.

**Application settings** – Application settings include various options for application operation and performance that can be configured by an administrator in the Sproqit Workgroup Agent Administration Tool. These settings can be set per user account or for all user accounts on the Workgroup Agent. Some settings can also be configured by the end user in the Sproqit Companion software.

**Device** – See *handheld device*.

**Display name** – The display name is an easily identifiable name for each Sproqit Companion user account as entered by an administrator in the Sproqit Workgroup Agent Administration Tool.

**End user** – An individual configured to use Sproqit software on a handheld device via the Workgroup Agent Administration Tool is considered an *end user*.

**Handheld device** – A handheld device is a wireless computer running the Palm OS®, Microsoft® Windows Mobile Edition, or another mobile operating system. Sometimes called a personal digital assistant (PDA). See also *smartphone*.

**Inactive user** – An inactive user is a user account that has been created in the Workgroup Agent Administration Tool but is not connected to the Sproqit Server.

**License file** – A license file is used by the Workgroup Agent Administrative Tool to determine the valid number of user accounts (up to 25) for the Workgroup Agent.

**NAT** – See *network address translation*.

**Network address translation (NAT)** – Network address translation is the process of converting between IP addresses used within an intranet or other private network and Internet IP addresses.

**Notification message** – A notification message is the user account-specific message sent by the administrator which informs new Sproqit users about their new or updated Sproqit accounts.

**NTLM authentication** – NTLM authentication is an industry-standard challenge/response authentication protocol used to verify a user's credentials at the Sproqit Server.

**PIM plugins** – PIM plugins are a set of applications installed on the Workgroup Agent computer that allow end users to access to corporate business applications when using the Sproqit Companion software. These small applications allow end users to access the full functionality of workgroup-based applications from their hand-held devices. PIM plugins are provided as DLLs that work with the Sproqit Workgroup Agent.

---

# Glossary

**Plugins** – See *PIM plugins*.

**Pull data** – Data that is sent to a client computer from the host after the client computer requests it is "pull" data. This is the typical mechanism of store-and-forward systems. See also *push data*.

**Push data** – Data that is sent to a client computer from the host without a client computer request is "push" data. For example, the Workgroup Agent pushes new email messages to connected handheld devices. See also *pull data*.

**Ready for user** – End users of the Sproqit Companion software who are active in the Administration Tool but who are not connected to the Sproqit Server are said to be in the *ready for* state. The Workgroup Agent is waiting for the end user to initiate a connection from their device. If an end user's Workgroup Agent is not available, it is possible for them to use Sproqit Companion software to connect to the Sproqit Server, where they will enter the *ready for* state until the Workgroup Agent connects to the Sproqit Server.

**Secure bridging** – Secure bridging is the process of creating a secure connection between the Workgroup Agent and the Sproqit Companion using SSL encryption via the Sproqit Server. The Sproqit Server negotiates the connection and provides the end-to-end encrypted tunnel, and cannot decrypt the information being passed over the secure bridge.

**Smartphone** – A smartphone is a wireless telephone that also has handheld computing capability. See also *handheld device*.

**Sproqit™ Workgroup Agent Administration Tool** – The Administration Tool is the software application used by an administrator to configure and maintain the Workgroup Agent software.

**Sproqit Companion** – The Sproqit Companion software is a small executable that resides on the end user's wireless device.

**Sproqit File Explorer** – A plugin that gives Sproqit end users the ability to access, view, and send any file on their local area network (or shared folder on their desktop PC) just as if they were sitting at their desks. End users can also use File Explorer to view most popular file types without having the original application installed on their handheld device.

**Sproqit ID** – The Sproqit ID is a user account's unique identifier in the Workgroup Agent software. Typically, it is the user's email address.

**Sproqit password** – See *activation password*.

**Sproqit Server** – The Sproqit Server is a hosted service that facilitates connections between the Workgroup Agent and all handheld devices configured with Sproqit Companion software and that have valid user accounts. This system is maintained by Sproqit Technologies, and is responsible for license verification, secure transfer of data from the Workgroup Agent to the handheld devices, and other functions.

**Sproqit Workgroup Agent** – The Sproqit Workgroup Agent includes the Sproqit Workgroup Agent application and the Sproqit Workgroup Agent Administration Tool. The Workgroup Agent provides user and license management, user impersonation on the corporate Windows-based network, communications between the corporate network and the Sproqit Server, and performs all encryption, compression, and translation required by the Sproqit Companion software.

**Sproqit Workgroup Agent application** – The Workgroup Agent software is Microsoft® Windows Server-based software that provides the Sproqit Workgroup Agent low-level functionality. The Workgroup Agent Administration Tool is the user interface for this software.

**SSL** – The Secure Sockets Layer (SSL) protocol is used by the Workgroup Agent to provide a secure, encrypted connection between the Workgroup Agent and a handheld device. SSL can help protect private information.

**Status** – Status is the connection state of a user account. It is shown on the User accounts tab of the Sproqit Workgroup Agent Administration Tool.

**User** – A user is a person using the Sproqit Companion or Sproqit Workgroup Agent to perform a task. See also *end user*.

**User License Packages** – User License Packages are individually purchasable groups of client license seats for use with the Sproqit Workgroup Agent.

**Glossary**

**Workgroup Agent** – See *Sproqit Workgroup Agent*.

**Workgroup Agent application** – See *Sproqit Workgroup Agent application*.

# Glossary

account activation ............................................ 43

account activation window ................................ 43

activation attempt........................................... 43

activation password.......................................... 43

ActiveSync® ...................................................... 3

Administration Tool ........................................... 19

administrator.............................................. 16, 43

application configuration.................................... 43

application settings........................................... 43

configuration ..................................................... 11

connection errors ............................................. 39

connection settings error ................................. 40

copyright ............................................................ vi

device.............................................................. 43

display name.................................................... 43

end user........................................................... 43

firewall ....................................................... 6, 11

handheld device............................................... 43

Hotsync® ........................................................... 3

inactive user..................................................... 43

installation........................................................ 11

license ............................................................. 19

license file........................................................ 43

license seats .................................................... 19

load module error ............................................. 41

log file .............................................................. 15

Microsoft® Exchange server ............................. 4

Microsoft® Windows Mobile-based PocketPC™
device............................................................. 1

Microsoft® Windows® Remote Desktop.............. 5

Microsoft® Windows® Terminal Server ............... 5

module communication error .............................. 41

NAT ................... See network address translation

network address translation............................ 6, 43

network file shares ........................................... 10

notification message .................................... 16, 43

NTLM ................................................................. 7

NTLM authentication.......................................... 43

NTLM challenge-response ................................... 6

Palm Powered™ handheld .................................. 1

palmOne™ smartphone....................................... 1

permissions ...................................................... 10

PIM plugins ......................................... 4, 10, 43

plugins.............................................................. 44

ports................................................................. 11

proxy server ..................................................... 15

proxy server error ............................................. 40

proxy settings error........................................... 41

pull data ........................................................... 44

push data .................................................... 4, 44

ready for user ................................................... 44

registry initialization error.................................. 39

secure bridge............................................ 4, 9, 44

Secure Socket Layers......................................... 7

Secure Sockets Layer (SSL) protocol ................ 44

shared folders................................................... 10

smartphone ...................................................... 44

Sproqit Companion....................................... 6, 44

Sproqit Companion software.............................. 4

Sproqit Companion software for Microsoft®
Windows® Mobile-based PocketPC ................ 3

Sproqit Companion software for Palm OS™ ....... 3

Sproqit File Explorer.......................................... 44

Sproqit ID ........................................................ 44

Sproqit password.............................................. 44

Sproqit Server ............................................ 3, 4, 44

Sproqit Server address error.............................. 40

Sproqit Server connection test failure................. 40

Sproqit Workgroup Agent................................... 44

Sproqit Workgroup Agent Administration Tool .3, 5, 44

Sproqit Workgroup Agent software ............ 3, 4, 44

## Index

SSL ........... 6, 8, 9, 44, *See* Secure Socket Layers

status............................................................ 45

System requirements .......................................... 5

temporary file error............................................ 39

trademarks....................................................... vi

user ................................................................ 45

user account .................................................. 6, 19

User License Packages.................................... 45

user notification problems ................................40

Windows credentials.........................................10

Workgroup Agent......................... 1, 3, 4, 6, 11, 17

Workgroup Agent connection error ...................41

Workgroup Agent software ................................ 5

Workgroup Agent start failure ...........................39

Workgroup Agent stop failure...........................39

# *T U R N   F A S T E R*™



**Sproqit Technologies, Inc.**

4010 Lake Washington Blvd NE

Suite 200

Kirkland, Washington  98033

**425.284.1100 main**

425.284.2440 fax

**www.sproqit.com**

©2000-2005 Sproqit Technologies, Inc. All rights reserved. "Sproqit," "Sproqit Technologies," "Sproqit Desktop Agent," "Sproqit Companion," "Sproqit Server," "Sproqit Workgroup Edition," "Sproqit Workgroup Agent," the "Turn Faster" tagline, "Sproqit Architecture," and Sproqit's associated marks are trademarks of Sproqit Technologies, Inc. in the United States and other countries. The Sproqit logo is a registered trademark of Sproqit Technologies, Inc. in the United States and a trademark of Sproqit Technologies, Inc. in other countries. All other trademarks are the property of their respective owners. P/N S-SWEAG-1.0-001