# Exhibit I
## to the
## Declaration of Sabin Head In Support of Visto's Motion for Preliminary Injunction


Case 8:04-cv-00651-EMC   Document 100-13   Filed 11/22/05   Page 2 of 2