# Exhibit J
## to the
## Declaration of Sabin Head In Support of Visto's Motion for Preliminary Injunction



Home   Technology   Products   Try or Buy   Future Applications   Service   Support   Developers   About Us   Partners

**Technology**

Overview

**Sproqit Architecture**

 Patent-pending Sproqit Architecture

Sproqit's patent-pending Architecture is a client-server application platform that enables users to access and manipulate applications from a wide variety of clients over a wide range of connection speeds. Sproqit delivers an interactive user interface (UI) with desktop-like responsiveness and exceptional performance even on small, resource-constrained devices and slow or intermittent connections, thus combining the rich experience of true client-server applications with the deployment advantages of Web-based solutions.

The Sproqit platform is composed of: the Sproqit Desktop Agent, Sproqit Companion, and Sproqit Server. The Sproqit Software Development Kit (SDK) is used to write plugins for the Sproqit platform.

## The Desktop Agent

The first release of the Desktop Agent is a single-user Win32 desktop server that resides behind a corporate firewall; though development of the Sproqit Enterprise and Carrier Servers, which can be hosted either behind the firewall or outside by an ASP, is underway. Using a desktop application's modified UI layer and accessing data from the corporate server, the Desktop Agent distributes data as needed to any Sproqit-enabled device. A single Desktop Agent can handle multiple devices and network connections. Functions of the Desktop Agent include:

- maintaining connections with the Sproqit Companion
- maintaining sessions across connections
- keeping track of client device capabilities and helping modify application UI based on those capabilities
- handling all encryption, compression and translation required by the Sproqit Companion
- keeping a list of available applications for the Sproqit Companion
- dispatching messages between the Sproqit Companion and the application
- notifying applications of relevant events
- keeping track of what the Sproqit Companion has cached
- streaming data between the applications and the Sproqit Companion

## The Sproqit Companion

The Sproqit Companion is a small executable that resides on the client device. It uses native controls for device-appropriate data display and manipulation, which gives the user the feeling of using a locally embedded application.

The Sproqit Companion describes the nature and capabilities of the client device the first time it communicates with the Sproqit Server, then utilizes Sproqit's Interactive Data Stream(tm), including hierarchical caching, predictive caching, and virtual data, for quick and immediate data access and application interactivity. The Independent UI System(tm), in which UI and data manipulation are separate, makes online and offline operation nearly indistinguishable and removes the barriers imposed by slow and intermittent networks.

## The Sproqit Server

The Sproqit Server enables the Sproqit platform to work on any existing network and offers service providers a convenient channel for customer operations. Because dynamic and/or NATed IPs used by many network-connected devices prevent server and client from being able to locate each other, a static component is necessary to initiate communication.

The Desktop Agent and Sproqit Companion both contact the Sproqit Server, which is accessible from the corporate firewall, and tells each where to find the other. In the case of NATed IPs, the Sproqit Server determines that communication cannot be handed off and acts as a pipeline for communication. The Desktop Agent does not need the Sproqit Server to locate or communicate with devices using static IPs, but routing connections through the Sproqit Server provides carriers with an efficient means of user authentication and billing.

## Sproqit SDK and Plugins

The SDK enables developers and ISVs to take advantage of the Sproqit Architecture in creating new plugins and to easily modify the UI layer of existing applications to create plugins for immediate deployment on Sproqit enabled devices. Creation of a Sproqit UI layer is only necessary once for any application. It is then ready for deployment to any Sproqit-enabled device, where users can read, display, and manipulate data as though they were sitting at their desk. Following is an example of a popular application modified for the Sproqit platform.

## An Example: Sproqit and Microsoft Outlook

Consider someone using Microsoft Outlook on a corporate network. In this simple model the application, including its UI and particular functionality, runs on the desktop, accessing data through the Exchange Server on the corporate data server (Figure 1).

Figure 1

Sproqit™ Technologies



Now consider that same person manipulating the Outlook application on their desktop while sitting in their car. The application remains on the desktop, and data is still accessed through the Exchange Server on the corporate data server. But in this expanded model a Sproqit Email Plugin has been distributed by the Desktop Agent to the Sproqit Companion on the remote device (Figure 2).

Figure 2

Sproqit™ Technologies



The desktop is essentially being operated by remote control through a UI composed of the controls and capabilities of the device's operating system. It was not necessary to rewrite the entire Outlook application for Sproqit. With a one-time modification of its UI layer (creating the plugin), the application can now be distributed across any network to any Sproqit-enabled device. In addition to Sproqit Email, Calendar, Contacts, Tasks, and Notes plugins are available for the Sproqit Architecture, as well as Desktop Explorer, a tool for viewing files on the network.

## Only the Beginning

This is only one example of how the Sproqit solution might be utilized. With Sproqit Architecture, both individual users and corporate workforces can benefit from the full functionality and usability of desktop applications on devices ranging from set-top boxes at home to network terminals on the job.

Sproqit™ Technologies

Home | Site Map | Privacy & Legal | Contact

Copyright (c) 2000-2004 Sproqit Technologies, Inc. All rights reserved. Sproqit, the Sproqit logo, the Turn Faster tagline and Sproqit Architecture are the trademarks of Sproqit Technologies, Inc. All rights reserved. Other products, services, and companies mentioned in this Site may be the trademarks of their respective owners.

Download Software 10/14/05 9:26 AM

 

 

Account Status
**Download**
Manage Account
Renew Service
Change Payment Info
Billing History
Logout

  Sproqit™ Personal Edition Download

Thank you for choosing Sproqit Personal Edition! Please follow the instructions below to download and install the product.

- Sign up for a Free Trial
- Activate your account
- Install Sproqit on your PC and your device
- Start Sproqit Desktop Agent on your PC and Sproqit Companion on your device
- Enjoy!

**Current Software Version: 1.6.509.2711 (FR14 SPR ENU) - Released Sept. 27, 2005**

**System Requirements**

**Desktop Operating System**
- Windows 98SE, ME, 2000, XP

**Desktop Requirements**
- 40 MB free disk space
- 128 MB RAM

**Mail and PIM Support**
- Microsoft Outlook 2000, 2002/XP or 2003 connected to one of the following:
- Microsoft Exchange 5.5, 2000, 2003
- POP3/SMTP server
- If you don't have Microsoft Outlook, POP3/SMTP mail is supported directly
  *Outlook 2000 requires Corporate/Workgroup Support to be installed*
  *With Outlook, configure Sproqit to use Exchange/MAPI even if connected to POP3/SMTP*
  *Without Outlook, only the Mail, Contacts and Desktop Explorer plugins will be available*

**Sproqit Companion**
- PalmOne Treo 600 and Treo 650
- Kyocera 7135
- Pocket PC Audiovox 5050
- Microsoft Pocket PC 2002, 2003

### Install Sproqit Personal Edition (for most users)

Download SproqInstLite.exe (18 MB)

### If you are running Windows98 or using SMTP/POP3 email, you must use this version

This version contains required Microsoft operating system updates.

Download SproqInst.exe (43 MB)

Home | Site Map | Privacy & Legal | Contact
Copyright (c) 2000-2004 Sproqit Technologies, Inc. All rights reserved. Sproqit, the Sproqit logo, the Turn Faster tagline and Sproqit Architecture are the trademarks of Sproqit Technologies, Inc. All rights reserved. Other products, services, and companies mentioned in this Site may be the trademarks of their respective owners.



Web    Images    Groups    News    Froogle    LocalNew!    **more »**

site:sproqit.com filetype:pdf          [Search]  Advanced Search
                                                 Preferences

# Web

Results **1** - **4** of **4** from **sproqit.com** for **filetype:pdf**. (0.14 seconds)

[PDF] Sproqit Personal Edition
File Format: PDF/Adobe Acrobat - View as HTML
Page 1. Sproqit Personal Edition User Guide for the Pocket PC Page 2. 1 Part
I - Contents 1 Part I - Contents 2 Part II - Legal Notice ...
www.sproqit.com/Sproqit_Personal_ Edition_Userguide_for_PocketPC.pdf - Supplemental Result - Similar pages

[PDF] www.sproqit.com/Sproqit_Personal_Edition_User_Guid...
File Format: PDF/Adobe Acrobat
Supplemental Result - Similar pages

[PDF] Sproqit Personal Edition
File Format: PDF/Adobe Acrobat - View as HTML
Page 1. Sproqit Personal Edition User Guide for the Palm OS Page 2. 1 Part
I - Contents 1 Part I - Contents 2 Part II - Legal Notice ...
www.sproqit.com/Sproqit_Personal_ Edition_Userguide_for_Palm.pdf - Supplemental Result - Similar pages

[PDF] www.sproqit.com/Sproqit_Personal_Edition_Userguide...
File Format: PDF/Adobe Acrobat
Supplemental Result - Similar pages

site:sproqit.com filetype:pdf          [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

## Sproqit Technologies Personal Edition

Thank you for using the Sproqit Personal Edition. This sophisticated tool gives you unprecedented control over your Desktop, mail and your Personal Information such as Calendar and Contacts.

**Sproqit Desktop Agent Requirements**
   **System Requirements**
      Windows 98, ME, 2000, XP

   **Mail Server Support**
      Microsoft Exchange 5.5, 2000, 2003
      Corporate POP3 Server
      Internet POP3 Server

**Sproqit Companion Requirements**
   Palm OS 5.2.1
   Pocket PC 2002, 2003

### Installation
To install the Sproqit Personal Edition from a CD
   Insert the CD into your CD ROM. The installer should start automatically. If it does not, browse to your CD ROM drive and run sproqinst.exe. The installer is a simple and well supported wizard that will walk you through the installation process. You will want to have all your device system software functional before you start the installation.

### Rebooting May be Necessary
As you are installing the Agent, up to 3 Microsoft updates may also need to be installed. You will be prompted during the installation if this is necessary. The updates are used for MDAC and some system updates for Windows 98 and Windows ME. These updates may require a reboot of your computer to take affect. You should finish the Sproqit installation before you reboot your system. If you start the Agent before you reboot, the Agent will report errors when it starts. Rebooting your computer and allowing the updates to load will solve this problem.

### 128-Bit Encryption
In order to connect from our computer to the Sproqit Server, 128-bit encryption support will need to be installed on your desktop. You can check your Internet Browser Help->About dialog to see the encryption that you have. If it is not 128 bit, please go to the Microsoft website and install it.

### Known Issues
There are some issues that may cause some unexpected behavior that you may want to know about.

### Palm Treo Updated ROM
Palm has updated the ROM that shipped in many Treo devices. The ROM should be version 3.05 or later. For connectivity reasons, Sproqit requires this ROM update. When the companion starts it checks the ROM version. If your device has an older ROM, a message appears notifying you of the older ROM. The ROM upgrade can be downloaded from Palm One website.

### HP iPAQ h6315 Updated ROM
HP has released an update the GPRS ROM for their h6315 that is necessary of the Companion to work effectively. Without this update, there Companion has connectivity problems.

To determine what the ROM is on your device
1) Go to "Start\Settings" and click on the "System" tab.
2) Click "HP Asset Viewer." At the bottom, click the "Advanced Details" link.
3) Under the "Version" section, look for "XIP Version." If it's **4.20.14133.0**, you NEED to install the update.

### Windows XP SP2 Update

Although we have found no problems working with the Windows XP SP2 update, the new firewall settings will show a dialog asking if it should keep blocking Sproqit. You should click on the Unblock button. That will allow Sproqit to communicate through the firewall. If that does not work, you may not have the default security settings. To see what your settings are just follow this procedure:

1) Go to the Start Menu -> Control Panel -> Security Center
This will bring up the Security Center Dialog.

2) Click on the Windows Firewall Link

3) In the Windows Firewall dialog, the default setting is for the Firewall to be ON, but with exceptions allowed. Sproqit will also work if the Firewall is off, but that is not recommended. If the Firewall is ON, exceptions do have to be allowed or else Sproqit will not function properly.

4) Assuming the Firewall is ON and Exceptions are allowed, click on the Exceptions tab. Make sure that the Sproqit Desktop Agent is listed, and checked. If it's not listed, you may need to start Desktop Agent first. If it's listed but not checked, you either told XP to block it, or to ask you later, or it blocked Sproqit by default--make sure that the "Display a Notification" checkbox at the bottom is checked so that you will know when a program is blocked. Then you can check Sproqit on this list, and hit OK.

### Unsupported Palm Devices

This release has been actively tested using the Treo 600. Other devices that run using the Palm 5.2.1 may have difficulties.

### Treo 600 Radio

When the Treo is in a location with marginal radio coverage, and the connection has cycled several times, then the Treo will reach a state where it is locked out (i.e. cannot connect). Even after moving to a location with a good radio signal, the Treo is still locked out. Turning the radio OFF, then back ON will restore proper radio function.

### Installation

You will need Power User privileges in Windows XP to install the Desktop Agent and the Companion software.

### SMTP/POP3 Email Deleting

Emails will not be deleted from the POP3 server until they have been permanently deleted from your Sproqit Companion (delete from or empty the Deleted Items folder).

### Very Large Email

Storing very large emails (greater than 1 Meg) on your device will use memory on the device. When device memory becomes filled, the general performance of the device may suffer.

### Restarting the Exchange Server

If your Microsoft Exchange Server is rebooted when your Desktop Agent is running, some combinations of Exchange Server and MAPI (installed with Outlook on your

desktop) may encounter the following problems:

1) Email addresses may not resolve against Exchange's Global Address List.
2) Searches against the Global Address List will not return results.
3) When replying to an email message, the To: field in the Mail Edit Form will not be populated with the reply email address. However, the reply will be sent to the correct email addresses when you tap the send button.

These problems can be solved by restarting your Agent.

### Running Outlook when Your Computer is not Logged into the Domain

If your E-mail setting is to use Exchange and the computer running the Agent is not logged into your domain, the Agent will not be able to connect to the Exchange Server. To fix this, start Outlook and we will be able to then access the Exchange Server.

### Running Without Using the Default Outlook Profile

When running Outlook with multiple profiles where your settings require you to enter a profile name, you must also enter the profile name in the Agent -> Mail Plugin Settings -> Exchange/ MAPI Settings dialog.

### Searching for a Contact

When a match is made in a search for a contact, the match may not be highlighted.

### Changing the Start Date of a Reoccurring Appointment

If there is a reoccurring appointment that hasn't started yet and the start date is moved ahead, on the first day of the appointment the Calendar may have it double booked.

### Scrollbar on the Treo 600

It is possible that the "thumb" of a scroll bar will appear to be all the way at the bottom even though there is additional text that is not displayed. This can happen on list views and text areas. Tapping on the down arrow will scroll to the remaining text.

### Using MAPI to connect to POP3 mail through Outlook

It is possible to use Outlook to access a POP3/SMTP E-mail account. If you have this configuration, it may be a better choice to use the MAPI/Exchange E-mail setting when configuring your Sproqit Agent.

### Other POP3/SMTP Issues

Please refer to the User's Guide, Section V Start-Up Directions, for additional information in working with POP3/SMTP E-mail servers.

### Additional Support

If you require additional support, Sproqit Customer Support can be contacted through our website http://www.sproqit.com.