**Exhibit K**
**to the**
**Declaration of Sabin Head In Support of Visto's**
**Motion for Preliminary Injunction**



## Sproqit Personal Edition
**User Guide for the Pocket PC**

# Part I - Contents

**1   Part I - Contents**

**2   Part II - Legal Notice**

**3   Part III - Welcome to Sproqit**

**4   Part IV - Security**

**5   Part V - Start-Up Directions**

5      Install Sproqit Personal Edition
6      Exchange/MAPI Users
6      SMTP/POP3 Users
9      Note to SMTP/POP3 Users

**10  Part VI - Sproqit Basics**

10     A Word About User Interface Conventions
12     The Go Menu
13     Connection Status
13     Storing Data for offline access
14     Settings
14     Alerts and Reminders

**15  VII - How To...**

15     Using Sproqit Plugins
15     Sproqit Email
17     Sproqit Contacts
19     Sproqit Calendar
20     Sproqit Tasks and Notes
21     Sproqit Desktop Explorer

**22  VIII - Additional Plugin Settings**

# Part II - Legal Notice

The information set forth in this document, including but not limited to information set forth on URLs and other Internet Web sites referenced herein, is subject to change without notice.

## Copyright

Copyright © 2000-2005 Sproqit Technologies, Inc. All rights reserved.

Sproqit, the Sproqit logo, and the Turn Faster tagline are the trademarks of Sproqit Technologies, Inc. All rights reserved. Other products, services, and companies mentioned in this document may be the trademarks of their respective owners.

## Disclaimer and Limitation of Liability

SPROQIT TECHNOLOGIES, INC. SHALL NOT BE LIABLE FOR ANY TECHNICAL OR EDITORIAL ERRORS OR OMISSIONS SET FORTH IN THIS DOCUMENT, INCLUDING BUT NOT LIMITED TO INFORMATION SET FORTH ON URLS AND OTHER INTERNET WEB SITES REFERENCED HEREIN; NOR FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE FURNISHING, PERFORMANCE, OR USE OF THE MATERIAL SET FORTH IN THIS DOCUMENT, INCLUDING BUT NOT LIMITED TO INFORMATION SET FORTH ON URLS AND OTHER INTERNET WEBSITES REFERENCED HEREIN. THE INFORMATION IN THIS DOCUMENT, INCLUDING BUT NOT LIMITED TO INFORMATION SET FORTH ON URLS AND OTHER INTERNET WEB SITES REFERENCED HEREIN, IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. NOTHING SET FORTH IN THIS DOCUMENT, INCLUDING BUT NOT LIMITED TO INFORMATION SET FORTH ON URLS AND OTHER INTERNET WEB SITES REFERENCED HEREIN, SHOULD BE CONSTRUED AS CONSTITUTING

## Warranty and License Agreement

All warranty information applicable to the Sproqit Software Package is contained in the End User License Agreement to which you must consent before using such product. A copy of such End User License Agreement is available at the Sproqit Technologies, Inc. Web site at http://www.sproqit.com. The information set forth in such End User License Agreement sets forth Sproqit Technologies, Inc.'s sole and complete warranty and software licensing obligations with respect to your Sproqit Software Package. Use of such product indicates your acceptance of the terms of such End User License Agreement.

# Part III - Welcome to Sproqit

## Remote Desktop Usability Is Only Moments Away

Sproqit enables you to remotely use applications that reside and run on your desktop. There's no need for synching or for two different data stores. All you need is your Pocket PC device with a wireless data connection, an Internet connection for your desktop computer, and Sproqit software.

## Sproqit Software

Sproqit software consists of the Desktop Agent, which is installed and runs on your desktop, and the Sproqit Companion, which is installed on your Pocket PC device via Microsoft ActiveSync. Once installed, the Desktop Agent and Sproqit Companion exchange information back and forth via your wireless connection. The Desktop Agent asks the Sproqit Companion for the data you request, sends changes for your server to make in desktop applications, saves information that you use often, and alerts you to appointments and incoming messages. Through these components, Sproqit software gives you the freedom to use your desktop applications even when you've left your desk far behind.

## Real Time Desktop Functionality—Wherever You Go

Sproqit's suite of personal productivity Plugins works with your Desktop data, so you can send and receive email, make calendar appointments, edit contact information, update tasks, add attachments, and browse all the local and networked folders that you normally have access to through your desktop computer—all in real time, no matter where you are or what kind of wireless connection you have.

It's more than remote access. Sproqit offers full remote desktop usability. It's like taking your desktop computer and all your networked data along in your pocket.

## How Sproqit Works in a Nutshell

How does Sproqit control applications on your desktop from a handheld device? The applications actually run on your desktop computer. The Desktop Agent 'pushes' requested information down to the device, where the Sproqit Companion displays it in various 'forms'. The use of 'push data', plus the fact that the Sproqit Companion takes advantage of the device's own user interface and utilities, allows the Sproqit Companion to be very 'thin'—around 250Kb—and therefore extremely quick and very easy on your device's resources. At the same time, the Sproqit Companion contains enough application logic so that whatever you do in Sproqit Plugins on your Pocket PC device is reflected on your desktop immediately (or, if you're working offline, as soon as you reestablish a wireless connection).

## Getting the Most Out of This User Guide

Sproqit software is easy to install and so intuitive for users that you may never need all the information in this User Guide. Nevertheless, the guide gives you detailed instructions for installing the software (Part V, 'Start-Up Directions') and for using the individual Sproqit Plugins (Part VII, 'How To…').

It also contains an overview (Part VI, 'Sproqit Basics') that should help you with initial navigation and familiarize you with symbols and icons. It is recommended that you read Part VI, 'Sproqit Basics', after you install the software and before you begin using your Sproqit Plugins.

The guide also offers information on security (Part IV) and changing settings (Part VIII) that are accessed via the desktop.

# Part IV - Security

## Protecting Your Information

Sproqit software for your Pocket PC device provides a completely secure means of remotely accessing and manipulating information stored on your computer and corporate network. Sproqit uses established encryption and authentication standards to ensure that through every stage of connection and transmission your data is invisible to anyone but you. That means you can use Sproqit on your mobile device with complete confidence.



## The Sproqit Advantage

Sproqit security features ensure key benefits for Sproqit users:

   o **No 'packet sniffing' is possible.** That is, no one can read information being transmitted to or from your mobile device—not even your wireless service provider.

   o **No one but you can use your device to read your data.** A prompt-for-password option means that even if you leave your device where others can pick it up, only you can use it to connect to your Sproqit Desktop Agent.

   o **No IT support is necessary.** Because Sproqit uses an existing firewall port intended specifically for secure transmissions (Port 443), you can immediately install and use your Sproqit software without any support from your IT department. It takes only minutes to set up and configure your Sproqit Desktop Agent and Sproqit Companion, and you have a secure means of manipulating your desktop applications and network data from outside the corporate firewall.

## Standard Security Protocols

The security you enjoy as a Sproqit user is achieved through industry standard protocols:

   o **Secure Socket Layers (SSL).** Sproqit software uses SSL to encrypt all data transmitted between your server and your mobile device.

   o **Windows NT Challenge-Response Authentication Protocol (NTLM).** NTLM enables an additional layer of security by providing a way for Sproqit users to authenticate themselves with with credentials including a self-chosen password.

Security in Sproqit software means total security end-to-end, all the time.

# Part V – Start-Up Directions

## A. Install Sproqit Personal Edition

Welcome to the Sproqit™ Personal Edition installation manager. The following steps will walk you through the installation process.



1. Insert the software installation CD into your CDROM drive. The Sproqit Setup Wizard will automatically run. If the installer does not start automatically, browse to the installation CD and double click **sproqinst.exe.** To use Sproqit Personal Edition you must first establish an account with Sproqit. If you don't already have a Sproqit User Account, click the **"I Need a Sproqit Account"** button to create your user account.

   If you already have a Sproqit User Account, select **"I Have a Sproqit Account"** to proceed.



2. Read the end user license agreement and if you agree to the terms, check the box indicating your acceptance of those terms. Click **Next** to continue.



3. Sproqit Personal Edition currently works on the Palm and Pocket PC platforms. It offers to install the platforms if it finds synchronization software installed for them on your desktop. To install to the Pocket PC, you must have Microsoft ActiveSync installed on your desktop. To install to a Palm device, you must have Palm HotSync installed. Select which components to install or click **Next** to install the default settings.



4. Sproqit Personal edition will install to C:\Program Files\Sproqit Technologies. To install to a different folder, click **Browse** and select a new folder. Click **Install** to continue.



5. When the installer completes the installation click **Next** to continue.

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY



6. Does your computer use a proxy server to connect to the internet?  Unless you have a specific need to customize proxy server settings, click **I don't know**.

   If you select yes, enter your proxy information and click **Next** to continue.





7. Select the type of mail access you will use and click **Next** to continue.

   If you are using Microsoft Outlook 2000 or later, select Exchange/MAPI even if you connect to an SMTP/POP3 mail server.

   If you do not use Outlook, Sproqit can still support email through an SMTP/POP3 server.



## Exchange/MAPI Users

Most users have a single profile associated with Outlook. Unless you have multiple profiles, clicking **Next** will automatically use the correct default profile.

Advanced users with multiple profiles may enter a non-default profile name in the space provided if desired.



## SMTP/POP3 Users

a. Your Display Name is the name that will appear in the recipients inbox. (usually in the form Firstname Lastname) Enter a Display Name and the email address of the SMTP/POP3 account that you are using. (usually in the form user@domain.com)  Click **Next** to continue.





b. If you need to enter special SMTP authentication, SSL or port settings, click **Advanced SMTP/POP3 Mail Settings**. Otherwise, enter your mail settings and click **Next** to continue. These settings are the same as in Outlook Express or your other desktop email client.



c. Enter your mail settings and click **OK** to continue. These settings are the same as in Outlook Express or your other desktop email client.



9. Enter the email address that you used to establish your Sproqit User Account (Sproqit sent activation email to this account). It does not have to be the email account that you are going to use Sproqit to access. The Sproqit Server address line is filled in for you - do not change it!



10. Select and enter a password for use on your wireless device. This password will allow you to lock the connection between your Sproqit Companion and your Desktop Agent. This password should not be the same as your E-mail account nor the same as your Sproqit User Account password.





11. Sproqit will automatically test the connection between your Desktop Agent and the Internet.  Click **Next** to continue.

    **Note:**  Depending on the options you have chosen and other software installed on your computer or system updates that have been done, you may see up to three pages of Microsoft software updates; Microsoft Data Access Components (MDAC),  Microsoft Jet (a database driver), and DS Client (Win98 only).

    These may prompt you with several dialogs. If so, please acknowledge and click next, but DO NOT reboot before Sproqit Installation is complete. These dialogs may display behind this setup program. Please check your Taskbar and/or use Alt-Tab to find them.

    If you are prompted to update your DS Client (Windows 98 only) you will not be able to test your connection until after you reboot.  After your computer reboots you will be prompted with the "Sproqit Agent Configuration Wizard". Please verify your Configuration in the Wizard and test your Connection.

    If the test was successful, you will receive a confirmation that the connection succeeded.  Click **Next** to continue.



12. The installation manager will ask your synchronization software to install the Sproqit Companion on your wireless device. Please start Activesync if you have not already done so. Follow the onscreen directions and click **Next** to continue.

    **Note:** The Sync software may prompt you with several dialogs. These dialogs may display behind the setup program. If you can not see the dialogs, check your Taskbar and/or use Alt-Tab to find them.



13. Choose which of the onscreen options you would like and click **Close** to exit the installation manager.

8

## Note to SMTP/POP3 Users

Installing the Sproqit software for use with an Exchange server is fairly intuitive and straightforward, but installation for use with POP3 and SMTP server will require more steps and information input. The SMTP and POP3 servers are less "automated" than Exchange servers and Sproqit Personal Edition attempts to make up for this in some ways that may not be immediately obvious.

Some of the key points are as follows:

1. POP3 does not readily handle multiple clients (e.g. Outlook, Outlook Express, Sproqit Personal Edition),. To facilitate that the user must configure all POP3 clients with appropriate settings. If the user wants to see messages in Sproqit and also in another client they must configure the other client to "Leave Messages on Server".

2. SMTP requires a full e-mail address; it does not "resolve" names. We provide a mechanism to resolve partial names against the Windows Address Book (WAB), and to interact with the WAB as a Contacts folder.

3. Sproqit uses the WAB for contacts. Therefore, Contacts added through Outlook Express WILL be available to Sproqit if Outlook Express is run on the same machine as the Desktop Agent (and vice versa) although they will not be "pushed" to the device since the WAB doesn't broadcast changes.

   o Contacts added through Sproqit will show up in the WAB as "Shared Contacts" rather than in the "Main Identities Contacts"

4. Outlook Express allows you to automatically add the address of anyone you e-mail to the WAB. Sproqit does not.

5. Some SMTP and POP3 servers do not allow multiple simultaneous connections. This can cause temporary failures if Sproqit is trying to connect at the same time as another client. Please shut down other clients when not in use.

6. There is no interaction or synchronization between POP3 clients. Both Sproqit and Outlook/Express store status about messages locally (e.g. read/unread, moved to another folder, etc.). This information is not communicated to the POP3 server and will therefore not be reflected to another client. Examples of this include:

   o Read a message in Sproqit; it will not be marked as Read in Outlook/Express (and vice versa)

   o Delete a message in Sproqit; it will not be deleted from Outlook/Express until it gets deleted from the POP3 server, and this doesn't happen until it is deleted from the Deleted Items folder

   o Drafts created in Sproqit will not show up in Outlook/Express and vice versa

   o Items moved to the Deleted Items folder in Sproqit will not show up in Outlook/Express and vice versa

   o Items in the Outbox in Sproqit will not show up in Outlook/Express and vice versa

   o Items in Sent Items folder in Sproqit will not show up in Outlook/Express and vice versa

# Part VI - Sproqit Basics

## A. A Word About User Interface Conventions

### *Pocket PC Conventions*

Because the Sproqit Companion for Pocket PC uses Pocket PC user interface conventions, many of the basic operations of Sproqit Plugins are the same and thus already familiar to users. Following are some operations for which the Sproqit Companion takes advantage of Pocket PC conventions.

### Tapping

The word 'Tap' appears throughout this User Guide in instructions such as 'Tap **Go**' or 'Tap **Edit**'. Tap means to touch the tip of the stylus to the screen. Tapping with a stylus is equivalent to 'clicking' with a mouse. All basic functions are performed by tapping the screen, including opening files, choosing operations and options from menus and menu bars, and entering text and other data.

### Entering Text

Entering text is done via the input panel. In most applications, the input panel can be raised and lowered by tapping the Keyboard icon or the Character Recognizer icon on the bottom navigation bar (when the Sproqit Companion is running, this bottom bar becomes the Sproqit Menu Bar). To switch between the Keyboard and the Character Recognizer, tap the arrow next to the Keyboard or Character Recognizer icon and select the desired input method.

### Selecting

Sometimes you want a folder, file or other item to remain unopened after you tap it because you wish to do something else with the item besides opening it. This is called 'selecting'. For example, you may wish to move a mail message to a different folder. Selecting is a way to make sure you know which item will be affected by any given operation.

To select an item without opening it, use the 'scrape' method:

1.  Instead of tapping, touch the item firmly for a moment, then drag the stylus tip away before lifting it off the screen. Your item should be highlighted but remain unopened. Note: Selecting text is similar in that portions of a text body are highlighted for subsequent operations. However, text selection is performed differently (see 'Clipboard Operations' below).

**Note:** *Selecting text is similar in that portions of a text body are highlighted for subsequent operations. However, text selection is performed differently (see 'Clipboard Operations' below).*

# Part VI - Sproqit Basics

## A. A Word About User Interface Conventions

### *Pocket PC Conventions*

Because the Sproqit Companion for Pocket PC uses Pocket PC user interface conventions, many of the basic operations of Sproqit Plugins are the same and thus already familiar to users. Following are some operations for which the Sproqit Companion takes advantage of Pocket PC conventions.

### Tapping

The word 'Tap' appears throughout this User Guide in instructions such as 'Tap **Go**' or 'Tap **Edit**'. Tap means to touch the tip of the stylus to the screen. Tapping with a stylus is equivalent to 'clicking' with a mouse. All basic functions are performed by tapping the screen, including opening files, choosing operations and options from menus and menu bars, and entering text and other data.

### Entering Text

Entering text is done via the input panel. In most applications, the input panel can be raised and lowered by tapping the Keyboard icon or the Character Recognizer icon on the bottom navigation bar (when the Sproqit Companion is running, this bottom bar becomes the Sproqit Menu Bar). To switch between the Keyboard and the Character Recognizer, tap the arrow next to the Keyboard or Character Recognizer icon and select the desired input method.

### Selecting

Sometimes you want a folder, file or other item to remain unopened after you tap it because you wish to do something else with the item besides opening it. This is called 'selecting'. For example, you may wish to move a mail message to a different folder. Selecting is a way to make sure you know which item will be affected by any given operation.

To select an item without opening it, use the 'scrape' method:

1. Instead of tapping, touch the item firmly for a moment, then drag the stylus tip away before lifting it off the screen. Your item should be highlighted but remain unopened. Note: Selecting text is similar in that portions of a text body are highlighted for subsequent operations. However, text selection is performed differently (see 'Clipboard Operations' below).

**Note:** *Selecting text is similar in that portions of a text body are highlighted for subsequent operations. However, text selection is performed differently (see 'Clipboard Operations' below).*



## Clipboard Operations

The Sproqit Companion uses the same text editing (clipboard) conventions as Pocket PC. The following table shows the basic clipboard operations.

| Clipboard Operation | How to Perform | Shortcut Method | Now what? |
|---|---|---|---|
| Select text | Move stylus from one end of a word, paragraph, or any other text segment to the other. | Tap a word twice to select just that word. | Selected text appears highlighted and is ready to be cut, copied, or cleared. |
| Delete selected text and place it on clipboard | Tap **Edit** on the Sproqit Menu Bar and choose **Cut**. | Key in **Ctrl** then **x**. | Selected text is now saved temporarily on the clipboard. Tap screen to position cursor where you wish to insert selected text. |
| Save a copy of selected text to clipboard | Tap **Edit** on the Sproqit Menu Bar and choose **Copy**. | Key in **Ctrl** then **c**. | Selected text is now saved temporarily on the clipboard. Tap screen to position cursor where you wish to insert selected text. |
| Insert text from clipboard | Tap **Edit** on the Sproqit Menu Bar and choose **Paste**. | Key in **Ctrl** then **v**. | Inserted text appears in the place marked by the cursor. |
| Delete selected text without placing it on clipboard | Tap **Edit** on the Sproqit Menu Bar and choose **Clear**. | | Text is removed. |
| Undo last text edit operation | Key in **Ctrl** then **z** (Repeat to Redo operation). | Key in **Ctrl** then **z**. | Text edit is undone. |

**Note:** *Whereas on a standard fingertip keyboard the **Ctrl** key and the letter **x, c, v,** or **z** are pressed **simultaneously,** there is no practical way to do this with a stylus. On the Sproqit Companion the corresponding operations are achieved by tapping Ctrl and the appropriate letter **in succession.***

## Sproqit Conventions

Following are some operations for which the Sproqit Companion uses conventions unique to Sproqit.

## New Form Icons

Tapping certain icons within Sproqit Plugins generates blank forms. These icons are identical to the ones used to indicate their corresponding Sproqit Plugins.

For example, tapping the icon 📧 on the Go Menu opens Sproqit Email. From within Sproqit Email, tapping the same icon on the Sproqit Menu Bar generates a blank message or New Mail form. The icon also appears as a New Mail Received alert when new messages have arrived.

Icons are used similarly in other Sproqit Plugins. For example:

**Blank message form**  **New mail received alert**

- o Contacts—Tapping the 🔲 icon from the Contacts List view generates a blank contact form (Contact Edit form).
- o Calendar—Tapping the 🔲 icon from any Day view in the Calendar generates a blank appointment form (Appointment Detail form).
- o Tasks and Notes—Tapping the ☑ icon from the Tasks List view or the 📄 icon from the Notes List view generates a blank Task Details or Note Details form.

## View

The View Menu appears on the Sproqit Menu Bar in the main or 'list' view of all Sproqit Plugins (day and week views in Sproqit Calendar). Tapping **View** gives you several choices for sorting listed items:

| Application | Sorting Options |
|---|---|
| Sproqit Email: | View by date, name, or subject |
| Sproqit Contacts: | View by first name, last name, or company |
| Sproqit Calendar: | View by day, full week, or work week |
| Sproqit Tasks: | View by subject, priority, start date, or due date |
| Sproqit Notes: | View by subject or date |
| Sproqit Desktop Explorer: | View by name, date modified, or file type |

## Data Requested

If you see the message <waiting...> or a series of ellipses (... ... ...), it means that the Sproqit Companion has requested data from the server that has not yet arrived.

*Note: If data does not arrive within a short time, check to make sure you have a connection (see Section C, 'Connection Status,' below).*



## B. The Go Menu

The Go Menu is your primary navigation tool within the Sproqit Companion. The Go Menu enables you to choose any Sproqit Plugin. Also, use the Go Menu to learn more about the Sproqit Companion, change your settings and exit the Sproqit Companion.

*To access the Go Menu:*

1. Run the Sproqit Companion. The Sproqit Menu Bar appears.

2. Tap **Go**.

*Note: The first time you install Sproqit you will not see any Plugins (i.e. applications such as Desktop, Mail, Calendar, etc.) listed on the Go Menu until a few seconds or minutes after you connect to the Desktop agent.*

## C. Connection Status

The Connection Status Indicator appears on the Sproqit Menu Bar next to the input panel icon. It takes three forms:



### Icon Meaning

Your Sproqit Companion is connected.

Your Sproqit Companion is attempting to connect. Each dot represents a different stage of the connection process (to the Sproqit Server, to your Desktop Agent, etc.).

Your Sproqit Companion is not connected and no connection is being attempted.

When these icons appear, and for how long, depends on your settings (see Section D, 'Settings,' below) and the status of your wireless connection.

Tapping the icon in any of its forms displays the Connection Status Menu. Tap Connection Status to learn connection status details and access your settings. Tap Connect or Disconnect to change your status.

### Online/Offline Use

When you have a connection, most changes you make remotely are immediately reflected on your desktop and vice versa. For example, deleting a mail message in Sproqit Email deletes it in Outlook on your desktop.

Even without a connection, you can make changes to data in your Sproqit applications, such as composing or responding to mail messages, creating appointments, etc. When you next connect, your desktop is automatically updated to reflect changes made remotely.

**Warning:** If you have made any offline changes on your Sproqit Companion, do not shut down the Desktop Agent on your desktop before reconnecting, or reset your Pocket PC device without exiting the Sproqit Companion. Otherwise, changes made since your last connection will be lost.

## D. Storing Data for offline access

You can specify that your Desktop Agent send items to the Sproqit Companion even before you specifically request them so that you can access them offline. This is useful for certain kinds of data that you are likely to need to view often. In the event of a lost connection or if you simply wish to work offline, storing data ensures that you'll have uninterrupted access to it later.

You can store data in two ways. Your Desktop Agent Plugin settings enable you to automatically store certain kinds of data (see Part VIII, 'Additional Plugin Settings'). You may also store individual messages in Sproqit Email from the list view by tapping **View**, then  **Store for offline access**.

You may store any mail message whether or not you have opened it (opening messages automatically stores the portion viewed). **Note:** Attachments are not automatically stored along with mail messages. If you wish to store an attachment you must do it separately.

*To store an attachment:*

1. Select the desired item on the list of attachments for a mail message.
2. Tap **Tools**, then **Store for offline access**. The ☝ icon on the sproqit menu bar indicates that your Desktop Agent is actively sending data to your Sproqit Companion for storage.

**Warning:** It is not recommended that you regularly store extremely large attachments or other items, since it is possible to overload the memory on your device.

# E. Settings

Your Settings govern Connection, Certificates, and Options. Because you will seldom have to make changes to the first two connections. We will not deal with them here. (See Part V, 'Start-Up Directions', above for information on Connection settings and Part IV, 'Security', above for information on Certificate settings.)



The Options tab includes three important check boxes that determine the connection behavior of your Sproqit Companion:

- o  Connect Automatically to Sproqit Server
- o  Connect Automatically to Internet
- o  Disconnect When Idle For…

If you **select** the Connect Automatically to Sproqit Server box, the Sproqit Companion will attempt to connect any time the Sproqit Companion is running and the device is connected to the Internet. **Note:** Switching off the device does not shut down your Sproqit Companion. To exit Sproqit Companion tap **Go**, then **Exit**.

If you **deselect** the Connect Automatically to Sproqit Server box, the Sproqit Companion will not attempt to connect unless you give it explicit instructions to do so. In this mode, you may work offline as long as you wish. When you wish to connect tap the Connection Status Indicator icon, then **Connect**.

If you select the Disconnect When Idle For… box, the Sproqit Companion disconnects when idle for the period indicated in the pull-down menu (to change the amount of time, tap the pull-down arrow, then a time). If the Connect Automatically to Sproqit Server box is also checked, the Sproqit Companion attempts to reconnect as soon as you use it. If not, you remain offline and the ⊘ icon is displayed.

If you **deselect** the Disconnect When Idle For… box, the Sproqit Companion attempts to maintain the connection indefinitely.

**Note**: *If the connection is disrupted inadvertently (due to loss of signal, for example), the Sproqit Companion always attempts to reconnect immediately regardless of the settings.*

If you select Connect Automatically to Internet, your Sproqit Companion will attempt to connect to the Internet each time you try to connect to your Desktop Agent.

# F. Alerts and Reminders

## Reminders

You can instruct your Sproqit Plugins to send you reminders. Reminders appear as icons on the Sproqit Menu Bar and can be accompanied by sound and flash alarms (see Part VIII, 'Additional Plugin Settings,' below). Email, Calendar, and Task reminders are treated individually in Part VII, 'How To…,' below.

## Alerts and Error Alerts

Alerts are indicated by two different warning icons, ⚠ and ⊗ . The first indicates a notification that requires no user action. The second indicates an error that may require user action.



To respond to alerts:

1. Acknowledge receipt by tapping the Alert icon. The Alert icon disappears.

2. Read message and tap **OK** when finished or, if action is required, follow specific instructions.

# VII – How To...









## Using Sproqit Plugins

Sproqit Plugins are easy to use! Following are step-by-step instructions on how to perform the basic operations of Sproqit Plugins.

To use Sproqit Plugins you must run the Desktop Agent (see Part V, 'Start-Up Directions,' above), and your Pocket PC device must have a wireless Internet or LAN connection.

Next launch the Sproqit Companion:

- o Tap the **Start** Menu on the Title Bar at top of screen.
- o Tap **Sproqit Companion** on the Start Menu.
- o Confirm that connection is established (see Part VI, 'Sproqit Basics,' below for information on connection status).

You are now ready to use Sproqit Email, Contacts, Calendar, Tasks, Notes and Desktop Explorer.

## A. Sproqit Email

### *Viewing a Message*
### Open Sproqit Email

1. To open Sproqit Email tap **Go** on the Sproqit Menu Bar (at bottom of screen).

2. Tap **Mail** on the Go Menu. Your Inbox appears. **Note:** If you've used Mail before, another folder may be displayed. To get back to Inbox, tap ⌸ **Folder**, then **Inbox**.

### View Mail in Inbox

1. Tap any mail message in the Inbox.

2. After viewing, opening attachments (see 'View Attached Files' below), or replying/forwarding (see 'Reply to or Forward a Message' below), close mail message by tapping **OK**.

   **Note:** Sproqit will monitor changes to your default mail folders (Inbox, Outbox, Drafts, Deleted Items and Sent Items) and automatically update your Companion with new messages, etc. The other folders (e.g. Public Folders) are not automatically updated, however, and you will need to refresh ⌸ to see changes.

### View Mail in Other Folders

1. Tap ⌸ **Folder** on the Sproqit Menu Bar.

2. Tap to choose from the list of available folders. A list of mail messages in the chosen folder will appear. You can choose from the standard list of folders or open any custom folders in Outlook by choosing **Other Folders...**.





3. Navigate among folders by one of the following methods:
   a. Tap a folder or file from the list.
   b. Tap the arrow on the drop-down list under the Title Bar, select a folder, and tap the adjacent **Go** button.
   c. Enter a path to any local or networked folder and tap the adjacent **Go** button.
   d. Tap the **Parent Folder** icon on the Sproqit Menu Bar to browse other local or networked folders with Desktop Explorer (see Section E, 'Desktop Explorer,' below). **Note:** When you tap a folder (or select it and tap **OK**), that folder opens.

4. Tap a file (or select it and tap **OK**) to add it to the Attachments list.

5. Repeat from Step 2 to attach additional files or tap **OK** to return to New Mail form.

### *Organizing Mail Messages*
### Move a Mail Message Between Folders

1. Make sure the message is selected (see Part VI, 'Sproqit Basics,' above for information on selecting).

2. Tap **Edit** on the Sproqit Menu Bar, then **Move to Folder**. A Folder List is displayed.

3. Browse to find and tap desired folder, then tap **OK**.

## B. Sproqit Contacts

### *Adding Contacts to Your Address Book*
### Open Sproqit Contacts

1. Tap **Go** on the Sproqit Menu Bar (at bottom of screen).

2. Tap **Contacts** on the Go Menu.

### Create a New Contact

1. Tap the **Contact** icon on the Sproqit Menu Bar. A new Contact Edit form appears.

2. Enter the name of the contact you wish to create.

3. If you have Title, Company, or Dept. information and wish to record it, reposition cursor by tapping the appropriate field, then enter information.

4. Select the contact information—**Work Phone, Home Phone, Mobile Phone, Pager,** or **Email** address—to display beside the contact's name in the Contact List view.

   **Note:** The default displayed is the first field in the preceding list for which data has been entered.

*To record additional contact data:*

1. Tap one of the buttons (**Phone, Email,** etc.) and fill out fields that appear.

2. Tap another button or, if finished, tap **OK** to return to Contacts List.



*Creating a Message*
## Open the New Mail Form

1. Tap the New Mail Form icon on the Sproqit Menu Bar. The New Mail form appears.

## Address a Mail Message

1. Enter an address or partial address. If a matching address has been entered in Outlook Contacts or the Global Address List, Sproqit Email automatically attempts to resolve it, even when only the first several letters are entered.

2. Send a copy to additional addressees by tapping the Cc: field and repeating Step 1.

## Resolve a Name

When Sproqit Email is unable to resolve a partial address and you tap **Send**, an Error Alert ⊗ appears on the Sproqit Menu Bar. Before the message can be sent you must retry entering a partial address, enter the entire address or select the desired address. An address must be unambiguous in order to be resolved. For example, if your Outlook Contacts or Global Address List contains both Tom Sayer and Tom Sewell, the entry tom s will result in an Error Alert.

*To resolve a name:*

1. Tap the **Error Alert** ⊗ icon. The unresolvable names are listed, each with an icon telling you why it cannot be resolved. ⚠ means there is more than one name in your address book that matches that entry. ⊗ means there is no match for that entry.

2. Tap an unresolved address. If there is more than one match, a list of matches appears for you to select from. If there is no match, you are prompted to reenter the address or enter a different address.



*For contacts stored in Outlook Contacts you can use the Lookup feature. To use Lookup:*

1. Tap the **Lookup** 📖 icon on the Sproqit Menu Bar. (Alternatively, tap the To: button next to the address field.)

2. Find the desired name, select it, and tap OK.

3. Send a copy to additional addressees from your Outlook Contacts or Global Address List by tapping the Cc: button and repeating the above steps.



## Compose Subject and Message Body

Sproqit takes advantage of your device's native user interface for text input and other operations. Refer to your device's user guide for instructions and options on entering text.

## Add Attachments

1. Tap the **Attachments** 📎 icon on the Sproqit Menu Bar. (Alternatively, tap **Edit** on the Sproqit Menu Bar and then **Attachments**.) A list is displayed of any files already attached to this message (there will be none if you are creating a new message).

2. Tap 🗀 **Add** on the Sproqit Menu Bar. The system of folders and/or files on your desktop appears.



## Find Options

Contacts uses alpha buttons to search as the default setting. To search by Text Fields tap **View** on the Go menu and select **Find Text Field.**

By default, the Character String Search is not case sensitive and searches name fields only.

**Note:** Name fields include Company, Department, and Title in addition to First Name, Last Name, File As, and Full Name.

*To refine your search:*

1. Tap **Edit** on the Sproqit Menu Bar, then **Find Options**. Four options are displayed.

2. Tap the check box(es) to select the fields you would like searched: **Name Fields** (as noted above), **Address Fields**, and/or **Contact Notes.**

3. Tap the box to select Match Case if you would like the search to be case sensitive.

4. Tap **OK** to return to Contacts List.

**Note:** Searching only works when you have a connection to your Sproqit Server.

## Send Mail to a Contact

1. Tap the New Mail Form ✉ icon on the Sproqit Menu Bar either from the Contact Detail or directly from the Contacts List (if the latter, make sure the desired contact is selected). The New Mail form appears with the contact's email address already supplied.

2. After you finish composing the message, tap **Send**. Your message goes to the Outbox folder to be sent immediately or as soon as the connection is restored. Contact Detail is now displayed again.

3. Tap **OK** to return to Contacts List.

## C. Sproqit Calendar

### *Navigating Your Calendar*
### Open Sproqit Calendar

1. Tap **Go** on the Sproqit Menu Bar (at bottom of screen).

2. Tap **Calendar** on the Go Menu.

### *Creating Appointments & Meetings*
### Create a New Appointment

1. Tap the **New Appointment** 🗔 icon on the Sproqit Menu Bar. The Appointment Details view is displayed.

2. Fill out information in the appropriate fields. As in Outlook, you may specify recurring appointments and set appointment reminders.

3. Tap **OK** either from Notes or from Appointment Detail to return to Day, Full Week, or Work Week view. The appointment appears in your Calendar.



### Create a Meeting Request

1. Create a New Appointment as above.

   **Note:** You can make the following change any time by displaying the Appointment Detail view.

2. In the Appointment Detail view, tap the **Meeting** button. The Meeting view is now displayed. If you gave the appointment a subject it is already supplied in the first field and the cursor is waiting in the Required field.

3. Enter the names of people required to attend. If entering more than one name, separate names by semicolons. (Alternatively, tap the **Required** button to look up names in your Contacts List and add as many names as you wish by tapping each name once. Tap **OK** when you have finished to return to the Meeting view.)

4. Add names of optional invitees in the Optional field by entering text or using Lookup, just as you did in step 3. If you use Lookup, tap **OK** when you have finished to return to the Meeting view. Repeat this step to add resources such as meeting rooms in the Resources field.

5. Tap the **Notes** button to compose a message to requested recipients if desired. When you are finished, tap the **Meeting** button.

6. Tap **Send**. The meeting request is sent to required and optional recipients and appears in your Calendar. The Work Week, Full Week, or Day view is displayed.





# D. Sproqit Tasks and Notes

## *Using Tasks*
## Open Sproqit Tasks

1. Tap **Go** on the Sproqit Menu Bar (at bottom of screen).

2. Tap **Tasks** on the Go Menu.

## Create a New Task

1. Tap the **New Task** ☑ icon on the Sproqit Menu Bar. A new Task Details form appears.

2. Enter the name of the task.

3. Tap the box to select **Completed** if the task has already been completed. Completed tasks have a checked box next to them on the Tasks List.

4. To indicate Start date, tap the pull-down arrow and select a date using the Date Picker (for instructions on using the Date Picker see 'Navigate Your Calendar' in Section C above). Tap **None** if there is no start date.

5. Repeat the step above to indicate Due date.

6. To remove a Start or Due date tap the corresponding **Clear** button

7. To increase or decrease Priority, tap the pull-down arrow, then **High, Normal,** or **Low.**

*To receive a task reminder:*

1. Create a task as above. **Note:** You can make the following change any time by displaying the Task Details view.

2. Tap the box to select **Reminder.**

3. Tap the pull-down arrow, then the date you would like to receive the reminder. (Alternatively, tap the part of the date that you wish to change [month/day/year] and enter correct numbers.) By default, you will be reminded of the task by a Task Reminder ☑ icon on the Sproqit Menu Bar on the indicated date at the time determined by your Outlook Task settings. **Note:** When the Reminder box is unselected, this field is disabled.

4. Tap the **Notes** button to compose comments about this task if desired.

5. Tap **OK** either from Notes or from Task Detail to return to Tasks List.

## *Using Notes*
## Open Sproqit Notes

1. Tap **Go** on the Sproqit Menu Bar (at bottom of screen).

2. Tap **Notes** on the Go Menu.

## Create a New Note

1. Tap the **New Note** 🗒 icon on the Sproqit Menu Bar. A new Note form appears.

2. Enter desired text and tap **OK**. The note is listed in the Notes List by the first line of the text.



# E. Sproqit Desktop Explorer

## *Using Desktop Explorer*
## Open Sproqit Desktop Explorer

1. Tap **Go** on the Sproqit Menu Bar (at bottom of screen).

2. Tap **Desktop Explorer** on the Go Menu.

## Browse Files

1. Tap any local or networked folder to view contents. (Alternatively, enter a file path, or tap the pull-down arrow and select from a list of commonly used folders, then tap **Go** at right.)

2. Tap files to open them.

3. When finished, tap **OK** to close files.

4. Tap the **Parent Folder** icon on the Sproqit Menu Bar to go up one level in the folder hierarchy and browse other folders.

   **Note:** Sproqit does not monitor file folders for changes. To see changes to the contents of file folders, you will need to refresh.

21

# Part VIII - Additional Plugin Settings

Several additional settings for your Sproqit Plugins can be configured on the Desktop Agent on your desktop. Among other things, they enable you to:

- o  Apply a signature to mail messages
- o  Hear audible alarms
- o  Automatically provide offline access to data in certain applications.
- o  Use commas as address separators

To access additional settings for your Sproqit Plugins:

1.  Double-click the small Desktop Agent  icon in the system tray on your desktop (usually located at the right end of your task bar). Note: You will only see this icon when your Desktop Agent is running.

2.  Click the **Plugin Settings** tab.

3.  Click on any Plugin and select desired options. **Note:** All reminders are automatically saved 7 days in advance, regardless of whether or not you select any Calendar data for saving (see Part VI, 'Sproqit Basics,' for more on saving).

**Note:** Your list of Plugins may look different from the one below.

