# Exhibit L
# to the
# Declaration of Sabin Head In Support of Visto's Motion for Preliminary Injunction

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff<br><br>vs.<br><br>SEVEN NETWORKS, INC.,<br><br>Defendant. | Civil Action No.: 2-03CV-333-TJW<br><br>Before: Hon. T. John Ward |

## DECLARATION OF DR. SABIN HEAD IN SUPPORT OF VISTO CORPORATION'S OPPOSITION TO SEVEN'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

I, Sabin Head, declare as follows:

1. I have agreed to testify as an expert witness on behalf of Plaintiff Visto Corporation ("Visto") in this action. I have personal, first-hand knowledge of the matters stated herein, and if called upon to do so, I could and would competently testify thereto.

2. I prepared a rebuttal expert report on behalf of Visto. I understand that that rebuttal expert report was produced to counsel for Seven. A true and correct copy of my rebuttal expert report is attached hereto as Exhibit 1.

3. My expert opinions with respect to the validity of the patents-in-suit and the expert reports regarding invalidity served on behalf of Defendant Seven Networks, Inc. ("Seven"), and the bases therefore, are set forth in my rebuttal expert report. I held those opinions at the time I prepared the report, and I continue to hold those opinions at this time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Palo Alto, California on June 17, 2005.

_____
Sabin Head

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record listed below by efiling on June 21, 2005.

/s/ Sam Baxter

Mr. Calvin Capshaw
Brown McCarroll, L.L.P
1127 Judson Road, Suite 220
Longview, TX 75606

and

Henry C. Bunsow
James Valentine
James C. Pistorino
Howrey Simon Arnold and White
301 Ravenswood Drive
Menlo Park, CA 94025-3434

and

Mr. Robert E. Camors, Jr.
Thelen, Reid & Priest, LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113

20136159.1