**A**

## DR. SABIN HEAD -- MATERIALS REVIEWED AND CONSIDERED

1. 01/31/05 Seven's Supplemental Preliminary Invalidity Contentions Patent Rule 3-3

2. Seven's Invalidity Response Charts Referencing the Wright Patent

3. Declaration of James M. Anderson III, filed in support of Expert Report of Robert Balaban.

4. Declaration of Damien Katz, filed in support of Expert Report of Robert Balaban.

5. Declaration of Jay Sikkeland, filed in support of Expert Report of Robert Balaban.

6. US Patent 6,023,708 and its file history

7. US Patent 6,085,192 and its file history

8. US Patent 5,968,131 and its file history

9. US Patent 6,708,221 and its file history

10. Court's Claim Construction Order of April 20, 2005

11. US Patent 5,857,201 (Wright)

12. US Patent 5,727,202 (Kucala)

13. U.S. Patent 5,434,994 (Shaheen)

14. U.S. Patent Number 6,006,274 (Hawkins)

15. *Integrating Security in a Large Distributed System*, by M. Satyanarayanan, ACM Transactions on Computer Systems, vol. 7, no. 3, ACM Transactions on Computer Systems, vol. 7, no. 3, August 1989

16. *Disconnected Operation in the Coda File System*, J. Kistler and M. Satyanarayanan, Thirteenth ACM Symposium on Operating Systems Principles, February 1992

17. *Wireless Data Network Infrastructure at Carnegie Mellon University*, by A. Hills and D. Johnson, IEEE Personal Communications, February 1996

18. *Mobile Information Access*, by M. Satyanarayanan, IEEE Personal Communications, February 1996

19. Posting by Eric Schubert to the newsgroup comp.sys.hp.mpe, June 30, 1995

20.     AFS Frequently Asked Questions (FAQ) list, posted by Tim Theisen on July 25, 1994 to the public bulletin board uwisc.general

21.     HTTPtool 1.1 announcement, posted by Daniel Glazman to the public newsgroup comp.info.systems.www.announce on May 17, 1995

22.     *Coda: A Highly Available File System for a Distributed Workstation Environment*, by M. Satyanarayanan, J. Kistler, P. Kumar, M. Okasaki, E. Siegel, and D. Steere, IEEE Transactions on Computers, April 1990

23.     *Scalable, Secure, and Highly Available Distributed File Access*, by M. Satyanarayanan, IEEE Computer, May 1990

24.     *Managing Update Conflicts in Bayou, a Weakly Connected Replicated Storage System*, by B. Terry, M. Theimber, K. Petersen, A, Demers, M. Spreitzer, C. Hauser. Proceedings of the fifteenth ACM symposium on Operating Systems Principles (SIGOPS'95), December 1995

25.     *The Bayou Architecture: Support for Data Sharing among Mobile Users*, by A. Demers, K. Petersen, M. Spreitzer, D. Terry, M. Theimer, and B. Welch. Proceedings IEEE Workshop on Mobile Computing Systems & Applications, August 1994

26.     *Bayou: Replicated Database Services for World-wide Applications*, by K. Petersen, M. Spreitzer, D. Terry, and M. Theimer. Proceedings of the 7th ACM SIGOPS European Workshop: Systems Support for Worldwide Applications, pp. 275-280, September 1996

27.     SNI472986 – SNI476379        Lotus Notes Release 4.1 Starter Pack

28.     SNI476380 – SNI476799        Lotus Notes Release 4 Realtime Notes Pack Upgrade Edition

29.     SNI476800 – SNI477338        Covers Version 4.0 book containing Ready-to-use Lotus Notes Databases – "How to Plan, Develop, and Implement Lotus Notes in Your Organization."

30.     SNI700031 – SNI700035        Lotus Notes Release 4.1 Starter Pack

31.     SNI700492 – SNI700769        Lotus Notes Network Design pack for Notes Release 3 & 4

32.     SNI700786 - SNI700790        Lotus Notes Desktop pack - the groupware standard

33.     SNI700791 – SNI701008        Lotus Notes Network Design pack for Notes Release 3 & 4

34.     SNI701009 – SNI701105        Lotus Pump docs

| 35. | SNI701174 | Lotus Pump docs |
| 36. | SNI701531 – SNI702210 | Lotus Notes Desktop 4.5 Release Pack |
| 37. | SNI702211 – SNI703545 | Lotus Notes 3.1 Release Pack |
| 38. | SNI703546 – SNI703553 | LDD Today: Notes from Support "Under the Microscope Domino Replication" |
| 39. | SNI703554 – SNI703556 | "Lotus airs Notes-to-database integration tool" |
| 40. | SNI703557 – SNI703566 | Reviews/"Pumping for Info: Notes and Database Integration" |
| 41. | SNI703567 – SNI703574 | US Patent No. 6,131,124: Field Level Replication Method |
| 42. | SNI703575 – SNI703583 | US Patent No. 5,787,441: Method of Replicating Data at a Field Level |
| 43. | SNI703769 – SNI703785 | Lotus Notes - Notes Administration Help window printout |
| 44. | SNI704283 – SNI704284 | Lotus Notes Pump 2.0 CD and photocopy |
| 45. | SNI704285 – SNI704286 | Notes 4.0 Test Build 4 |
| | VO038221 – VO038223 | Kerberos: The Network Authentication Protocol, located at http://web.mit.edu/kerberos/www |
| 46. | VO038224 - VO038238 | Web traffic characterization: an assessment of the impact of caching documents from NCSA's web server by Braun and Claffy |
| 47. | VO038239-VO038248 | Maurice Frank: *Shifting Gears*, Internet Systems, May 1996. |

48. Expert Report of Benjamin Goldberg

49. Expert Report of Robert Balaban Regarding Invalidity of U.S. Patent Nos. 5,986,131; 6,023,708; 6,085,192 and 6,708,221.

50. Transcript of May 24, 2005, deposition of James Anderson

51. Transcript of May 27, 2005, deposition of Damien Katz

52. Transcript of June 3, 2005, deposition of Jorgen Sikkeland

**B**

| 131 Patent: | Coda | Bayou | Wright | Shaheen | Notes |
|---|---|---|---|---|---|
| 1. A computer-based method, comprising: | | | | | |
| (a) providing first memory storing a first workspace element and first version information for identifying any modifications made to the first workspace element since a previous examination; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63] Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | Wright does not disclose version information identifying modifications. [Report, ¶ 89] | Shaheen does not disclose version information. [Report, ¶ 134] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| (b) providing second memory coupled via a network to the first memory, the second memory storing an independently | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63] Bayou does not | Wright does not disclose version information identifying modifications. [Report, ¶ 89] | Shaheen does not disclose version information. [Report, ¶ 134] | |

| | Coda | Bayou | Wright | Shaheen |
|---|---|---|---|---|
| modifiable copy of the first workspace element and second version information for identifying any modifications made to the second workspace element since the previous examination; | | disclose version information identifying modifications. [Report, ¶ 64] | Wright does not disclose independent modifiability. [Report, ¶ 87, 96] | |
| (c) generating from the first version information a first examination result which indicates whether the first workspace element has been modified since the previous examination; | Coda does not disclose examination results. [Report, ¶ 35, 40] | Bayou does not disclose examination results. [Report, ¶ 66] | | Shaheen does not disclose examination results. [Report, ¶ 134] |
| (d) generating from the second version information a second examination result which indicates whether the copy has been modified since the previous examination; | Coda does not disclose examination results. [Report, ¶ 35, 40] | Bayou does not disclose examination results. [Report, ¶ 66] | | Shaheen does not disclose examination results. [Report, ¶ 134] |
| (e) initiating steps (c) and (d) after predetermined criteria have been satisfied; | Coda does not disclose initiating on predetermined criteria. [Report, ¶ 34] | Bayou does not disclose initiating on predetermined criteria. [Report, ¶ 65] | | |
| (f) determining a preferred version based on the first and second examination | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | Bayou does not disclose a preferred version. [Report, ¶ 68] | | Shaheen does not disclose determining a preferred version. [Report, ¶ 134] |

| | Coda | Bayou | Wright | Shaheen | |
|---|---|---|---|---|---|
| results ...d on the first and second version information; and | | | | | |
| (g) storing the preferred version in the first memory and in the second memory. | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | | | Shaheen does not disclose storing a preferred version. [Report, ¶ 134] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| 16. A system, comprising: | | | | | |
| (a) first memory for storing first workspace elements and first version information for identifying any modifications to the first workspace elements since a previous examination; | | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | Wright does not disclose version information identifying modifications. [Report, ¶ 89] | Shaheen does not disclose version information. [Report, ¶ 134] | |

| | | | | |
|---|---|---|---|---|
| (b) second memory coupled via a network to the first memory for storing independently modifiable copies of the first workspace elements and second version information for identifying any modifications to the copies since the previous examination; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | Wright does not disclose version information identifying modifications. [Report, ¶ 89]<br><br>Wright does not disclose independent modifiability. [Report, ¶ 87, 96] | Shaheen does not disclose version information. [Report, ¶ 134] |
| (c) a general synchronization module for generating from the first version information first examination results, which indicate which first workspace elements have been modified since the previous examination; | Coda does not disclose examination results. [Report, ¶ 35, 40]<br><br>Coda does not disclose a general synchronization module. [Report, ¶ 35] | Bayou does not disclose examination results. [Report, ¶ 66]<br><br>Bayou does not disclose a general synchronization module. [Report, ¶ 66] | | Shaheen does not disclose examination results. [Report, ¶ 134] |
| (d) a synchronization agent for sending at least a portion of the second version information to the general synchronization module, so that the general synchronization module can obtain second examination results which indicate | Coda does not disclose examination results. [Report, ¶ 35, 40]<br><br>Coda does not disclose a synchronization agent. [Report, ¶ 37] | Bayou does not disclose examination results. [Report, ¶ 66]<br><br>Bayou does not disclose a synchronization agent. [Report, ¶ 66] | | Shaheen does not disclose examination results. [Report, ¶ 134]<br><br>Notes does not disclose a synchronization agent. [Report, ¶ 172-174] |

| | Coda | Bayou | Shaheen | |
|---|---|---|---|---|
| which copies have been modified since the previous examination; | | | | |
| (e) a synchronization-start module for initiating the general synchronization module and the synchronization agent after predetermined criteria have been satisfied; | Coda does not disclose initiating on predetermined criteria. [Report, ¶ 34]<br><br>Coda does not disclose a synchronization-start module. [Report, ¶ 39] | Bayou does not disclose initiating on predetermined criteria. [Report, ¶ 65]<br><br>Bayou does not disclose a synchronization-start module. [Report, ¶ 55] | | |
| (f) means for determining preferred versions based on the first and second examination results; and | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | Bayou does not disclose a preferred version. [Report, ¶ 68] | Shaheen does not disclose determining a preferred version. [Report, ¶ 134] | |
| (g) means for storing the preferred versions at the first store and at the second store. | | | Shaheen does not disclose storing a preferred version. [Report, ¶ 134] | |
| | | | | No single prior art reference relied on to show anticipation. [Report, ¶¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] |
| 31. A computer-based method, comprising: | | | | The references relied on fail to disclose the |

| Claim element | Coda | Bayou | Wright | Shaheen | relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
|---|---|---|---|---|---|
| (a) providing first memory storing a first workspace element and first version information for identifying any modifications to the first workspace element since a previous examination; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63] Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | Wright does not disclose version information identifying modifications. [Report, ¶ 89] | Shaheen does not disclose version information. [Report, ¶ 134] | |
| (b) providing second memory coupled via a network to the first memory, the second memory storing an independently modifiable copy of the first workspace element and second version information for identifying and modifications to the second workspace element since the previous examination; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63] Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | Wright does not disclose version information identifying modifications. [Report, ¶ 89] Wright does not disclose independent modifiability. [Report, ¶ 87, 96] | Shaheen does not disclose version information. [Report, ¶ 134] | |
| (c) waiting until predetermined criteria have been satisfied; | Coda does not disclose initiating on predetermined criteria. [Report, ¶ 34] | Bayou does not disclose initiating on predetermined criteria. [Report, ¶ 65] | | | |
| (d) generating from | Coda does not | Bayou does not | | Shaheen does not | |

| | | | | |
|---|---|---|---|---|
| the first version information a first examination result which indicates whether the first workspace element has been modified since the previous examination; | disclose examination results. [Report, ¶ 35, 40] | disclose examination results. [Report, ¶ 66] | disclose examination results. [Report, ¶ 134] | |
| (e) receiving data related to the second version information from the second store; | | | | |
| (f) determining a preferred version based on the first examination result and on the received portion; and | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | Bayou does not disclose a preferred version. [Report, ¶ 68] | Shaheen does not disclose determining a preferred version. [Report, ¶ 134] | |
| (g) storing the preferred version in the first memory and in the second memory. | | | Shaheen does not disclose storing a preferred version. [Report, ¶ 134] | |
| 32. The method of claim 31, wherein the data includes the second version information if the copy has been modified since the previous examination. | | | Shaheen does not disclose version information. [Report, ¶ 134] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] The references relied on fail to disclose the |

| | Coda | Bayou | Shaheen | |
|---|---|---|---|---|
| | | | | relationship of the claim elements as recited in the context of the claims [Report, ¶ 171]<br><br>Notes does not disclose sending version information. [Report, ¶ 172-174] |
| 33. The method of claim 32, wherein the data includes the second version information, and further comprising the step of generating from the second version information a second examination result indicating whether the copy has been modified since the previous examination. | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]<br><br>Coda does not disclose examination results. [Report, ¶ 35, 40] | Bayou does not disclose version information identifying modifications. [Report, ¶ 64]<br><br>Bayou does not disclose examination results. [Report, ¶ 66] | Shaheen does not disclose version information. [Report, ¶ 134]<br><br>Shaheen does not disclose examination results. [Report, ¶ 134] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171]<br><br>Notes does not disclose a synchronization agent. [Report, ¶ 172-174] |
| 35. The system of claim 31, wherein, if the first workspace | Coda does not disclose a preferred version. [Report, ¶ 41, | Bayou does not disclose workspace elements. [Report, ¶ | Shaheen is not asserted against claim 35. | No single prior art reference relied on to show anticipation. |

| | | | | |
|---|---|---|---|---|
| element...as been modified and the second workspace element has not been modified, the preferred version is the first workspace element as modified. | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | Bayou does not disclose workspace elements. [Report, ¶ 63] | | [Report, ¶ ...6-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| 36. The system of claim 31, wherein, if the first workspace element has not been modified and the second workspace element has been modified, the preferred version is the second workspace element as modified. | | Bayou does not disclose a preferred version. [Report, ¶ 68] | Shaheen is not asserted against claim 36. | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |

| '708 Patent: | Coda | Bayou | Kucala | Notes |
|---|---|---|---|---|
| 1. A system, comprising: | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| a first store for storing a first workspace element in a first format; | | | | |
| a second store for storing a second workspace element which is an independently modifiable copy of the first workspace element in a second format; | | Bayou does not disclose workspace elements. [Report, ¶ 63] | | |
| a communications channel coupling the first store to the second store; | | Bayou does not disclose workspace elements. [Report, ¶ 63] | | |
| synchronization means for synchronizing the first workspace element and the second workspace element; and | Coda does not disclose a synchronization agent. [Report, ¶ 37] | Bayou does not disclose a general synchronization module. [Report, ¶ 66] | | |
| | Coda does not disclose a general synchronization | Bayou does not disclose a synchronization agent. | | |

| | Coda | Bayou | Kucala | Notes |
|---|---|---|---|---|
| *a translator for translating between the first format and the second format.* | module. [Report, ¶ 35]<br>Coda does not disclose a synchronization-start module. [Report, ¶ 39] | [Report, ¶ t.]<br>Bayou does not disclose a synchronization-start module. [Report, ¶ 55] | Kucala does not disclose translating. [Report, ¶ 102] | Notes does not disclose translating. [Report, ¶ 178] |
| 5. The system of claim 1, further comprising a firewall for protecting the first store. | Coda does not disclose a firewall. [Report, ¶ 19] | Bayou does not disclose a firewall. [Report, ¶ 78] | Kucala does not disclose a firewall. [Report, ¶ 102] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171]<br><br>Notes does not disclose a firewall. [Report, ¶ 176-177]<br><br>Notes does not disclose a last synchronization signature. [Report, ¶ 179]<br><br>Notes does not disclose a synchronization agent. [Report, ¶ 172-174] |

| | | | | |
|---|---|---|---|---|
| 7. The system of claim 1, wherein the synchronization means includes | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| a first general synchronization module for examining the first workspace element at the first store to determine whether it has been modified; and | Coda does not disclose a general synchronization module. [Report, ¶ 35] | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose a general synchronization module. [Report, ¶ 66] | | |
| a second general synchronization module for examining the second workspace element at the second store to determine whether it has been modified. | Coda does not disclose a general synchronization module. [Report, ¶ 35] | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose a general synchronization module. [Report, ¶ 66] | | |
| 8. The system of claim 7, wherein | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with |

| Claim language | Coda | Bayou | Kucala | Notes | General |
|---|---|---|---|---|---|
| the first workspace element and the second workspace element each include version information, and | Coda does not disclose version information identifying modifications. [Report, ¶¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | | | respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| the first and second general synchronization modules each examine the version information of each workspace element to a last synchronization signature to determine whether the workspace element was modified. | | | Kucala does not disclose version information. [Report, ¶ 103] | Notes does not disclose a last synchronization signature. [Report, ¶ 179] | |
| 9. The system of claim 1, wherein the synchronization means includes a synchronization-start module for determining when to initiate synchronization. | Coda does not disclose a synchronization-start module. [Report, ¶ 39] | Bayou does not disclose a synchronization-start module. [Report, ¶ 55] | | | No single prior art reference relied on to show anticipation. [Report, ¶¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] |

| | | | | |
|---|---|---|---|---|
| 17. A method, comprising:<br><br>accessing a first store storing a first workspace element in a first format;<br><br>accessing a second store storing a second workspace element which is an independently modifiable copy of the first workspace element in a second format;<br><br>synchronizing the first workspace element and the second workspace element; and | | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose workspace elements. [Report, ¶ 63] | The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171]<br><br>No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] | |

| | | | | |
|---|---|---|---|---|
| translating between the first format and the second format. | Coda does not disclose a firewall. [Report, ¶ 19] | Bayou does not disclose a firewall. [Report, ¶ 78] | Kucala does not disclose translating. [Report, ¶ 102] | Notes does not disclose translating. [Report, ¶ 178] |
| 21. The method of claim 17, wherein the first store is protected by a firewall. | | | Kucala does not disclose a firewall. [Report, 102 ] <br><br> No comparison or support provided by Dr. Goldberg | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] <br><br> No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] <br><br> The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] <br><br> Notes does not disclose a firewall. [Report, ¶ 176-177] |
| 23. The method of claim 17, further comprising | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] <br><br> No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] <br><br> The references relied on fail to disclose the relationship of the claim |

| Claim | Coda | Bayou | Kucula | |
|---|---|---|---|---|
| examining, the first workspace element to determine whether it has been modified; and | Coda does not disclose examining. [Report, ¶ 35, 40] | Bayou does not disclose workspace elements. [Report, ¶ 63] | | elements as recited in the context of the claims [Report, ¶ 171] |
| examining the second workspace element to determine whether it has been modified. | Coda does not disclose examining. [Report, ¶ 35, 40] | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose examining. [Report, ¶ 66] | | |
| 24. The method of claim 23, | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| wherein the first workspace element and the second workspace element each include version information; and | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36] | Bayou does not disclose workspace elements. [Report, ¶ 63]<br><br>Bayou does not disclose version information | Kucula does not disclose version information. [Report, ¶ 103] | |

| | | | |
|---|---|---|---|
| | identifying modifications. [Report, ¶ 64] | | |
| further comprising the step of comparing the version information of each workspace element to a last synchronization signature to determine whether the workspace element was modified. | | | Notes does not disclose a last synchronization signature. [Report, ¶ 179] |
| 25. The method of claim 17, further comprising the step of determining when to initiate synchronization. | | Kucala does not disclose determining when to initiate. [Report, ¶ 104] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]

No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]

The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |

| '192 Patent: | Coda | Bayou | Wright | Notes |
|---|---|---|---|---|
| 1. A computer-based method comprising the steps of: | | No comparison or support provided by Dr. Goldberg | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| (a) generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]<br><br>Coda does not disclose examination results. [Report, ¶ 35, 40]<br><br>Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98]<br><br>Wright does not disclose version information indicating whether a workspace element has been modified. [Report, ¶ 89] | Notes does not disclose a firewall. [Report, ¶ 182] |
| (b) generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]<br><br>Coda does not disclose examination results. | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98]<br><br>Wright does not disclose version information indicating whether a workspace element has | |

| Claim | Coda | Dr. Goldberg | Wright | Notes |
|---|---|---|---|---|
| the copy, being stored at a second store outside the firewall; | [Report, ¶ 35, 40] Coda does not disclose a firewall. [Report, ¶ 19]. | | been modified. [Report, ¶ 89] Wright does not disclose independent modifiability. [Report, ¶ 87, 96] | |
| (c) initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied; | Coda does not disclose initiating on predetermined criteria. [Report, ¶ 34] Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98] | Notes does not disclose initiating from within a firewall. [Report, ¶ 183] |
| (d) generating a preferred version from the first workspace element and from the copy based on the first and second examination results; and | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | No comparison or support provided by Dr. Goldberg | | |
| (e) storing the preferred version at the first store and at the second store. | | No comparison or support provided by Dr. Goldberg | | |
| 6. The method of claim 1 further comprising, before generating the first examination results, the step of updating the first version information whenever the first workspace element is modified. | | No comparison or support provided by Dr. Goldberg | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims |

| | | | |
|---|---|---|---|
| | | | [Report, ¶ 171] |
| 7. The method of claim 1 further comprising, before generating the second examination results, the step of updating the second version information whenever the copy is modified. | | No comparison or support provided by Dr. Goldberg | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] |
| 8. The method of claim 1 wherein if only one of the first workspace element and the copy has been modified, then the step of generating includes selecting the one as the preferred version. | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | No comparison or support provided by Dr. Goldberg | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| 10. A system comprising: | | No comparison or support provided by Dr. Goldberg | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] |

| | | | | |
|---|---|---|---|---|
| a general synchronization module for operating within a first firewall and for examining first version information to determine whether a first workspace element has been modified; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]<br><br>Coda does not disclose a general synchronization module. [Report, ¶ 35]<br><br>Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98]<br><br>Wright does not disclose version information indicating whether a workspace element has been modified. [Report, ¶ 89] | The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171]<br><br>Notes does not disclose a firewall. [Report, ¶ 182] |
| a synchronization agent for operating outside the first firewall and for forwarding to the general synchronization module second version information which indicates whether an independently modifiable copy of the first workspace element has been modified; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]<br><br>Coda does not disclose a synchronization agent. [Report, ¶ 37]<br><br>Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98]<br><br>Wright does not disclose version information indicating whether a workspace element has been modified. [Report, ¶ 89]<br><br>Wright does not disclose independent modifiability. [Report, ¶ 87, 96] | Notes does not disclose a synchronization agent. [Report, ¶ 184] |
| a synchronization-start module for operating within the first firewall and for initiating the general synchronization module and the synchronization | Coda does not disclose initiating on predetermined criteria. [Report, ¶ 34]<br><br>Coda does not disclose a synchronization-start | No comparison or support provided by Dr. Goldberg | | Notes does not disclose initiating from within a firewall. [Report, ¶ 183] |

| | | | | |
|---|---|---|---|---|
| agent when predetermined criteria have been satisfied; | module. [Report, ¶ 39] | | | |
| means for generating a preferred version from the first workspace element and from the copy by comparing the first version information and the second version information; and | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | No comparison or support provided by Dr. Goldberg | | |
| means for storing the preferred version at the first store and at the second store. | | No comparison or support provided by Dr. Goldberg | | |
| 11. The system of claim 10 further comprising a communications module for communicating through the first firewall. | Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98 ] | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148]<br><br>No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]<br><br>The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171]<br><br>Notes does not disclose a firewall. [Report, ¶ 182] |
| 22. A computer-readable storage medium storing program code for causing a computer to perform the | | No comparison or support provided by Dr. Goldberg | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] |

| steps o.. | | | |
|---|---|---|---|
| | | | No analysis of claims with respect to purported Notes installations. [Report, ¶ 165]

The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| (a) generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]

Coda does not disclose examination results. [Report, ¶ 35, 40]

Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98]

Wright does not disclose version information indicating whether a workspace element has been modified. [Report, ¶ 89] | Notes does not disclose a firewall. [Report, ¶ 182] |
| (b) generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store outside the firewall; | Coda does not disclose version information identifying modifications. [Report, ¶ 32, 36]

Coda does not disclose examination results. [Report, ¶ 35, 40]

Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | Wright does not disclose a firewall. [Report, ¶ 98]

Wright does not disclose version information indicating whether a workspace element has been modified. [Report, ¶ 89]

Wright does not disclose independent modifiability. [Report, ¶ 87, 96] | |

| | | | Wright does not disclose a firewall. [Report, ¶ 98] | Notes does not disclose initiating from within a firewall. [Report, ¶ 183] |
|---|---|---|---|---|
| (c) initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied; | Coda does not disclose initiating on predetermined criteria. [Report, ¶ 34]  Coda does not disclose a firewall. [Report, ¶ 19] | No comparison or support provided by Dr. Goldberg | | |
| (d) generating a preferred version from the first workspace element and from the copy based on the first and second examination results; and | Coda does not disclose a preferred version. [Report, ¶ 41, 42] | No comparison or support provided by Dr. Goldberg | | |
| (e) storing the preferred version at the first store and at the second store. | | No comparison or support provided by Dr. Goldberg | | |

| '221 Patent: | Coda | Bayou | Kucala | Notes |
|---|---|---|---|---|
| | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] |
| | | | | No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] |
| 1. A method for synchronizing workspace data, comprising: | | | | The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| storing first workspace data on a first device; | | | | |
| storing second workspace data on a second device; | | | | |
| determining differences between the first workspace data and the second workspace data; | Coda does not disclose determining differences. [Report, ¶ 44] | Bayou does not disclose determining differences. [Report, ¶ 73] | Kucala does not disclose determining differences. [Report, ¶ 125] | |
| storing the differences at a global server; and | Coda does not disclose a global server. [Report, ¶ 43, 45] | Bayou does not disclose a global server. [Report, ¶ 74] | Kucala does not disclose a global server. [Report, ¶ 107] | Notes does not disclose storing differences on a global server. [Report ¶ 188] |
| sending the differences from the global server to the second device. | | | | Notes does not disclose sending differences from a global server. [Report ¶ 189] |
| 4. The method of claim 1, wherein at least one of the | | | | No single prior art reference relied on to show |

| | Coda | Bayou | Kucala | | |
|---|---|---|---|---|---|
| first device and the second device is selected from a group including a smart phone, a television setup box and a personal computer. | Coda does not disclose version information corresponding to differences. [Report, ¶ 32, 36] | Bayou does not disclose version information identifying modifications. [Report, ¶ 64] | Kucala does not disclose version information corresponding to differences. [Report, ¶ 107] | anticipation. [Report, ¶ 146-148] | No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] |
| 6. The method of claim 1, further comprising storing at the server version-indicating information corresponding to the differences. | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] | No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] The references relied on fail to disclose the relationship of the claim elements as recited in the context of the claims [Report, ¶ 171] |
| 8. A system for synchronizing workspace data, comprising: | | | | No single prior art reference relied on to show anticipation. [Report, ¶ 146-148] | No analysis of claims with respect to purported Notes installations. [Report, ¶ 165] The references relied on fail to disclose the relationship of the claim |

| Claim element | Coda | Bayou | Kucala | Notes | |
|---|---|---|---|---|---|
| means for storing first workspace data on a first device; | | | | Notes does not include data storage devices. [Report ¶ 190] | elements as recited in the context of the claims [Report, ¶ 171] |
| means for storing second workspace data on a second device; | | | | Notes does not include data storage devices. [Report ¶ 190] | |
| means for determining differences between the first workspace data and the second workspace data; | Coda does not disclose a general synchronization module. [Report, ¶ 35] / Coda does not disclose determining differences. [Report, ¶ 44] | Bayou does not disclose a general synchronization module. [Report, ¶ 66] / Bayou does not disclose determining differences. [Report, ¶ 73] | Kucala does not disclose a general synchronization module. [Report, ¶ 125] / Kucala does not disclose determining differences. [Report, ¶ 125] | | |
| means for storing the differences at a global server; and | Coda does not disclose a general synchronization module. [Report, ¶ 35] / Coda does not disclose a global server. [Report, ¶ 43, 45] | Bayou does not disclose a general synchronization module. [Report, ¶ 66] / Bayou does not disclose a global server. [Report, ¶ 74] | Kucala does not disclose a global server. [Report, ¶ 107] | Notes does not disclose storing differences on a global server. [Report ¶ 188] | |
| means for sending the differences from the global server to the second device. | Coda does not disclose a general synchronization module. [Report, ¶ 35] | Bayou does not disclose a general synchronization module. [Report, ¶ 66] | Kucala does not disclose a global server. [Report, ¶ 107] | Notes does not disclose sending differences from a global server. [Report ¶ 189] | |

20135644.1

**C**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,040 | 05/18/2004 | 6085192 | 035754-004 | 3065 |

| | 7590 | 06/21/2004 |
|---|---|---|

Jinntung Su
Manatt Phelps and Phillips, LLP
1001 Page Mill Road
Building 2
Palo Alto, CA  94304

| EXAMINER |
|---|
| Alford  W. Kindred |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2172 | 5 |

DATE MAILED: 06/21/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

RECEIVED
PALO ALTO

MANATT PHELPS & PHILLIPS

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

JUN 21 2004

ROBERT E. KREBS
P.O. BOX 640640
SAN JOSE, CALIFORNIA 95164

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,040*.

PATENT NO. *6085192*.

ART UNIT *2172*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(e)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(e)).

PTOL-465 (Rev.04-03)

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/007,040 | 6085192 |
| | Examiner | Art Unit | |
| | Alford W. Kindred | 2172 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>18 May 2004</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,      b)☒ PTO-1449,      c)☐ Other: _____

1. ☐   The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☒   The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)).  **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

    a) ☐  by Treasury check or,

    b) ☒  by credit to Deposit Account No. <u>*50-1698*</u>,  or

    c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

cc:Requester ( if third party requester )

Application/Control Number: 90/007,040                                    Page 2
Art Unit: 2172

## <u>Decision</u>

1.      No Substantial new question of patentability is raised by the request for reexamination and prior art cited therein for the reasons set forth below. The request indicates that requester considers that Claims 3-9 of US Patent 6,085,192 to Mendez are unpatentable over van Ryzin taken with Hawkins.

2.      Van Ryzin was filed **09/18/1997** which is after the filing date of US Patent number **6,085,192** filed 4/11/1997 and therefore does not qualify as prior art.

3.      The Hawkins' patent qualifies as prior art. Hawkins discloses firewalls in a manner similar to the disclosure of the firewall as admitted prior art in the "other publications" section of Mendez (i.e. "Article by Steffen Stempel "IPAcess . . . for firewall installations" . . .–page 2). Further Mendez's background section (i.e. "systems such as conventional firewall technology . . ."—col. 1, lines 37-47) teaches the use of a firewall element. Therefore Hawkins disclosure of a firewall in cumulative to the art of record and does not raise a substantial new question of patentability with respect to the Mendez patent.

Application/Control Number: 90/007,040                                      Page 3
Art Unit: 2172

### Conclusion

4.      The requester may seek review by a petition to the Commissioner under §

1.181 within one month of the mailing date of the examiner 's determination refusing  ex

parte reexamination. Any such petition must comply with  §  1.181(b). If no petition is

timely filed or if the decision on petition affirms that no substantial new question of

patentability has been raised, the determination shall be final and nonappealable.

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Alford W. Kindred whose telephone number is 703-305-

3802.  The examiner can normally be reached on Mon-Fri 9:00 am- 5:00 pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Kim Vu can be reached on (703) 305-4393.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Alford W. Kindred
Patent Examiner
Tech Ctr. 2100

PINCHUS M. LAUFER, PH.D
SPECIAL PROGRAM EXAMINER
TECHNOLOGY CENTER 2100

**D**

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,093 | 06/18/2004 | 6085192 | 035754-007 | 9956 |

| 7590 | 02/07/2005 |
|---|---|

| EXAMINER |
|---|
|  |

Jinntung Su
Manatt, Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA  94304

RECEIVED
PALO ALTO

FEB 1 4 2005

MANATT PHELPS & PHILLIPS

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 02/07/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C  (Rev. 10/03)

| | Control No.<br>90/007,093 | Patent Under Reexamination<br>6085192 |
|---|---|---|
| *Office Action in Ex Parte Reexamination* | Examiner<br>Alford W. Kindred | Art Unit<br>2163 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a☒ Responsive to the communication(s) filed on *18 June 2004* .       b☒ This action is made FINAL.
c☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire <u>3</u> month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination
certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days
will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892.       3. ☐ Interview Summary, PTO-474.

2. ☐ Information Disclosure Statement, PTO-1449.       4. ☐ _____ .

Part II    SUMMARY OF ACTION

1a. ☒ Claims *1-25* are subject to reexamination.

1b. ☐ Claims _____ are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☐ Claims _____ are patentable and/or confirmed.

4. ☒ Claims *1, 9-11, and 20-25* are rejected.

5. ☒ Claims *2-8 and 12-19* are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been  (7a)☐ approved  (7b)☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some*  c)☐ None       of the certified copies have

    1☐ been received.

    2☐ not been received.

    3☐ been filed in Application No. _____ .

    4☐ been filed in reexamination Control No. _____ .

    5☐ been received by the International Bureau in PCT application No. _____ .

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal
matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D.
11, 453 O.G. 213.

10. ☐ Other: _____ .

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 04-01)       Office Action in Ex Parte Reexamination       Part of Paper No. 20050125

Application/Control Number: 90/007,093                                      Page 2
Art Unit: 2163

### Detailed Action

1.      This action is responsive to communications: Re-exam filed on 06/18/04.

        Pending claims are 1-25.


### Allowable Subject Matter

2.      Claims 2-8 and 12-19, are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims.

3.      The following is a statement of reasons for the indication of allowable subject

matter:  The prior art of record fails to teach and/or suggest "generating first

examination results from first version . . . generating second examination results from

second version information . . . generating a preferred version from the first work-space

element and from the copy based on the first and second examination results . . .",

combined with "comparing the first version information against a date and time of last

synchronization."


### Claim Rejections - 35 USC § 103

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

5.    Claims 1, 9-11 and 20-25 are rejected under  as being unpatentable over Wright, US 5,857,201, in view of Hawkins, US# 6,006,274.

As per claims 1, Wright teaches "generating first examination results from first version information which indicates whether a first workspace element stored" (see col. 11, lines 2-30, whereas Wright's determinations of versions is equivalent to applicant's claims language of "results from version information . . .") "generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored" (see col. 11, lines 2-26, whereas Wright's teachings of the checking of profiles combined with client applications versioning element teaches applicant's claim language above) "generating a preferred version from the first workspace element and from the copy based on the first and second examination results" (see col. 11, lines 35) "storing the preferred version at the first store and at the second store" (see col. 11, lines 6-33). **Wright** does not explicitly teach "initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied" -- Wright's enterprise computer environment clearly included a firewall element for security reasons, but does not explicitly teach a firewall element in a manner illustrated in applicant's claim language.  Hawkins teaches "initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied" (see col. 10, lines 44-63, whereas Hawkins firewall element teach applicant's claim language involving the use various firewalls for security reasons and based on a criteria . . . therefore the teachings are synonymous). It would have been obvious at the time of the invention for one ordinary skill in the art to

Application/Control Number: 90/007,093                                      Page 4
Art Unit: 2163

have combined the teachings of Wright and Hawkins, because using the steps of

"initiating steps (a) and (b) from within the firewall when predetermined criteria have

been satisfied" would have given those skilled in the art tools to provide an added

security measure, via a firewall, to network.  This gives users the advantage of

protecting the integrity of data in a network environment more efficiently.

     As per claim 9, this claim is rejected on grounds corresponding to the arguments

given above for rejected claim 1 and is similarly rejected.

     As per claims 10-11, these claims are rejected on grounds corresponding to the

arguments given above for rejected claim and are similarly rejected including the

following:

     --Wright teaches "a general synchronization module . . . for examining first

version information to determine whether a first workspace element has been modified"

(see col. 11, lines 6-34) "a synchronization agent for operating outside the first firewall

and for forwarding to the general synchronization module second version information

which indicates whether an independently modifiable copy of first workspace element

has been modified" (see col. 5, lines 30-59 and col. 11, lines 6-67) "a synchronization –

start module . . . agent when predetermined criteria have been satisfied" (see col. 5,

lines 46-64 and col. 11, lines 1-28).

     As per claim 20, this claim is rejected on grounds corresponding to the

arguments given above for rejected claim 1 and is similarly rejected.

     As per claims 21-22, these claims are rejected on grounds corresponding to the

arguments given above for rejected claim 1 and is similarly rejected.

Application/Control Number: 90/007,093                          Page 5
Art Unit: 2163

    As per claims 23-24, these claims are rejected on grounds corresponding to the arguments given above for rejected claim 1 and are similarly rejected including the following:

    --Wright teaches storing both the first workspace element and the copy at the first store and at the second store" (see col. 11, lines 10-24 and 30-50).

    As per claim 25, this claim is rejected on grounds corresponding to the arguments given above for rejected claim 1 and is similarly rejected including the following:

    --Wright teaches "a global server . ." (see col. 6, lines 23-44) "memory for storing second workspace data . . ." (see col. 11, lines 2-34).

Application/Control Number: 90/007,093                              Page 6
Art Unit: 2163

### *Conclusion*

6.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Alford W. Kindred whose telephone number is 571-272-

4037.  The examiner can normally be reached on Mon-Fri 9:00 am- 5:00 pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Safet Metjahic can be reached on (571) 272-4023.  The fax phone number

for the organization where this application or proceeding is assigned is 703-872-9306.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Alford W. Kindred
Patent Examiner
Tech Ctr. 2100

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 90/007,093 | 6085192 |
| | Examiner | Art Unit | Page 1 of 1 |
| | Alford W. Kindred | 2163 | |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,857,201 | 01-1999 | Wright et al. | 707/104.1 |
| * | B | US-6,006,274 | 12-1999 | Hawkins et al. | 709/248 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

**E**

Photograph of Seven's Lotus Notes demonstration lab described by Dr. Goldberg on page 13 of his May 5, 2005 Expert Report (from entrance door) – taken in May, 2005



Photograph of Seven's Lotus Notes demonstration lab described by Dr.Goldberg on page 13 of his May 5, 2005 Expert Report (from other end of room) – taken in May, 2005



From left to right, there are (see May 24th, 2005 Anderson declaration):
   a) Oracle SQL Server (running on Netware 4.10)
   b) "MOBILE" Notes Client
   c) "GLOBAL" Notes Server
   d) Firewall (and two Ethernet hubs)
   e) "OFFICE" Notes Client
   f) "OFFICE" Notes Server

The vintages of the hardware and software on these systems, as best as can be determined by Visto's counsel, is as follows:

a)

| OS | Novell Netware 4.10 |
|---|---|
| **Release Date** | **November 8, 1994** |
| Oracle | Oracle |
| **Release Date** | **not determined** |
| System | Dell OptiPlex GX1 |
| Model | MMP |
| Serial Number | 45ABV |

| Announce Date | **April 15, 1998** |
|---|---|
| **Manufacture Date** | **4/24/00** |
| Display | NEC Multisync FE950Plus |
| Serial Number | 2335350NA |
| **Manufacture Date** | **Mar-2002** |
| Keyboard | Tronics Scorpius K@ Plus |
| Serial Number | P011101486 |
| Mouse | 1.2A PS/2 Compatible |
| Product ID | 63618OEM5025797-2 |
| Part Number | X0472167 |

b)

| OS | Windows NT Workstation 4.0 SP6 |
|---|---|
| **Release Date (NT 4.0)** | **July 31, 1996** |
| **Release Date (SP6)** | **December 14, 1999** |
| Notes | Notes 4.0 Client |
| **Software Date** | **December 29, 1995** |
| **Release Date** | **Jan-1996** |
| System | Dell OptiPlex GX1 |
| Model | MMP |
| Serial Number | 96U2Y |
| **Announce Date** | **April 15, 1998** |
| **Manufacture Date** | **9/16/99** |
| Name | notes4.lab.howrey.com |
| IP address | 10.0.0.5/24 |
| Display | Dell Ultrascan P991 |
| Serial Number | MX08376T-47741-06C-51GM |
| **Manufacture Date** | **Jun-2000** |
| Keyboard | Dell AT101W |
| Part Number | 00081751 |
| Serial Number | 12741-73J-0828 |
| Mouse | Intellimouse 1.2A PS/2 Compatible |
| Product ID | 63618OEM0680205-6 |
| Part Number | X0472167 |

c)

| OS | Windows NT Server 4.0 SP6 |
|---|---|
| **Release Date (NT 4.0)** | **July 31, 1996** |
| **Release Date (SP6)** | **December 14, 1999** |
| Notes | Notes 4.0 Server |
| **Software Date** | **December 29, 1995** |
| **Release Date** | **Jan-1996** |
| NotesPump | NotesPump Server 2.0 |
| System | Dell OptiPlex GX1 |
| Model | MMP |
| Serial Number | 5IJFS |
| **Announce Date** | **April 15, 1998** |

| Manufacture Date | 9/16/99 |
|---|---|
| Name | notes1.lab.howrey.com |
| IP address | 10.0.0.4/24 |
| Display | Dell Ultrascan P780 |
| Serial Number | MX-06271R-47741-01P-1TQT |
| Part Number | 06271R |
| Manufacture Date | Jan-2000 |
| Keyboard | Dell AT101W |
| Part Number | 0006780D |
| Serial Number | 38843-01U-7906 |
| Mouse | Intellimouse 1.2 PS/2 Compatible |
| Product ID | 63618-OEM-9913857-8 |
| Part Number | X0472167 |

d)

| Firewall | Livingston Portmaster IRX Router Firewall |
|---|---|
| Model | IRX |
| Serial Number | 1A19793 |
| Name | firewall2.lab.howrey.com |
| IP address | 172.16.0.1/24 ether0 |
| IP address | 10.0.0.1/24 ether1 |
| Software | CommOS 3.7.2R |
| Release Date | 11/5/97 |

e)

| OS | Windows NT Server 4.0 SP6 |
|---|---|
| Release Date (NT 4.0) | July 31, 1996 |
| Release Date (SP6) | December 14, 1999 |
| Notes | Notes 4.0 Server |
| Software Date | December 29, 1995 |
| Release Date | Jan-1996 |
| System | Dell OptiPlex GX1 |
| Model | MMP |
| Serial Number | 9I5T9 |
| Announce Date | April 15, 1998 |
| Manufacture Date | 11/30/99 |
| Name | notes2.lab.howrey.com |
| IP address | 172.16.0.2/24 |
| Display | Dell Ultrascan P780 |
| Serial Number | MX-06271R-47741-01S-1WUP |
| Manufacture Date | Jan-2000 |
| Keyboard | Dell AT101W |
| Part Number | 0006780D |
| Serial Number | 388419B0-4215 |
| Mouse | Microsoft Intellimouse 1.1A PS/2 Compatible |
| Product ID | 63618-OEM-6024342-00000 |

| Part Number | X03-48591 |
|---|---|

f)

| OS | Windows NT Workstation 4.0 SP6 |
|---|---|
| **Release Date (NT 4.0)** | **July 31, 1996** |
| **Release Date (SP6)** | **December 14, 1999** |
| Notes | Notes 4.0 Workstation |
| **Software Date** | **December 29, 1995** |
| **Release Date** | **Jan-1996** |
| System | Dell OptiPlex GX1 |
| Model | MMP |
| Serial Number | 86ZIY |
| **Announce Date** | **April 15, 1998** |
| **Manufacture Date** | **10/27/99** |
| Name | notes3.lab.howrey.com |
| IP address | 172.16.0.3/24 |
| Display | Dell Trinitron Ultrascan P70 |
| **Manufacture Date** | **Feb-2000** |
| Keyboard | Dell AT101W |
| Part Number | 00081751 |
| Serial Number | 12741-72R-1718 |
| Mouse | Microsoft Intellimouse 1.1A PS/2 Compatible |
| Serial Number | 00335736 |

97/11/05

ComOS 3.7.2 Release Note


Introduction

The Livingston Enterprises ComOS(R) 3.7.2 software release is now
available for all Livingston PortMaster(R) products.  This release is
provided at no charge to all Livingston customers.

This release note documents commands and features added between ComOS
release 3.7 and 3.7.2.  Some of these features were also available on
the PortMaster 3 in ComOS 3.7.1; there was no ComOS 3.7.1 release for
the other PortMaster products.

Note - You must use PMconsole(TM) 3.5.3 when upgrading to ComOS 3.7.2;
see "Upgrade Instructions" below.  If you are running Windows 95 or
Windows NT 4.0 you must use PMconsole for Windows 3.5.1.4.  ComOS 3.7.2
uses roughly the same amount of memory as ComOS 3.7.  Read "Upgrade
Instructions" thoroughly before upgrading.


Contents

Introduction
New Features in ComOS 3.7.2
Bugs Fixed in ComOS 3.7.2 (all Products)
Bugs Fixed in ComOS 3.7.2 (PortMaster 3)
Upgrade Instructions

New Features in ComOS 3.7.2

DHCP Proxy

ComOS 3.7.2 supports the new "set dhcp-server Ipaddress" command.
In previous releases (and by default in ComOS 3.7.2) the PortMaster
replies directly to a BOOTP request from a dial-in client.  In ComOS
3.7.2, if you set a Dynamic Host Configuration Protocol (DHCP) Server
on the PortMaster, the PortMaster does not reply directly to BOOTP
requests but instead forwards BOOTP and DHCP requests to the DHCP
server, as described in RFC 1542, "Clarifications and Extensions for the
Bootstrap Protocol."


Alternate ChoiceNet(R) Server Is Now Supported

The "set choicenet 2 Ipaddress" command now sets an alternate
ChoiceNet server.  ChoiceNet requests for filter downloads are
retransmitted every 15 seconds, site list requests are retransmitted
every 5 seconds, and a global counter is incremented each time any
request is retransmitted.  At the fourth retransmission the PortMaster
clears the counter and switches to using the other ChoiceNet server
until the retransmission counter reaches 4 again.

Use the "set choicenet Ipaddress" command to set the primary ChoiceNet
server to Ipaddress, and make it the active ChoiceNet server.


### Access Filters Can Now Use ChoiceNet

Previously, ChoiceNet could be used only for packet filters.
ChoiceNet can now be used for access filters for login users
prompted for a host.


### IPX Spoofing Now Supports Both Microsoft and Novell

ComOS now supports IPX keepalive spoofing for on-demand IPX links.
Previous releases supported IPX keepalive spoofing only for Novell
NetWare clients and servers.  ComOS 3.7.2 supports both Novell
keepalives and Microsoft session keepalives.


### Australian ISDN Support

The command "set isdn-switch ts014" is now available on the PortMaster 3
to support the TS014 ISDN PRI switch used in Australia.

Semipermanent connections (SPCs) are supported for switch type ts014 in
Australia.  To set up a SPC with switch-type ts014, set the port type
to network hardwired and set the directory number for the port to the
SPC ID, and then reset the port.


### A-law Support on PortMaster 3

A-law pulse code modulation is now supported for V.34, V.42bis, and
K56flex on the True Digital 56K Card on the PortMaster 3.


### V.110 Support on PortMaster 3

V.110 is now supported over ISDN PRI lines on the PortMaster 3 with the
True Digital V.34 Card (MDM-PM3-8 and MDM-PM3-10) installed.  V.110 is
not supported at this time on the True Digital 56K Card (MDM-56K-8 and

MDM-56K-10), but you can use both types of cards in the same chassis.
In this case, V.110 calls will be routed to the True Digital V.34 Cards for
handling.  When mixing cards for this purpose, put the True Digital 56K
Cards in the low-numbered slots (starting at 0 and counting up) and the
True Digital V.34 Cards in the high-numbered slots (starting at 5 and
counting down).  Slots are numbered from left to right and top to
bottom.  Slot 0 is the top left modem slot.


ATE1 Command Added on PortMaster 3

In previous releases, when you attached to a dial-out port and issued a
dial command with ATDT, the port would print "Dialing..." to indicate
it was dialing.  This caused problems for network com-port redirectors
on Windows 95.  In ComOS 3.7.2, by default dial-out ports do not print
out anything when dialing.  You can turn on the "Dialing..." message by
entering the "ATE1" command before the "ATDT" command.  "ATE0" turns off
the message and is now the default.



Bugs Fixed in ComOS 3.7.2 (All Products)

The following bugs have been fixed on all PortMaster products in
ComOS 3.7.2:


Proxy ARP Supernetting Supported

Proxy ARP is now supported for classless routing, as well as on classed
boundaries. This feature allows supernetting and is compatible with
variable-length subnet masks (VLSM).  Previous ComOS releases
supported Proxy ARP on classed boundaries only.


Frame Relay Subinterfaces Now Start Quickly

All Frame Relay subinterfaces are now available as soon as their primary
Frame Relay interface becomes active. In previous releases, routing packets
were sometimes received on the wrong interface because Frame Relay
subinterfaces took as long as 15 seconds to become active.


Multilink PPP Simultaneous Links Now Establish Correctly

Multilink PPP (MP) sessions now successfully establish multiple links
that arrive simultaneously, in all cases.

Bugs Fixed in ComOS 3.7.2 (PortMaster 3)

The following bugs have been fixed on the PortMaster 3 in ComOS 3.7.2:

PortMaster 3 Modem Card Software Improvements

The "show modem" command no longer displays nonexistent modems in
the ADMIN state when 8-modem cards are used.  The nonexistent modems may
show up in the first two minutes after reboot, but will not be displayed
in normal operation after that.

In ComOS 3.7.1 some modems on the True Digital 56K Card would sometimes
enter the ADMIN state incorrectly.  In some cases the "set M0 on"
command would return the modem to the READY state, but in other cases
the PortMaster required a reboot to return the modem to the READY state.

In ComOS 3.7.2 the three reasons a modem might enter this error state
have all been fixed.

A bug in ComOS 3.7.1 causing modem disconnections following retraining
(rate renegotiation) is fixed in ComOS 3.7.2.

The modems on the True Digital 56K Card have been improved to
provide higher connection rates and more stable operation.

Modem Disconnections Fixed

In ComOS 3.7, certain modems (particularly the USR Sportster) dialing
in to a PortMaster 3 with True Digital 56K Cards would hang up 5 to 10
minutes into an active session.  The typical disconnection code
reported for this behavior by the "show modem" command was "Exceeded
LAPM retry limit."  This problem has been fixed in ComOS 3.7.2.

Random No Modem Tones Fixed

In ComOS 3.7, certain modems dialing into a PortMaster 3 with "True
Digital 56K Cards" would intermittently receive no modem tones.  This
is fixed in ComOS 3.7.1.

Call Type Detection Timer Extended

The time during which ComOS on the PortMaster 3 detects whether a call
is from a modem or ISDN has been extended from 10 seconds to 90 seconds
to support certain ISDN devices that do not identify themselves within

the first 10 seconds. In previous releases, ComOS timed out after 10
seconds.

### PortMaster 3 two E1 Multichassis PPP crash

ComOS 3.7.2 fixes a bug that caused use of Multichassis PPP (MCPPP) to
sometimes crash the PortMaster 3 with two E1 lines (PM-3A-E2 and
PM-3D-E2).

Note that Multichassis PPP is only available on the PortMaster 3.

### Multichassis PPP Idle Timer and Virtual Ports Fixed

Idle timers for Multichassis PPP now behave properly and no longer time out
slave ports that have traffic. In addition, virtual ports no longer
randomly show users who have logged out as still being logged in.

### RADIUS Accounting for Multichassis PPP

RADIUS accounting records are now properly generated on Multichassis
PPP (MCPPP) sessions.

### RADIUS Connect-Info Now Reported When No Error Protocol Is Negotiated

The Connect-Info attribute is now included in RADIUS access-request and
accounting-request messages even when the modems do not negotiate an error
protocol.  Connection speeds formerly reported as "50K" are now properly
reported as "50000".

### Upgrade Instructions

WARNING! YOU MUST USE PMINSTALL VERSION 3.5.3 OR LATER TO PERFORM THIS
UPGRADE! If you are upgrading using PMconsole for Windows, you must use
PMconsole for Windows version 3.5.1.4 or later.

If you are upgrading from ComOS 2.3 or 2.4 to ComOS 3.7.2, you must
first upgrade to ComOS 3.0.4, reboot, and then upgrade to ComOS 3.7.2.

*** NOTE! If the upgrade fails, do NOT reboot!  Contact Livingston ***
*** Technical Support without rebooting.                          ***

The upgrade process on the PortMaster 3 erases the configuration
area from nonvolatile memory and saves the current configuration into
the nonvolatile memory.  Never interrupt the upgrade process, or loss

of configuration information can result.

The upgrade does not otherwise affect your stored configuration in the
PortMaster. If you want to back up your PortMaster configuration before
upgrading, choose the Backup PortMaster button in PMconsole for
Windows, or run pmreadconf on UNIX.  The pmreadconf utility takes three
arguments: the hostname or IP address of the PortMaster, the
administrative password for the PortMaster, and the filename to place the
configuration in.  If you ever need to reload the configuration, move
the backup file into the /usr/portmaster/data directory and run
pminstall to reload it.  Here is an example:

```
cd /usr/portmaster
pmreadconf Pmname Pmpassword data/Pmname.conf
chmod 600 data/Pmname.conf
```

You can retrieve the installation software using FTP from
ftp://ftp.livingston.com/pub/le/software/System/Tarfile.tar.Z
by replacing System and Tarfile.tar.Z with the names of the files.  You
can retrieve the upgrade image at the same time. The following example
shows an administrator retrieving the SunOS pminstall and PortMaster 3
upgrade image:

```
umask 22
mkdir /usr/portmaster
cd /usr/portmaster
ftp ftp.livingston.com
 (Enter anonymous)
 (Enter your email address; it will not echo.)
  binary
  cd /pub/le/software/sun4
  get pm_3.5.3_sun4.tar.Z pm.tar.Z
  cd /pub/le/upgrades
  get pm3_3.7.2
  quit
uncompress pm.tar.Z
tar xvf pm.tar
rm pm.tar
mv pm3_3.7.2 data
pminstall
```

PMconsole 3.5.1.4 for Windows 95 and Windows NT 4.0 is available on
ftp://ftp.livingston.com/pub/le/software/pc/pmw3514.exe in a
self-extracting file.  Transfer that file via FTP, run the file to
install PMconsole for Windows, move the upgrade file into the data
directory, run PMconsole for Windows, and click on the Upgrade icon.

PMconsole for the following operating systems can be found under
ftp://ftp.livingston.com/pub/le/software/

```
bsdi/pm_3.5.3_BSDOS_2.0.tar.Z          BSD/OS 2.0 and 2.1
sgi/pm_3.5.3_IRIX_5.2.tar.Z            SGI Irix 5.2
linux/pm_3.5.3_Linux.tar.Z            Linux 1.2.13 ELF
rs6000/pm_3.5.3_RS6000_4.1.tar.Z      RS6000 AIX 4.1
alpha/pm_3.5.3_alpha_T3.0.tar.Z        Digital Alpha OSF/1 T3.0
hp/pm_3.5.3_hp9000_10.01.tar.Z         HP 9000 HP/UX 10.01
sun4/pm_3.5.3_sun4.tar.Z               SunOS 4.1.4, 5.5.1 on Sparc
sun86/pm_3.5.3_sun86_5.5.tar.Z         Solaris x86 2.5.1
pc/pmw3514.exe                         Windows 95 and Windows NT 4.0
```

The following upgrade images are available at
ftp://ftp.livingston.com/pub/le/upgrades/

| ComOS | Upgrade Image | Product |
|-------|---------------|---------|
| 3.7.2 | pm2_3.7.2 | PortMaster 2, 2E, 2ER, ZR, 2i, 2E-10i |
| 3.7.2 | pm25_3.7.2 | PortMaster 25 |
| 3.7.2 | pm3_3.7.2 | PortMaster 3 |
| 3.7.2R | irx_3.7.2R | IRX-111, 112, 114, 211 |
| 3.7.2L | or_3.7.2L | OR-M, U, ST, LS and HS |

### Copyright and Trademarks

Copyright 1997 Livingston Enterprises, Inc. All rights reserved.

The Livingston logo, PortMaster, ComOS, and ChoiceNet are registered
trademarks of Livingston Enterprises, Inc. Livingston, PMconsole, IRX,
True Digital, and RAMP, are trademarks of Livingston Enterprises, Inc.
ProVision is a service mark of Livingston Enterprises, Inc. All other
marks are the property of their respective owners.

### Notices

Livingston Enterprises, Inc. makes no representations or warranties
with respect to the contents or use of this publication, and specifically
disclaims any express or implied warranties of merchantability or
fitness for any particular purpose. Further, Livingston Enterprises,
Inc. reserves the right to revise this publication and to make changes
to its content, any time, without obligation to notify any person or
entity of such revisions or changes.

### Contacting Livingston Technical Support

Livingston provides technical support via voice, fax, and electronic
mail. Technical support is available Monday through Friday from 6 a.m.

through 5 p.m. Pacific Time (GMT-8).  Please specify that you are
running ComOS 3.7.2 if you are reporting problems with this release.

To contact Livingston Technical Support by voice, dial 1-800-458-9966
within the US or 1-510-737-2100 outside the US; by fax, dial
1-510-737-2110; by electronic mail, send mail to
support@livingston.com; and through the World Wide Web, access
http://www.livingston.com/.







Microsoft.com Home | Site Map

Search Microsoft.com for:    [Go]

Se....h for a download:

[Go]

Download Center Home

**Download Categories**

Games

DirectX

Internet

Windows (Security & Updates)

Windows Media

Drivers

Office and Home Applications

Mobile Devices

Macintosh & Other Platforms

Server Applications

System Management Tools

Development Resources

**Download Resources**

Download Center Help

Related Download Sites

Update Services

Download Notifications

   iwide Downloads



# Windows NT 4.0 Service Pack 6 (SP6) Security Patch: Predictable TCP Initial Sequence Number Vulnerability

Microsoft has released a patch that significantly improves the randomness of the TCP initial sequence numbers (ISNs) generated by the TCP/IP stack in Microsoft® Windows NT® 4.0. Improving the randomness of ISNs eliminates a class of potential attacks against Windows NT systems.

### Quick Info

| | |
|---|---|
| **Download Size:** | 337 KB - 672 KB |
| **Date Published:** | 12/14/1999 |
| **Version:** | TCP-SP6 |

**Windows NT 4.0 Servi...**
**Pack 6 (SP6) Security**
**Patch: Predictable TCP**
**Initial Sequence Numb...**
**Vulnerability**
English

Download files below

### Overview

Microsoft has released a patch that significantly improves the randomness of the TCP initial sequence numbers (ISNs) generated by the TCP/IP stack in Microsoft® Windows NT 4.0. Improving the randomness of ISNs eliminates a class of potential attacks against Windows NT 4.0 systems.

**Related Resources**

• More Information

**Change language**

[ English         ‡]  [Go]

### System Requirements

* **Supported Operating Systems:** Windows NT

Windows NT 4.0 Service Pack 6
- DEC Alpha for q243835a.exe
- Intel for q243835i.exe

### Instructions

- Select "Run this Program from its Current Location" to start the install immediately.
- Select "Save this Program to Disk" to copy the download to your machine for installation at a later time.

### Files in this Download

Below are links to the separate files available for this download.

| File Name: | File Size |
|---|---|
| q243835a.exe | 337 |
| q243835i.exe | 336 |

Case 3:04-cv-00651-EMC   Document100-18   Filed11/22/05   Page65 of 76

Manage Your Profile , Contact Us

© 2005 Microsoft Corporation. All rights reserved. Terms of Use : Trademarks   Privacy Statement

engine (available from the Web).

Analysts believe Windows NT Server 4.0 is positioned to capture a significant percentage of intranet server sales, which will fuel its strong growth. According to a recent study conducted by MSI International Inc., an independent marketing research firm, adoption of intranets will grow by 150 percent by year end.

"The concept of the intranet is dominating the thoughts of IT managers trying to improve both employee productivity and the competitive performance of their companies," said Rob Enderle, senior industry analyst at the Giga Information Group. "With this release, Microsoft has effectively targeted these intranet needs with a highly integrated, low-cost platform. As a result, we expect Windows NT Server 4.0 will be the preferred choice for most IT organizations."

### Enhancements in Windows NT Server 4.0

"Windows NT Server 4.0 is a major milestone in our development. It is substantially faster, much easier to use and incorporates significantly new intranet functionality," said Jim Allchin, senior vice president, desktop and business systems division at Microsoft. "With over 200,000 beta users, this is the most widely tested version of Windows NT. Because of rigorous testing and substantial customer feedback, Windows NT 4.0 is the most robust version of Windows NT we have ever shipped."

Windows NT Server 4.0 offers scalability improvements of up to 33 percent, yielding more linear scalability on machines with eight or more processors. The additional fine tuning for the Pentium® Pro platforms to ensure high performance makes Windows NT Server 4.0 optimized for this type of hardware.

"The combination of Pentium Pro processors and Microsoft Windows NT Server 4.0 delivers superb value and price/performance," said John McNulty, director of enterprise server programs at Intel Corp. "The scalability and performance of Windows NT Server 4.0 on Pentium Pro processors will continue to fuel the strong industrywide adoption of Windows NT Server and will help further drive the growth

rates for Pentium Pro processors and standard high-volume servers."

Windows NT Server 4.0 provides features to reduce the number of steps required for a system administrator to install, use and manage a server. It offers a set of Internet and intranet tools and improved performance as an applications, file, print and communications server. Enhancements include the following:

- **The Windows® 95 user interface and new management wizards.** These enhancements make Windows NT Server 4.0 one of the easiest server operating systems to use and manage.
- **Performance and scalability improvements.** Windows NT Server 4.0 offers significant scalability improvements over Windows NT Server 3.51, achieving considerably higher performance on four-processor machines and offering much more linear scalability on machines with eight or more processors. File server performance in Windows NT Server 4.0 also shows dramatic gains, achieving more than twice the throughput of Windows NT Server 3.51 (tests were performed using Netbench™ 4.0).
- **Improved Internet and intranet communications.** Microsoft Internet Information Server 2.0, the fastest Web server for Windows NT Server, offers up to 40 percent greater performance than its predecessor, version 1.0. Also added are Web browser-based remote server administration and Index Server, a searching technology that offers automatic content indexing of HTML pages and other documents stored on corporate intranet servers, such as those created in Microsoft Office. Windows NT Server 4.0 also includes Microsoft FrontPage 1.1, allowing nonprogrammers as well as experienced developers to create and manage professional-quality Web sites. The Distributed Component Object Model is one other key addition to Windows NT Server 4.0. The Component Object Model (COM) allows software developers to create component-based applications. Distributed COM in Windows NT Server 4.0extends COM to allow components



**PressPass - Information for Journalists**

PressPass Home   |   PR Contacts  |  Fast Facts About Microsoft  |  Site Map  |  Advanced Search  |  RSS Feeds

**Microsoft News**
Products & Issues
Consumer News
International News
Legal News
Events

**Microsoft Executives**
Exec Bios/Speeches
Board of Directors
Bill Gates Web Site
Executive E-Mail

**Other Corporate Info**
Investor Relations
Analyst Relations
Fast Facts About Microsoft
Image Gallery
Microsoft Research
   ys on Technology
Community Affairs

**Archives by Month**
Press Releases
Top Stories



# Microsoft Announces the Release of Windows NT Server 4.0

## Windows NT Server 4.0 Brings Customers Vast Improvements in Ease of Use, Performance and Intranet Functionality

**REDMOND, Wash. - July 31, 1996 -** Microsoft Corp. today announced the release of Windows NT® Server 4.0, the latest version of the world's best-selling server operating system. This release brings customers unmatched ease of use and management, higher network throughput, and a complete set of tools for developing and managing intranets. Manufacturing of Microsoft® Windows NT Server 4.0 began today, with general availability anticipated within the next month.

According to International Data Corp. (IDC) Windows NT Server led in server operating system shipments in 1995 and again in first-quarter 1996, outselling other server operating systems including NetWare 3®, NetWare 4 and all versions of UNIX combined. Windows NT Server growth is most evident in its year-over-year sales increase of 154 percent from first-quarter 1995 to first-quarter 1996.

**Integrated Intranet Solution**

Windows NT Server 4.0 is the only server operating system to include built-in Web services that provide a complete, integrated intranet solution. Windows NT Server 4.0 includes Microsoft Internet Information Server (IIS) version 2.0, currently in use by more than 200,000 users. Other intranet features include the Microsoft FrontPage™ 1.1 Web authoring and management tool, the latest version of the tool for creating and managing Web sites, and Microsoft Index Server, a content indexing and querying search

to securely communicate across the Internet. Distributed COM is a growing Internet standard, and it has been published in conformance with the format specified in RFC 1543. A completely new version of DNS includes a graphical administration utility and integration with WINS services for dynamic updates of host names and addresses. To enable the creation of virtual private networks across the Internet, Windows NT Server 4.0 offers point-to-point tunneling protocol (PPTP), a technology that extends the capacity of RAS to enable secure, low-cost private networks without the need to change the client software.

## Pricing and Availability

Microsoft Windows NT Server 4.0 is scheduled to be available within the next month for approximately $1,129 for the new 10-user version. Customers with previous versions of Windows NT Server can upgrade to version 4.0 for approximately $539 for the 10-user version. Additional information on pricing for Windows NT Server 4.0 is available at http://microsoft.com/ntserver/40price.htm

Founded in 1975, Microsoft (NASDAQ "MSFT") is the worldwide leader in software for personal computers. The company offers a wide range of products and services for business and personal use, each designed with the mission of making it easier and more enjoyable for people to take advantage of the full power of personal computing every day.

Microsoft, Windows NT, FrontPage and Windows are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.

Pentium is a registered trademark of Intel Corp.

Netbench is a trademark of Ziff-Davis Publishing Company L.P.

- Note to editors: If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at **http://microsoft.com/presspass/** or for more information on Windows NT Server visit

http://microsoft.com/ntserver/.

Manage Your Profile | Subscribe | Contact Us

005 Microsoft Corporation. All rights
reserved. Terms of Use | Trademarks | Privacy Statement

Case3:04-cv-00651-EMC Document100-18 Filed11/22/05 Page71 of 76

Buy Online or Call




BACK TO: USA

## Dell Announces New Powerhouse Dell Dimension XPS PCs with New Intel's Fastest-Ever Pentium II Processors

Round Rock, Texas, April 15, 1998

Dell Computer Corporation (Nasdaq:DELL), the world's leading direct computer systems company, today announced two new Dell Dimension™ XPS PCs that combine Intel's latest Pentium™ II processors with powerful 3D audio and video solutions and expansive 16.8GB hard drives.

The new Dell Dimension XPS R350 and R400 for small business and home PC users were introduced today with other new Dell products based on Intel's new 350MHz and 400MHz processors, including: Dell PowerEdge™ 2300 servers, Dell Precision™ ; Workstation, Dell Inspiron™ ; and Latitude notebooks and the OptiPlex™ GX1 corporate desktop PC.

The new Dell Dimension XPS R series PCs are the most powerful members of the Dell Dimension family, which is the industry's most award winning desktop PC*. The Dell Dimension XPS R400 is expected to increase performance over the Dell Dimension XPS D333 with the Intel 333MHz Pentium™ II processor by as much as 25 percent. Prices for the Dell Dimension XPS R series start at $2,129 with a 17-inch (15.9-inch viewable) color monitor and 64MB of memory and a certificate for a free upgrade to Microsoft Windows 98.

"Today's announcement of the new Dell Dimension XPS R350 and R400 highlights Dell's commitment to build powerful and reliable PCs with the latest, relevant technology for our rapidly expanding base of small business and home PC customers," said Carl Stolle, vice president and general manager of Dell Dimension. "Today's new Dell Dimension PCs offer quality and better performance for demanding applications such as digital imaging, 3D visualization, video communications and high-end games."

### More than 100 Million Configurators to Choose

With the addition of the new Dell Dimension XPS R series, customers now have more than 100 million configuration options to choose. The majority of Dimension PC customers use Dell's built-to-order model to build rich configurations that range from 233MHz to 400MHz Intel Pentium II processors.

Starting today, Dell Dimension customers can extend to those configurations to include IBM 14.4GB and 16.8GB hard drives with enough capacity to store eight hours of full-motion video or information that when printed fills more than 16 pickup trucks. Dell Dimension has enhanced the performance of these hard drives when used with Windows 95 by more than 100 percent with an exclusive disk performance driver developed by Genesis One in Boca Raton, Fla.

### Latest 3D Audio and Video Features

With the latest 3D audio and video features of the Dell Dimension XPS R series, PC users can experience rich multimedia and sounds that seem to emanate from around the room. The simulated surround-sound capabilities come from a unique combination of USB-controlled Altec Lansing speakers and patented A3D positional, surround sound from the Turtle Beach Montego A3D™ ; audio. Now in addition to chasing bad guys in front of them, power PC gamers can hear and defend themselves from the villains lurking behind them.

The Dell Dimension XPS R series multimedia experience is further enhanced with second-generation DVD drives from Hitachi and video solutions by STB and Diamond Technologies.

"A vital element to the Dell Dimension award-winning design is the selection of the industry's best technology providers for the key components of the Dimension product line," said Bill Peterson, Dell Dimension marketing director. "Dell's direct model makes it easy for Dimension customers to have fast access to the latest technologies at affordable prices."

### Prices and Configurations

Prices and configurations for the new Dell Dimension R series begin at $2,129, including a 17-inch (15.9 viewable) color monitor. For more information, visit Dell's Dimension web site. Examples of today's options include:

| Dell Dimension XPS R350 | Dell Dimension XPS R350 | Dell Dimension XPS R400 |
|---|---|---|
| 350 Mhz Pentium II Processor | 350 Mhz Pentium II Processor | 400 Mhz Pentium II Processor |
| 64 MB nonECC memory | 64 MB non-ECC memory | 64 MB non-ECC memory |
| 6.4 GB Hard drive | 8.4 GB Hard drive | 14.4 GB Hard drive |
| 1000LS monitor(15.9" v.i.s.) | 1000HS monitor(15.9" v.i.s.) | 1200HS monitor(17.9" v.i.s.) |
| STB nVidia Plus | STB nVidia Plus | STB nVidia Plus |
| 14/32X IDE CD ROM | Hitachi DVD ROM drive | Hitachi DVD ROM drive |
| | Turtle Beach PCI audio | Turtle Beach PCI audio |
| | 56K WinModem | 56K WinModem |
| | ACS 295 speakers | ACS 495 speakers |
| Keyboard/MS Intellimouse | Keyboard/MS Intellimouse | Keyboard/MS Intellimouse |
| MS Office SBE w/Encarta | MS Office SBE w/Encarta | MS Office SBE w/Encarta |
| McAfee Anti-Virus | McAfee Anti-Virus | McAfee Anti-Virus |
| MS Windows 95/IE 4.0 | MS Windows 95/IE 4.0 | MS Windows 95/IE 4.0 |
| 3 Year Limited Warranty[1] | 3 Year Limited Warranty[1] | 3 Year Limited Warranty[1] |
| $2,129 | $2,919 | $3,394 |

Ranked in the top 200 of Fortune 500® companies, Dell Computer Corporation is the world's leading direct computer systems company, based on revenues of $12.3 billion for the past four quarters. Dell designs and customizes products and services to end-user requirements, and offers an extensive selection of peripherals and software through the DellWare program. Information on Dell and its products can be obtained through its toll-free number 1-800-388-8542 or by accessing the Dell World Wide Web server at www.dell.com.

---

BACK TO: USA  Printable Version

---

[1] For a complete copy of Guaranties and Limited Warranties, please write Dell USA, L.P., Attn: Warranties, One Dell Way, Round Rock, TX 78682.

DellWare is a service mark of Dell Computer Corporation.

Dimension is a trademark of Dell Computer Corporation.

Fortune 500 is a registered trademark of Time Inc.

Inspiron is a trademark of Dell Computer Corporation.

Intel and Pentium are registered trademarks and MMX is a trademark of Intel Corporation.

Latitude is a trademark of Dell Computer Corporation.

Microsoft is a registered trademark of Microsoft Corporation.

Windows 95 is a registered trademark of Microsoft Corporation.

OptiPlex is a trademark of Dell Computer Corporation.

PowerEdge is a trademark of Dell Computer Corporation.

Dell Precision is a trademark of Dell Computer Corporation.

Dell is a trademark of Dell Computer Corporation.

5/30/05 2:47 PM

Dell disclaims any proprietary interest in the marks and names of others.

Copyright 1999-2005 Dell Inc. For customers of the 50 United States and the District of Columbia only.
Site Terms | Terms and Conditions of Sale | Privacy Policy | About Dell | Careers | Contact Us | Site Map

⌃ Top

⊕ Large Text

**Microsoft**

**PressPass - Information for Journalists**

| PressPass Home | PR Contacts | Fast Facts About Microsoft | Site Map | Advanced Search | RSS Feeds |

**Microsoft News**
  Products & Issues
  Consumer News
  International News
  Legal News
  Events

**Microsoft Executives**
  Exec Bios/Speeches
  Board of Directors
  Bill Gates Web Site
  Executive E-Mail

**Other Corporate Info**
  Investor Relations
  Analyst Relations
  Fast Facts About
  Microsoft
  Image Gallery
  Microsoft Research
    ys on Technology
  Community Affairs

**Archives by Month**
  Press Releases
  Top Stories



# Microsoft Announces the Release of Windows NT Workstation 4.0

## Combines the Ease of Use of Windows 95 With the Power of Windows NT

REDMOND, Wash. - July 31, 1996 - Microsoft Corp. today announced the release of the Microsoft® Windows NT® Workstation operating system version 4.0. Manufacturing of Windows NT Workstation 4.0 began today with general availability scheduled within the next month.

Windows NT Workstation 4.0 combines the ease of use of the Windows® 95 operating system with the reliability and security that have made Windows NT a success in the demanding workstation marketplace. International Data Corp. (IDC) recently reported that in 1995, shipments of Windows NT Workstation exceeded the combined workstation shipments of the two largest competitors, Sun Microsystems Inc. and SGI. IDC expects a 47 percent growth rate in Windows NT Workstation in the workstation market between 1995 and 2000. This momentum is due in part to wide-scale adoption of the open development environment of Windows NT 4.0, leading to support of over 6,000 different types of hardware.

The combination of Windows NT power and the Windows 95 user interface makes this latest version an ideal choice for mainstream business computing. This release also includes built-in networking support, providing secure, easy access to the Internet and corporate intranets. New administrative features now make it easier to manage and control, which helps reduce the total cost of operation.

"Today's announcement is great news for our corporate customers, many of whom deploy a mix of Windows 95 and Windows NT Workstation to get both the broad compatibility of Windows 95 and the power of Windows NT Workstation," said Jim Allchin, senior vice president of the desktop and business systems division at Microsoft.

# Enhancements in Windows NT Workstation 4.0

The newest version of Windows NT Workstation includes these benefits:

- **Greater ease of use** with the Windows 95 user interface, including the familiar Start button, Taskbar, Shortcuts, Network Neighborhood, My Computer and more. Windows NT Workstation also includes Windows NT Explorer, providing users a hierarchical view, or tree, of each drive and folder on the computer, including network drives, making information management simple.
- **Built-in access to the Internet and corporate intranets.** Microsoft Internet Explorer is the easy-to-use browser designed for 32-bit Windows that provides easy and secure Internet access. Peer Web Services enable low-volume personal Web publishing in corporate intranets. PWS is tightly integrated into the Windows NT security model, ensuring safe and secure sharing of information.
- **Easy to manage and control.** User Profiles and System Policies allow system administrators to manage user desktops easily, including the ability to control access to the network and desktop resources as well as support for users roaming between multiple workstations. Also included is Setup Manager, a new utility that assists system administrators in creating installation scripts which reduce the time and effort required for deployment, as well as an improved version of the Windows NT Diagnostics Program to allow fast, remote desktop troubleshooting. These built-in tools help administrators reduce the total cost of ownership of distributed PCs.

## Expanded Programs and Policies Target Smooth Corporate Migration

To make it easier for corporate customers to adopt and use both Windows NT Workstation and Windows 95, Microsoft has introduced the Designed for Windows NT and Windows 95 Logo program. This logo program is an evolution of the Designed for Windows 95 logo and signifies to customers that the products they acquire function on Windows NT Workstation 4.0 and Windows 95, and offer the benefits of 32-bit systems when they are run on either version of Windows.

Users of Windows NT Workstation version 4.0 will also benefit from an expanded support policy that raises the

number of no-charge support incidents from one to two.

**Pricing and Availability**

Microsoft Windows NT Workstation version 4.0 will be available within the next month for approximately $319. The price for customers upgrading from previous versions of Windows NT Workstation is approximately $149. For customers who have inadvertently used Windows NT Workstation 3.x as a server (with more than 10 inbound connections), a special promotional upgrade to Windows NT Server 4.0 is available for 90 days at $409.

Founded in 1975, Microsoft (NASDAQ "MSFT") is the worldwide leader in software for personal computers. The company offers a wide range of products and services for business and personal use, each designed with the mission of making it easier and more enjoyable for people to take advantage of the full power of personal computing every day.

Microsoft, Windows NT and Windows are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.

**For online product information:**

Windows Internet Web site:
**http://microsoft.com/windows/**

**For complete logo program requirements for participating software:**

Windows Internet Web site:
**http://microsoft.com/windows/thirdparty/**

Note to editors: If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at **http://microsoft.com/presspass/** on Microsoft's corporate information pages.

Manage Your Profile ¦ Subscribe ¦ Contact Us

© 2005 Microsoft Corporation. All rights reserved. Terms of Use ¦ Trademarks ¦ Privacy Statement