# Exhibit N
## to the
## Declaration of Sabin Head In Support of Visto's Motion for Preliminary Injunction









# VisualRoute 2006 Trial Version Business Edition

File  Edit  Options  Maps  Tools  Help

Protocol: None   Address: connect.sproqit.com   Port:   IP Addresses: 207.97.211.195

Trace: connect.sproqit.com | Traceroute

## Report for connect.sproqit.com [207.97.211.195]

### Analysis
This trace was started on Nov 22, 2005 3:03:57 PM. The host 'connect.sproqit.com' has been found, and is reachable in 19 hops. The TTL value of packets received from it is 111.
In general this route offers a good throughput, with hops responding on average within 51ms. However, hop 17 in network 'Rackspace.com RSPC-NET-4' is noticeably slower than others. The DNS lookup was completed almost instantaneously (less than 2ms - this may be the result of caching).

### Route Table

| Hop | %Loss | IP Address | Node Name | Location | Tzone | ms | Graph |
|---|---|---|---|---|---|---|---|
| | | 192.168.0.2 | User1 | | | | |
| | | 69.238.122.252 | adsl-69-238-122-252.dsl.pltn13.pa | * | | 1 | |
| | | 69.238.122.254 | adsl-69-238-122-254.dsl.pltn13.pa | Pleasanton, CA, USA | -08:00 | 2 | |
| | | 67.123.246.165 | adsl-67-123-246-165.dsl.pltn13.pa | Pleasanton, CA, USA | -08:00 | 13 | |
| | | 64.164.97.131 | dist4-vlan60.pltn13.pbi.net | Pleasanton, CA, USA | -08:00 | 12 | |
| | | 151.164.42.102 | bb2-10g2-0.pltnca.sbcglobal.net | Pleasanton, CA, USA | -08:00 | 26 | |
| | | 151.164.240.137 | bb1-p5-0.crscca.sbcglobal.net | Plano, TX, USA | -08:00 | 14 | |
| | | 151.164.41.109 | ex2-p5-0.eqsjca.sbcglobal.net | Plano, TX, USA | | 31 | |
| | | 151.164.248.174 | asn6468-abovenet.eqsjca.sbcglob | Plano, TX, USA | | 14 | |
| | | 64.125.30.178 | so-5-0-0.mpr4.sjc2.us.above.net | San Jose, CA, USA | -08:00 | 15 | |
| | | 64.125.29.50 | so-2-3-0.cr1.dfw2.us.above.net | Dallas, TX, USA | | 62 | |
| | | 64.125.28.210 | so-0-0-0.cr2.dfw2.us.above.net | Dallas, TX, USA | -05:00 | 62 | |
| | | 64.125.29.10 | so-2-0-0.cr2.dca2.us.above.net | Washington, DC, USA | -05:00 | 82 | |
| | | 64.125.28.130 | so-6-0-0.mpr2.iad1.us.above.net | Dulles, VA, USA | -05:00 | 83 | |
| | | 64.125.29.134 | so-3-0-0.mpr1.iad2.us.above.net | Dulles, VA, USA | -05:00 | 82 | |
| | | 64.125.30.117 | | Dulles, VA, USA | -05:00 | 81 | |
| | | 209.249.11.37 | 209.249.11.37.available.above.net | | | 83 | |
| | | 69.20.1.40 | wlan903.core3.iad1.rackspace.com | San Jose, CA | | 122 | |
| | | 69.20.3.51 | aggr112a.iad1.rackspace.com | San Antonio, TX | | 84 | |
| | | 207.97.211.195 | connect.sproqit.com | San Antonio, TX | | 83 | |

Click on an item in the table to see more information

(Collapse Table)

Roundtrip time to connect.sproqit.com, average = 83ms, min = 83ms, max = 84ms -- Nov 22, 2005 3:04:18 PM