1  **MANATT, PHELPS & PHILLIPS, LLP**
   RONALD S. KATZ (State Bar No. 85713)
2  ROBERT D. BECKER (State Bar No. 160648)
   J. BRUCE MCCUBBREY (State Bar No. 38817)
3  MICHELLE GILLETTE (State Bar No. 178734)
   1001 Page Mill Road, Building 2
4  Palo Alto, CA  94304-1006
   Telephone:     (650) 812-1300
5  Facsimile:      (650) 213-0260

6  *Attorneys for Plaintiff*
   VISTO CORPORATION
7
   **DORSEY & WHITNEY LLP**
8  SRI K. SANKARAN (State Bar No. 236584)
   555 California Street, Suite 1000
9  San Francisco, CA  94104-1513
   Telephone:   (415) 781-1989
10 Facsimile:  (415) 398-3249

11 Devan V. Padmanabhan (Admitted *pro hac vice*)
   Suite 1500, 50 South Sixth Street
12 Minneapolis, MN  55402-1498
   Telephone:  (612) 341-2600
13
   *Attorneys for Defendant*
14 SPROQIT TECHNOLOGIES, INC.

15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                     **SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| 20  VISTO CORPORATION, | Case No.  C 04-0651 EMC |
| 21       Plaintiff, | **[PROPOSED] ORDER GRANTING VISTO AND SPROQIT'S JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 REGARDING USE OF DEMONSTRATIVES FOR ORAL ARGUMENT ON ITS MOTION FOR PRELIMINARY INJUNCTION** |
| 22       v. | |
| 23  SPROQIT TECHNOLOGIES, INC., | |
| 24       Defendant. | |
| 25 | Hearing Date:   January 18, 2006 |
| 26 | Time:               10:30 a.m.<br>Courtroom:     C, 15th Floor<br>Judge:              Hon. Edward M. Chen |
| 27 | |

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

**PROPOSED ORDER FOR VISTO AND SPROQIT'S
JOINT MOTION FOR
ADMINISTRATIVE RELIEF
PURSUANT TO LOCAL RULE 7-11**
CASE NO. C 04-0651 EMC

20150165.1                                    - 1 -

1   Presently before the Court is Visto and Sproqit's Joint Motion For Administrative Relief
2   Pursuant To Local Rule 7-11 Regarding Use Of Demonstratives For Oral Argument On Visto's
3   Motion For Preliminary Injunction scheduled for hearing at 10:30 a.m. on January 18, 2006.

4   The parties have stipulated to the relief requested in this motion.

5   "PURSUANT TO THE PARTIES JOINT MOTION AND STIPULATION and good
6   cause appearing, IT IS SO ORDERED that the parties' Joint Motion for Administrative Relief is
7   GRANTED.

8
9
10  Dated: January 12, 2006

    _____
    Honorable Judge Edward M. Chen
    United States District Court Magistrate Judge

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

20150165.1

- 2 -

**PROPOSED ORDER FOR VISTO AND SPROQIT'S JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11**
Case No. C 04-0651 EMC