# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

VISTO CORPORATION

        Plaintiff(s),

v.

SPROQIT TECHNOLGIES INC.

        Defendant(s).

CASE NO. C-04-0651-EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Greg Travis Warder, an active member in good standing of the bar of California, whose business address and telephone number is Manatt, Phelps & Phillips, LLP, 1001 Page Mill Rd., Bldg 2, Palo Alto, CA 94304 650-812-1300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Visto Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/18/06

                                  United States ~~District~~ Magistrate Judge