# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SPROQIT TECHNOLOGIES, INC.<br><br>    Defendant. | CASE NO.: 04-0651 EMC<br><br>Before The Honorable Edward M. Chen<br><br>[~~PROPOSED~~] ORDER WITHDRAWING SPROQIT'S MOTION FOR PROTECTIVE ORDER<br><br>Hearing Date:  February 22, 2006<br>Time:          10:30 AM<br>Courtroom:     Courtroom C, 15th Floor<br>Judge:         Edward M. Chen |

IT IS HEREBY ORDERED THAT

1. Defendant's Motion for Protective Order is **withdrawn.**

2. The hearing set for February 22, 2006 at 10:30 a.m. is **vacated.**

IT IS SO ORDERED.

DATED: February 8, 2006



_____
The Honorable
United States Magistrate Judge