| | |
|---|---|
| 1  DORSEY & WHITNEY LLP | RECEIVED |
| 2  Sri Sankaran (SBN 236584) | 06 MAR 17 PM 3: 44 |
| 3  555 California Street, Suite 1000<br>San Francisco, CA 94104-1513 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 4  Telephone: (415) 781-1989<br>Facsimile: (415) 398-3249 | |

5

6  Devan V. Padmanabhan (Admitted *pro hac vice*)
    Suite 1500, 50 South Sixth Street
7  Minneapolis, MN 55402-1498
    Telephone: (612) 340-2600

8

9  Attorneys for Defendant
   Sproqit Technologies, Inc.

10

11                    UNITED STATES DISTRICT COURT

12                THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  Visto Corporation, | CASE NO: C 04 0651 (EMC) |
| 16       Plaintiff, | ~~(PROPOSED)~~ |
| 17       vs. | ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |
| 18  Sproqit Technologies, Inc., | |
| 19       Defendant. | |

20

21       Bart B. Torvik, an active member in good standing of the bar of the courts of Minnesota,

22  whose business address and telephone number is Dorsey & Whitney, LLP, 50 South Sixth Street.,

23  Ste. 1500, Minneapolis, Minnesota 55402, telephone (612) 340-2600, has applied in the above-

24  entitled action for admission to practice in the Northern District of California on a *pro hac vice*

25  basis, representing Sproqit Technologies.

26       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

28  *vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party.  All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____March 21_____, 2006

_____
Edward M. Chen
United States Magistrate Judge

2   **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
C 04 0651 (EMC)