**United States District Court**
For the Northern District of California

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                              NORTHERN DISTRICT OF CALIFORNIA

7

8    VISTO CORPORATION,                         No. C-04-0651 EMC

9              Plaintiff,

10         v.                                    **ORDER DENYING PLAINTIFF'S
                                                 MOTION FOR LEAVE TO REQUEST
11   SPROQIT TECHNOLOGIES, INC.                  RECONSIDERATION OF ORDER
                                                 DENYING PRELIMINARY
12             Defendant.                        INJUNCTION**

13                                               **(Docket No. 141)**

14   _____/

15

16         The motion came on for hearing on May 10, 2006.  Having considered the papers filed in

17   support of and in opposition to the motion and the argument of counsel, and good cause appearing

18   therefor, the Court hereby **DENIES** the motion.

19         Plaintiff has not satisfied the criteria set forth in Civil Local Rule 7-9(b).  It has not

20   demonstrated a material difference in fact or law, the emergence of new material facts or a change of

21   law, or a manifest failure by this Court to consider material facts or dispositive legal arguments that

22   previously were presented to the Court.  The Court, in its order denying the motion for preliminary

23   injunction, recognized and applied the legal principles re-asserted by Plaintiff in their current

24   motion.  Plaintiff essentially seeks to reargue the original motion.

25         Moreover, even considering the papers filed in support of the instant motion, the Court

26   concludes its initial decision was correct.  Notwithstanding Plaintiff's assertion herein, Defendant

27   raises a substantial question on the merits.  Moreover, the Court's ultimate construction of the term

28

**United States District Court**
For the Northern District of California

1    "workspace element" discussed in the Court's prior order will be decided at the *Markman* hearing

2    now scheduled within the next two months.

3        The denial of Plaintiff's motion is without prejudice to its seeking reconsideration should it

4    prevail on a material term at the *Markman* hearing in a manner which changes the Court's

5    assessment of likelihood of success.

6        This order disposes of Docket No. 141.

7

8        IT IS SO ORDERED.

9

10   Dated:  May 12, 2006

11                                   _____

12                                   EDWARD M. CHEN
                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28