# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SPROQIT TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. C 04-0651 EMC<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-2(a) AND 7-12 TO MODIFY CLAIM CONSTRUCTION BRIEFING SCHEDULE**<br><br>Hearing Date:  July 5, 2006<br>Courtroom:     C, 15th Floor<br>Judge:         Hon. Edward M. Chen |

Good cause appearing, the parties' stipulation is hereby GRANTED. The deadline for Visto's opening claim construction brief is extended from May 24 to **May 30, 2006**, and the deadline for Sproqit's responsive claim construction brief is extended from June 7 to **June 13, 2006**. All other deadlines in the Court's Order dated November 16, 2005 remain as set forth therein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____May 26, 2006_____



_____
Honorable Judge Edward M. Chen
United States Magistrate Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

**ORDER GRANTING STIPULATION TO MODIFY CLAIM
CONSTRUCTION BRIEFING SCHEDULE
PURSUANT TO L.R. 6-2(a) AND 7-12**
CASE NO. C 04-0651 EMC

- 1 -