**MANATT, PHELPS & PHILLIPS, LLP**
RONALD S. KATZ (State Bar No. 85713)
ROBERT D. BECKER (State Bar No. 160648)
J. BRUCE MCCUBBREY (State Bar No. 38817)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:      (650) 812-1300
Facsimile:      (650) 213-0260

*Attorneys for Plaintiff and Counterdefendant*
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SPROQIT TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No.  C 04-0651 EMC<br><br>**DECLARATION OF IMRAN A. KHALIQ IN SUPPORT OF VISTO'S OPENING CLAIM CONSTRUCTION BRIEF UNDER P.R. 4-5(a)** |

I, Imran A. Khaliq, declare as follows:

1. I am an attorney with Manatt, Phelps & Phillips, counsel for plaintiff Visto Corporation ("Visto") in the above-captioned action. The facts below are true and correct and within my own personal knowledge, and if called on to testify to them, I could and would competently do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent Number 5,968,131 ("the '131 patent").

3. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent Number 6,023,708 ("the '708 patent").

4. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent Number 6,085,192 ("the '192 patent").

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20158578.1

**KHALIQ DECL. ISO VISTO'S OPENING CLAIM CONSTRUCTION BRIEF**
CASE NO. C 04-0651 EMC

1

5. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent Number 6,708,221 ("the '221 patent") (Exhibits A-D are collectively referred to as "the patents in suit").

6. Attached hereto as **Exhibit E** is a true and correct copy of the Claim Construction Order issued by Judge Ward of the United States District Court, Eastern District of Texas, Marshall Division, on April 20, 2005.

7. Attached hereto as **Exhibit F** is a true and correct copy of the definition of "copy" as defined on page 256 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

8. Attached hereto as **Exhibit G** is a true and correct copy of the definition of "imitation" as defined on page 567 in *Webster's New Collegiate Dictionary, 1981*.

9. Attached hereto as **Exhibit H** is a true and correct copy of the definition of "element" as defined on page 373 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

10. Attached hereto as **Exhibit I** is a true and correct copy of the definition of "information" as defined on page 599 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

11. Attached hereto as **Exhibit J** is a true and correct copy of the definition of "version" as defined on page 1313 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

12. Attached hereto as **Exhibit K** is a true and correct copy of the '192 Patent Reexamination Certificate.

13. Attached hereto as **Exhibit L** is a true and correct copy of U.S. Patent Number 5,386,564 ("the '564 patent").

14. Attached hereto as **Exhibit M** is a true and correct copy of U.S. Patent Number 4,875,159 ("the '159 patent").

15. Attached hereto as **Exhibit N** is a true and correct copy of U.S. Patent Number 5,600,834 ("the '834 patent").

16. Attached hereto as **Exhibit O** is a true and correct copy of the definition of "examination" as defined on page 403 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

17. Attached hereto as **Exhibit P** is a true and correct copy of the definition of "result" as

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20158578.1

KHALIQ DECL. ISO VISTO'S OPENING
CLAIM CONSTRUCTION BRIEF
CASE NO. C 04-0651 EMC

2

1  defined on page 999 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

2  18.  Attached hereto as **Exhibit Q** is a true and correct copy of the definition of "firewall"
3  as defined on page 197 in *The Microsoft Computer Dictionary, 3rd Edition, 1997*.

4  19.  Attached hereto as **Exhibit R** is a true and correct copy of selected excerpts from U.S.
5  Patent Application Serial Number 08/841,950.

6  20.  Attached hereto as **Exhibit S** is a true and correct copy of the definition of "format" as
7  defined on page 186 in the *Dictionary of Computer and Internet Terms, Sixth Edition*.

8  21.  Attached hereto as **Exhibit T** is a true and correct copy of the definition of "server" as
9  defined on page 430 in *The Microsoft Computer Dictionary, 3rd Edition, 1997*.

10  22.  Attached hereto as **Exhibit U** is a true and correct copy of the definition of "generate"
11  as defined on page 485 in *Merriam-Webster's Collegiate Dictionary, Tenth Edition*.

12  I declare under penalty of perjury, under the laws of the United States and the State of
13  California, that the foregoing is true and correct.

14  Executed this 30th day of May, 2006, at Palo Alto, California.

/s/Imran A. Khaliq
Imran A. Khaliq

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert D. Becker hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

**KHALIQ DECL. ISO VISTO'S OPENING
CLAIM CONSTRUCTION BRIEF**
CASE NO. C 04-0651 EMC

20158578.1

3