# Exhibit F to the Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Case3:04-cv-00651-EMC   Document167-6   Filed05/30/06   Page3 of 3

cut, fr. OF, fr. *coup* blow, fr. LL *colpus*, alter. of L *colaphus*, fr. Gk *kolaphos* buffet] *vi* (14c)   **1** *obs* : STRIKE, FIGHT   **2 a** : to maintain a contest or combat usu. on even terms or with success — used with *with* **b** : to deal with and attempt to overcome problems and difficulties — often used with *with*   **3** *archaic* : MEET, ENCOUNTER   ~ *vt*   **1** *obs* : to meet in combat   **2** *obs* : to come in contact with   **3** *obs* : MATCH

⁴**cope** *vt* **coped; cop·ing** [prob. fr. F *couper* to cut] (ca. 1901)   **1** : to shape (a structural member) to fit a coping or conform to the shape of another member   **2** : NOTCH

**co·peck** *var of* KOPECK

**co·pe·pod** \'kō-pə-ˌpäd\ *n* [ultim. fr. Gk *kōpē* oar, handle + *pod-, pous* foot; prob. akin to L *capere* to take — more at HEAVE, FOOT] (1836) : any of a large subclass (Copepoda) of usu. minute freshwater and marine crustaceans — **copepod** *adj*

**cop·er** \'kō-pər\ *n* [E dial. *cope* to trade] (1825)   *Brit* : a horse dealer; *esp* : a dishonest one

**Co·per·ni·can** \kə-'pər-ni-kən, kō-\ *adj* [Nicolaus *Copernicus*] (1667)   **1** : of or relating to Copernicus or the belief that the earth rotates daily on its axis and the planets revolve in orbits about the sun   **2** : of radical or major importance or degree ⟨effected a ~ revolution in philosophy —*Times Lit. Supp.*⟩ — **Copernican** *n* — **Co·per·ni·can·ism** \-kə-ˌni-zəm\ *n*

**cope·stone** \'kōp-ˌstōn\ *n* (1567)   **1** : a stone forming a coping   **2** : a finishing touch : CROWN

**cop·i·er** \'kä-pē-ər\ *n* (1597) : one that copies; *specif* : a machine for making copies of graphic matter (as printing, drawings, or pictures)

**co·pi·lot** \'kō-ˌpī-lət\ *n* (1927) : a qualified pilot who assists or relieves the pilot but is not in command

**cop·ing** \'kō-piŋ\ *n* (1601) : the covering course of a wall usu. with a sloping top

**cop·ing saw** \'kō-piŋ-\ *n* [fr. prp. of ⁴*cope*] (1925) : a handsaw with a very narrow blade held under tension in a U-shaped frame and used esp. for cutting curves in wood



coping saw

**cop·ing·stone** \'kō-piŋ-ˌstōn\ *n* (1778) *chiefly Brit* : COPESTONE

**co·pi·ous** \'kō-pē-əs\ *adj* [ME, fr. L *copiosus*, fr. *copia* abundance, fr. *co- + ops* wealth — more at OPULENT] (14c)   **1 a** : yielding something abundantly ⟨a ~ harvest⟩ ⟨~ springs⟩   **b** : plentiful in number ⟨~ references to other writers⟩   **2 a** : full of thought, information, or matter   **b** : profuse or exuberant in words, expression, or style ⟨a ~ talker⟩   **3** : present in large quantity : taking place on a large scale ⟨~ weeping⟩ ⟨~ food and drink⟩   *syn* see PLENTIFUL — **co·pi·ous·ly** *adv* — **co·pi·ous·ness** *n*

**co·pla·nar** \(ˌ)kō-'plā-nər, -ˌnär\ *adj* (1862) : lying or acting in the same plane — **co·pla·nar·i·ty** \ˌkō-plā-'nar-ə-tē\ *n*

**co·pol·y·mer** \(ˌ)kō-'pä-lə-mər\ *n* (1936) : a product of copolymerization — **co·pol·y·mer·ic** \ˌkō-ˌpä-lə-'mer-ik\ *adj*

**co·po·ly·mer·i·za·tion** \ˌkō-pə-ˌli-mə-rə-'zā-shən, ˌkō-ˌpä-lə-mə-\ *n* (1936) : the polymerization of two substances (as different monomers) together — **co·po·ly·mer·ize** \ˌkō-pə-'li-mə-ˌrīz, ˌkō-ˌpä-lə-mə-\ *vb*

**cop—out** \'käp-ˌaüt\ *n* (ca. 1942)   **1** : the act or an instance of copping out   **2** : an excuse or means for copping out : PRETEXT   **3** : a person who cops out

**cop out** *vi* (ca. 1961)   **1** : to back out (as of an unwanted responsibility) ⟨*cop out* on jury duty⟩   **2** : to avoid or neglect problems, responsibilities, or commitments ⟨accused the mayor of *copping out* on the issue of homelessness⟩

¹**cop·per** \'kä-pər\ *n, often attrib* [ME *coper*, fr. OE, fr. LL *cuprum* copper, fr. L (*aes*) *Cyprium*, lit., Cyprian metal] (bef. 12c)   **1** : a common reddish metallic element that is ductile and malleable and is one of the best conductors of heat and electricity — see ELEMENT table   **2** : a coin or token made of copper or bronze   **3** *chiefly Brit* : a large boiler (as for cooking)   **4** : any of a subfamily (Lycaeninae of the family Lycaenidae) of small butterflies with usu. copper-colored wings

²**copper** *vt* **cop·pered; cop·per·ing** \'kä-p(ə-)riŋ\ (1530) : to coat or sheathe with or as if with copper

³**copper** *n* [²*cop*] (1846) : POLICE OFFICER

**cop·per·as** \'kä-p(ə-)rəs\ *n* [ME *coperas*, fr. OF *couperose*, fr. ML *cuprosa*, prob. fr. *aqua cuprosa*, lit., copper water, fr. LL *cuprum*] (14c) : a green hydrated ferrous sulfate $FeSO_4·7H_2O$ used esp. in making inks and pigments

**cop·per·head** \'kä-pər-ˌhed\ *n* (1775)   **1** : a common pit viper (*Agkistrodon contortrix*) of the eastern and central U.S. usu. having a copper-colored head and often a reddish brown hourglass pattern on the body   **2** : a person in the northern states who sympathized with the South during the Civil War

**cop·per·plate** \'kä-pər-ˌplāt\ *n* (1663)   **1** : an engraved or etched copper printing plate; *also* : a print made from such a plate   **2** : a neat script handwriting based on engraved models

**copper pyrites** *n* (1776) : CHALCOPYRITE

**cop·per·smith** \'kä-pər-ˌsmith\ *n* (14c) : a worker in copper

**copper sulfate** *n* (ca. 1893) : a sulfate of copper; *esp* : the normal sulfate that is white in the anhydrous form but blue in the crystalline hydrous form $CuSO_4·5H_2O$ and that is often used as an algicide and fungicide

**cop·pery** \'kä-p(ə-)rē\ *adj* (ca. 1775) : resembling or suggesting copper; *esp* : having the reddish to brownish orange color of copper ⟨~ leaves⟩

¹**cop·pice** \'kä-pəs\ *n* [MF *copeiz*, fr. *couper* to cut — more at COPE] (1534)   **1** : a thicket, grove, or growth of small trees   **2** : forest originating mainly from shoots or root suckers rather than seed

²**coppice** *vb* **cop·piced; cop·pic·ing** *vt* (1538) : to cut back so as to regrow in the form of a coppice   ~ *vi* : to form a coppice; *specif, of a tree* : to sprout freely from the base

**copr-** *or* **copro-** *comb form* [NL, fr. Gk *kopr-, kopro-*, fr. *kopros* akin to Skt *śakr̥t* dung] : dung : feces ⟨*coprolite*⟩

**co·pra** \'kō-prə *also* 'kä-\ *n* [Pg, fr. Malayalam *koppara*] (1584) : dried coconut meat yielding coconut oil

**co·pro·ces·sor** \(ˌ)kō-'prä-se-sər, -'prō-\ *n* (1980) : an extra processor in a computer that is designed to perform specialized tasks (as mathematical calculations)

**co·prod·uct** \(ˌ)kō-'prä-(ˌ)dəkt\ *n* (1942) : BY-PRODUCT 1

**cop·ro·lite** \'kä-prə-ˌlīt\ *n* (1829) : fossilized excrement — **cop·ro·lit·ic** \ˌkä-prə-'li-tik\ *adj*

**co·proph·a·gous** \kə-'prä-fə-gəs\ *adj* [Gk *koprophagos*, fr. *kopr-, -phagos* -phagous] (1826) : feeding on dung — **co·proph·a·gy** \-fə-jē\ *n*

**cop·ro·phil·ia** \ˌkä-prə-'fi-lē-ə\ *n* [NL] (1923) : marked interest in excrement; *esp* : the use of feces or filth for sexual excitement — **cop·ro·phil·i·ac** \-lē-ˌak\ *n*

**cop·roph·i·lous** \kə-'prä-fə-ləs\ *adj* (ca. 1900) : growing or living on dung ⟨~ fungi⟩

**copse** \'käps\ *n* [by alter.] (1578) : COPPICE 1

**Copt** \'käpt\ *n* [Ar *qubṭ* Copts, fr. Coptic *gyptios* Egyptian, fr. Gk *Aigyptios*] (1615)   **1** : a member of the traditional Monophysite Christian church originating and centering in Egypt   **2** : a member of a people descended from the ancient Egyptians

**cop·ter** \'käp-tər\ *n* (1943) : HELICOPTER

¹**Cop·tic** \'käp-tik\ *adj* (1677) : of or relating to the Copts, their liturgical language, or their church

²**Coptic** *n* (1711) : an Afro-Asiatic language descended from ancient Egyptian and used as the liturgical language of the Coptic church

**cop·u·la** \'kä-pyə-lə\ *n* [L, bond — more at COUPLE] (1619) : something that connects: as **a** : the connecting link between subject and predicate of a proposition   **b** : LINKING VERB

**cop·u·late** \'kä-pyə-ˌlāt\ *vi* **-lat·ed; -lat·ing** [L *copulatus*, pp. of *copulare* to join, fr. *copula*] (1632) : to engage in sexual intercourse — **cop·u·la·tion** \ˌkä-pyə-'lā-shən\ *n* — **cop·u·la·to·ry** \'kä-pyə-lə-ˌtȯr-ē, -ˌtȯr-\ *adj*

¹**cop·u·la·tive** \'kä-pyə-lə-tiv, -ˌlā-\ *adj* (14c)   **1 a** : joining together coordinate words or word groups and expressing addition of their meanings ⟨a ~ conjunction⟩   **b** : functioning as a copula   **2** : relating to or serving for copulation

²**copulative** *n* (1530) : a copulative word

¹**copy** \'kä-pē\ *n, pl* **cop·ies** [ME *copie*, fr. MF, fr. ML *copia*, fr. L abundance — more at COPIOUS] (14c)   **1** : an imitation, transcript, or reproduction of an original work (as a letter, a painting, a table, or a dress)   **2** : one of a series of esp. mechanical reproductions of an original impression; *also* : an individual example of such a reproduction   **3** *archaic* : something to be imitated   **4** : matter to be set esp. for printing   **b** : something considered printable or newsworthy — used without an article ⟨remarks that make good ~ —Norman Cousins⟩   **c** : text esp. of an advertisement   *syn* see REPRODUCTION

²**copy** *vb* **cop·ied; copy·ing** *vt* (14c)   **1** : to make a copy of   **2** : to model oneself on   ~ *vi*   **1** : to make a copy   **2** : to undergo copying ⟨the document did not ~ well⟩

*syn* COPY, IMITATE, MIMIC, APE, MOCK mean to make something so that it resembles an existing thing. COPY suggests duplicating an original as nearly as possible ⟨*copied* the painting and sold the fake as an original⟩. IMITATE suggests following a model or a pattern but may allow for some variation ⟨*imitate* a poet's style⟩. MIMIC implies a close copying (as of voice or mannerism) often for fun, ridicule, or lifelike imitation ⟨pupils *mimicking* their teacher⟩. APE may suggest presumptuous, slavish, or inept imitating of a superior original ⟨American fashion designers *aped* their European colleagues⟩. MOCK usu. implies imitation with derision ⟨*mocking* a vain man's pompous manner⟩.

**copy·book** \'kä-pē-ˌbůk\ *n* (1588) : a book formerly used in teaching penmanship and containing models for imitation

**copy·boy** \-ˌbȯi\ *n* (1888) : one who carries copy and runs errands

¹**copy·cat** \-ˌkat\ *n, often attrib* (1896)   **1** : one who imitates or adopts the behavior or practices of another   **2** : an imitative act or product ⟨~ board games⟩

²**copycat** *vb* **copy·cat·ted; copy·cat·ting** *vi* (1926) : to act as a copycat   ~ *vt* : IMITATE

**copy·desk** \-ˌdesk\ *n* (1921) : the desk at which newspaper copy is edited

**copy editor** *n* (1899) : an editor who prepares copy for the printer; *also* : one who edits and headlines newspaper copy — **copy·ed·it** \'kä-pē-ˌe-dət\ *vt*

**copy·hold** \'kä-pē-ˌhōld\ *n* (15c)   **1** : a former tenure of land in England and Ireland by right of being recorded in the court of the manor   **2** : an estate held by copyhold

**copy·hold·er** \-ˌhȯl-dər\ *n* (1874)   **1** : a device for holding copy esp. for a typesetter   **2** : one who reads copy for a proofreader

**copy·ist** \'kä-pē-ist\ *n* (1699)   **1** : one who makes copies   **2** : IMITATOR

**copy·read·er** \-ˌrē-dər\ *n* (1892) : COPY EDITOR — **copy·read** \-ˌrēd\ *vt*

¹**copy·right** \-ˌrīt\ *n* (1735) : the exclusive legal right to reproduce, publish, and sell the matter and form (as of a literary, musical, or artistic work)

²**copyright** *vt* (ca. 1806) : to secure a copyright on — **copy·right·able** \-ˌrī-tə-bəl\ *adj*

³**copyright** *adj* (1870) : secured by copyright

**copy·writ·er** \'kä-pē-ˌrī-tər\ *n* (1911) : a writer of advertising or publicity copy

**coq au vin** \ˌkōk-ō-'vaⁿ, ˌkäk-ō-\ *n* [F, cock with wine] (ca. 1938) : chicken cooked in usu. red wine

¹**co·quet** *n* [F, dim. of *coq* cock] (1691)   **1** \kō-'ket, -'kā\ : a man who indulges in coquetry   **2** \-'ket\ : COQUETTE

²**co·quet** \kō-'ket\ *adj* (1697) : characteristic of a coquette : COQUETTISH

³**co·quet** *or* **co·quette** \-'ket\ *vi* **co·quet·ted; co·quet·ting** (1701)   **1** : to play the coquette : FLIRT   **2** : to deal with something playfully rather than seriously   *syn* see TRIFLE

**co·que·try** \'kō-kə-trē, kō-'ke-trē\ *n, pl* **-tries** (ca. 1656) : a flirtatious act or attitude

**co·quette** \kō-'ket\ *n* [F, fem. of *coquet*] (ca. 1611) : a woman who endeavors without sincere affection to gain the attention and admiration of men — **co·quett·ish** \-'ke-tish\ *adj* — **co·quett·ish·ly** *adv* — **co·quett·ish·ness** *n*

**co·qui·na** \kō-'kē-nə\ *n* [Sp, prob. dim. of *coca* head, alter. of *coco* bogeyman, coconut] (1837)   **1** : a soft whitish limestone formed of broken shells and corals cemented together and used for building   **2** : a small clam (*Donax variabilis*) used for broth or chowder and occurring in the intertidal zone of sandy Atlantic beaches from Delaware to the Gulf of Mexico