# Exhibit G to the
# Declaration of Imran A. Khaliq In Support
# Of Visto's Opening Claim Construction
# Brief Under P.R. 4-5(a)



# WEBSTER'S New Collegiate Dictionary

*A Merriam-Webster*®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4    1981    423    80-25144
ISBN 0-87779-408-1
ISBN 0-87779-409-x (indexed)
ISBN 0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

50494847   RMcN8281

**imag·ine** \im-'aj-ən\ *vb* **imag·ined; imag·in·ing** \-'aj-(ə-)niŋ\ [ME *imaginen*, fr. MF *imaginer*, fr. L *imaginari*, fr. *imagin-*, *imago* image] *vt* **1** : to form a mental image of (something not present) **2** *archaic* : PLAN, SCHEME **3** : SUPPOSE, GUESS ⟨I ~ it will rain⟩ **4** : to form a notion of without sufficient basis : FANCY ⟨~s himself to be the reformer of the world⟩ ~ *vi* **1** : to use the imagination **2** : SUPPOSE, THINK **syn** see THINK

**im·ag·ism** \'im-ij-,iz-əm\ *n, often cap* : a 20th century movement in poetry advocating free verse and the expression of ideas and emotions through clear precise images — **im·ag·ist** \-ij-əst\ *n* — **imag·ist** *or* **im·ag·is·tic** \,im-ij-'is-tik\ *adj* — **im·ag·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**ima·go** \im-'ā-(,)gō, -'äg-(,)ō\ *n, pl* **imagoes** *or* **ima·gi·nes** \-'ā-gə-,nēz, -'äg-ə-\ [NL, fr. L, image] **1** : an insect in its final, adult, sexually mature, and typically winged state **2** : an idealized mental image of another person or the self

**imam** \i-'mäm, -'mam\ *n* [Ar *imām*] **1** : the prayer leader of a mosque **2** *cap* : a Muslim leader of the line of Ali held by Shiites to be the divinely appointed, sinless, infallible successors of Muhammad **3** : any of various rulers that claim descent from Muhammad and exercise spiritual and temporal leadership over a Muslim region

**imam·ate** \-,āt\ *n, often cap* **1** : the office of an imam **2** : the region or country ruled over by an imam

**ima·ret** \i-'mär-ət\ *n* [Turk] : an inn or hospice in Turkey

**im·bal·ance** \(')im-'bal-ən(t)s\ *n* : lack of balance: as **a** : lack of functional balance between body parts or its effect **b** : lack of balance between segments of a nation's economy **c** (1) : numerical disproportion between males and females in a population **c** (2) : numerical disproportion between racial elements (as in a school)

**im·be·cile** \'im-bə-səl, -,sil\ *n* [F *imbécile*, fr. *imbécile* weak, weak-minded, fr. L *imbecillus*] **1** : a mentally deficient person; *esp* : a feebleminded person having a mental age of three to seven years and requiring supervision in the performance of routine daily tasks of caring for himself **2** : FOOL, IDIOT **syn** see FOOL — **imbecile** *or* **im·be·cil·ic** \,im-bə-'sil-ik\ *adj* — **im·be·cile·ly** \'im-bə-sə(l)-lē, -,sil-lē\ *adv*

**im·be·cil·i·ty** \,im-bə-'sil-ət-ē\ *n, pl* **-ties** **1** : the quality or state of being imbecile or an imbecile **2 a** : utter foolishness; *also* : FUTILITY **b** : something that is foolish or nonsensical

**imbed** *var of* EMBED

**im·bibe** \im-'bīb\ *vb* **im·bibed; im·bib·ing** [in sense 1, fr. ME *enbiben*, fr. MF *embiber*, fr. L *imbibere* to drink in, conceive, fr. *in-* + *bibere* to drink; in other senses, fr. L *imbibere* — more at POTABLE] *vt* **1** *archaic* : SOAK, STEEP **2 a** : to receive into the mind and retain ⟨~ moral principles⟩ **b** : to assimilate or take into solution **3 a** : DRINK **b** : to take in or up ⟨a sponge ~s moisture⟩ ~ *vi* **1** : DRINK **2 a** : to take in liquid **b** : to absorb or assimilate moisture, gas, light, or heat **syn** see ABSORB **ant** ooze, exude — **im·bib·er** *n*

**im·bi·bi·tion** \,im-bə-'bish-ən\ *n* : the act or action of imbibing; *esp* : the taking up of fluid by a colloidal system resulting in swelling — **im·bi·bi·tion·al** \-'bish-nəl, -ən-əl\ *adj*

**imbitter** *var of* EMBITTER

**imbosom** *var of* EMBOSOM

**¹im·bri·cate** \'im-bri-kət\ *adj* [LL *imbricatus*, pp. of *imbricare* to cover with pantiles, fr. L *imbric-*, *imbrex* pantile, fr. *imbr-*, *imber* rain; akin to Gk *ombros* rain] : lying lapped over each other in regular order ⟨~ scales⟩ — **im·bri·cate·ly** *adv*

**²im·bri·cate** \'im-brə-,kāt\ *vb* **-cat·ed; -cat·ing** : OVERLAP; *esp* : to overlap like roof tiles

**im·bri·ca·tion** \,im-brə-'kā-shən\ *n* **1** : an overlapping of edges (as of tiles or scales) **2** : a decoration or pattern showing imbrication



imbrication 2

**im·bro·glio** \im-'brōl-(,)yō\ *n, pl* **-glios** [It, fr. *imbrogliare* to entangle, fr. MF *embrouiller* — more at EMBROIL] **1** : a confused mass **2 a** : an intricate or complicated situation (as in a drama or novel) **b** : an acutely painful or embarrassing misunderstanding **c** : a violently confused or bitterly complicated altercation : EMBROILMENT

**imbrown** *var of* EMBROWN

**im·brue** \im-'brü\ *vt* **im·brued; im·bru·ing** [ME *enbrewen*, prob. fr. MF *abrevrer, embevrer* to soak, drench, deriv. of L *bibere* to drink — more at POTABLE] : DRENCH, STAIN

**im·brute** \-'brüt\ *vb* **im·bruted; im·brut·ing** *vi* : to sink to the level of a brute ~ *vt* : to degrade to the level of a brute

**im·bue** \-'byü\ *vt* **im·bued; im·bu·ing** [L *imbuere*] **1** : to tinge or dye deeply **2** : to cause to become penetrated : PERMEATE ⟨a man imbued with a strong sense of duty⟩ **syn** see INFUSE

**IMCO** *abbr* Inter-Governmental Maritime Consultative Organization

**imdtly** *abbr* immediately

**IMF** *abbr* International Monetary Fund

**im·id·az·ole** \,im-ə-'daz-,ōl\ *n* [ISV] : a white crystalline heterocyclic base $C_3H_4N_2$ that is an antimetabolite related to histidine; *broadly* : any of various derivatives of this

**im·ide** \'im-,īd\ *n* [ISV, alter. of *amide*] : a compound containing the NH group that is derived from ammonia by replacement of two hydrogen atoms by a metal or an equivalent of acid radicals — compare AMIDE — **im·id·ic** \im-'id-ik\ *adj*

**imip·ra·mine** \im-'ip-rə-,mēn\ *n* [*imi*de + *propyl* + *amine*] : an antidepressant drug $C_{19}H_{24}N_2$

**imit** *abbr* imitative

**im·i·ta·ble** \'im-ət-ə-bəl\ *adj* : capable or worthy of being imitated or copied

**im·i·tate** \'im-ə-,tāt\ *vt* **-tat·ed; -tat·ing** [L *imitatus*, pp. of *imitari* — more at IMAGE] **1** : to follow as a pattern, model, or example **2** : to produce a copy of : REPRODUCE **3** : to be or appear like : RESEMBLE **4** : MIMIC, COUNTERFEIT ⟨can ~ his father's booming voice⟩ **syn** see COPY — **im·i·ta·tor** \-,tāt-ər\ *n*

**¹im·i·ta·tion** \,im-ə-'tā-shən\ *n* **1** : an act or instance of imitating **2** : something produced as a copy : COUNTERFEIT **3** : a literary work designed to reproduce the style of another author **4** : the repetition in a voice part of the melodic theme, phrase, or motive previously found in another part **5** : participation by a sensible object in a transcendent idea **6 a** : the execution of an act supposedly as a direct response to the perception of another person performing the act **b** : the assumption of the modes of behavior observed in other individuals — **im·i·ta·tion·al** \-shnəl, -shən-əl\ *adj*

**²imitation** *adj* : resembling something else that is usu. genuine and of better quality : not real ⟨~ leather⟩

**im·i·ta·tive** \'im-ə-,tāt-iv\ *adj* **1 a** : marked by imitation ⟨acting is an ~ art⟩ **b** : reproducing or representing a natural sound : ONOMATOPOEIC ⟨"hiss" is an ~ word⟩ **c** : exhibiting mimicry **2** : inclined to imitate **3** : imitating something superior : COUNTERFEIT — **im·i·ta·tive·ly** *adv* — **im·i·ta·tive·ness** *n*

**im·mac·u·la·cy** \im-'ak-yə-lə-sē\ *n* : the quality or state of being immaculate

**im·mac·u·late** \im-'ak-yə-lət\ *adj* [ME *immaculat*, fr. L *immaculatus*, fr. *in-* + *maculatus*, pp. of *maculare* to stain — more at MACULATE] **1** : having no stain or blemish : PURE **2** : containing no flaw or error **3 a** : spotlessly clean **b** : having no colored spots or marks ⟨petals ~⟩ — **im·mac·u·late·ly** *adv* — **im·mac·u·late·ness** *n*

**Immaculate Conception** *n* **1** : the conception of the Virgin Mary in which as decreed in Roman Catholic dogma her soul was preserved free from original sin by divine grace **2** : December 8 observed as a Roman Catholic festival in commemoration of the Immaculate Conception

**im·mane** \im-'ān\ *adj* [L *immanis*, fr. *in-* + *manus* good — more at MATURE] *archaic* : HUGE; *also* : monstrous in character

**im·ma·nence** \'im-ə-nən(t)s\ *n* : the quality or state of being immanent : INHERENCE

**im·ma·nen·cy** \-nən-sē\ *n* : IMMANENCE

**im·ma·nent** \-nənt\ *adj* [LL *immanent-*, *immanens*, prp. of *immanēre* to remain in place, fr. L *in-* + *manēre* to remain — more at MANSION] : remaining or operating within a domain of reality or realm of discourse : INHERENT; *specif* : existing in consciousness or the mind and not in an extra-mental world — compare TRANSCENDENT — **im·ma·nent·ly** *adv*

**im·ma·nent·ism** \-,iz-əm\ *n* : any of several theories according to which God or an abstract mind or spirit is immanent in the world — **im·ma·nent·ist** \-nənt-əst, -,nent-\ *n* — **im·ma·nent·is·tic** \,im-ə-nənt-'is-tik\ *adj*

**im·ma·te·ri·al** \,im-ə-'tir-ē-əl\ *adj* [ME *immateriel*, fr. MF, fr. LL *immaterialis*, fr. L *in-* + LL *materialis* material] **1** : not consisting of matter : INCORPOREAL **2** : of no substantial consequence : UNIMPORTANT — **im·ma·te·ri·al·ly** \-ē-ə-lē\ *adv* — **im·ma·te·ri·al·ness** *n*

**im·ma·te·ri·al·ism** \-ē-ə-,liz-əm\ *n* : a theory that external bodies are in essence mental — **im·ma·te·ri·al·ist** \-ləst\ *n*

**im·ma·te·ri·al·i·ty** \,im-ə-,tir-ē-'al-ət-ē\ *n, pl* **-ties** **1** : the quality or state of being immaterial **2** : something immaterial

**im·ma·te·ri·al·ize** \-'tir-ē-ə-,līz\ *vt* : to make immaterial or incorporeal

**im·ma·ture** \,im-ə-'t(y)ủ(ə)r *also* -'chủ(ə)r\ *adj* [L *immaturus*, fr. *in-* + *maturus* mature] **1** *archaic* : PREMATURE **2 a** : lacking complete growth, differentiation, or development ⟨a thin ~ soil⟩ **b** (1) : having the potential capacity to attain a definitive form or state : CRUDE, UNFINISHED ⟨a vigorous but ~ school of art⟩ (2) *of a topographic feature* : predictably due to undergo further changes — used esp. of valleys and drainages while most of the area is well above baselevel **c** : exhibiting less than an expected degree of maturity ⟨emotionally ~ adults⟩ — **immature** *n* — **im·ma·ture·ly** *adv* — **im·ma·ture·ness** *n* — **im·ma·tu·ri·ty** \-'t(y)ủr-ət-ē *also* -'chủr-\ *n*

**im·mea·sur·able** \(')im-'(m)ezh-(ə-)rə-bəl, -'(m)ezh-ər-bəl, -'(m)äzh-\ *adj* : incapable of being measured; *broadly* : indefinitely extensive — **im·mea·sur·able·ness** *n* — **im·mea·sur·ably** \-blē\ *adv*

**im·me·di·a·cy** \im-'ēd-ē-ə-sē, *Brit often* -'ē-jə-sē\ *n, pl* **-cies** **1** : the quality or state of being immediate; *esp* : absence of a mediating agent **2** : something that is immediate — usu. used in pl.

**im·me·di·ate** \im-'ēd-ē-ət, *Brit often* -'ē-jit\ *adj* [LL *immediatus*, fr. L *in-* + LL *mediatus* intermediate — more at MEDIATE] **1 a** : acting or being without the intervention of another object, cause, or agency : DIRECT ⟨the ~ cause of death⟩ **b** : present to the mind independently of other states or factors ⟨~ awareness⟩ **c** : involving or derived from a single premise ⟨an ~ inference⟩ **2** : being next in line or relation ⟨only the ~ family was present⟩ **3 a** : made or done at once : INSTANT ⟨an ~ need⟩ **b** (1) *of time* : near to or related to the present ⟨the ~ past⟩ (2) : of or relating to the here and now : CURRENT ⟨too busy with ~ concerns to