# Exhibit H to the Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)

Case3:04-cv-00651-EMC Document167-8 Filed05/30/06 Page2 of 3

# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Case3:04-cv-00651-EMC Document167-8 Filed05/30/06 Page3 of 3
**electrophysiology • element** 373

to about 1.602 ×
about 9.109534 ×
s surrounding th
) : having a te
\-ne-gə-'ti-və-tē
trons in a vacuum
: and its surround
ɛ, controlling, and
lating to electrons
or working by the
mented on or by
3 a : generating
of, relating to, or
enerated or modi
evision) by which
sm) — elec·tron
on of the operation
ar signals)
ved electronically
crowave relays)
ich information is
oduced in a format
onstr : a branch of
effects of electrons
tronic devices 2
m of electrons by
e with an electron
-fē\ n
cal instrument in
ectron lens is used
on a fluorescent
opist n — elec
ndary emission of
inch of physics in
electrons — elec
electron beam to
: of electrons esp.
table substrate to
actions
ch conduction by
medium within a
uses based on the
energy gained by
a point one volt
lectr- + L oculus
the standing volt-
related with eye-
ctrodes placed on
hies (1951) : the
op·tic \-'äp-tik\
a : relating to or
lue to an electric
exhibits electro
ing an electronic
ing light — elec
ing in constr : a
tric field on light
'06) : the move
l or a biological
elec·tro·os·mot
tr- + phero- (fr.
TOGRAM
lic substance (as
tom, ion, or mole
tron acceptor 2
— compare NU
he movement of
action of an elec-
he suspension —
t·ic \-'re-tik\ adj
oretic + -o- +
components of a
in a supporting
NL, fr. electr- +
charges consist-
nd a metal plate
disk
394) : photogra-
s (as in xerogra-
adj

**elec·tro·phys·i·ol·o·gy** \i-ˌlek-trō-ˌfi-zē-'ä-lə-jē\ *n* (1838) **1 :** physiology that is concerned with the electrical aspects of physiological phenomena **2 :** electrical phenomena associated with a physiological process (as the function of a body or bodily part) ⟨~ of the eye⟩ — **elec·tro·phys·i·o·log·i·cal** \-zē-ə-'lä-ji-kəl\ *also* **elec·tro·phys·i·o·log·ic** \-jik\ *adj* — **elec·tro·phys·i·o·log·i·cal·ly** \-ji-k(ə-)lē\ *adv* — **elec·tro·phys·i·ol·o·gist** \-zē-'äl-ə-jist\ *n*

**elec·tro·plate** \i-'lek-trə-ˌplāt\ *vt* (ca. 1859) **:** to plate with an adherent continuous coating by electrodeposition

**elec·tro·pos·i·tive** \i-ˌlek-trō-'pä-zə-tiv, -'päz-tiv\ *adj* (1834) **:** having a tendency to release electrons

**elec·tro·ret·i·no·gram** \-'re-tᵊn-ə-ˌgram\ *n* (1936) **:** a graphic record of electrical activity of the retina used esp. in the diagnosis of retinal conditions

**elec·tro·ret·i·no·graph** \-ˌgraf\ *n* (1962) **:** an instrument for recording electrical activity in the retina — **elec·tro·ret·i·no·graph·ic** \-ˌre-tᵊn-ə-'gra-fik\ *adj* — **elec·tro·ret·i·nog·ra·phy** \-tᵊn-'ä-grə-fē\ *n*

**elec·tro·scope** \i-'lek-trə-ˌskōp\ *n* [prob. fr. F *électroscope*] (1810) **:** any of various instruments for detecting the presence of an electric charge on a body, for determining whether the charge is positive or negative, or for indicating and measuring intensity of radiation

**elec·tro·shock** \-trō-ˌshäk\ *n* (1941) **1 :** ³SHOCK 5 **2 :** ELECTROSHOCK THERAPY

**electroshock therapy** *n* (1942) **:** the treatment of mental disorder and esp. depression by the induction of unconsciousness and convulsions through the use of an electric current now usu. on an anesthetized patient — called also *electroconvulsive therapy*

**elec·tro·stat·ic** \i-ˌlek-trə-'sta-tik\ *adj* [ISV] (1860) **1 :** of or relating to static electricity or electrostatics **2 :** of or relating to painting with a spray that utilizes electrically charged particles to ensure complete coating — **elec·tro·stat·i·cal·ly** \-'sta-ti-k(ə-)lē\ *adv*

**electrostatic generator** *n* (ca. 1931) **:** VAN DE GRAAFF GENERATOR

**electrostatic precipitator** *n* (1949) **:** an electrostatic device in chimney flues that removes particles from escaping gases

**elec·tro·stat·ics** \i-ˌlek-trə-'sta-tiks\ *n pl but sing in constr* (1827) **:** physics that deals with phenomena due to attractions or repulsions of electric charges but not dependent upon their motion

**elec·tro·sur·gery** \i-ˌlek-trō-'sər-jə-rē\ *n* (ca. 1903) **:** surgery by means of diathermy — **elec·tro·sur·gi·cal** \-'sər-ji-kəl\ *adj*

**elec·tro·ther·a·py** \-'ther-ə-pē\ *n* (1881) **:** treatment of disease by means of electricity (as in diathermy)

**elec·tro·ther·mal** \-'thər-məl\ *adj* (1884) **:** relating to or combining electricity and heat; *specif* **:** relating to the generation of heat by electricity — **elec·tro·ther·mal·ly** \-mə-lē\ *adv*

**elec·tro·ton·ic** \i-ˌlek-trə-'tä-nik\ *adj* (1832) **1 :** of, induced by, relating to, or constituting electrotonus **2 :** of, relating to, or being the spread of electrical activity through living tissue or cells in the absence of repeated action potentials ⟨an ~ junction between cells⟩ — **elec·tro·ton·i·cal·ly** \-ni-k(ə-)lē\ *adv*

**elec·trot·o·nus** \i-ˌlek-'trä-tᵊn-əs\ *n* [NL] (1878) **:** the altered sensitivity of a nerve when a constant current of electricity passes through any part of it

**elec·tro·type** \i-'lek-trə-ˌtīp\ *n* (1840) **1 :** a duplicate printing surface made by an electroplating process **2 :** a copy (as of a coin) made by an electroplating process — **electrotype** *vt* — **elec·tro·typ·er** \-ˌtī-pər\ *n*

**elec·tro·weak** \i-'lek-trō-ˌwēk\ *adj* (1978) **:** of, relating to, or being the unification of electromagnetism and the weak force

**elec·tro·win·ning** \i-'lek-trō-ˌwi-niŋ\ *n* (1924) **:** the recovery esp. of metals from solutions by electrolysis

**elec·trum** \i-'lek-trəm\ *n* [ME, fr. L — more at ELECTRIC] (14c) **:** a natural pale yellow alloy of gold and silver

**elec·tu·ary** \i-'lek-chə-ˌwer-ē\ *n, pl* **-ar·ies** [ME *electuarie*, fr. LL *electuarium*, prob. fr. Gk *ekleikton*, fr. *ekleichein* to lick up, fr. *ex-* + *leichein* to lick — more at LICK] (14c) **:** CONFECTION 2b

**el·e·doi·sin** \ˌe-lə-'dȯi-sᵊn\ *n* [irreg. fr. NL *Eledone*, fr. Gk *eledōnē*, a kind of octopus] (1963) **:** a small protein $C_{54}H_{85}N_{13}O_{15}S$ from the salivary glands of several octopuses (genus *Eledone*) that is a powerful vasodilator and hypotensive agent

**el·ee·mos·y·nary** \ˌe-li-'mä-sᵊn-ˌer-ē, -'mō-; -'mä-zᵊn-\ *adj* [ML *eleemosynarius*, fr. LL *eleemosyna* alms — more at ALMS] (ca. 1616) **:** of, relating to, or supported by charity

**el·e·gance** \'e-li-gən(t)s\ *n* (ca. 1510) **1 a :** refined grace or dignified propriety **:** URBANITY **b :** tasteful richness of design or ornamentation ⟨the sumptuous ~ of the furnishings⟩ **c :** dignified gracefulness or restrained beauty of style **:** POLISH ⟨the essay is marked by lucidity, wit, and ~⟩ **d :** scientific precision, neatness, and simplicity ⟨the ~ of a mathematical proof⟩ **2 :** something that is elegant

**el·e·gan·cy** \-gən(t)-sē\ *n, pl* **-cies** (15c) **:** ELEGANCE

**el·e·gant** \'e-li-gənt\ *adj* [MF or L; MF, fr. L *elegant-*, *elegans;* akin to L *eligere* to select — more at ELECT] (15c) **1 :** marked by elegance **2 :** of a high grade or quality **:** SPLENDID ⟨~ gems priced at hundreds of thousands of dollars⟩ ***syn*** see CHOICE — **el·e·gant·ly** *adv*

**el·e·gi·ac** \ˌe-lə-'jī-ək, -ˌak *also* i-'lē-jē-ˌak\ *also* **el·e·gi·a·cal** \ˌe-lə-'jī-ə-kəl\ *adj* [LL *elegiacus*, fr. Gk *elegeiakos*, fr. *elegeion*] (1542) **1 a :** of, relating to, or consisting of two dactylic hexameter lines the second of which lacks the arsis in the third and sixth feet **b (1) :** written in or consisting of elegiac couplets **(2) :** noted for having written poetry in such couplets **c :** of or relating to the period in Greece about the seventh century B.C. when poetry written in such couplets flourished **2 :** of, relating to, or comprising elegy or an elegy; *esp* **:** expressing sorrow often for something now past ⟨an ~ lament for departed youth⟩ — **elegiac** *n* — **el·e·gi·a·cal·ly** \ˌe-lə-'jī-ə-k(ə-)lē\ *adv*

**ele·git** \i-'lē-jət\ *n* [L, lit., he has chosen, fr. *eligere*] (1504) **:** a judicial writ of execution by which a defendant's goods and if necessary his or her lands are delivered for debt to the plaintiff until the debt is paid

**el·e·gize** \'e-lə-ˌjīz\ *vb* **-gized; -giz·ing** *vi* (1702) **:** to write an elegy ~ *vt* **:** to write an elegy on

**el·e·gy** \'e-lə-jē\ *n, pl* **-gies** [L *elegia* poem in elegiac couplets, fr. Gk *elegeia, elegeion,* fr. *elegos* song of mourning] (1501) **1 :** a poem in elegiac couplets **2 a :** a song or poem expressing sorrow or lamentation esp. for one who is dead **b :** something (as a speech) resembling such a song or poem **3 a :** a pensive or reflective poem that is usu. nostalgic or melancholy **b :** a short pensive musical composition

**el·e·ment** \'e-lə-mənt\ *n* [ME, fr. OF & L; OF, fr. L *elementum*] (13c) **1 a :** any of the four substances air, water, fire, and earth formerly believed to compose the physical universe **b** *pl* **:** weather conditions; *esp* **:** violent or severe weather ⟨battling the ~*s*⟩ **c :** the state or sphere natural or suited to a person or thing ⟨at school she was in her ~⟩ **2 :** a constituent part: as **a** *pl* **:** the simplest principles of a subject of study **:** RUDIMENTS **b (1) :** a part of a geometric magnitude ⟨an infinitesimal ~ of volume⟩ **(2) :** a generator of a geometric figure; *also* **:** a line or line segment contained in the surface of a cone or cylinder **(3) :** a basic member of a mathematical or logical class or set **(4) :** one of the individual entries in a mathematical matrix or determinant **c :** one of a number of distinct groups composing a larger group or community ⟨the criminal ~ in the city⟩ **d (1) :** one of the necessary data or values on which calculations or conclusions are based **(2) :** one of the factors determining the outcome of a process **e :** any of more than 100 fundamental substances that consist of atoms of only one kind and that singly or in combination constitute all matter **f :** a distinct part of a composite device **g :** a subdivision of a military unit **3** *pl* **:** the bread and wine used in the Eucharist

***syn*** ELEMENT, COMPONENT, CONSTITUENT, INGREDIENT mean one of the parts of a compound or complex whole. ELEMENT applies to any such part and often connotes irreducible simplicity ⟨the basic *elements* of geometry⟩. COMPONENT and CONSTITUENT may designate any of the substances (whether elements or compounds) or the qualities that enter into the makeup of a complex product; COMPONENT stresses its separate entity or distinguishable character ⟨the *components* of a stereo system⟩. CONSTITUENT stresses its essential and formative character ⟨the *constituents* of a chemical compound⟩. INGREDIENT applies to any of the substances which when combined form a particular mixture (as a medicine or alloy) ⟨the *ingredients* of a cocktail⟩.

## CHEMICAL ELEMENTS

| ELEMENT | SYMBOL | ATOMIC NUMBER | ATOMIC WEIGHT (C = 12) |
|---|---|---|---|
| actinium | Ac | 89 | 227.0278 |
| aluminum | Al | 13 | 26.98154 |
| americium | Am | 95 | |
| antimony | Sb | 51 | 121.75 |
| argon | Ar | 18 | 39.948 |
| arsenic | As | 33 | 74.9216 |
| astatine | At | 85 | |
| barium | Ba | 56 | 137.33 |
| berkelium | Bk | 97 | |
| beryllium | Be | 4 | 9.01218 |
| bismuth | Bi | 83 | 208.9804 |
| bohrium | Bh | 107 | |
| boron | B | 5 | 10.81 |
| bromine | Br | 35 | 79.904 |
| cadmium | Cd | 48 | 112.41 |
| calcium | Ca | 20 | 40.08 |
| californium | Cf | 98 | |
| carbon | C | 6 | 12.011 |
| cerium | Ce | 58 | 140.12 |
| cesium | Cs | 55 | 132.9054 |
| chlorine | Cl | 17 | 35.453 |
| chromium | Cr | 24 | 51.996 |
| cobalt | Co | 27 | 58.9332 |
| copper | Cu | 29 | 63.546 |
| curium | Cm | 96 | |
| dubnium | Db | 105 | |
| dysprosium | Dy | 66 | 162.50 |
| einsteinium | Es | 99 | |
| erbium | Er | 68 | 167.26 |
| europium | Eu | 63 | 151.96 |
| fermium | Fm | 100 | |
| fluorine | F | 9 | 18.998403 |
| francium | Fr | 87 | |
| gadolinium | Gd | 64 | 157.25 |
| gallium | Ga | 31 | 69.72 |
| germanium | Ge | 32 | 72.59 |
| gold | Au | 79 | 196.9665 |
| hafnium | Hf | 72 | 178.49 |
| hassium | Hs | 108 | |
| helium | He | 2 | 4.00260 |
| holmium | Ho | 67 | 164.9304 |
| hydrogen | H | 1 | 1.0079 |
| indium | In | 49 | 114.82 |
| iodine | I | 53 | 126.9045 |
| iridium | Ir | 77 | 192.22 |
| iron | Fe | 26 | 55.847 |
| krypton | Kr | 36 | 83.80 |
| lanthanum | La | 57 | 138.9055 |
| lawrencium | Lr | 103 | |
| lead | Pb | 82 | 207.2 |
| lithium | Li | 3 | 6.941 |
| lutetium | Lu | 71 | 174.967 |
| magnesium | Mg | 12 | 24.305 |
| manganese | Mn | 25 | 54.9380 |
| meitnerium | Mt | 109 | |
| mendelevium | Md | 101 | |
| mercury | Hg | 80 | 200.59 |
| molybdenum | Mo | 42 | 95.94 |
| neodymium | Nd | 60 | 144.24 |
| neon | Ne | 10 | 20.179 |

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation