# Exhibit I to the Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)

# Merriam-Webster's Collegiate® Dictionary



TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

period of very rapid expansion of the universe immediately following the big bang   **c** : empty pretentiousness : POMPOSITY   **2** : an increase in the volume of money and credit relative to available goods and services resulting in a continuing rise in the general price level
**in·fla·tion·ary** \-shə-ˌner-ē\ *adj* (1920) : of, characterized by, or productive of inflation
**inflationary spiral** *n* (1931) : a continuous rise in prices that is sustained by the tendency of wage increases and cost increases to react on each other
**in·fla·tion·ism** \in-ˈflā-shə-ˌni-zəm\ *n* (1919) : the policy of economic inflation — **in·fla·tion·ist** \-sh(ə-)nist\ *n or adj*
**in·flect** \in-ˈflekt\ *vb* [ME, fr. L *inflectere*, fr. *in-* + *flectere* to bend] *vt* (15c) **1** : to turn from a direct line or course : CURVE  **2** : to vary (a word) by inflection : DECLINE, CONJUGATE  **3** : to change or vary the pitch of (as the voice)  ~ *vi* : to become modified by inflection — **in·flect·able** \-ˈflek-tə-bəl\ *adj* — **in·flec·tive** \-ˈflek-tiv\ *adj*
**in·flec·tion** \in-ˈflek-shən\ *n* (1531) **1** : the act or result of curving or bending : BEND  **2** : change in pitch or loudness of the voice  **3  a** : the change of form that words undergo to mark such distinctions as those of case, gender, number, tense, person, mood, or voice   **b  a** : a form, suffix, or element involved in such variation   **c** : ACCIDENCE   **4 a** : change in curvature of an arc or curve from concave to convex or conversely   **b** : INFLECTION POINT
**in·flec·tion·al** \-shnəl, -shə-nᵊl\ *adj* (1832) : of, relating to, or characterized by inflection ⟨an ~ suffix⟩ — **in·flec·tion·al·ly** *adv*
**inflection point** *n* (ca. 1721) : a point on a curve that separates an arc concave upward from one concave downward and vice versa
**in·flexed** \ˈin-ˌflekst\ *adj* [L *inflexus*, pp. of *inflectere*] (1661) : bent or turned abruptly inward or downward or toward the axis ⟨~ petals⟩
**in·flex·i·ble** \(ˌ)in-ˈflek-sə-bəl\ *adj* [ME, fr. L *inflexibilis*, fr. *in-* + *flexibilis* flexible] (14c) **1** : rigidly firm in will or purpose : UNYIELDING  **2** : not readily bent : lacking or deficient in suppleness   **3** : incapable of change : UNALTERABLE — **in·flex·i·bil·i·ty** \-ˌflek-sə-ˈbi-lə-tē\ *n* — **in·flex·i·ble·ness** \-ˈflek-sə-bəl-nəs\ *n* — **in·flex·i·bly** \-blē\ *adv*
   ***syn*** INFLEXIBLE, OBDURATE, ADAMANT mean unwilling to alter a predetermined course or purpose. INFLEXIBLE implies rigid adherence to or even slavish conformity to principle ⟨*inflexible* in their demands⟩. OBDURATE stresses hardness of heart and insensitivity to appeals for mercy or the influence of divine grace ⟨*obdurate* in his refusal to grant clemency⟩. ADAMANT implies utter immovability in the face of all temptation or entreaty ⟨*adamant* that the work should continue⟩.
   ***syn*** see in addition STIFF
**in·flex·ion** chiefly Brit var of INFLECTION
**in·flict** \in-ˈflikt\ *vt* [L *inflictus*, pp. of *infligere*, fr. *in-* + *fligere* to strike — more at PROFLIGATE] (1566) **1** : AFFLICT  **2  a** : to give by or as if by striking ⟨~ pain⟩   **b** : to cause (something unpleasant) to be endured ⟨~ my annual message upon the church —Mark Twain⟩ — **in·flict·er** *or* **in·flic·tor** \-ˈflik-tər\ *n* — **in·flic·tive** \-tiv\ *adj*
**in·flic·tion** \in-ˈflik-shən\ *n* (1534) **1** : the act of inflicting  **2** : something (as punishment or suffering) that is inflicted
**in·flight** \ˈin-ˈflīt, (ˌ)in-\ *adj* (1944) : made, carried out, or provided for use or enjoyment while in flight ⟨~ movies⟩
**in·flo·res·cence** \ˌin-flə-ˈre-sᵊn(t)s\ *n* [NL *inflorescentia*, fr. LL *inflorescent-, inflorescens*, prp. of *inflorescere* to begin to bloom, fr. L *in-* + *florescere* to begin to bloom — more at FLORESCENCE] (1760) **1  a** (1) : the mode of development and arrangement of flowers on an axis   (2) : a floral axis with its appendages; *also* : a flower cluster   **b** : a cluster of reproductive organs on a moss usu. subtended by a bract   **2** : the budding and unfolding of blossoms : FLOWERING



**inflorescence 1a(1)**: *1* raceme, *2* corymb, *3* umbel, *4* compound umbel, *5* capitulum, *6* spike, *7* compound spike, *8* panicle, *9* cyme

**in·flow** \ˈin-ˌflō\ *n* (1839) : a flowing in ⟨the ~ of air⟩ ⟨an ~ of funds⟩
¹**in·flu·ence** \ˈin-ˌflü-ən(t)s, *esp Southern* in-ˈ\ *n* [ME, fr. MF, fr. ML *influentia*, fr. L *influent-, influens*, prp. of *influere* to flow in, fr. *in-* + *fluere* to flow — more at FLUID] (14c) **1 a** : an ethereal fluid held to flow from the stars and to affect the actions of humans   **b** : an emanation of occult power held to derive from stars   **2** : an emanation of spiritual or moral force   **3  a** : the act or power of producing an effect without apparent exertion of force or direct exercise of command   **b** : corrupt interference with authority for personal gain   **4** : the power or capacity of causing an effect in indirect or intangible ways : SWAY   **5** : one that exerts influence — **under the influence** : affected by alcohol : DRUNK ⟨was arrested for driving *under the influence*⟩
   ***syn*** INFLUENCE, AUTHORITY, PRESTIGE, WEIGHT, CREDIT mean power exerted over the minds or behavior of others. INFLUENCE may apply to a force exercised and received consciously or unconsciously ⟨used her *influence* to get the bill passed⟩. AUTHORITY implies the power of winning devotion or allegiance or of compelling acceptance and belief ⟨his opinions lacked *authority*⟩. PRESTIGE implies the ascendancy given by conspicuous excellence or reputation for superiority ⟨the *prestige* of the newspaper⟩. WEIGHT implies measurable or decisive influence in determining acts or choices ⟨their wishes obviously carried much *weight*⟩. CREDIT suggests influence that arises from the confidence of others ⟨his *credit* with the press⟩.

²**influence** *vt* **-enced; -enc·ing** (1658) **1** : to affect or alter by indirect or intangible means : SWAY  **2** : to have an effect on the condition or development of : MODIFY   ***syn*** see AFFECT — **in·flu·ence·able** \-ən(t)-sə-bəl\ *adj*
¹**in·flu·ent** \ˈin-ˌflü-ənt, in-ˈ\ *adj* (15c) : flowing in
²**influent** *n* (1859) **1** : something that flows in: as   **a** : a tributary stream   **b** : fluid input into a reservoir or process   **2** : a factor (as a particular animal) modifying the balance and stability of an ecological community
¹**in·flu·en·tial** \ˌin-(ˌ)flü-ˈen(t)-shəl\ *adj* (1570) : exerting or possessing influence — **in·flu·en·tial·ly** \-ˈen(t)-sh(ə-)lē\ *adv*
²**influential** *n* (1831) : one who has great influence
**in·flu·en·za** \ˌin-(ˌ)flü-ˈen-zə\ *n* [It, lit., influence, fr. ML *influentia*; fr. the belief that epidemics were due to the influence of the stars] (1743) **1** : an acute highly contagious virus disease caused by various strains of a myxovirus (family Orthomyxoviridae) and characterized by sudden onset, fever, prostration, severe aches and pains, and progressive inflammation of the respiratory mucous membrane; *broadly* : a human respiratory infection of undetermined cause   **2** : any of numerous febrile usu. virus diseases of domestic animals marked by respiratory symptoms, inflammation of mucous membranes, and often systemic involvement — **in·flu·en·zal** \-zəl\ *adj*
**in·flux** \ˈin-ˌfləks\ *n* [ML *influxus*, fr. L *influere*] (1626) : a coming in ⟨an ~ of tourists⟩
**in·fo** \ˈin-(ˌ)fō\ *n* (1913) : INFORMATION
**in·fold** \in-ˈfōld\ *vt* (15c) : ENFOLD, ENVELOP  ~ *vi* : to fold inward or toward one another
**in·fo·mer·cial** \ˌin-(ˌ)fō-ˌmər-shəl, -fə-\ *n* [*information* + ²*commercial*] (1981) : a television program that is an extended advertisement often including a discussion or demonstration
**in·form** \in-ˈfōrm\ *vb* [ME, fr. MF *enformer*, fr. L *informare*, fr. *in-* + *forma* form] *vt* (14c) **1** *obs* : to give material form to   **2  a** : to give character or essence to ⟨the principles which ~ modern teaching⟩   **b** : to be the characteristic quality of : ANIMATE ⟨the compassion that ~s her work⟩   **3** *obs* : GUIDE, DIRECT   **4** *obs* : to make known   **5** : to communicate knowledge to ⟨~ a prisoner of his rights⟩   ~ *vi* **1** : to impart information or knowledge   **2** : to give information (as of another's wrongdoing) to an authority
   ***syn*** INFORM, ACQUAINT, APPRISE, NOTIFY mean to make one aware of something. INFORM implies the imparting of knowledge esp. of facts or occurrences ⟨*informed* us of the crisis⟩. ACQUAINT lays stress on introducing to or familiarizing with ⟨*acquaint* yourself with the keyboard⟩. APPRISE implies communicating something of special interest or importance ⟨keep us *apprised* of the situation⟩. NOTIFY implies sending notice of something requiring attention or demanding action ⟨*notified* the witness when to appear⟩.
**in·for·mal** \(ˌ)in-ˈfȯr-məl\ *adj* (1585) **1** : marked by the absence of formality or ceremony ⟨an ~ meeting⟩ ⟨an ~ group⟩  **2** : characteristic of or appropriate to ordinary, casual, or familiar use ⟨~ English⟩ ⟨~ clothes⟩ — **in·for·mal·i·ty** \-(ˌ)fȯr-ˈma-lə-tē, -fər-\ *n* — **in·for·mal·ly** \-ˈfȯr-mə-lē\ *adv*
**in·for·mant** \in-ˈfȯr-mənt\ *n* (1693) : a person who gives information: as   **a** : INFORMER   **b** : one who supplies cultural or linguistic data in response to interrogation by an investigator
**in forma pau·pe·ris** \in-ˌfȯr-mə-ˈpȯ-pə-rəs, -ˈpau̇-\ *adj or adv* [L, in the form of a pauper] (1592) : as a poor person
**in·for·mat·ics** \ˌin-fər-ˈma-tiks\ *n pl but sing in constr* [ISV *information* + *-ics*] (ca. 1967) *chiefly Brit* : INFORMATION SCIENCE
**in·for·ma·tion** \ˌin-fər-ˈmā-shən\ *n* (14c) **1** : the communication or reception of knowledge or intelligence   **2 a** (1) : knowledge obtained from investigation, study, or instruction   (2) : INTELLIGENCE, NEWS   (3) : FACTS, DATA   **b** : the attribute inherent in and communicated by one of two or more alternative sequences or arrangements of something (as nucleotides in DNA or binary digits in a computer program) that produce specific effects   **c** (1) : a signal or character (as in a communication system or computer) representing data   (2) : something (as a message, experimental data, or a picture) which justifies change in a construct (as a plan or theory) that represents physical or mental experience or another construct   **d** : a quantitative measure of the content of information; *specif* : a numerical quantity that measures the uncertainty in the outcome of an experiment to be performed   **3** : the act of informing against a person   **4** : a formal accusation of a crime made by a prosecuting officer as distinguished from an indictment presented by a grand jury — **in·for·ma·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **in·for·ma·tion·al·ly** *adv*
**information retrieval** *n* (1950) : the techniques of storing and recovering and often disseminating recorded data esp. through the use of a computerized system
**information science** *n* (1960) : the collection, classification, storage, retrieval, and dissemination of recorded knowledge treated both as a pure and as an applied science
**information theory** *n* (1950) : a theory that deals statistically with information, with the measurement of its content in terms of its distinguishing essential characteristics or by the number of alternatives from which it makes a choice possible, and with the efficiency of processes of communication between humans and machines
**in·for·ma·tive** \in-ˈfȯr-mə-tiv\ *adj* (1655) : imparting knowledge : INSTRUCTIVE — **in·for·ma·tive·ly** *adv* — **in·for·ma·tive·ness** *n*
**in·for·ma·to·ry** \-mə-ˌtȯr-ē, -ˌtȯr-\ *adj* (ca. 1879) : conveying information — **in·for·ma·to·ri·ly** \in-ˌfȯr-mə-ˈtȯr-ə-lē, -ˈtȯr-\ *adv*
**in·formed** \in-ˈfȯrmd\ *adj* (15c) **1 a** : having information ⟨~ sources⟩ ⟨~ observers⟩   **b** : based on possession of information ⟨an ~ opinion⟩   **2** : EDUCATED, KNOWLEDGEABLE ⟨what the ~ person should know⟩ — **in·form·ed·ly** \-ˈfȯrmd-lē, -ˈfȯr-məd-lē\ *adv*
**informed consent** *n* (ca. 1967) : consent to surgery by a patient or to participation in a medical experiment by a subject after achieving an understanding of what is involved

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ᵫ, ᵻ, ᵞ\ see Guide to Pronunciation