# Exhibit J to the
# Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

or seedlings so as to induce a shortening of the vegetative period — **ver·nal·ize** \'vər-nᵊl-ˌīz\ *vt*
**ver·na·tion** \(ˌ)vər-'nā-shən\ *n* [NL *vernation-, vernatio,* fr. L *vernare* to behave as in spring, fr. *vernus* vernal] (1793) : the arrangement of foliage leaves within the bud
**Ver·ner's law** \'ver-nərz-\ *n* [Karl A. *Verner*] (1878) : a statement in historical linguistics: in medial or final position in voiced environments and when the immediately preceding vowel did not bear the principal accent in Proto-Indo-European, the Proto-Germanic voiceless fricatives *f, þ,* and *χ* derived from the Proto-Indo-European voiceless stops *p, t,* and *k* and the Proto-Germanic voiceless fricative *s* derived from Proto-Indo-European *s* became the voiced fricatives *ƀ, ð, g* and *z* represented in various recorded Germanic languages by *b, d, g,* and *r*
**ver·ni·cle** *or* **ver·na·cle** \'vər-ni-kəl\ *n* [ME *vernicle,* fr. MF *veronique, vernicle,* fr. ML *veronica*] (14c) : ²VERONICA
¹**ver·ni·er** \'vər-nē-ər\ *n* [Pierre *Vernier*] (1766) 1 : a short scale made to slide along the divisions of a graduated instrument for indicating parts of divisions 2 **a** : a small auxiliary device used with a main device to obtain fine adjustment **b** : any of two or more small supplementary rocket engines or gas nozzles on a missile or a rocket vehicle for making fine adjustments in the speed or course or controlling the attitude — called also *vernier engine*
²**vernier** *adj* (1788) : having or comprising a vernier
**vernier caliper** *n* (ca. 1876) : a measuring device that consists of a main scale with a fixed jaw and a sliding jaw with an attached vernier
**ver·nis·sage** \ˌver-ni-'säzh\ *n* [F, day before an exhibition opens reserved for artists to varnish and put finishing touches to their paintings, lit., varnishing, fr. *vernis* varnish — more at VARNISH] (1912) : a private showing or preview of an art exhibition
¹**ve·ron·i·ca** \və-'rä-ni-kə\ *n* [NL, genus of herbs] (1527) : SPEEDWELL
²**veronica** *n* [ML, fr. *Veronica,* legendary saint of the 1st cent. A.D.] (ca. 1700) : an image of Christ's face said to have been impressed on the cloth that St. Veronica gave him to wipe his face with on the way to his crucifixion; *also* : a cloth resembling the legendary one of St. Veronica
³**veronica** *n* [Sp *verónica,* fr. St. *Veronica*] (1926) : a pase in bullfighting in which the cape is swung slowly away from the charging bull while the matador keeps his feet in the same position
**Vé·ro·nique** *also* **Ve·ro·nique** \ˌvā-rō-'nēk\ *adj* [F *Véronique* Veronica] (1907) : prepared or garnished with usu. white seedless grapes ⟨sole ~⟩
**ver·ru·ca** \və-'rü-kə\ *n, pl* **-cae** \-(ˌ)kē, -ˌkī, -ˌsī\ [L, wart, hillock; akin to Lith *virsus* summit and prob. to OE *wearte* wart — more at WART] (1565) 1 : a wart or warty skin lesion 2 : a warty elevation on a plant or animal surface
**verruca vul·ga·ris** \-ˌvəl-'gar-əs, -'ger-\ *n* [NL, lit., common verruca] (1903) : WART 1a
**ver·ru·cose** \və-'rü-ˌkōs\ *adj* (1686) : covered with warty elevations
**ver·sal** \'vər-səl, 'vär-\ *adj* [short for *universal*] (1592) *archaic* : ENTIRE, WHOLE ⟨as pale as any clout in the ~ world —Shak.⟩
**ver·sant** \'vər-sᵊnt\ *adj* [L *versant-, versans,* prp. of *versare, versari* to turn, occupy oneself, meditate] (1645) 1 *archaic* : EXPERIENCED, PRACTICED 2 : CONVERSANT
**ver·sa·tile** \'vər-sə-tᵊl, *esp Brit* -ˌtīl\ *adj* [F or L; F, fr. L *versatilis* turning easily, fr. *versare* to turn, freq. of *vertere*] (1605) 1 : changing or fluctuating readily : VARIABLE ⟨a ~ disposition⟩ 2 : embracing a variety of subjects, fields, or skills; *also* : turning with ease from one thing to another 3 **a** (1) : capable of turning forward or backward : REVERSIBLE ⟨a ~ toe of a bird⟩ (2) : capable of moving laterally and up and down ⟨~ antennae⟩ **b** *of an anther* : having the filaments attached at or near the middle so as to swing freely 4 : having many uses or applications ⟨~ building material⟩ — **ver·sa·tile·ly** \-t̂l-(l)ē, -ˌtīl-lē\ *adv* — **ver·sa·tile·ness** \-t̂l-nəs, -ˌtīl-nəs\ *n*
**ver·sa·til·i·ty** \ˌvər-sə-'ti-lə-tē\ *n* (ca. 1755) : the quality or state of being versatile ⟨a whistle of great ~⟩
**vers de so·ci·é·té** \ˌver-də-ˌsō-sē-ə-'tā\ *n* [F, society verse] (1796) : witty and typically ironic light verse
¹**verse** \'vərs\ *n* [ME *vers,* fr. OF & OE; both fr. L *versus,* lit., turning, fr. *vertere* to turn — more at WORTH] (bef. 12c) 1 : a line of metrical writing 2 **a** (1) : metrical language (2) : metrical writing distinguished from poetry esp. by its lower level of intensity (3) : POETRY 2 **b** : POEM **c** : a body of metrical writing (as of a period or country) 3 : STANZA 4 : one of the short divisions into which a chapter of the Bible is traditionally divided
²**verse** *vb* **versed; vers·ing** *vi* (bef. 12c) : to make verse : VERSIFY ~ *vt* 1 : to tell or celebrate in verse 2 : to turn into verse
³**verse** *vt* **versed; vers·ing** [back-formation fr. *versed,* fr. L *versatus,* pp. of *versari* to be active, be occupied (in), pass. of *versare* to turn] (1673) : to familiarize by close association, study, or experience ⟨well *versed* in the theater⟩
**vers·et** \'vər-sət, -ˌset; ˌvər-'set\ *n* [ME, fr. OF, dim. of *vers* verse] (13c) : a short verse esp. from a sacred book (as the Koran)
**ver·si·cle** \'vər-si-kəl\ *n* [ME, fr. L *versiculus,* dim. of *versus* verse] (14c) 1 : a short verse or sentence (as from a psalm) said or sung by a leader in public worship and followed by a response from the people 2 : a little verse
**ver·sic·u·lar** \ˌvər-'si-kyə-lər\ *adj* [L *versiculus* little verse] (1812) : of or relating to verses or versicles
**ver·si·fi·ca·tion** \ˌvər-sə-fə-'kā-shən\ *n* (1603) 1 : the making of verses 2 **a** : metrical structure : PROSODY **b** : a particular metrical structure or style 3 : a version in verse of something orig. in prose
**ver·si·fi·er** \'vər-sə-ˌfī(-ə)r\ *n* (14c) : one that versifies; *esp* : a writer of light or inferior verse
**ver·si·fy** \-ˌfī\ *vb* **-fied; -fy·ing** [ME *versifien,* fr. MF *versifier,* fr. L *versificare,* fr. *versus* verse, line] *vi* (14c) : to compose verses ~ *vt* 1 : to relate or describe in verse 2 : to turn into verse
**ver·sion** \'vər-zhən, -shən\ *n* [MF, fr. ML *version-, versio* act of turning, fr. L *vertere* to turn — more at WORTH] (1582) 1 : a translation from another language; *esp* : a translation of the Bible or a part of it 2 **a** : an account or description from a particular point of view esp. as contrasted with another account **b** : an adaptation of a literary work ⟨the movie ~ of the novel⟩ **c** : an arrangement of a musical composition 3 : a form or variant of a type or original ⟨an experimental ~ of the plane⟩ 4 **a** : a condition in which an organ and esp. the uterus is turned from its normal position **b** : manual turning of a fetus in the uterus to aid delivery — **ver·sion·al** \'vərzh-nəl, 'vərsh-; 'vər-zhə-nᵊl, -shə-\ *adj*

**vers li·bre** \ver-'lēbrᵊ\ *n, pl* **vers li·bres** \*same*\ [F] (1902) : FREE VERSE
**vers–li·brist** \-'lē-brist\ *n* [F *vers-libriste*] (1916) : a writer of free verse
**ver·so** \'vər-(ˌ)sō\ *n, pl* **versos** [NL *verso* (*folio*) the page being turned] (1839) 1 : the side of a leaf (as of a manuscript) that is to be read second 2 : a left-hand page — compare RECTO
**verst** \'vərst\ *n* [F *verste* & G *Werst*; both fr. Russ *versta*; akin to L *vertere* to turn] (1555) : a Russian unit of distance equal to 0.6629 mile (1.067 kilometers)
**ver·sus** \'vər-səs, -səz\ *prep* [ML, towards, against, fr. L, adv., so as to face, fr. pp. of *vertere* to turn] (15c) 1 : AGAINST 2 : in contrast to or as the alternative of ⟨free trade ~ protection⟩
**vert** \'vərt\ *n* [ME *verte,* fr. MF *vert,* fr. *vert* green — more at VERDANT] (15c) 1 **a** : green forest vegetation esp. when forming cover or providing food for deer **b** : the right or privilege (as in England) of cutting living wood or sometimes of pasturing animals in a forest 2 : the heraldic color green
**ver·te·bra** \'vər-tə-brə, -ˌbrā\ *n, pl* **-brae** \-ˌbrā, -(ˌ)brē, -brə\ *or* **-bras** [L, joint, vertebra, fr. *vertere* to turn] (1578) : one of the bony or cartilaginous segments composing the spinal column, consisting in some lower vertebrates of several distinct elements which never become united, and in higher vertebrates having a short more or less cylindrical body whose ends articulate by pads of elastic or cartilaginous tissue with those of adjacent vertebrae and a bony arch that encloses the spinal cord
**ver·te·bral** \(ˌ)vər-'tē-brəl, 'vər-tə-\ *adj* (ca. 1681) 1 : of, relating to, or being vertebrae or the vertebral column : SPINAL 2 : composed of or having vertebrae
**vertebral canal** *n* (1831) : a canal that contains the spinal cord and is delimited by the arches on the dorsal side of the vertebrae — called also *spinal canal*
**vertebral column** *n* (1822) : SPINAL COLUMN
¹**ver·te·brate** \'vər-tə-brət, -ˌbrāt\ *adj* [NL *vertebratus,* fr. L, jointed, fr. *vertebra*] (1826) 1 **a** : having a spinal column **b** : of or relating to the vertebrates 2 : organized or constructed in orderly or developed form
²**vertebrate** *n* [NL *Vertebrata,* fr. neut. pl. of *vertebratus*] (1826) : any of a subphylum (Vertebrata) of chordates that possess a spinal column including the mammals, birds, reptiles, amphibians, and fishes
**ver·tex** \'vər-ˌteks\ *n, pl* **ver·ti·ces** \'vər-tə-ˌsēz\ *also* **ver·tex·es** [L *vertic-, vertex, vortic-, vortex* whirl, whirlpool, top of the head, summit, fr. *vertere* to turn] (1570) 1 **a** : the point opposite to and farthest from the base in a figure **b** : a point (as of an angle, polygon, polyhedron, graph, or network) that terminates a line or curve or comprises the intersection of two or more lines or curves **c** : a point where an axis of an ellipse, parabola, or hyperbola intersects the curve itself 2 : the top of the head 3 : a principal or highest point : SUMMIT ⟨the ~ of the hill⟩
**ver·ti·cal** \'vər-ti-kəl\ *adj* [MF or LL; MF, fr. LL *verticalis,* fr. L *vertic-, vertex*] (1559) 1 **a** : situated at the highest point : directly overhead or in the zenith **b** *of an aerial photograph* : taken with the camera pointing straight down or nearly so 2 **a** : perpendicular to the plane of the horizon or to a primary axis : UPRIGHT **b** (1) : located at right angles to the plane of a supporting surface (2) : lying in the direction of an axis : LENGTHWISE 3 **a** : relating to, involving, or integrating economic activity from basic production to point of sale ⟨~ monopoly⟩ **b** : of, relating to, or comprising persons of different status : in the arrangement of society⟩ — **vertical** *n* — **ver·ti·cal·i·ty** \ˌvər-tə-'ka-lə-tē\ *n* — **ver·ti·cal·ly** \'vər-ti-k(ə-)lē\ *adv* — **ver·ti·cal·ness** \-kəl-nəs\ *n*

*syn* VERTICAL, PERPENDICULAR, PLUMB mean being at right angles to a base line. VERTICAL suggests a line or direction rising straight upward toward a zenith ⟨the side of the cliff is almost *vertical*⟩. PERPENDICULAR may stress the straightness of a line making a right angle with any other line, not necessarily a horizontal one ⟨the parallel bars are *perpendicular* to the support posts⟩. PLUMB stresses an exact verticality determined (as with a plumb line) by earth's gravity ⟨make sure that the wall is *plumb*⟩.

**vertical angle** *n* (1571) : either of two angles lying on opposite sides of two intersecting lines
**vertical circle** *n* (1559) : a great circle of the celestial sphere whose plane is perpendicular to that of the horizon
**vertical file** *n* (1906) : a collection of articles (as pamphlets and clippings) that is maintained (as in a library) to answer brief questions or to provide points of information not easily located
**vertical union** *n* (1933) : INDUSTRIAL UNION
**ver·ti·cil** \'vər-tə-ˌsil\ *n* [NL *verticillus,* dim. of L *vertex* whirl] (1793) : a circle of similar parts (as flowers around a stem or sensory hairs around an antennal joint) about the same point on the axis : WHORL
**ver·ti·cil·late** \ˌvər-tə-'si-lət\ *adj* (ca. 1793) : arranged in verticils
**ver·ti·cil·li·um wilt** \ˌvər-tə-'si-lē-əm-\ *n* [NL *Verticillium,* fr. *verticillus*] (1916) : a wilt disease of various plants that is caused by a soil-borne imperfect fungus (genus *Verticillium*)
**ver·tig·i·nous** \(ˌ)vər-'ti-jə-nəs\ *adj* [L *vertiginosus,* fr. *vertigin-, vertigo*] (1608) 1 **a** : characterized by or suffering from vertigo or dizziness **b** : inclined to frequent and often pointless change : INCONSTANT 2 : causing or tending to cause dizziness ⟨the ~ heights⟩ 3 : marked by turning : ROTARY ⟨the ~ motion of the earth⟩ — **ver·tig·i·nous·ly** *adv*
**ver·ti·go** \'vər-ti-ˌgō\ *n, pl* **-goes** *or* **-gos** [L *vertigin-, vertigo,* fr. *vertere* to turn] (1528) 1 **a** : a disordered state in which the individual or the individual's surroundings seem to whirl dizzily **b** : a dizzy confused state of mind 2 : disordered vertiginous movement as a symptom of disease in lower animals; *also* : a disease (as gid) causing this
**ver·tu** \ˌvər-'tü, ver-\ *var of* VIRTU
**ver·vain** \'vər-ˌvān\ *n* [ME *verveine,* fr. MF, fr. L *verbena* leafy branch;

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ȧ, k̇, ⁿ, œ, œ̄, ᵫ, ᵬ, ʸ\ *see* Guide to Pronunciation