# Exhibit K to the
# Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)

US006085192C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (5234th)

# United States Patent

Mendez et al.

(10) **Number:** **US 6,085,192 C1**

(45) **Certificate Issued:** **Nov. 22, 2005**

(54) **SYSTEM AND METHOD FOR SECURELY SYNCHRONIZING MULTIPLE COPIES OF A WORKSPACE ELEMENT IN A NETWORK**

(75) Inventors: **Daniel J. Mendez**, Mountain View, CA (US); **Mark D. Riggins**, San Jose, CA (US); **Prasad Wagle**, Santa Clara, CA (US); **Christine C. Ying**, Foster City, CA (US)

(73) Assignee: **Visto Corporation**, Redwood Shores, CA (US)

**Reexamination Request:**
No. 90/007,093, Jun. 18, 2004

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,085,192** |
| Issued: | **Jul. 4, 2000** |
| Appl. No.: | **08/835,997** |
| Filed: | **Apr. 11, 1997** |

(51) **Int. Cl.$^7$** ............................................... **G06F 17/30**
(52) **U.S. Cl.** ................................. **707/10**; 707/1; 707/9; 707/10; 707/104; 707/203
(58) **Field of Search** ............................... 707/1–4, 9–10, 707/203, 200, 101, 102, 103 R; 715/511; 709/201–202, 248–249

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,652,698 | A | 3/1987 | Hale et al. |
| 4,714,995 | A | 12/1987 | Materna et al. |
| 4,882,752 | A | 11/1989 | Lindman et al. |
| 4,897,781 | A | 1/1990 | Chang et al. |
| 4,916,738 | A | 4/1990 | Chandra et al. |
| 5,048,085 | A | 9/1991 | Abraham et al. |
| 5,150,407 | A | 9/1992 | Chan |
| 5,220,603 | A | 6/1993 | Parker |
| 5,265,159 | A | 11/1993 | Kung |
| 5,333,266 | A | 7/1994 | Boaz et al. |
| 5,388,255 | A | 2/1995 | Pytlik |
| 5,392,390 | A | 2/1995 | Crozier |
| 5,420,927 | A | 5/1995 | Micali |
| 5,425,102 | A | 6/1995 | Moy |

| | | | |
|---|---|---|---|
| 5,434,918 | A | 7/1995 | Kung et al. |
| 5,483,596 | A | 1/1996 | Rosenow et al. |
| 5,491,752 | A | 2/1996 | Kaufman et al. |
| 5,495,533 | A | 2/1996 | Linehan et al. |
| 5,510,777 | A | 4/1996 | Pilc et al. |
| 5,544,320 | A | 8/1996 | Konrad |

(Continued)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2191505 | 6/1997 |
| CA | 2210763 | 1/1999 |

(Continued)

### OTHER PUBLICATIONS

US 5,373,559, 12/1994, Kaufman et al. (withdrawn)

Rao, Venka & Aline, Mary, "Burrowing through firewalls," Dec. 1996, pp 1–5.*

(Continued)

*Primary Examiner*—Alford W. Kindred

(57) **ABSTRACT**

A system includes a general synchronization module at the client site for operating within a first firewall and for examining first version information to determine whether a first workspace element has been modified. The system further includes a synchronization agent at a global server for operating outside the first firewall and for forwarding to the general synchronization module second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified. A synchronization-start module is maintained at the client site for operating within the first firewall and for securely initiating the general synchronization module and the synchronization agent when predetermined criteria have been satisfied. The system further includes means for generating a preferred version from the first workspace element and from the copy by comparing the first version information and the second version information, and means for storing the preferred version at the first store and at the second store.



# US 6,085,192 C1

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,544,322 A | 8/1996 | Cheng et al. | |
| 5,572,643 A | 11/1996 | Judson | |
| 5,588,132 A | 12/1996 | Cardoza | |
| 5,604,788 A | 2/1997 | Tett | |
| 5,623,601 A | 4/1997 | Vu | |
| 5,627,997 A | 5/1997 | Bray et al. | |
| 5,632,011 A | 5/1997 | Landfield et al. | |
| 5,634,053 A | 5/1997 | Noble et al. | |
| 5,644,354 A | 7/1997 | Thompson et al. | |
| 5,647,002 A | 7/1997 | Brunson | |
| 5,652,884 A | 7/1997 | Palevich | |
| 5,657,390 A | 8/1997 | Elgamal et al. | |
| 5,664,207 A | 9/1997 | Crumpler et al. | |
| 5,666,530 A | 9/1997 | Clark et al. | |
| 5,675,782 A | 10/1997 | Montague et al. | |
| 5,678,039 A | 10/1997 | Hinks et al. | |
| 5,680,542 A | 10/1997 | Mulchandani | |
| 5,682,478 A | 10/1997 | Watson et al. | |
| 5,684,951 A | 11/1997 | Goldman et al. | |
| 5,684,984 A | 11/1997 | Jones et al. | |
| 5,687,322 A | 11/1997 | Deaton | |
| 5,701,400 A | 12/1997 | Amado | |
| 5,706,427 A | 1/1998 | Tabuki | |
| 5,710,922 A | 1/1998 | Alley et al. | |
| 5,713,019 A | 1/1998 | Keaten | |
| 5,717,925 A | 2/1998 | Harper et al. | |
| 5,721,779 A | 2/1998 | Funk | |
| 5,727,202 A | 3/1998 | Kucala | |
| 5,729,735 A | 3/1998 | Meyering | |
| 5,742,668 A | 4/1998 | Pepe et al. | |
| 5,752,059 A | 5/1998 | Holleran et al. | |
| 5,752,246 A | 5/1998 | Rogers et al. | |
| 5,754,830 A | 5/1998 | Butts et al. | |
| 5,758,150 A | 5/1998 | Bell et al. | |
| 5,758,354 A | 5/1998 | Huang et al. | |
| 5,758,355 A | 5/1998 | Buchanan | |
| 5,764,902 A | 6/1998 | Rothrock | |
| 5,765,171 A | 6/1998 | Gehani et al. | |
| 5,768,510 A | 6/1998 | Gish | |
| 5,784,463 A | 7/1998 | Chen et al. | |
| 5,784,464 A | 7/1998 | Akiyama et al. | |
| 5,787,172 A | 7/1998 | Arnold | |
| 5,790,974 A | 8/1998 | Tognazzini | |
| 5,794,252 A | 8/1998 | Mosher | |
| 5,799,086 A | 8/1998 | Sudia | |
| 5,802,530 A | 9/1998 | Van Hoff | |
| 5,812,398 A | 9/1998 | Nielsen | |
| 5,812,668 A | 9/1998 | Weber | |
| 5,812,773 A | 9/1998 | Norin | |
| 5,815,683 A | 9/1998 | Vogler | |
| 5,818,935 A | 10/1998 | Maa | |
| 5,828,840 A | 10/1998 | Cowan et al. | |
| 5,832,483 A | 11/1998 | Barker | |
| 5,835,087 A | 11/1998 | Herz et al. | |
| 5,835,601 A | 11/1998 | Shimbo et al. | |
| 5,845,282 A | 12/1998 | Alley et al. | |
| 5,857,201 A * | 1/1999 | Wright et al. ............ | 707/104.1 |
| 5,862,325 A | 1/1999 | Reed et al. | |
| 5,862,346 A | 1/1999 | Kley et al. | |
| 5,870,544 A | 2/1999 | Curtis | |
| 5,870,759 A | 2/1999 | Bauer et al. | |
| 5,870,765 A | 2/1999 | Bauer et al. | |
| 5,878,230 A | 3/1999 | Weber et al. | |
| 5,909,689 A | 6/1999 | Van Ryzin | |
| 5,924,103 A | 7/1999 | Ahmed et al. | |
| 5,928,329 A | 7/1999 | Clark et al. | |
| 5,943,676 A | 8/1999 | Boothby | |
| 5,951,652 A | 9/1999 | Ingrassia, Jr. et al. | |
| 5,961,590 A | 10/1999 | Mendez et al. | |
| 5,966,714 A | 10/1999 | Huang et al. | |

| | | | |
|---|---|---|---|
| 5,968,131 A | 10/1999 | Mendez et al. | |
| 5,974,238 A | 10/1999 | Chase, Jr. | |
| 5,982,898 A | 11/1999 | Hsu et al. | |
| 5,987,609 A | 11/1999 | Hasebe | |
| 5,999,932 A | 12/1999 | Paul | |
| 5,999,947 A | 12/1999 | Zollinger et al. | |
| 6,006,017 A | 12/1999 | Joshi et al. | |
| 6,006,274 A * | 12/1999 | Hawkins et al. ............ | 709/248 |
| 6,020,885 A | 2/2000 | Honda | |
| 6,021,427 A | 2/2000 | Spagna et al. | |
| 6,023,700 A | 2/2000 | Owens et al. | |
| 6,023,708 A | 2/2000 | Mendez et al. | |
| 6,034,621 A | 3/2000 | Kaufman | |
| 6,052,735 A | 4/2000 | Ulrich et al. | |
| 6,073,165 A | 6/2000 | Narasimhan et al. | |
| 6,094,477 A | 7/2000 | Nada et al. | |
| 6,108,691 A | 8/2000 | Lee et al. | |
| 6,108,709 A | 8/2000 | Shinomura et al. | |
| 6,118,856 A | 9/2000 | Paarsmarkt et al. | |
| 6,125,281 A | 9/2000 | Wells et al. | |
| 6,131,096 A | 10/2000 | Ng et al. | |
| 6,131,116 A | 10/2000 | Riggins et al. | |
| 6,138,146 A | 10/2000 | Moon et al. | |
| 6,151,606 A | 11/2000 | Mendez | |
| 6,154,844 A | 11/2000 | Touboul et al. | |
| 6,169,986 B1 | 1/2001 | Bowman et al. | |
| 6,182,118 B1 | 1/2001 | Finney et al. | |
| 6,212,529 B1 | 4/2001 | Boothby et al. | |
| 6,249,805 B1 | 6/2001 | Fleming | |
| 6,295,541 B1 | 9/2001 | Bodnar et al. | |
| 6,304,881 B1 | 10/2001 | Halim et al. | |
| 6,311,186 B1 | 10/2001 | Melampy et al. | |
| 6,324,542 B1 | 11/2001 | Wright, Jr. et al. | |
| 6,334,140 B1 | 12/2001 | Kawamata | |
| 6,343,313 B1 | 1/2002 | Salesky et al. | |
| 6,389,455 B1 | 5/2002 | Fuisz | |
| 6,438,583 B1 | 8/2002 | McDowell et al. | |
| 6,446,090 B1 | 9/2002 | Hart | |
| 6,477,545 B1 | 11/2002 | LaRue | |
| 6,510,455 B1 | 1/2003 | Chen et al. | |
| 6,564,218 B1 | 5/2003 | Roth | |
| 6,631,416 B2 | 10/2003 | Bendinelli et al. | |
| 6,697,942 B1 | 2/2004 | L'Heureux et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0801478 | 10/1997 |
| EP | 0820028 | 1/1998 |
| JP | 02000003314 | 1/2000 |
| WO | WO 96/17306 | 6/1996 |
| WO | WO 97/04389 | 2/1997 |
| WO | WO 97/24678 | 7/1997 |
| WO | WO 97/35265 | 9/1997 |
| WO | WO 99/05620 | 2/1999 |
| WO | WO 99/45451 | 9/1999 |
| WO | WO 00/22543 | 4/2000 |
| WO | 2002/0138599 | 9/2002 |
| WO | 2002/0174372 | 11/2002 |

## OTHER PUBLICATIONS

IntelliLink Corporation, ItelliLink for Windows Release 3.0, "User's Guide" 1994, Nashua, NH.

Lotus Development Corporation, Lotus Notes Release 4, "Application Developer's Guide" 1995, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 3.3 North American Server Edition, "Lotus Notes, the Groupware Standard" 1994, Cambridge, MA.

Sams Publishing, Dahl, Andrew, "Lotus Notes 4 Administrator's Survival Guide," 1996, Indianapolis, IN.

US 6,085,192 C1

Page 3

Sams Publishing, Tamura, et al., "Lotus Notes 4 Unleashed," 1996, Indianapolis, IN.

Advisor Publications—Lotus Notes Advisor, Pyle, Hugh, "The Notes Architecture," 1995.

Advisor Publications—Lotus Notes Advisor, Augun, Audry, "Integrating Lotus Notes with Enterprise Data," 1996.

Advisor Publications—Lotus Notes Advisor, Opyt, Barbara and Dale, Robert, "Use the Internet as Your Lotus Notes WAN," 1996.

Lotus Development Corporation, Lotus Notes Knowledge Base, "What is the Notes Replicator?" 1995, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Knowledge Base, "Firewall Security Overview and How Firewalls Relate to Lotus Notes" 1996, Cambridge, MA.

Network Computing, Frenkel, Garry, "Pumping for Info: Notes and Database Integration," 1996.

IBM Corporation, Hawker et al., "Secrets to Running Lotus Notes: The Decisions No One Tells You How to Make," 1996, Research Triangle Park, NC.

Radosevich, Linda, "Users want unified mail directories," Computerworld, Aug. 30, 1993, p. 12.

Bruno, Charles, "Firm pushes E–mail limits beyond rivals'," Network World, Aug. 12, 1991, pp. 33, 53.

Sliwa, Carol and Cole, Barb, "MESA declares a groupware detente," Network World, Aug. 5, 1996, p. 29.

Grosse, Eric, "Repository Mirroring," ACM Transactions on Mathematical Software, vol. 21, No. 1, Mar., 1995, pp. 89–97.

Schilit, Bill N. and Theimer, Marvin M., "Disseminating Active Map Information to Mobile Hosts," IEEE Network, Sep./Oct. 1994, pp. 22–32.

Levy, Eliezer and Silberschatz, Abraham, "Distributed File Systems: Concepts and Examples," ACM Computing Surveys, vol. 22, No. 4, Dec. 1990, pp. 321–374.

Rymer, John R., "The Muddle in the Middle," Byte, Apr. 1996, pp. 67–70.

Baum, David, "Intranet Politics and Technologies," Byte, May 1997, pp. 88A–88H.

Udell, Jon, "Push Me, Pull You," Byte, Sep. 1996, pp. 117–120.

Kador, John, "The Ultimate Middleware," Byte, Apr. 1996, pp. 79–83.

Brown, Mark, "Using Netscape 2," Que Corporation, 1995, pp. 885–907.

Kramer, Douglas, "The Java Platform," Javasoft, May 1996, pp. 1–25.

Package java.applet; java.net, http://www–nrg.ee.lbl.gov/j4/apibook/javaf.htm, javam.htm, Apr. 22, 1996.

Servlet Tutorial, http://mech.postech.ac.kr/Java/java.sun-.com/products/jeeves/currentrelease/doc/servlet_tutorial/servlet_tutorial.html.

Freier et al., entitled "The SSL Protocol, Version 3.0," Netscape Communications, dated Nov. 18, 1996, pp. 1–59, Downloaded from URL=http://www.home.netscape.com/eng/ss13/draft302.txt.

Java Servlet Application Programming Interface White Paper, http://mech.postech.ac.kr/Java/java.sun.com/products/jeeves/CurrentRelease/doc/api.html, Aug. 1996, pp. 1–6.

Singhal, M., "Update transport: A new technique for update synchronization in replicated database systems," IEEE Transactions on Software Engineering, vol. 16, No. 12, Dec. 1990, pp 1325–1336.

Rao, H. & Skarra, A., "A transparent service for synchronized replication across loosely–connected file systems," IEEE Transactions on Software Engineering, Apr. 1995, pp 110–117.

Crispin, M., "Internet Message Access Protocol—RFC 1730 Version 4," Dec. 1994, pp 1–52, http://www.faqs.org/rfcs/rfc1730.html.

Rao, Venkat & Aline, Mary, "Burrowing through firewalls," Dec. 1996, pp 1–5, http://java.sun.com/developer/technicalArticles/InnerWorkings/Burrowing/.

Brown, Margaret J., "The Visto Briefcase Pro Puts Your PIM On The Internet," Aug. 13, 1998, 1 page, URL:http://www.zdnet.com/zdnn/stories/zdnn_display/0,3440,341892,00.html.

Tanenbaum, Andrew, "Computer Networks," Third Edition, Prentice–Hall, 1996, see entire document.

Knudsen, Jonathan, "Java Cryptography," O'Reilly, 1998, p. 79–91, 112, 160.

Verisign Press Release, "Verisign Enhances Digital IDS to Enable Universal Website Login and One–step Registration," <www.verisign.com/press/product/isv.html>, especially 2nd paragraph.

Crispin, M., "IMAP4 Compatibility With IMAP2BIS", Network Working Group RFC 2061, Dec. 1996, XP002154026, <URL:http://www.imc.org/rfc2061>, retrieved Nov. 28, 2000, p. 1, last paragraph.

"Configuration of a wireless–connected mobile computer," IBM Technical Disclosure Bulletin, US, IBM Corp., New York, vol. 38, No. 4, Apr. 1, 1995, pp. 15–17, XP000516057, ISSN: 0018–8689, the whole document.

Mason, Justin, "Tunneling over HTTP," Dec. 11, 1996, pp 1–2 http://www.netsys.com/firewalls/firewalls–9612/0488.html.

Elgamal, Taher, "The Secure Sockets Layer Protocol (SSL)," agenda for the Danvers IETF meeting, Apr. 1995, pp 1–5—http://www.ietf.cnri.reston.va.us/proceedings/95apr/sec/cat.elgamal.slides.html.

Gray, Terry, "Message Access Paradigms and Protocols," revised Sep. 28, 1995, pp 1–11 http://www.imap.org/imap.vs.pop.html.

Ouellette, Tim, "Data for everyone, bills for none?," Computerworld, Mar. 17, 1997, pp. 43, 46.

Research Disclosure: "Provide Auto–Forwarding Based On Criteria Selected by the User"; Oct. 1, 1989; 1 page; No. 306; Kenneth Mason Publications; XP000085405; ISSN 0374–4353.

Chan, M.C. et al., "Application of Compaction Technique to Optimizing Wireless Email Transfer," IEEE Wireless Communications and Networking Conference 1999, p. 1535 Section A.

Crispin, M., "Internet Message Access Protocol Version 4rev1," 1996 Section 2.3.1.1.

Jaeger and Prakash, "Implementation of a Discretionary Access Control Model for Script–based Systems," IEEE Jun. 1995.

Adams, Charlotte, "Multilevel Secure Networking Charges Ahead," Federal Computer Week, Apr. 12, 1993.

Kohl, John, "The Evolution of the Kerberos Authentication Service," 1991.

Young et al., "Deniable Password Snatching: On the Possibility of Evasive Electronic Espionage," 1997, IEEE, pp. 224–235.

US 6,085,192 C1

Page 4

Abel, Amee, "E–mail anywhere," May 1998, Time, pp. 1–4.

Gray, Emmett, "Fetch–O–Matic by Emmett Gray," http://www.filmscouts.com/software/fomguide.asp, Version 2.5, 2001.

Satyanarayanan, M., "Integrating Security in a Large Distributed System," ACM Transactions on Computer Systems, vol. 7, No. 3, Aug. 1989, pp. 247–280.

Kistler, James J. and Satyanarayanan, M., "Disconnected Operation in the Coda File System," ACM Transactions on Computer Systems, vol. 10, No. 1, Feb. 1992, pp. 3–25.

Hills, Alex and Johnson, David B., "Wireless Data Network Infrastructure at Carnegie Mellon University," IEEE Personal Communications, 3(1), Feb. 1996.

Satyanarayanan, Mahadev, "Mobile Information Access," IEEE Personal Communications, Feb. 1996, pp. 26–33.

Satyanarayanan, Mahadev et al., "Coda: A Highly Available File System for a Distributed Workstation Environment," IEEE Transactions on Computers, vol. 39, No. 4, Apr. 1990, pp. 447–459.

Satyanarayanan, Mahadev, "Scalable, Secure, and Highly Available Distributed File Access," Computer, May 1990, pp. 9–21.

Mummert, Lily B. et al., "Exploiting Weak Connectivity for Mobile File Access," SIGOPS '95, Dec. 1995, pp. 143–155.

Terry, Douglas B. et al., "Managing Update Conflicts in Bayou, a Weakly Connected Replicated Storage System," SIGOPS '95, Dec. 1995, pp. 172–183.

Demers, Alan et al., "The Bayou Architecture: Support for Data Sharing among Mobile Users," Proceedings of the Workshop on Mobile Computing Systems and Applications, Santa Cruz, California, Dec. 1994, pp. 2–7.

Petersen, Karin et al., "Bayou: Replicated Database Services for World–wide Applications," Proceedings Seventh ACM SIGOPS European Workshop (EuroSIGOPS '96), Connemara, Ireland, Sep. 1996, pp. 275–280.

Crocker, David H., "RFC822: Standard for ARPA Internet Text Messages," http://www.w3.org/Protocols/rfc822/.

Theisen, Tim, "AFS distributed filesystem FAQ (1/2)," posted to uwisc.general newsgroup, Jul. 25, 1994.

Theisen, Tim, "AFS distributed filesystem FAQ (2/2)," posted to uwisc.general newsgroup, Jul. 25, 1994.

Schubert, Eric, "Re: telnet/internet and . . . ," posted to comp.sys.hp.mpe newsgroup, Jun. 30, 1995.

Glazman, Daniel, "SOFTWARE: HHTPtool [sic] 1.1, a file transfer utility over HTTP using PUT and GET," posted to comp.infosystems.www.announce newsgroup, May 17, 1995.

Glazman, Daniel, "SOFTWARE: HTTPtool v1.0 for Windows3.x, file transfer utility over HTTP," posted to comp.infosystems.www.announce newsgroup, Mar. 21, 1996.

Angus, Jeffrey G., "Sales force automation has a Gold-Mine," Computerworld, Oct. 7, 1996, p. 59.

Salamone, Salvatore, "Middle(ware) Management," Byte, Apr. 1996, pp. 71–76.

Nance, Barry, "Balance the Load with Transaction Server," Byte, Jun. 1997, pp. 81–84.

Francett, Barbara, "Replication on the Run," Software Magazine, Aug. 1996, pp. 63–66.

Darling, Charles B., EDA/SQL Loses a Little and Gains a Lot, Datamation, May 1, 1996, p. 12.

Varney, Sarah E., "Arm your salesforce with the Web," Datamation, Oct. 1996, pp. 72–74.

Fulcher, Jim, "Is it or isn't it?," Manufacturing Systems, Oct. 1996, pp. 56–61.

Lamb, John and Cusato, Tony, "LAN–Based Office for the Enterprise, A Case Study," Proceedings, 19th Conference on Local Computer Networks, Minneapolis, Minnesota, Oct. 2–5, 1994, pp. 440–447.

Kawell Jr., Leonard et al., "Replicated Document Management In A Group Communication System," presented at the Second Conference on Computer–Supported Cooperative Work, Portland, Oregon, Sep. 26–28, 1988, as printed in Groupware: Software for Computer–Supported Cooperative Work, IEEE Computer Society Press, pp. 226–235.

Hong, Jack et al., "Personal Electronic Notebook with Sharing," Proceedings of the Fourth Workshop on Enabling Technologies: Infrastructure for Collaborative Enterprises, Berkeley Springs, West Virginia, Apr. 20–22, 1995, pp. 88–94.

Mace, Scott, "DataSync 2.0 enhances synchronization of data," InfoWorld, Jun. 6, 1994, p. 28.

Mace, Scott, "Database replication products debut," Info-World, Nov. 15, 1993, p. 19.

Gryphon, Robert, "DataSync line matches up," InfoWorld, May 23, 1994, p. 161.

Patterson, John F. et al., "Notification Servers for Synchronous Groupware," Proceedings, ACM 1996 Conference on Computer Supported Cooperative Work, Boston, Massachusetts, Nov. 16–20, 1996, pp. 122–129.

Zhao, Jian and Hoppe, H. Ulrich, "Supporting Flexible Communication in Heterogeneous Multi–User Environments," 1994 IEEE, pp. 442–449.

Gong, Li, "Enclaves: Enabling Secure Collaboration Over the Internet," IEEE Journal on Selected Areas in Communications, vol. 15, No. 3, Apr. 1997, pp. 567–575.

Bruno, Lee, "Directory Services Tie It All Together," Data Communications, Mar. 1997, pp. 75–83.

Guy, Richard G. et al., "Implementation of the Ficus Replicated File System," Proceedings of the Summer 1990 USENIX Conference, Anaheim, California, Jun. 11–15, 1990, pp. 63–70.

Page, Thomas W. Jr. et al., "Management of Replicated Volume Location Data in the Ficus Replicated Data System," Conference Proceedings, USENIX Summer 1991 Technical Conference, Nashville, Tennessee, Jun. 10–14, 1991, pp. 17–29.

Reiher, Peter et al., "Resolving File Conflicts in the Ficus File System," Conference Proceedings, USENIX Summer 1994 Technical Conference, Boston, Massachusetts, Jun. 6–10, 1994, pp. 183–195.

Walker, Bruce et al., "The LOCUS Distributed Operating System," Proceedings of the Ninth ACM Symposium on Operating Systems Principles, Bretton Woods, New Hampshire, Oct. 10–13, 1983, pp. 49–70.

Parker, D. Stott Jr. et al., "Detection of Mutual Inconsistency in Distributed Systems," IEEE Transactions on Software Engineering, vol. SE–9, No. 3, May 1983, pp. 240–246.

Ceri, Stefano et al., "The Case for Independent Updates," Second Workshop on the Management of Replicated Data, Monterey, California, Nov. 12–13, 1992, pp. 17–19.

Downing, Alan R. et al., "OSCAR: A System for WeakConsistency Replication," Proceedings, Workshop on the Management of Replicated Data, Houston, Texas, Nov. 8–9, 1990, pp. 26–30.

**US 6,085,192 C1**

Page 5

Siegel, Alex et al., "Deceit: A Flexible Distributed File System," Proceedings of the Summer 1990 USENIX Conference, Anaheim, California, Jun. 11–15, 1990, pp. 51–61.
Chutani, Sailesh, "The Episode File System," Conference Proceedings, USENIX Winter 1992 Technical Conference, San Francisco, California, Jan. 20–24, 1992, pp. 43–59.
Seltzer, Margo, "An Implementation of a Log–Structured File System for UNIX," Conference Proceedings, USENIX Winter 1993 Technical Conference, San Diego, California, Jan. 25–29, 1993, pp. 307–326.
Vahalia, Uresh, "Metadata Logging in an NFS Server," Conference Proceedings, USENIX 1995 Technical Conference on UNIX and Advanced Computing Systems, New Orleans, Louisiana, Jan. 16–20, 1995, pp. 265–276.
Lotus Development Corporation, InterNotes Web Publisher Release 4, "InterNotes Wed Publisher Guide" 1996, Cambridge, MA.
Lotus Development Corporation, Lotus Notes Release 4, "Database Manager's Guide" 1995, Cambridge, MA.
Lotus Development Corporation, Lotus Notes Release 4, "Administrator's Guide" 1995, Cambridge, MA.
Lotus Development Corporation, Lotus Notes Release 4, "Deployment Guide" 1995, Cambridge, MA.
IBM Lotus Technical Library, Lotus Documentation, "Lotus Notes Internet Cookbook for Notes Release 3", Jan. 16, 1996, pp. 1–26 http://www–12.lotus.com/ldd/doc/domino_notes/cookbook/cbookv4.nsf/e12503289bf7b3a385256.

John Wiley & Sons, Inc.—Wiley Computer Publishing, Falkner, Mike, "How to Plan, Develop, and Implement Lotus Notes in Your Organization"1996, USA4.

McGraw–Hill, Lamb, John P and Lew, Peter W., "Lotus Notes Network Design for Notes Release 3 and 4", 1996, Quebecor–Fairfield, PA.

Lotus Notes, "Overview—What is Lotus NotesPump?", including "Notes Pump 1.0 Release Notes".

Lotus Development Corporation, Lotus Notes Release 3.1, The groupware standard, "Site and System Planning Guide" 1994, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 3.1. The groupwarestandard, "Administrator's Guide Server for NetWare, OS/2, and UNIX" 1994, Cambridge, MA.

IBM Lotus Technical Library, Lotus Documentation, "Lotus Notes Internet Cookbook for Notes Release 4", Date: Feb. 14, 1996, pp. 1–30 http://www–12.lotus.com/ldd/doc/domino_notes/cookbook/cbookv4.nsf/e12503289bf7b3a385256.

* cited by examiner

US 6,085,192 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 4, lines 20–38:

An operating system **240** includes a program for controlling processing by the CPU **205**, and is typically stored in the data storage device **230** and loaded into the RAM **235** for execution. A service engine **245** includes a program for performing a particular service such as maintaining an e-mail data base, a calendar data base, a bookmarks data base or another file data base, and may be also stored in the data storage device **230** and loaded into the RAM **235** for execution. To perform a service, the service engine **245** operates on service data **250** (e.g., the e-mail data **165**, the file data **170**, the calendar data **175** or the user data **180**), which is typically stored in the data storage device [**250**] *230*. The service data **250** includes version information **255** indicating the date and time of the last modification. The service engine **245** operates to update the version information **255** whenever modifications are made. It will be appreciated that the portion of memory in the data storage device [**250**] *230* which contains the service data **250** is referred to as the service "store."

Column 4, lines 44–59:

An operating system **340** includes a program for controlling processing by the CPU **305**, and is typically stored in the data storage device **330** and loaded into the RAM **335** for execution. A desktop service engine **345** (i.e., a particular service engine **245**, FIG. **2**) includes a service program for managing user data **180** (i.e., particular service data **250**, FIG. **2**) which includes version information **350** (i.e., particular version information **255**, FIG. **2**). The desktop service engine **345** may be also stored in the data storage devie **330** and loaded into the RAM **335** for execution. The user data **180** may be stored in the data storage **330**. As stated above with reference to FIG. **1**, the base system [**1 90**] *190* operates to synchronize the workspace data **185** (which includes user data **180**) with the workspace data **123**. The base system **190** may be also stored in the data storage device **330** and loaded into the RAM **335** for execution.

Column 5, lines 35–49:

The synchronization-start module **420** includes routines for determining when to initiate synchronization of workspace data **123** and workspace data **185**. For example, the synchronization-start module **420** may initiate data synchronization upon user request, at a particular time of day, after a predetermined time period passes, after a predetermined number of changes, after a user action such as user log-off or upon like criteria. The synchronization-start module **420** initiates data synchronization by instructing the general synchronization module **425** to begin execution of its routines. It will be appreciated that communications with synchronization agent **126** preferably initiate from within the

**2**

cooporate LAN [**1135**] *135*, because the typical cooporate firewall **130** prevents in-bound communications and allows out-bound communications.

Column 6, lines 15–27:

The content-based synchronization module **430** includes routines for reconciling two or more modified versions in workspace data **123**, **185** of the same workspace element. For example, if the original and the copy of a user workspace element have both been modified independently since the last synchronization, the [contentbased] *content-based* synchronization module **430** determines the appropriate responsive action. The content-based synchronization module **430** may request a user to select the preferred one of the modified versions or may respond based on preset preferences, i.e., by storing both versions in both stores or by integrating the changes into a single preferred version which replaces each modified version at both stores.

Column 6, lines 28–41:

FIG. **5** is a block diagram illustrating details of the synchronization agent **126**, which includes a communications module **505** (similar to the communications module **405** described above with reference to FIG. **4**) and a general synchronization module **510** (similar to the general synchronization module **425** described above also with reference to FIG. **4**). The communications module **505** includes routines for compressing data, and routines for communicating via the communications channel **125** with the base system **190**. The communications module **505** may further include routines for establishing a secure communications channel through the global firewall [**126**] *115* and through the corporate firewall **130**.

Column 6, lines 42–56:

The general synchronization module **510** includes routines for comparing the version information **124** with the last synchronization signature **435**, and routines for forwarding to the general synchronization module **425** version information **124** determined to be modified. The general synchronization module **510** may [either] maintain its own last synchronization signature **435** copy (not shown). Alternatively, the request to synchronize from the base system **190** may include a copy of the last synchronization signature **435**. The general synchronization module **510** further includes routines for receiving preferred versions of workspace data **185** workspace elements from the general synchronization module **425**, and routines for forwarding preferred versions of workspace data **123** workspace elements to the general synchronization module **425**.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **19** is cancelled.

Claims **1–2**, **6–8**, **10–11** and **21–25** are determined to be patentable as amended.

Claims **3–5**, **9**, **12–18** and **20**, dependent on an amended claim, are determined to be patentable.

**1**. A computer-based method comprising the steps of:

(a) *establishing a communications channel through a firewall using an HTTP port or an SSL port;*

(b) generating first examination results from first version information which indicates whether a first workspace element stored at a first store within [a] *the* firewall has been modified;

([b]*c*) generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store *on a smart phone* outside the firewall;

US 6,085,192 C1

**3**

([c]*d*) initiating steps ([a]*b*) and ([b]*c*) from within the firewall *through the communications channel* when predetermined criteria have been satisfied;

([d]*e*) generating a preferred version from the first workspace element and from the copy based on the first and second examination results, *wherein if only one of the first workspace element and the copy has been modified, then the step of generating includes selecting the one as the preferred version*; and

([e]*f*) storing the preferred version at the first store and at the second store.

**2.** [The method of claim **1**] *A computer-based method comprising the steps of:*

(*a*) *generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified;*

(*b*) *generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store outside the firewall;*

(*c*) *initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied,*

(*d*) *generating a preferred version from the first workspace element and from the copy based on the first and second examination results; and*

(*e*) *storing the preferred version at the first store and at the second store;*

wherein the second store is on a global server outside the firewall and which is protected by a global firewall.

**6.** [The method of claim **1** further comprising,] *A computer-based method comprising the steps of:*

(*a*) *generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified;*

(*b*) *generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store outside the firewall;*

(*c*) *initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied;*

(*d*) *generating a preferred version from the first workspace element and from the copy based on the first and second examination results;*

(*e*) *storing the preferred version at the first store and at the second store; and*

before generating the first examination results, the step of updating the first version information whenever the first workspace element is modified.

**7.** [The method of claim **1** further comprising,] *A computer based method comprising the steps of:*

(*a*) *generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified;*

(*b*) *generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store outside the firewall;*

(*c*) *initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied;*

**4**

(*d*) *generating a preferred version from the first workspace element and from the copy based on the first and second examination results;*

(*e*) *storing the preferred version at the first store and at the second store; and*

before generating the second examination results, the step of updating the second version information whenever the copy is modified.

**8.** [The method of claim **1**] *A computer-based method comprising the steps of:*

(*a*) *generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified;*

(*b*) *generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store outside the firewall;*

(*c*) *initiating steps (a) and (b) from within the firewall when predetermined criteria have been satisfied;*

(*d*) *generating a preferred version from the first workspace element and from the copy based on the first and second examination results;*

(*e*) *storing the preferred version at the first store and at the second store; and*

wherein if only one of the first workspace element and the copy has been modified, then the step of generating includes selecting the one as the preferred version.

**10**. A system comprising:

*a communications channel through a firewall comprising one of an HTTP port and an SSL port;*

a general synchronization module for operating within [a] *the* first firewall and for examining first version information to determine whether a first workspace element *at a first store* has been modified;

a synchronization agent for operating outside the first firewall and for forwarding to the general synchronization module second version information which indicates whether an independently modifiable copy of the first workspace element *at a second store on a smart phone* has been modified;

a synchronization-start module for operating within the first firewall and for initiating the general synchronization module and the synchronization agent when predetermined criteria have been satisfied;

means for generating a preferred version from the first workspace element and from the copy by comparing the first version information and the second version information, *wherein if only one of the first workspace element and the copy has been modified, then the means for generating selects the one as the preferred version*; and

means for storing the preferred version at the first store and at the second store.

**11**. The system of claim **10** further comprising a communications module for communicating through the first firewall, *wherein the first firewall is positioned between a trusted network and the Internet.*

**21**. A system comprising:

first means for generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified;

US 6,085,192 C1

**5**

second means for generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store *on a smart phone* outside the firewall;

*means for updating the first version information whenever the first workspace element is modified or updating the second version information whenever the copy is modified;*

means for initiating the first and second means from within the firewall when predetermined criteria have been satisfied;

means for generating a preferred version from the first workspace element and from the copy based on the first and second examination results; and

means for storing the preferred version at the first store and at the second store.

**22**. A computer-readable storage medium storing program code for causing a computer-*based system* to perform the steps of:

(a) generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall *positioned between a trusted network and the Internet* has been modified;

(b) generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store *on a smart phone* outside the firewall;

(c) initiating steps (a) and (b) from within the firewall *through an Internet communications channel* when predetermined criteria have been satisfied;

(d) generating a preferred version from the first workspace element and from the copy based on the first and second examination results, *wherein if only one of the first workspace element and the copy has been modified, then selecting the one as the preferred version*; and

(e) storing the preferred version at the first store and at the second store.

**23**. A computer-based method comprising the steps of:

(a) *establishing a secure communications channel through a firewall using an HTTP port or an SSL port;*

(b) generating first examination results from first version information which indicates whether a first workspace element stored at a first store within [a] *the* firewall has been modified;

(c) *before generating the first examination results, the step of updating the first version information whenever the first workspace element is modified;*

([b]*d*) generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace

**6**

element has been modified, the copy being stored at a second store outside the firewall;

([c]*e*) initiating steps ([a]*b*) and ([b]*d*) from within the firewall when predetermined criteria have been satisfied;

([d]*f*) determining based on the first and second examination results that both the first workspace element and the copy have been modified; and

([e]*g*) storing both the first workspace element and the copy at the first store and at the second store, *wherein the second store comprises a smart phone.*

**24**. A system comprising:

first means for generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified;

second means for generating second examination results from second version information which indicates whether an independently-modifiable copy of the first workspace element has been modified, the copy being stored at a second store outside the firewall;

*means for updating the first version information whenever the first workspace element is modified or updating the second version information whenever the copy is modified;*

means for initiating the first and second means from within the firewall when predetermined criteria have been satisfied;

means for determining based on the first and second examination results that both the first workspace element and the copy have been modified; and

means for storing both the first [file] *workspace element* and the copy at the first store and at the second store, *wherein the second store comprises a smart phone.*

**25**. A system comprising:

a global server for operating outside a firewall and including memory for storing first workspace data and corresponding first version information; and

a synchronization agent for managing the first workspace data and the corresponding first version information and for communicating with remote clients; [and]

*means for updating the first version information whenever the first workspace element is modified;*

a remote client for operating within the firewall and including memory for storing second workspace data and corresponding second version information;

means for cooperating with the synchronization agent to synchronize the first workspace data with the second workspace data by examining the first version information and the second version information; and

a synchronization-start module for initiating workspace data synchronization between the global server and the remote client.

* * * * *