# Exhibit O to the Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Case3:04-cv-00651-EMC Document167-15 Filed05/30/06 Page3 of 3

ex • exceptionably 403

ent manner : CLEARLY, OBVIOUSLY ⟨any style ate —T. S. Eliot⟩ 2 : on the basis of availa . . ~ in Texas —Robert Coughlan⟩
& US also ˈē-(ˌ)vil\ adj evil·er or evil·ler; ev fr. OE yfel; akin to OHG ubil evil] (bef. 12c) ple : SINFUL, WICKED ⟨an ~ impulse⟩ b : arisi l bad character or conduct ⟨a man of ~ repu INFERIOR b : causing discomfort or repulsi or⟩ c : DISAGREEABLE ⟨woke late and in an g harm : PERNICIOUS ⟨the ~ institution of sl misfortune : UNLUCKY — evil adv, archaic vil·ness \-nəs\ n
the fact of suffering, misfortune, and wrong force 2 : something that brings sorrow,

\ n (14c) : one who does evil
14c) : the act or action of doing evil
n eye or glance held capable of inflicting ha to have such an eye or glance
in-dəd, -vil-\ adj (1531) : having an evil disp — evil–mind·ed·ly adv — evil–mind·ed·ne

nced; evinc·ing [L evincere to vanquish, wi to conquer — more at VICTOR] (1621) 1 ence of 2 : to display clearly : REVEAL \-ˈvin(t)-sə-bəl\ adj
:\ vb -at·ed; -at·ing [L evisceratus, pp. of e scera] vt (1621) 1 a : to take out the entra deprive of vital content or force 2 : to remo :) or the contents of (an organ) ~ vi : to pr incision or suffer protrusion of a part throu ·tion \-ˌvi-sə-ˈrā-shən\ n
adj [L evitabilis, fr. evitare to avoid, fr. e apable of being avoided
i-ˈvō-kə-\ adj (1886) : capable of being evok ən, ˌe-və-\ n [L evocation-, evocatio, fr. evoca ct of evoking : SUMMONING; as a : the sum imaginative recreation ⟨an ~ of the past⟩ ·tor \ˈē-vō-ˌkā-tər, ˈe-və-\ n
adj (1657) : evoking or tending to evoke ⟨settings . . . so ~ that they bring tears to evoc·a·tive·ly adv — evoc·a·tive·ness n ; evok·ing [F évoquer, fr. L evocare, fr. VOCATION] (ca. 1626) 1 : to call forth or il spirits⟩ b : to cite esp. with approval o bring to mind or recollection ⟨this place e imaginatively syn see EDUCE
-və-\ n (ca. 1736) : the locus of the cente of the normals of a curve
, ˌē-və-\ n [L evolution-, evolutio unrolling of a set of prescribed movements 2 a tain direction : UNFOLDING b : the action d giving something off : EMISSION c (1) ange from a lower, simpler, or worse to r better state : GROWTH (2) : a process ceful social, political, and economic advan : the process of working out or develop lopment of a biological group (as a race a theory that the various types of anima n in other preexisting types and that the e due to modifications in successive gene of a mathematical root 6 : a process s a progression of interrelated phenomena ner-ə-lē\ adv — evo·lu·tion·ary \-shə-ne sm \-shə-ˌni-zəm\ n — evo·lu·tion

ˈso -ˈväv or -ˈvȯv\ vb evolved; evolv·ing volvere to roll — more at VOLUBLE] vt (164 UCE b : to produce by natural evolution RK OUT ⟨~ social, political, and literary ~ vi : to undergo evolutionary change -ˈvȯl- also -ˈvä-və- or -ˈvȯ-və-\ nt, -ˈvȯlv- also -ˈväv- or -ˈvȯv-\ n
, evulsion-, evulsio, fr. evellere to pluck ou more at VULNERABLE] (ca. 1611) : EXTRA

euzōnos, fr. Gk, active, lit., well girt, fr. ZONE] (1897) : a member of a select Gre s a palace guard
yō\ n [ME, fr. OE ēowu; akin to OHG ou ef. 12c) : the female of the sheep esp. whe various related animals
we also Ewes (1861) : a people of Gha . language; also : the

: a thin neck with a a defect in dogs and ekt\ adj
ME, fr. AF, fr. OF ource, neut. of aquar- ' — more at ISLAND] ' or jug
-\ n [James Ewing 951) : a tumor that one and that tends to

) 1 : out of : FROM: : or source b : from : calf by Eric XVI ~ n : WITHOUT: as a or right — used esp. rges precedent to re- ce with purchaser to

ewer

provide means of ... equent transportation ⟨~ dock⟩
²ex n [ex-] (1827) : one that formerly held a specified position or place; esp : a former spouse
³ex n (ca. 1889) : the letter x
¹ex- \e also occurs in this prefix where only i is shown below (as in "express") and ks sometimes occurs where only gz is shown (as in "exact")\ prefix [ME, fr. OF & L; OF, fr. L (also, prefix with perfective and causative value), fr. ex out of, from; akin to Gk ex, ex- out of, from OCS iz] 1 : out of : outside ⟨exclave⟩ 2 : not ⟨exstipulate⟩ 3 \(ˌ)eks, ˈeks\ [ME, fr. LL, fr. L]: former ⟨ex-president⟩
²ex- — see EXO-
exa- comb form [ISV, modif. of Gk hexa- hexa-] : quintillion ⟨exajoules⟩
ex·ac·er·bate \ig-ˈza-sər-ˌbāt\ vt -bat·ed; -bat·ing [L exacerbatus, pp. of exacerbare, fr. ex- + acerbus harsh, bitter, fr. acer sharp — more at EDGE] (1660) : to make more violent, bitter, or severe ⟨the proposed shutdown . . . would ~ unemployment problems —Science⟩ — ex·ac·er·ba·tion \-ˌza-sər-ˈbā-shən\ n
¹ex·act \ig-ˈzakt\ vt [ME, to require as payment, fr. L exactus, pp. of exigere to drive out, demand, measure, fr. ex- + agere to drive — more at AGENT] (1564) 1 : to call for forcibly or urgently and obtain ⟨from them has been ~ed the ultimate sacrifice —D. D. Eisenhower⟩ 2 : to call for as necessary or desirable syn see DEMAND — ex·act·able \-ˈzak-tə-bəl\ adj — ex·ac·tor also ex·act·er \-ˈzak-tər\ n
²exact adj [L exactus] (1533) 1 : exhibiting or marked by strict, particular, and complete accordance with fact or a standard 2 : marked by thorough consideration or minute measurement of small factual details syn see CORRECT — ex·act·ness \-ˈzak(t)-nəs\ n
ex·ac·ta \ig-ˈzak-tə\ n [AmerSp (quiniela) exacta exact quiniela] (1964) : PERFECTA
exact differential n (1825) : a differential expression of the form $X_1dx_1 + \ldots + X_ndx_n$ where the X's are the partial derivatives of a function $f(x_1, \ldots, x_n)$ with respect to $x_1, \ldots, x_n$ respectively
ex·act·ing \ig-ˈzak-tiŋ\ adj (1634) 1 : tryingly or unremittingly severe in making demands 2 : requiring careful attention and precision syn see ONEROUS — ex·act·ing·ly \-tiŋ-lē\ adv — ex·act·ing·ness n
ex·ac·tion \ig-ˈzak-shən\ n (15c) 1 a : the act or process of exacting b : EXTORTION 2 : something exacted; esp : a fee, reward, or contribution demanded or levied with severity or injustice
ex·ac·ti·tude \ig-ˈzak-tə-ˌtüd, -ˌtyüd\ n (1734) : the quality or an instance of being exact : EXACTNESS
ex·act·ly \ig-ˈzak-(t)lē\ adv (1612) 1 a : in a manner or measure or to a degree or number that strictly conforms to a fact or condition ⟨it's ~ 3 o'clock⟩ ⟨these two pieces are ~ the same size⟩ b : in every respect : ALTOGETHER, ENTIRELY ⟨that was ~ the wrong thing to do⟩ ⟨not ~ what I had in mind⟩ 2 : quite so — used to express agreement
exact science n (1843) : a science (as physics, chemistry, or astronomy) whose laws are capable of accurate quantitative expression
ex·ag·ger·ate \ig-ˈza-jə-ˌrāt\ vb -at·ed; -at·ing [L exaggeratus, pp. of exaggerare, lit., to heap up, fr. ex- + agger heap, fr. aggerere to carry toward, fr. ad- + gerere to carry] vt (ca. 1587) 1 : to enlarge beyond bounds or the truth : OVERSTATE ⟨a friend ~s a man's virtues —Joseph Addison⟩ 2 : to enlarge or increase esp. beyond the normal : OVEREMPHASIZE ~ vi : to make an overstatement — ex·ag·ger·at·ed·ly adv — ex·ag·ger·at·ed·ness n — ex·ag·ger·a·tion \-ˌza-jə-ˈrā-shən\ n — ex·ag·ger·a·tive \-ˈza-jə-ˌrā-tiv, -ˈzaj-rə-, -ˈza-jə-\ adj — ex·ag·ger·a·tor \-ˈza-jə-ˌrā-tər\ n — ex·ag·ger·a·to·ry \-ˈzaj-rə-ˌtōr-ē, -tȯr-, -ˈza-jə-\ adj
ex·alt \ig-ˈzȯlt\ vb [ME, fr. MF & L; MF exalter, fr. L exaltare, fr. ex- + altus high — more at OLD] vt (15c) 1 : to raise in rank, power, or character 2 : to elevate by praise or in estimation : GLORIFY 3 obs : ELATE 4 : to raise high : ELEVATE 5 : to enhance the activity of : INTENSIFY ⟨rousing and ~ing the imagination —George Eliot⟩ ~ vi : to induce exaltation — ex·alt·ed·ly adv — ex·alt·er n
ex·al·ta·tion \ˌeg-ˌzȯl-ˈtā-shən, ˌek-ˌsȯl-\ n (14c) 1 : an act of exalting : the state of being exalted 2 : an excessively intensified sense of well-being, power, or importance 3 : an increase in degree or intensity ⟨~ of virulence of a virus⟩
ex·am \ig-ˈzam\ n (1877) : EXAMINATION
ex·a·men \ig-ˈzā-mən\ n [L, tongue of a balance, examination, fr. exigere — more at EXACT] (1606) 1 : EXAMINATION 2 : a critical study
ex·am·i·nant \-ˈza-mə-nənt\ n (1588) 1 : EXAMINEE 2 : one who examines : EXAMINER
ex·am·i·na·tion \ig-ˌza-mə-ˈnā-shən\ n (14c) 1 : the act or process of examining : the state of being examined 2 : an exercise designed to examine progress or test qualification or knowledge 3 : a formal interrogation — ex·am·i·na·tion·al \-shnəl, -shə-nᵊl\ adj
ex·am·ine \ig-ˈza-mən\ vb ex·am·ined; ex·am·in·ing \-ˈzam-niŋ, -ˈza-mə-\ [ME, fr. MF examiner, fr. L examinare, fr. examen] vt (14c) 1 a : to inspect closely b : to test the condition of c : to inquire into carefully : INVESTIGATE 2 a : to interrogate closely ⟨~ a prisoner⟩ b : to test by questioning in order to determine progress, fitness, or knowledge ~ vi : to make or give an examination syn see SCRUTINIZE — ex·am·in·able \-ˈza-mə-nə-bəl\ adj — ex·am·in·er \-ˈzam-nər, -ˈza-mə-\ n
ex·am·in·ee \ig-ˌza-mə-ˈnē\ n (1788) : a person who is examined
¹ex·am·ple \ig-ˈzam-pəl\ n [ME, fr. MF, fr. L exemplum, fr. eximere to take out, fr. ex- + emere to take — more at REDEEM] (14c) 1 : one that serves as a pattern to be imitated or not to be imitated ⟨a good ~⟩ ⟨a bad ~⟩ 2 : a punishment inflicted on someone as a warning to others; also : an individual so punished 3 : one (as an item or incident) that is representative of all of a group or type 4 : a parallel or closely similar case esp. when serving as a precedent or model 5 : an instance (as a problem to be solved) serving to illustrate a rule or precept or to act as an exercise in the application of a rule syn see INSTANCE, MODEL — for example \fər-ig-ˈzam-pəl, frig-\ : as an example ⟨there are many sources of air pollution; exhaust fumes, for example⟩
²example vt ex·am·pled; ex·am·pling \-p(ə-)liŋ\ (15c) 1 : to serve as an example of 2 archaic : to be or set an example to
ex·an·i·mate \eg-ˈza-nə-mət\ adj [L exanimatus, pp. of exanimare to deprive of life or spirit, fr. ex- + anima breath, soul — more at ANIMATE] (ca. 1534) 1 : lacking animation : SPIRITLESS 2 : being or appearing lifeless
ex·an·them \eg-ˈzan(t)-thəm, ˈek-ˌsan-ˌthem\ also ex·an·the·ma \ˌeg-ˌzan-ˈthē-mə\ n, pl -thems also -them·a·ta \ˌeg-ˌzan-ˈthe-mə-tə\ or -themas [LL exanthema, fr. Gk exanthēma, fr. exanthein to bloom, break out, fr. ex- + anthos flower — more at ANTHOLOGY] (1656) : an eruptive disease (as measles) or its symptomatic eruption — ex·an·them·a·tous \ˌeg-ˌzan-ˈthe-mə-təs\ or ex·an·the·mat·ic \-ˌzan-thə-ˈma-tik\ adj
¹ex·arch \ˈek-ˌsärk\ n [LL exarchus, fr. LGk exarchos, fr. Gk, leader, fr. exarchein to begin, take the lead, fr. ex- + archein to rule, begin — more at ARCH-] (1588) 1 : a Byzantine viceroy 2 : an Eastern bishop ranking below a patriarch and above a metropolitan; specif : the head of an independent church — ex·ar·chal \ek-ˈsär-kəl\ adj — ex·arch·ate \ˈek-ˌsär-kət\ n — ex·ar·chy \ˈek-ˌsär-kē\ n
²exarch adj [exo- + -arch] (1891) : formed or taking place from the periphery toward the center ⟨~ xylem⟩
¹ex·as·per·ate \ig-ˈzas-pə-ˌrāt\ vt -at·ed; -at·ing [L exasperatus, pp. of exasperare, fr. ex- + asper rough — more at ASPERITY] (1534) 1 a : to excite the anger of : ENRAGE b : to cause irritation or annoyance to 2 obs : to make more grievous : AGGRAVATE syn see IRRITATE — ex·as·per·at·ed·ly adv — ex·as·per·at·ing·ly \-ˌrā-tiŋ-lē\ adv
²ex·as·per·ate \-p(ə-)rət\ adj (1541) 1 : irritated or annoyed esp. to the point of injudicious action : EXASPERATED 2 : roughened with irregular prickles or elevations ⟨~ seed coats⟩
ex·as·per·a·tion \ig-ˌzas-pə-ˈrā-shən\ n (1547) 1 : the state of being exasperated 2 : the act or an instance of exasperating
Ex·cal·i·bur \ek-ˈska-lə-bər\ n [ME Excalaber, fr. OF Escalibor, fr. ML Caliburnus] : the sword of King Arthur
ex ca·the·dra \ˌeks-kə-ˈthē-drə\ adv or adj [NL, lit., from the chair] (1818) : by virtue of or in the exercise of one's office or position ⟨ex cathedra pronouncements⟩
ex·ca·vate \ˈek-skə-ˌvāt\ vb -vat·ed; -vat·ing [L excavatus, pp. of excavare, fr. ex- + cavare to make hollow — more at CAVATINA] vt (1599) 1 : to form a cavity or hole in 2 : to form by hollowing out 3 : to dig out and remove 4 : to expose to view by or as if by digging away a covering ⟨~ the remains of a temple⟩ ⟨another writer whose work I excavated —William Zinsser⟩ ~ vi : to make excavations
ex·ca·va·tion \ˌek-skə-ˈvā-shən\ n (ca. 1611) 1 : the action or process of excavating 2 : a cavity formed by cutting, digging, or scooping — ex·ca·va·tion·al \-shnəl, -shə-nᵊl\ adj
ex·ca·va·tor \ˈek-skə-ˌvā-tər\ n (ca. 1815) : one that excavates; esp : a power-operated shovel
ex·ceed \ik-ˈsēd\ vb [ME exceden, fr. MF exceder, fr. L excedere, fr. ex- + cedere to go] vt (14c) 1 : to extend outside of ⟨the river will ~ its banks⟩ 2 : to be greater than or superior to 3 : to go beyond a limit set by ⟨~ed his authority⟩ ~ vi 1 obs : OVERDO 2 : PREDOMINATE
syn EXCEED, SURPASS, TRANSCEND, EXCEL, OUTDO, OUTSTRIP mean to go or be beyond a stated or implied limit, measure, or degree. EXCEED implies going beyond a limit set by authority or established by custom or by prior achievement ⟨exceed the speed limit⟩. SURPASS suggests superiority in quality, merit, or skill ⟨the book surpassed our expectations⟩. TRANSCEND implies a rising or extending notably above or beyond ordinary limits ⟨transcended the values of their culture⟩. EXCEL implies preeminence in achievement or quality and may suggest superiority to all others ⟨excels in mathematics⟩. OUTDO applies to a bettering or exceeding what has been done before ⟨outdid herself this time⟩. OUTSTRIP suggests surpassing in a race or competition ⟨outstripped other firms in sales⟩.
ex·ceed·ing adj (15c) : exceptional in amount, quality, or degree
ex·ceed·ing·ly \-ˈsē-diŋ-lē\ also ex·ceed·ing adv (1535) : to an extreme degree : EXTREMELY
ex·cel \ik-ˈsel\ vb ex·celled; ex·cel·ling [ME excellen, fr. L excellere, fr. ex- + -cellere to rise, project; akin to L collis hill — more at HILL] vt (15c) : to be superior to : surpass in accomplishment or achievement ~ vi : to be distinguishable by superiority : surpass others ⟨~ in sports⟩ ⟨excelled at lipreading⟩ syn see EXCEED
ex·cel·lence \ˈek-s(ə-)lən(t)s\ n (14c) 1 : the quality of being excellent 2 : an excellent or valuable quality : VIRTUE 3 : EXCELLENCY 2
ex·cel·len·cy \-s(ə-)lən(t)-sē\ n, pl -cies (15c) 1 : EXCELLENCE; esp : outstanding or valuable quality — usu. used in pl. ⟨so crammed, as he thinks, with excellencies —Shak.⟩ 2 — used as a title for high dignitaries of state (as a governor or an ambassador) or church (as a Roman Catholic archbishop or bishop)
ex·cel·lent \ˈek-s(ə-)lənt\ adj [ME, fr. MF, fr. L excellent-, excellens, fr. prp. of excellere] (14c) 1 archaic : SUPERIOR 2 : very good of its kind : eminently good : FIRST-CLASS — ex·cel·lent·ly adv
ex·cel·si·or \ik-ˈsel-sē-ər, -ȯr\ n [trade name, fr. L, higher, compar. of excelsus high, fr. pp. of excellere] (1868) : fine curled wood shavings used esp. for packing fragile items
¹ex·cept \ik-ˈsept\ also ex·cept·ing \-ˈsep-tiŋ\ prep (14c) : with the exclusion or exception of ⟨daily ~ Sundays⟩
²except vb [ME, fr. MF excepter, fr. L exceptare, fr. exceptus, pp. of excipere to take out, except, fr. ex- + capere to take — more at HEAVE] vt (14c) : to take or leave out from a number or a whole : EXCLUDE ~ vi : to take exception : OBJECT — ex·cep·tive \-ˈsep-tiv\ adj
³except also excepting conj (15c) 1 : on any other condition than that : UNLESS ⟨~ you repent⟩ 2 : with this exception, namely ⟨was inaccessible ~ by boat⟩ 3 : ONLY — often followed by that ⟨I would go ~ that it's too far⟩
except for prep (1842) 1 : with the exception of ⟨everyone was gone except for me⟩ 2 : were it not for ⟨except for you I would be dead⟩
ex·cep·tion \ik-ˈsep-shən\ n (14c) 1 : the act of excepting : EXCLUSION 2 : one that is excepted; esp : a case to which a rule does not apply 3 : QUESTION, OBJECTION ⟨witnesses whose authority is beyond ~ —T. B. Macaulay⟩ 4 : an oral or written legal objection
ex·cep·tion·able \ik-ˈsep-sh(ə-)nə-bəl\ adj (1691) : being likely to cause objection : OBJECTIONABLE ⟨visitors even drink the ~ beer —W. D. Howells⟩ — ex·cep·tion·abil·i·ty \-ˌsep-sh(ə-)nə-ˈbi-lə-tē\ n — ex·cep·tion·ably \-ˈsep-sh(ə-)nə-blē\ adv

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, ḵ, ⁿ, œ, ᵫ, ue, ᵫ, ʸ\ see Guide to Pronunciation