# Exhibit P to the Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

\-səm\ *n, pl* -sa \-sə\ [NL, fr. L, reply ...
an decision from a rabbinic authority ...
estion or problem
li-,kä\ *n* [L — more at REPUBLIC] (ca. 1898) ...
1 REPUBLIC 2 : COMMONWEAL
tē-'mäⁿ\ *n* [F, resentment, fr. *ressentir* to resent ...
41) : deep-seated resentment, frustration, and
ay a sense of being powerless to express these

)E; akin to OHG *rasta* rest and perh. to OHG ...
1 : REPOSE, SLEEP; *specif* : a bodily state characterized by ...
tional and metabolic activities 2 a : freedom ...
b : a state of motionlessness or inactivity ...
3 : a place for resting or lodging 4 : peace of ...
) : a rhythmic silence in music (2) : a character ...
silence b : a brief pause in reading 6 : something ...
— at rest 1 : resting or reposing esp. in sleep ...
, MOTIONLESS 3 : free of anxieties ...



2 3 4 5

e, *2* half, *3* quarter, *4* eighth, *5* sixteenth ...

: to get rest by lying down; *esp* : SLEEP b ...
rom action or motion : refrain from labor or ...
from anxiety or disturbance 4 : to sit or lie ...
olumn ~s on its pedestal) 5 a : to remain ...
ot ~ on that assumption) b : to be based or ...
*ed* on several sound precedents) 6 : to remain ...
ment (the answer ~s with you) 7 *of farmland* ...
opped 8 : to bring to an end voluntarily the ...
in a law case ~ *vt* 1 : to give rest to 2 : to ...
on or against a support 4 : to cause to be ...
ope in his child) 5 : to stop voluntarily from ...
inent to (a case at law) — rest-er *n*
stoppage, short for *areste*, fr. MF, fr. OF, fr. ...
a projection or attachment on the side of the ...
armor for supporting the butt of a lance ...
, fr. *rester* to remain, fr. L *restare*, fr. *re-* ...
ND] (15c) : something that remains over ...
the candy) — for the rest : with regard to ...
ls
1845) 1 : to start anew 2 : to resume (an ...
ion ~ *vi* : to resume operation — re-start ...
e-start-able \-'stär-tə-bəl\ *adj*
a. 1713) : to state again or in another way ...
*n* (1803) 1 : something that is restated ...

ənt, -tə-,ränt, -,tränt, -tərnt\ *n* [F, fr. prp. of ...
L *restaurare*] (1827) : a business establishment ...
ents may be procured
-rə-'tər\ *also* res-tau-ran-teur \-,rän-'tər\ [F, ...
*aurator* restorer, fr. L *restaurare*] (1796) ...
f a restaurant
14c) 1 : marked by, affording, or suggesting ...
lor scheme) 2 : being at rest : QUIET — *syn* see ...
il-ly \-fə-lē\ *adv* — rest-ful-ness *n*
establishment that provides housing and gen...
the convalescent
building used for shelter by travelers ...
eing or characterized by dormancy : QUIESCENT ...
he ~ state) 2 : not undergoing or marked by ...
~ nucleus)
-,tyüt\ *vb* -tut-ed; -tut-ing [L *restitutus*, pp. of ...
1 : to restore to a former state or position ...
ID ~ *vi* : to undergo restitution
-shən, -'tyü-\ *n* [ME, fr. MF, fr. L *restitution-*, ...
restore, fr. *re-* + *statuere* to set up — more at ...
ct of restoring or a condition of being restored ...
something to its rightful owner b : a making ...
quivalent for some injury 2 : a legal action ...
ion of a previous state
E *restyf*, fr. MF *restif*, fr. *rester* to stop behind ...
ornly resisting control : BALKY 2 : marked by ...
*syn* see CONTRARY — res-tive-ly *adv* — res-...

bef. 12c) 1 : lacking or denying rest : UNEASY ...
tinuously moving : UNQUIET (the ~ sea) ...
anifesting unrest esp. of mind (~ pacing) ...
ATED — rest-less-ly *adv* — rest-less-ness *n*
e mass of a body exclusive of additional mass ...
motion according to the theory of relativity ...
əl, -'stōr-\ *adj* (1611) : fit for restoring or re...

: RESTORATION
ā-shən\ *n* (14c) 1 : an act of restoring or the ...
red: as a : a bringing back to a former pos...
STATEMENT (the ~ of peace) b : RESTITUTION ...
nimpaired or improved condition (the ~ ...
cing of missing teeth or crowns 2 : something ...
representation or reconstruction of the original ...
building) 3 *cap* a : the reestablishing of the ...
n 1660 under Charles II b : the period in Br...
to coincide with the reign of Charles II but ...
ough the reign of James II
-tiv, -'stōr-\ *adj* (14c) : of or relating to restor...
to restore
something that serves to restore to conscious...

*vt* re-stored; re-stor-ing [ME, fr. OF *restorer* ...

fr. L *restaurare* to ... ew, rebuild, alter, of *instaurare* to renew] (14c) 1 : GIVE BACK, RETURN 2 : to put or bring back into existence or use 3 : to bring back to or put back into a former or original state : RENEW 4 : to put again in possession of something *syn* see RENEW — re-stor-er *n*

re-strain \ri-'strān\ *vt* [ME *restraynen*, fr. MF *restraindre*, fr. L *restringere* to restrain, restrict, fr. *re-* + *stringere* to bind tight — more at STRAIN] (14c) 1 a : to prevent from doing, exhibiting, or expressing something (~*ed* the child from jumping) b : to limit, restrict, or keep under control (try to ~ your anger) 2 : to moderate or limit the force, effect, development, or full exercise of (~ trade) 3 : to deprive of liberty; *esp* : to place under arrest or restraint — re-strain-able \-'strā-nə-bəl\ *adj* — re-strain-er *n*

*syn* RESTRAIN, CHECK, CURB, BRIDLE mean to hold back from or control in doing something. RESTRAIN suggests holding back by force or persuasion from acting or from going to extremes (*restrained* themselves from laughing). CHECK implies restraining or impeding a progress, activity, or impetus (trying to *check* government spending). CURB suggests an abrupt or drastic checking (learn to *curb* your appetite). BRIDLE implies keeping under control by subduing or holding in (*bridle* an impulse to throw the book down).

re-strained \ri-'strānd\ *adj* (14c) : marked by restraint : being without excess or extravagance — re-strain-ed-ly \-'strā-nəd-lē\ *adv*

restraining order *n* (ca. 1876) 1 : a preliminary legal order sometimes issued to keep a situation unchanged pending decision upon an application for an injunction 2 : a legal order issued against an individual to restrict or prohibit access or proximity to another specified individual

re-straint \ri-'strānt\ *n* [ME, fr. MF *restrainte*, fr. *restraindre*] (15c) 1 a : an act of restraining : the state of being restrained b (1) : a means of restraining : a restraining force or influence (2) : a device that restricts movement (a ~ for children riding in cars) 2 : a control over the expression of one's emotions or thoughts

re-strict \ri-'strikt\ *vt* [L *restrictus*, pp. of *restringere*] (1535) 1 : to confine within bounds : RESTRAIN 2 : to place under restrictions as to use or distribution *syn* see LIMIT

re-strict-ed *adj* (ca. 1828) : subject or subjected to restriction: as a : not general : LIMITED (the decision had a ~ effect) b : available to the use of particular groups or specif. excluding others (a ~ country club) c : not intended for general circulation or release (a ~ document) — re-strict-ed-ly *adv*

re-stric-tion \ri-'strik-shən\ *n* [ME *restriccioun*, fr. LL *restriction-*, *restrictio*, fr. L *restringere*] (15c) 1 : something that restricts: as a : a regulation that restricts or restrains (~s for hunters) b : a limitation on the use or enjoyment of property or a facility 2 : an act of restricting : the condition of being restricted

restriction enzyme *n* (1965) : any of various enzymes that break DNA into fragments at specific sites in the interior of the molecule — called also *restriction endonuclease*

re-stric-tion-ism \-shə-,ni-zəm\ *n* (1937) : a policy or philosophy favoring restriction (as of trade or immigration) — re-stric-tion-ist \-sh(ə-)nist\ *adj or n*

re-stric-tive \ri-'strik-tiv\ *adj* (1579) 1 a : of or relating to restriction b : serving or tending to restrict (~ regulations) 2 : limiting the reference of a modified word or phrase 3 : prohibiting further negotiation — restrictive *n* — re-stric-tive-ly *adv* — re-stric-tive-ness *n*

restrictive clause *n* (ca. 1895) : a descriptive clause that is essential to the definiteness of the word it modifies (as *that you ordered* in "the book that you ordered is out of print")

re-strike \(,)rē-'strīk, 'rē-,\ *n* (1899) : a coin or medal struck from an original die at some time after the original issue

rest room *n* (1899) : a room or suite of rooms providing toilets and lavatories

re-struc-ture \(,)rē-'strək-chər\ *vt* (1942) : to change the makeup, organization, or pattern of ~ *vi* : to restructure something

¹re-sult \ri-'zəlt\ *vi* [ME, fr. ML *resultare*, fr. L, to rebound, fr. *re-* + *saltare* to leap — more at SALTATION] (15c) 1 a : to proceed or arise as a consequence, effect, or conclusion (death ~*ed* from the disease) b : to have an issue or result (the disease ~*ed* in death) 2 : REVERT 2

²result *n* (1647) 1 : something that results as a consequence, issue, or conclusion; *also* : beneficial or tangible effect : FRUIT 2 : something obtained by calculation or investigation — re-sult-ful \-fəl\ *adj* — re-sult-less \-ləs\ *adj*

¹re-sul-tant \ri-'zəl-tᵊnt\ *adj* (1639) : derived from or resulting from something else — re-sul-tant-ly *adv*

²resultant *n* (1815) : something that results : OUTCOME; *specif* : the single vector that is the sum of a given set of vectors

re-sume \ri-'züm\ *vb* re-sumed; re-sum-ing [ME, fr. MF or L; MF *resumer*, fr. L *resumere*, fr. *re-* + *sumere* to take up, take — more at CONSUME] *vt* (15c) 1 : to assume or take again : REOCCUPY (*resumed* his seat by the fire —Thomas Hardy) 2 : to return to or begin again after interruption (*resumed* her work) 3 : to take back to oneself 4 : to pick up again 5 : REITERATE, SUMMARIZE ~ *vi* : to begin again something interrupted

ré-su-mé *or* re-su-me *or* re-su-mé \'re-zə-,mā, ,re-zə-' *also* 'rā- *or* ,rā-\ *n* [F *résumé*, fr. pp. of *résumer* to resume, summarize, fr. MF *resumer*] (1804) 1 : SUMMARY 2 : CURRICULUM VITAE

re-sump-tion \ri-'zəm(p)-shən\ *n* [ME, fr. MF or LL; MF *resomption*, fr. LL *resumption-*, *resumptio*, fr. L *resumere*] (15c) 1 : an act or instance of resuming : RECOMMENCEMENT 2 : a return to payment in specie

re-su-pi-nate \ri-'sü-pə-,nāt\ *adj* [L *resupinatus*, pp. of *resupinare* to bend back to a supine position, fr. *re-* + *supinus* supine] (ca. 1776) 1 : inverted in position (~ orchid flowers) 2 : having or being a fruiting body lying flat on the substrate with the hymenium at the periphery or over the whole surface (~ fungi) (~ sporophores)

re-sur-face \(,)rē-'sər-fəs\ *vt* (1894) : to provide with a new or fresh surface ~ *vi* : to come again to the surface (as of the water); *broadly* : to appear or show up again — re-sur-fac-er \-fə-sər\ *n*

re-surge \ri-'sərj\ *vi* re-surged; re-surg-ing [L *resurgere*] (1575) : to undergo a resurgence

re-sur-gence \ri-'sər-jən(t)s\ *n* (ca. 1834) : a rising again into life, activity, or prominence : RENASCENCE

re-sur-gent \-jənt\ *adj* [L *resurgent-*, *resurgens*, prp. of *resurgere*] (1808) : undergoing or tending to produce resurgence

res-ur-rect \,re-zə-'rekt\ *vt* [back-formation fr. *resurrection*] (1772) 1 : to raise from the dead 2 : to bring to view, attention, or use again

res-ur-rec-tion \,re-zə-'rek-shən\ *n* [ME, fr. LL *resurrection-*, *resurrectio* act of rising from the dead, fr. *resurgere* to rise from the dead, fr. L, to rise again, fr. *re-* + *surgere* to rise — more at SURGE] (14c) 1 a *cap* : the rising of Christ from the dead b *often cap* : the rising again to life of all the human dead before the final judgment c : the state of one risen from the dead 2 : RESURGENCE, REVIVAL 3 *Christian Science* : a spiritualization of thought : material belief that yields to spiritual understanding — res-ur-rec-tion-al \-shnəl, -shə-nᵊl\ *adj*

res-ur-rec-tion-ist \-sh(ə-)nist\ *n* (1776) 1 : BODY SNATCHER 2 : one who resurrects

re-sus-ci-tate \ri-'sə-sə-,tāt\ *vb* -tat-ed; -tat-ing [L *resuscitatus*, pp. of *resuscitare* to reawaken, fr. *re-* + *suscitare* to rouse, fr. *sub-*, *sus-* up + *citare* to put in motion, stir — more at SUB-, CITE] *vt* (1532) : to revive from apparent death or from unconsciousness; *also* : REVITALIZE ~ *vi* : COME TO, REVIVE — re-sus-ci-ta-tion \ri-,sə-sə-'tā-shən, ,rē-\ *n* — re-sus-ci-ta-tive \ri-'sə-sə-,tā-tiv\ *adj*

re-sus-ci-ta-tor \ri-'sə-sə-,tā-tər\ *n* (ca. 1843) : one that resuscitates; *specif* : an apparatus used to restore respiration (as to a partially asphyxiated person)

ret \'ret\ *vb* ret-ted; ret-ting [ME, fr. MD] *vt* (14c) : to soak (as flax) to loosen the fiber from the woody tissue ~ *vi* : to become retted

re-ta-ble \'rē-,tā-bəl, rē-'\ *n* [F, fr. MF, modif. of OProv *retaule*, alter. of *reretaule*, ultim. fr. L *retro-* + *tabula* board, tablet] (ca. 1823) : a raised shelf above an altar for the altar cross, the altar lights, and flowers

¹re-tail \'rē-,tāl, *esp for 2 also* ri-'tā(ə)l\ *vb* [ME, fr. MF *retaillier* to cut back, divide into pieces, fr. OF, fr. *re-* + *taillier* to cut — more at TAILOR] *vt* (15c) 1 : to sell in small quantities directly to the ultimate consumer 2 : TELL, RETELL ~ *vi* : to sell at retail — re-tail-er *n*

²re-tail \'rē-,tāl\ *n* (15c) : the sale of commodities or goods in small quantities to ultimate consumers; *also* : the industry of such selling — at retail 1 : at a retailer's price 2 : ⁴RETAIL

³re-tail \'rē-,tāl\ *adj* (1601) : of, relating to, or engaged in the sale of commodities at retail (~ trade)

⁴re-tail \'rē-,tāl\ *adv* (1784) : in small quantities : from a retailer

re-tail-ing \'rē-,tā-liŋ\ *n* (14c) : the activities involved in the selling of goods to ultimate consumers for personal or household consumption

re-tain \ri-'tān\ *vt* [ME *reteinen*, *retainen*, fr. MF *retenir*, fr. L *retinēre* to hold back, keep, restrain, fr. *re-* + *tenēre* to hold — more at THIN] (15c) 1 a : to keep in possession or use b : to keep in one's pay or service; *specif* : to employ by paying a retainer c : to keep in mind or memory : REMEMBER 2 : to hold secure or intact *syn* see KEEP

retained object *n* (ca. 1904) : an object of a verb in the predicate of a passive construction (as *me* in "a book was given me" and *book* in "I was given a book")

¹re-tain-er \ri-'tā-nər\ *n* (1540) 1 a : a person attached or owing service to a household; *esp* : SERVANT b : EMPLOYEE 2 : one that retains 3 : any of various devices used for holding something

²retainer *n* [ME *reteiner* act of withholding, fr. *reteinen* + AF *-er* (as in *weyver* waiver)] (1775) 1 : the act of a client by which the services of a lawyer, counselor, or adviser are engaged 2 : a fee paid to a lawyer or professional adviser for advice or services or for a claim on services when needed

¹re-take \(,)rē-'tāk\ *vt* -took \-'tu̇k\; -tak-en \-'tā-kən\; -tak-ing (15c) 1 : to take or receive again 2 : RECAPTURE 3 : to photograph again

²re-take \'rē-,tāk\ *n* (1916) : a subsequent filming, photographing, or recording undertaken to improve upon the first; *also* : an instance of this

re-tal-i-ate \ri-'ta-lē-,āt\ *vb* -at-ed; -at-ing [LL *retaliatus*, pp. of *retaliare*, fr. L *re-* + *talio* legal retaliation] *vi* (1611) : to repay (as an injury) in kind ~ *vi* : to return like for like; *esp* : to get revenge *syn* see RECIPROCATE — re-tal-i-a-tion \ri-,ta-lē-'ā-shən, ,rē-\ *n* — re-tal-i-a-tive \ri-'ta-lē-,ā-tiv\ *adj* — re-tal-ia-to-ry \-'tal-yə-,tōr-ē, -'ta-lē-ə-, -,tōr-\ *adj*

¹re-tard \ri-'tärd\ *vb* [ME, fr. MF or L; MF *retarder*, fr. L *retardare*, fr. *re-* + *tardus* slow] *vt* (15c) 1 : to slow up esp. by preventing or hindering advance or accomplishment : IMPEDE 2 : to delay academic progress by failure to promote ~ *vi* : to undergo retardation *syn* see DELAY — re-tard-er *n*

²re-tard *n* (1788) 1 \ri-'tärd\ : a holding back or slowing down : RETARDATION 2 \'rē-,tärd\ *often offensive* : a retarded person; *also* : a person held to resemble a retarded person in behavior

re-tar-dant \ri-'tär-dᵊnt\ *adj* (1642) : serving or tending to retard (a growth-*retardant* substance) — retardant *n*

re-tar-date \-'tär-,dāt, -dət\ *n* (1915) : a mentally retarded person

re-tar-da-tion \,rē-,tär-'dā-shən, ri-\ *n* (15c) 1 : an act or instance of retarding 2 : the extent to which something is retarded 3 : a musical suspension; *specif* : one that resolves upward 4 a : an abnormal slowness of thought or action; *also* : less than normal intellectual competence usu. characterized by an IQ of less than 70 b : slowness in development or progress

re-tard-ed \ri-'tär-dəd\ *adj* (1895) : slow or limited in intellectual or emotional development or academic progress

retch \'rech, *esp Brit* 'rēch\ *vb* [(assumed) ME *rechen* to spit, retch, fr. OE *hrǣcan* to spit, hawk; akin to ON *hrækja* to spit] *vi* (ca. 1798) : VOMIT 1 ~ *vi* : to make an effort to vomit; *also* : VOMIT — retch *n*

re-te \'rē-tē, 'rā-\ *n, pl* re-tia \'rē-tē-ə, 'rā-\ [NL, fr. L, net] (1541) 1 : a network esp. of blood vessels or nerves : PLEXUS 2 : an anatomical part resembling or including a network

re-tell \(,)rē-'tel\ *vt* -told \-'tōld\; -tell-ing (1593) 1 : to tell again or in another form 2 : to count again

re-tell-ing *n* (1883) : a new version of a story (a ~ of a Greek legend)

re-ten-tion \ri-'ten(t)-shən\ *n* [ME *retencioun*, fr. L *retention-*, *retentio*,

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \à, ḵ, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation

