# Exhibit S to the
# Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)

# Dictionary of Computer and Internet Terms

Sixth Edition

Douglas A. Downing, Ph.D.
*School of Business and Economics*
*Seattle Pacific University*

Michael A. Covington, Ph.D.
*Artificial Intelligence Center*
*The University of Georgia*

Melody Mauldin Covington
*Covington Innovations*
*Athens, Georgia*



BARRON'S

**format** any method of arranging information that is to be stored or displayed. The word *format* can therefore refer to many different things relating to computers. Four of its most common uses are as follows:

1. The format of a file (or of any storage medium) refers to the way the information is stored in it. *See* FILE FORMAT.

2. To format a disk or tape is to make the computer record a pattern of reference marks on it. A brand-new disk or tape must always be formatted before it can be used, unless it was formatted at the factory. Formatting a disk or tape erases any information previously recorded on it.

3. In FORTRAN, the FORMAT statement specifies the form in which data items, especially numbers, are to be read or written. *See* FORTRAN.

4. In a spreadsheet, the format of a cell determines the appearance of the output (how many digits are displayed, whether there is a dollar sign, etc.).

**formatting** the special codes in a document that indicate italics, underlining, boldface, and the like. Formatting information is lost when a file is saved as ASCII text.

**form factor** the size and shape of a piece of equipment or material. Diskette drive form factors include HALF-HEIGHT and FULL-HEIGHT. Motherboard form factors include AT (like the original PC AT), "Baby AT" (a smaller board that mounts in the same case), and ATX (a newer type of motherboard introduced by Intel and others in 1996).



FIGURE 100. HTML FORM (AS DISPLAYED ON SCREEN)