# Exhibit T to the
# Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)

# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
     p.   cm.
    ISBN 1-57231-446-X.
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
   I. Microsoft Press.
   QA76.15.M54  1997
   004'.03--dc21                                              97-15489
                                                                 CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9  QMQM  2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer,
         Robert Lyon, Roslyn Lutsch

| serif | | service bureau |
|---|---|---|

ABC
*Serifs*

ABC

*Serif. A serif typeface (top) and a sans serif typeface (bottom).*

**serif²** \sâr´if\ *n.* Any of the short lines or ornaments at the ends of the strokes that form a typeface character.

**server** \sər´vər\ *n.* **1.** On a local area network (LAN), a computer running administrative software that controls access to the network and its resources, such as printers and disk drives, and provides resources to computers functioning as workstations on the network. **2.** On the Internet or other network, a computer or program that responds to commands from a client. For example, a file server may contain an archive of data or program files; when a client submits a request for a file, the server transfers a copy of the file to the client. *See also* client/server architecture. *Compare* client (definition 3).

**server-based application** \sər´vər-bāsd a-plə-kā´-shən\ *n.* A program that is shared over a network. The program is stored on the network server and can be used at more than one client machine at a time.

**server cluster** \sər´vər klu´stər\ *n.* A group of independent computers that work together as a single system. A server cluster presents the appearance of a single server to a client.

**server error** \sər´vər âr´ər\ *n.* A failure to complete a request for information through HTTP that results from an error at the server rather than an error by the client or the user. Server errors are indicated by HTTP status codes beginning with 5. *See also* HTTP, HTTP status codes.

**server push-pull** \sər´vər poosh´pul´, pool´\ *n.* A combination of Web client/server techniques individually called "server push" and "client pull." In server push, the server loads data to the client, but the data connection stays open. This allows the server to continue sending data to the browser as necessary. In client pull, the server loads data to the client, but the data connection does not stay open. The server sends an HTML directive to the browser telling it to reopen the connection after a certain interval to get more data or possibly to open a new URL. See the illustration. *See also* HTML, server (definition 2), URL.



*Server push-pull.*

**server-side includes** \sər´vər-sīd in-kloodz´\ *n.* A mechanism for including dynamic text in World Wide Web documents. Server-side includes are special command codes that are recognized and interpreted by the server; their output is placed in the document body before the document is sent to the browser. Server-side includes can be used, for example, to include the date/time stamp in the text of the file. *See also* server (definition 2).

**service** \sər´vəs\ *n.* **1.** A customer-based or user-oriented function, such as technical support or network provision. **2.** In reference to programming and software, a program or routine that provides support to other programs, particularly at a low (close to the hardware) level. *See also* utility.

**Service Advertising Protocol** \sər´vəs ad´vər-tī-zēng prō´tə-kol\ *n.* A method used by a service-providing node in a network (such as a file server or application server) to notify other nodes on the network that it is available for access. When a server boots, it uses the protocol to advertise its service; when the same server goes offline, it uses the protocol to announce that it is no longer available. *Acronym:* SAP (S´A-P´). *See also* server (definition 1).

**service bureau** \sər´vis byər´ō\ *n.* **1.** A company that provides various services related to publishing, such as prepress production, desktop pub-