# Exhibit U to the Declaration of Imran A. Khaliq In Support Of Visto's Opening Claim Construction Brief Under P.R. 4-5(a)



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

HG *gemütlich* pleasably pleasant : COM

[G, fr. *gemütlich* + ENDLINESS chiefly Brit : INFOR

ind — more at KIN]

les born; akin to Gk hat is (so) produced

, back-formation fr. (1796) 1 : a member armed police force ICER

ē, jän-\ *n, pl* -mer ly of gendarmes *endre*, fr. L *gener*. ) 1 a : a subclass ective, or verb) of used on distinguish of existence, or sex) of other words or grammatical form ing membership in the behavioral, culh one sex

E *gendren*, fr. MF ENGENDER ind behaves like a 'or n

erience, prejudices, guage) en](1911) : a spe t is located in the functional unit of on of one or more peptide and esp. a iterial

le-\ *n* (1605) : a families

IF, fr. LL *genea*. akin to Gk *genos* , family, or group scent of a person, lder form : PEDI 'g·i·cal \,jē-nēə , *adv*

assive replication terial in part of a

h a heterozygote s in an aberrant lian ratio due to mplementary to

genes typical of by hybridization

a specified allele us

ndividuals in an

eing generated *ralis*, fr. *gener*., pplicable to, or icable to every traight line) 3 : belonging to RIC 5 a : ap duals involved ther than par ned with main nblance to the ce over others

or statement) R GENERAL 3 OFFICER b : a rps who ranks rs — compare

sion to a usu.

generally all surance com

ody in a reli 2 : a legisla the supreme

aft not under tively *f* : the state

that handles call for it r intervals in f a nation or

**gen·er·al·isa·tion, gen·er·al·ise, gen·er·al·ised** *Brit var of* GENERALIZATION, GENERALIZE, GENERALIZED
**gen·er·a·lis·si·mo** \,jen-rə-ˈli-sə-,mō, ,je-nə-\ *n, pl* **-mos** [It, fr. *generale* general] (1621) : the chief commander of an army
**gen·er·al·ist** \ˈjen-rə-list, ˈje-nə-\ *n* (1611) : one whose skills, interests, or habits are varied or unspecialized
**gen·er·al·i·ty** \,je-nə-ˈra-lə-tē\ *n, pl* **-ties** (15c) 1 : the quality or state of being general 2 a : GENERALIZATION 2 b : a vague or inadequate statement 3 : the greatest part : BULK ⟨the ~ of the population⟩
**gen·er·al·iza·tion** \,jen-rə-lə-ˈzā-shən, ,je-nə-\ *n* (1761) 1 : the act or process of generalizing 2 : a general statement, law, principle, or proposition 3 : the act or process whereby a response is made to a stimulus similar to but not identical with a reference stimulus
**gen·er·al·ize** \ˈjen-rə-,līz, ˈje-nə-\ *vb* **-ized; -iz·ing** *vt* (ca. 1751) 1 : to give a general form to 2 a : to derive or induce (a general conception or principle) from particulars b : to draw a general conclusion from 3 : to give general applicability to ⟨~ a law⟩; *also* : to make indefinite ~ *vi* 1 : to form generalizations; *also* : to make vague or indefinite statements 2 : to spread or extend throughout the body — **gen·er·al·iz·abil·i·ty** \,jen-rə-,lī-zə-ˈbi-lə-tē, ,je-nə-\ *n* — **gen·er·al·iz·able** \-,lī-zə-bəl\ *adj* — **gen·er·al·iz·er** *n*
**gen·er·al·ized** *adj* (ca. 1843) : made general; *esp* : not highly differentiated biologically nor strictly adapted to a particular environment
**gen·er·al·ly** \ˈjen-rə-lē, ˈje-nə-, ˈje-nər-lē\ *adv* (14c) : in a general manner: as **a** : in disregard of specific instances and with regard to an overall picture ⟨~ speaking⟩ **b** : as a rule : USUALLY
**general officer** *n* (1681) : any of the officers in the army, air force, or marine corps above colonel — compare COMPANY OFFICER, FIELD OFFICER, FLAG OFFICER
**general of the air force** (1949) : a general of the highest rank in the air force whose insignia is five stars
**general of the army** (1945) : a general of the highest rank in the army whose insignia is five stars
**general paresis** *n* (1874) : insanity caused by syphilitic alteration of the brain that leads to dementia and paralysis — called also *general paralysis of the insane*
**general partner** *n* (1887) : a partner whose liability for partnership debts and obligations is unlimited
**general practitioner** *n* (ca. 1885) : a physician or veterinarian whose practice is not limited to a specialty; *broadly* : GENERALIST
**general–purpose** *adj* (1894) : suitable to be used for two or more basic purposes
**general quarters** *n pl* (1902) : a condition of maximum readiness of a warship for action
**general relativity** *n* (1916) : RELATIVITY 3b
**general semantics** *n pl but sing or pl in constr* (1933) : a doctrine and educational discipline intended to improve habits of response of human beings to their environment and one another esp. by training in the more critical use of words and other symbols
**gen·er·al·ship** \ˈjen-rəl-,ship, ˈje-nə-\ *n* (1610) 1 : office or tenure of office of a general 2 : LEADERSHIP 3 : military skill in a high commander
**general store** *n* (1835) : a retail store located usu. in a small or rural community that carries a wide variety of goods including groceries but is not divided into departments
**general theory of relativity** (1921) : RELATIVITY 3b
**general will** *n* (ca. 1902) : the collective will of a community that is the embodiment or expression of its common interest
**gen·er·ate** \ˈje-nə-,rāt\ *vt* **-at·ed; -at·ing** [L *generatus*, pp. of *generare*, fr. *gener-, genus* descent, birth — more at KIN] (1509) 1 : to bring into existence: as a : PROCREATE, BEGET b : to originate by a vital, chemical, or physical process : PRODUCE ⟨~ electricity⟩ 2 : to be the cause of (a situation, action, or state of mind) ⟨these stories ... ~ a good deal of psychological suspense —*Atlantic*⟩ 3 : to define or originate (as a mathematical or linguistic set or structure) by the application of one or more rules or operations; *esp* : to trace out (as a curve) by a moving point or trace out (as a surface) by a moving curve
**gen·er·a·tion** \,je-nə-ˈrā-shən\ *n* (14c) 1 a : a body of living beings constituting a single step in the line of descent from an ancestor b : a group of individuals born and living contemporaneously c : a group of individuals having contemporaneously a status (as that of students in a school) which each one holds only for a limited period d : a type or class of objects usu. developed from an earlier type ⟨first of the ... new ~ of powerful supersonic fighters —Kenneth Koyen⟩ 2 a : the action or process of producing offspring : PROCREATION b : the process of coming or bringing into being ⟨~ of income⟩ c : origination by a generating process : PRODUCTION; *esp* : formation of a geometric figure by motion of another 3 : the average span of time between the birth of parents and that of their offspring — **gen·er·a·tion·al** \-shnəl, -shə-n³l\ *adj* — **gen·er·a·tion·al·ly** \-shnə-lē, shə-n³l-ē\ *adv*
**gen·er·a·tive** \ˈjen-rə-tiv, ˈje-nə-, -,rā-tiv\ *adj* (14c) : having the power or function of generating, originating, producing, or reproducing
**generative cell** *n* (ca. 1892) : a sexual reproductive cell : GAMETE
**generative grammar** \*usu* ˈje-nə-rə-tiv-\ *n* (1959) 1 : a description in the form of an ordered set of rules for producing the grammatical sentences of a language 2 : TRANSFORMATIONAL GRAMMAR
**generative nucleus** *n* (ca. 1892) : the one of the two nuclei resulting from the first division in the pollen grain of a seed plant that gives rise to sperm nuclei — compare TUBE NUCLEUS
**generative semantics** \*usu* ˈje-nə-rə-tiv-\ *n pl but usu sing in constr* (1970) : a description of a language emphasizing a semantic deep structure that is logical in form, that provides syntactic structure, and that is related to surface structure by transformations
**gen·er·a·tor** \ˈje-nə-,rā-tər\ *n* (1646) 1 : one that generates 2 : an apparatus in which vapor or gas is formed 3 : a machine by which mechanical energy is changed into electrical energy 4 : a mathematical entity that when subjected to one or more operations yields another mathematical entity or its elements; *specif* : GENERATRIX
**gen·er·a·trix** \,je-nə-ˈrā-triks\ *n, pl* **er·a·tri·ces** \-trə-,sēz, -ə-rə-ˈtrī-(,)sēz\ (1840) : a point, line, or surface whose motion generates a line, surface, or solid
¹**ge·ner·ic** \jə-ˈner-ik\ *adj* [F *générique*, fr. L *gener-, genus* birth, kind, class] (1676) 1 a : relating to or characteristic of a whole group or class : GENERAL b : being or having a nonproprietary name c : having no particularly distinctive quality or application 2 : relating to or having the rank of a biological genus — **ge·ner·i·cal·ly** \-i-k(ə-)lē\ *adv* — **ge·ner·ic·ness** *n*
²**generic** *n* (1967) : a generic product (as a drug)
**gen·er·os·i·ty** \,je-nə-ˈrä-sə-tē, -ˈräs-tē\ *n, pl* **-ties** (ca. 1616) 1 a : the quality or fact of being generous b : a generous act 2 : ABUNDANCE
**gen·er·ous** \ˈjen-rəs, ˈje-nə-rəs\ *adj* [MF or L; MF *genereus*, fr. L *generosus*, fr. *gener-, genus*] (1588) 1 *archaic* : HIGHBORN 2 a : characterized by a noble or forbearing spirit : MAGNANIMOUS, KINDLY b : liberal in giving : OPENHANDED c : marked by abundance or ample proportions : COPIOUS *syn* see LIBERAL — **gen·er·ous·ly** *adv* — **gen·er·ous·ness** *n*
**gen·e·sis** \ˈje-nə-səs\ *n, pl* **-e·ses** \-,sēz\ [L, fr. Gk, fr. *gignesthai* to be born — more at KIN] (ca. 1604) : the origin or coming into being of something
**Genesis** *n* [Gk] : the mainly narrative first book of canonical Jewish and Christian Scriptures — see BIBLE table
**gene–splic·ing** \ˈjēn-,splī-siŋ\ *n* (ca. 1978) : any of various techniques by which recombinant DNA is produced and made to function in an organism
**gen·et** \ˈje-nət\ *n* [ME *genete*, fr. MF, fr. Ar *jarnayṭ*] (15c) : any of a genus (*Genetta*) of small Old World usu. carnivorous mammals related to the civets and having retractile claws, spotted or striped fur, and a ringed tail
**gene therapy** *n* (1974) : the insertion of normal or genetically altered genes into cells usu. to replace defective genes esp. in the treatment of genetic disorders
**ge·net·ic** \jə-ˈne-tik\ *also* **ge·net·i·cal** \-ti-kəl\ *adj* [*genesis*] (1831) 1 : relating to or determined by the origin, development, or causal antecedents of something 2 a : of, relating to, or involving genetics b : GENIC — **ge·net·i·cal·ly** \-ti-k(ə-)lē\ *adv*
**-ge·net·ic** *adj comb form* : -GENIC 1, 2 ⟨psychogenetic⟩
**genetic code** *n* (1961) : the biochemical basis of heredity consisting of codons in DNA and RNA that determine the specific amino acid sequence in proteins and appear to be uniform for all known forms of life
**genetic counseling** *n* (1968) : medical education of affected individuals and the general public concerning inherited disorders
**genetic drift** *n* (1945) : random changes in gene frequency esp. in small populations when leading to preservation or extinction of particular genes
**genetic engineering** *n* (1966) : the directed alteration of genetic material by intervention in genetic processes; *esp* : GENE-SPLICING — **genetically engineered** *adj* — **genetic engineer** *n*
**genetic map** *n* (ca. 1960) : MAP 3
**genetic marker** *n* (1950) : a usu. dominant gene or trait that serves esp. to identify genes or traits linked with it
**ge·net·ics** \jə-ˈne-tiks\ *n pl but sing in constr* (1905) 1 : a branch of biology that deals with the heredity and variation of organisms 2 : the genetic makeup and phenomena of an organism, type, group, or condition — **ge·net·i·cist** \-ˈne-tə-sist\ *n*
**ge·ne·va** \jə-ˈnē-və\ *n* [modif. of obs. D *genever* (now *jenever*), lit., juniper, fr. MD, fr. OF *geneivre*, ultim. fr. L *juniperus*] (1706) : a highly aromatic bitter gin orig. made in the Netherlands
**Ge·ne·va bands** \jə-ˈnē-və-\ *n pl* [*Geneva*, Switzerland; fr. their use by the Calvinist clergy of Geneva] (1882) : two strips of white cloth suspended from the front of a clerical collar and sometimes used by Protestant clergymen — called also *Geneva tabs*
**Geneva convention** *n* (1880) : one of a series of agreements concerning the treatment of prisoners of war and of the sick, wounded, and dead in battle first made at Geneva, Switzerland in 1864 and subsequently accepted in later revisions by most nations
**Geneva cross** *n* [fr. its adoption by the Geneva convention] (ca. 1889) : RED CROSS
**Geneva gown** *n* [fr. its use by the Calvinist clergy of Geneva] (1820) : a loose large-sleeved black academic gown widely used as a vestment by members of the Protestant clergy
**Ge·ne·van** \jə-ˈnē-vən\ *adj* (1573) 1 : of or relating to Geneva, Switzerland 2 : of or relating to Calvinism — **Genevan** *n*
¹**ge·nial** \ˈjēn-yəl, ˈjē-nē-əl\ *adj* [L *genialis*, fr. *genius*] (1566) 1 *obs* : of or relating to marriage or generation ⟨the ~ bed —John Milton⟩ 2 *obs* : INBORN, NATIVE 3 a : favorable to growth or comfort : MILD ⟨~ sunshine⟩ b : marked by or diffusing sympathy or friendliness ⟨your ~ host⟩ 4 : displaying or marked by genius *syn* see GRACIOUS — **ge·nial·i·ty** \,jē-nē-ˈa-lə-tē, jēn-ˈyal-\ *n* — **ge·nial·ly** \ˈjēn-yə-lē\ *adv*
²**ge·ni·al** \jə-ˈnī(-ə)l\ *adj* [Gk *geneion* chin, fr. *genys* jaw — more at CHIN] (1831) : of or relating to the chin
**gen·ic** \ˈjē-nik, ˈje-\ *adj* (1918) : of, relating to, or being a gene — **gen·i·cal·ly** \-ni-k(ə-)lē\ *adv*
**-gen·ic** *adj comb form* [ISV *-gen* & *-geny* + *-ic*] 1 : producing : forming ⟨carcinogenic⟩ 2 : produced by : formed from ⟨biogenic⟩ 3 [*photogenic*] : suitable for production or reproduction by (such) a medium ⟨telegenic⟩
**ge·nic·u·late** \jə-ˈni-kyə-lət\ *or* **ge·nic·u·lat·ed** \-,lā-təd\ *adj* [L *geniculatus*, fr. *geniculum*, dim. of *genu* knee — more at KNEE] (1657) : bent abruptly at an angle like a bent knee
**ge·nie** \ˈjē-nē\ *n, pl* **ge·nies** *also* **ge·nii** \ˈjē-nē(-,)ī\ [F *génie*, fr. Ar *jinniy*] (1748) 1 : JINNI 1 2 : a magic spirit believed to take human form and serve the person who calls it
**gen·i·tal** \ˈje-nə-t³l\ *adj* [ME, fr. L *genitalis*, fr. *genitus*, pp. of *gignere* to beget — more at KIN] (14c) 1 : GENERATIVE 2 : of, relating to, or



Geneva bands

---

\ə\ abut \ˀ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision \ȧ, k̟, ⁿ, œ, œ̄, ᴜe, ᵫ, ʸ\ see Guide to Pronunciation