**MANATT, PHELPS & PHILLIPS, LLP**
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
MICHELLE GILLETTE (Bar No. CA 178734)
E-mail: mgillette@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiff
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SPROQIT TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. C 04-0651 EMC<br><br>**[PROPOSED] ORDER GRANTING VISTO CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 REGARDING USE OF DEMONSTRATIVES AT CLAIM CONSTRUCTION TUTORIAL AND HEARING**<br><br>Hearing Date: July 5-7 2006<br>Time: 2:30 p.m.<br>Courtroom: C, 15th Floor<br>Judge: Hon. Edward M. Chen |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20160700.1

**PROPOSED ORDER FOR VISTO'S MOTION FOR
ADMINISTRATIVE RELIEF**
CASE NO. C 04-0651 EMC

1  Presently before the Court is Visto's Motion For Administrative Relief Pursuant To Local
2  Rule 7-11 Regarding Use Of Demonstratives At Claim Construction Tutorial and Hearing
3  scheduled for July 5-7, 2006 at 2:30 p.m.
4  Good cause appearing, it is HEREBY ORDERED that Visto's motion for administrative
5  relief is GRANTED.

8  Dated: _____June 28, 2006

   _____
   Honorable Judge Edward M. Chen
   United States District Court Magistrate Judge

*IT IS SO ORDERED* / *Judge Edward M. Chen* (signature seal)

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20160700.1

2

**PROPOSED ORDER FOR VISTO'S MOTION FOR ADMINISTRATIVE RELIEF**
CASE NO. C 04-0651 EMC