**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SPROQIT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. C 04-0651 EMC<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR FURTHER CONFERENCE AND SUPPLEMENTAL BRIEFING** |

Good cause appearing, the parties' stipulation is hereby GRANTED. The deadline for the parties to further confer regarding the three terms identified at the claim construction hearing and to report back to the Court is extended to Monday, July 24, 2006. All other deadlines in the Court's Order dated November 16, 2005 remain as set forth therein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2006

_____

IT IS SO ORDERED

Judge Edward M. Chen

ORDER GRANTING STIPULATION TO EXTEND
PURSUANT TO L.R. 6-2(a) AND 7-12
CASE NO. C 04-0651 EMC

- 1 -