**MANATT, PHELPS & PHILLIPS, LLP**
RONALD S. KATZ (State Bar No. 85713)
ROBERT D. BECKER (State Bar No. 160648)
SHAWN G. HANSEN (State Bar No. 197033)
GREG T. WARDER (State Bar No. 209966)
IMRAN A. KHALIQ (State Bar No. 232607)
EDWARD S. QUON (State Bar No. 214197)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone:   (650) 812-1300
Facsimile:    (650) 213-0260

*Attorneys for Plaintiff*
VISTO CORPORATION

**DORSEY & WHITNEY LLP**
SRI K. SANKARAN (State Bar No. 236584)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone:   (415) 781-1989
Facsimile:    (415) 398-3249

*Attorneys for Defendant*
SPROQIT TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SPROQIT TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  C 04-0651 EMC<br><br>**JOINT SUBMISSION REGARDING FURTHER CONFERENCE ON CLAIM CONSTRUCTION** |

As Instructed by the Court at the July 6, 2006 hearing, the parties have conferred with regard to the following claim terms:  "*initiating steps __ and __ from within* the firewall,"[1] "means for translating between the first format and the second format," and "first format"/"second format".

---

[1] It is Visto's understanding that the Court instructed the parties at the claim construction hearing to meet and confer regarding the term "initiating" only, and that the remaining language of this phrase was not an issue to be considered for supplemental briefing.

**JOINT SUBMISSION**

CASE NO. C 04-0651 EMC

- 1 -

1  The parties have been unable to reach agreement on any of these terms, and will set forth their positions with regard to these terms in separate submissions of no more than 4 pages each, to be filed by 7:00 p.m. on Monday, July 24.

Respectfully submitted,

DATED: July 24, 2006　　　　　　MANATT PHELPS & PHILLIPS, LLP


By: /s/ Greg Warder
　　GREG WARDER
Attorneys for Plaintiff
VISTO CORPORATION


DATED: July 24, 2006　　　　　　DORSEY & WHITNEY LLP


By: /s/ Sri K. Sankaran
　　SRI K. SANKARAN
Attorneys for Defendant
SPROQIT TECHNOLOGIES, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Sri K. Sankaran hereby attests that concurrence in the filing of this document has been obtained.*

20162415.1