VISTO CORPORATION v. SPROQIT TECHNOLOGIES, INC.
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE NO. : C 04-0651 EMC

## APPENDIX A
## VISTO CORPORATION'S MOTION TO VACATE INTERLOCUTORY ORDERS

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 04/26/04 | 29 | Order Re Sproqit's Letter of April 19, 2004, Requesting Suspension of Hearing on May 5, 2004 re 5 MOTION to Dismiss *or, in the Alternative, Stay or Transfer*; ... |
| 11/12/04 | 38 | ORDER by Judge Edward M. Chen denying 5 Motion to Dismiss |
| 01/13/05 | 50 | CASE MANAGEMENT SCHEDULING ORDER |
| 02/03/05 | 56 | ORDER – Stipulated Order for Confidential Treatment of Documents, Testimony and Information ... |
| 03/17/05 | 72 | ORDER Granting 51 Plaintiff's Motion to Dismiss Defendant's Counterclaims |
| 03/221/05 | 75 | ORDER re 73 Stipulation, filed by Sproqit ... |
| 04/14/05 | 80 | ORDER re 77 JOINT Stipulation (1) GRANTING VISTO LEAVE TO FILE FIRST AMENDED COMPLAINT |
| 04/20/05 | 82 | ORDER by Magistrate Judge Edward M. Chen GRANTING 60 Defendant's Motion to Stay Litigation Pending Outcome of Reexamination proceeding |
| 09/09/05 | 86 | ORDER resetting Case Management Conference |
| 10/27/06 | 88 | ORDER Setting Hearing on Defendant's Motion to further stay Motion Hearing set for 11/10/2005 |
| 11/16/05 | 96 | ORDER by Judge Edward M. Chen Denying 90 Defendant's Motion for Further Stay of Litigation Pending Outcome of Reexamination Proceeding |
| 01/12/06 | 120 | ORDER Granting Joint Motion for Administrative Relief. |
| 02/07/06 | 136 | ORDER By Judge Edward M. Chen Denying 97 Plaintiff's Motion for Preliminary Injunction and Overruling 124 Plaintiff's Objections |
| 02/08/06 | 137 | ORDER re 135 Proposed Order Filed by Sproqit Technologies, Inc. |

VISTO CORPORATION v. SPROQIT TECHNOLOGIES, INC.
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE NO. : C 04-0651 EMC

## APPENDIX A
## VISTO CORPORATION'S MOTION TO VACATE INTERLOCUTORY ORDERS

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 05/12/06 | 157 | ORDER DENYING 141 PLAINTIFF'S MOTION for Leave to File *Motion for Leave to Request Reconsideration of Order Denying Preliminary Injunction* filed by Visto Corporation. |
| 05/24/06 | 161 | ORDER by Magistrate Judge Edward M. Chen withdrawing 151 Motion for Protective Order |
| 05/26/06 | 164 | ORDER re 162 Stipulation filed by Visto Corporation |
| 06/16/06 | 174 | ORDER by Judge Edward M. Chen granting 170 Plaintiff's Motion to Shorten Time |
| 06/26/06 | 181 | ORDER by Judge Edward M. Chen denying 175 Plaintiff's Motion to Continue |
| 07/13/06 | 191 | ORDER re 190 Proposed Order filed by Sproqit Technologies, Inc. |
| 08/04/06 | 199 | ORDER re Claim Construction |
| 09/08/06 | 223 | ORDER Re Meet and Confer Re Covenant Not to Sue |